AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | | |
|---|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  19-cv-809 |
| BLUEPOINT INVESTMENT COUNSEL, LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES SECURITIES AND EXCHANGE COMMISSION, Plaintiff                            .

Date:   09/30/2019

/s/ Doressia L. Hutton
*Attorney's signature*

Doressia L. Hutton (IL No. 6275168)
*Printed name and bar number*

U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604
*Address*

HuttonD@sec.gov
*E-mail address*

(312) 596-6050
*Telephone number*

(312) 353-7398
*FAX number*