# EXHIBIT 2

## SEC v. Bluepoint Investment Counsel, et al.

## Defendants' Privilege Log

## May 14, 2020

| # | BATES # | DISCOVERY REQUEST | DATE | TO | FROM | EMAIL SUBJECT OR FILE NAME | DOCUMENT DESCRIPTION | APPLICABLE PRIVILEGE | REDACTED/ WITHHELD |
|---|---|---|---|---|---|---|---|---|---|
| IRE0061765 | BIC-SEC-LIT_000989 | RFP 3, Request 16 | 10/29/19 | Christopher Nohl; Chadwick Keller, Andrew Crewell, Sherwin Amiran | Howon Lee (Korean counsel) | 18-125_BGE_ICC_Comments on Award_ENG_22 Oct 2019 (Attorney Comments - Howon Lee).pdf | Attorney comments and summary of arbitration decision. | Attorney/Client Work Product | Withheld |
| IRE0061769 | BIC-SEC-LIT_000990 | RFP 3, Request 16 | 3/1/19 | Andrew Crewell; Sherwin Amiran; CJ Nohl | Chadwick Keller | Re_ Feedback Request on ICC Arbitration Case (Due_ 22 Nov 2018) | Email thread including and discussing attorney work product of Howon Lee, Korean counsel, for review. | Attorney/Client Work Product | Withheld |
| IRE0061770 | BIC-SEC-LIT_000991 | RFP 3, Request 16 | 9/27/18 | CJ Nohl | Chadwick Keller | BGE - GS Litigation Update 2018 09 27 | Email thread including summary of case status and reproducing attorney impressions of Howon Lee, Korean counsel. | Attorney/Client Work Product | Withheld |
| IRE0061774 | BIC-SEC-LIT_000992 | RFP 3, Request 16 | 7/11/18 | CJ Nohl | Chadwick Keller | (Feedback Required) 1.KCAB case update and 2.Number of Arbitrators Issue | Email thread including and discussing communication from Howon Lee, Korean counsel, regarding arbitration strategy; other participants include Sherwin Amiran and Dongwan Kim and Heonji Lee of dcklegal.com. | Attorney/Client Work Product | Withheld |
| IRE0061781 | BIC-SEC-LIT_000993-BIC-SEC-LIT_000998 | RFP 3, Request 16 | 4/27/18 | Chris Nohl | Chadwick Keller | Fwd_ BGE Arbitration - 2018 04 27 | Email thread including redacted communication from Howon Lee, Korean counsel, discussing case strategy. | Attorney/Client Work Product | Redacted |
| IRE0061782 | BIC-SEC-LIT_000999 | RFP 3, Request 16 | 7/11/18 | CJ Nohl | Chadwick Keller | KELLER - Gmail - GS case email - 2018 07 12 - attachment.pdf | Attachment to above including redacted communication from Howon Lee, Korean counsel, discussing case strategy. | Attorney/Client Work Product | Withheld |
| IRE0061790 | BIC-SEC-LIT_001000-BIC-SEC-LIT_001002 | RFP 3, Request 16 | 7/13/18 | Chris Nohl | Chadwick Keller | Fwd: ICC Case No. 23683/PTA | Email thread containing email from Howon Lee to Chadwick Keller, CC Sherwin Amiran, Dongwan Kim, and Hyeonji Lee discussing case strategy. | Attorney/Client Work Product | Redacted |
| IRE0061792 | BIC-SEC-LIT_001003 | RFP 3, Request 16 | 8/17/18 | CJ Nohl; Amiran Mohsen, Luis de Leon, Sherin Amrian; Andrew Crewell | Chadwick Keller | BGE - GS Case Update | Email summarizing case update and analysis received by Mr. Keller from Howon Lee. | Attorney/Client Work Product | Withheld |

| # | BATES # | DISCOVERY REQUEST | DATE | TO | FROM | EMAIL SUBJECT OR FILE NAME | DOCUMENT DESCRIPTION | APPLICABLE PRIVILEGE | REDACTED/ WITHHELD |
|---|---|---|---|---|---|---|---|---|---|
| IRE0061796 | BIC-SEC-LIT_001004-BIC-SEC-LIT_001005 | RFP 3, Request 16 | 9/06/16 | Chris Nohl | Chadwick Keller | LEE - Gmail - Fwd_ Case Update 2019 09 06.pdf | Email thread containing email from Howon Lee to Chadwick Keller containing case update and analysis. | Attorney/Client Work Product | Redacted |