# EXHIBIT 3

| PRIVILEGE DOC ID NUMBER | DATE OR DATE RANGE | DESCRIPTION | AUTHOR(S) | RECIPIENT(S) | CC/BCC(S | EMAIL STRING RECIPIENTS | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|
| 1 | 4/25/2017 | Internal handwritten notes of witness interview of Norm Monteau created by SEC Division of Enforcement Attorney containing mental impressions; prepared in anticipation of litigation | Christopher White | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 2 | 4/25/2017 | Internal handwritten notes of witness interview of James Zigras created by SEC Division of Enforcement Attorney containing mental impressions; prepared in anticipation of litigation | Christopher White | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 3 | 5/25/2017 | Internal handwritten notes of witness interview of Bruce Pietretano created by SEC Division of Enforcement Attorney containing mental impressions; prepared in anticipation of litigation | Christopher White | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 4 | 7/10/2017 | Internal handwritten notes of witness interview of Nicholas Stolowitz created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | John E. Kustusch | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |

| PRIVILEGE DOC ID NUMBER | DATE OR DATE RANGE | DESCRIPTION | AUTHOR(S) | RECIPIENT(S) | CC/BCC(S | EMAIL STRING RECIPIENTS | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|
| 5 | 7/13/2017 | Internal memorandum of 7/10/2017 witness interview of Nicholas Stolowitz created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | John E. Kustusch | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 6 | 11/14/2017 | Internal handwritten notes of witness interview of John Hoffman created by SEC Division of Enforcement Attorney containing mental impressions; prepared in anticipation of litigation | Christopher White | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 7 | 12/1/2017 | Internal handwritten notes of witness interview of George Elling created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 8 | 12/7/2017 | Internal memorandum of 12/1/2017 witness interview of George Elling created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 9 | 12/6/2017 | Internal handwritten notes of witness interview of George Elling created by SEC Division of Enforcement Attorney containing mental impressions; prepared in anticipation of litigation | Christopher White | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |

Case: 3:19-cv-00809-wmc   Document #: 80-3   Filed: 08/06/20   Page 4 of 16
*SEC v. Bluepoint Investment Counsel, LLC, et al.*
SEC Privilege Log (8/6/2020)

| PRIVILEGE DOC ID NUMBER | DATE OR DATE RANGE | DESCRIPTION | AUTHOR(S) | RECIPIENT(S) | CC/BCC(S | EMAIL STRING RECIPIENTS | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|
| 10 | 12/1/2017 | Internal handwritten notes of witness interview of Chris Burke created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 11 | 12/4/2017 | Internal memorandum of 12/1/2017 witness interview of Chris Burke created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 12 | 12/6/2017 | Internal handwritten notes of witness interview of Chris Burke created by SEC Division of Enforcement Attorney containing mental impressions; prepared in anticipation of litigation | Christopher White | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 13 | 12/8/2017 | Internal handwritten notes of witness interview of Chris Burke created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 14 | 12/15/2017 | Internal memorandum of 12/8/2017 witness interview of Chris Burke created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |

Case: 3:19-cv-00809-wmc   Document #: 80-3   Filed: 08/06/20   Page 5 of 16
*SEC v. Bluepoint Investment Counsel, LLC, et al.*
SEC Privilege Log (8/6/2020)

| PRIVILEGE DOC ID NUMBER | DATE OR DATE RANGE | DESCRIPTION | AUTHOR(S) | RECIPIENT(S) | CC/BCC(S | EMAIL STRING RECIPIENTS | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|
| 15 | 1/4/2018 | Internal handwritten notes of witness interview of Susan Ewens created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 16 | 1/5/2018 | Internal memorandum of 1/4/2018 witness interview of Susan Ewens created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 17 | 1/19/2018 | Internal handwritten notes of witness interview of Kent Loehrke created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 18 | 1/19/2018 | Internal memorandum of 1/19/2018 witness interview of Kent Loehrke created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 19 | 2/15/2018 | Internal handwritten notes of witness interview of Bruce Pietrantonio created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |

| PRIVILEGE DOC ID NUMBER | DATE OR DATE RANGE | DESCRIPTION | AUTHOR(S) | RECIPIENT(S) | CC/BCC(S | EMAIL STRING RECIPIENTS | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|
| 20 | 2/23/2018 | Internal memorandum of 2/15/2018 witness interview of Bruce Pietrantonio created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 21 | 2/15/2018 | Internal handwritten notes of witness interview of Glenn Mills created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 22 | 2/20/2018 | Internal memorandum of 2/15/2018 witness interview of Glenn Mills created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 23 | 2/22/2018 | Internal handwritten notes witness interview of Erick Hallick created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 24 | 3/5/2018 | Internal memorandum of 2/22/2018 witness interview of Erick Hallick created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |

Case: 3:19-cv-00809-wmc   Document #: 80-3   Filed: 08/06/20   Page 7 of 16
*SEC v. Bluepoint Investment Counsel, LLC, et al.*
SEC Privilege Log (8/6/2020)

| PRIVILEGE DOC ID NUMBER | DATE OR DATE RANGE | DESCRIPTION | AUTHOR(S) | RECIPIENT(S) | CC/BCC(S | EMAIL STRING RECIPIENTS | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|
| 25 | 2/23/2018 | Internal handwritten notes of witness interview of Glenn Mills created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 26 | 2/28/2018 | Internal memorandum of 2/23/2018 witness interview of Glenn Mills created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 27 | 2/23/2018 | Internal handwritten notes of witness interview of Glenn Mills created by SEC Division of Enforcement Attorney containing mental impressions; prepared in anticipation of litigation | Christopher White | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 28 | 3/9/2018 | Internal handwritten notes of witness interview of William Tumler created by SEC Division of Enforcement Attorney containing mental impressions; prepared in anticipation of litigation | Christopher White | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 29 | 3/13/2018 | Internal handwritten notes of witness interview of William Tumler created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |

Case: 3:19-cv-00809-wmc   Document #: 80-3   Filed: 08/06/20   Page 8 of 16
*SEC v. Bluepoint Investment Counsel, LLC, et al.*
SEC Privilege Log (8/6/2020)

| PRIVILEGE DOC ID NUMBER | DATE OR DATE RANGE | DESCRIPTION | AUTHOR(S) | RECIPIENT(S) | CC/BCC(S | EMAIL STRING RECIPIENTS | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|
| 30 | 4/9/2018 | Internal memorandum of 3/13/2018 witness interview of William Tumler created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 31 | 4/5/2018 | Internal handwritten notes of memorandum of witness interview of Glenn Mills created by SEC Division of Enforcement Attorney containing mental impressions; prepared in anticipation of litigation | Christopher White | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 32 | 5/1/2018 | Internal handwritten notes of witness interview of Tierney Sharif created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 33 | 5/14/2018 | Internal memorandum of 5/1/2018 witness interview of Tierney Sharif created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 34 | 5/16/2018 | Internal handwritten notes of witness interview of Tierney Sharif created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |

Case: 3:19-cv-00809-wmc   Document #: 80-3   Filed: 08/06/20   Page 9 of 16
*SEC v. Bluepoint Investment Counsel, LLC, et al.*
SEC Privilege Log (8/6/2020)

| PRIVILEGE DOC ID NUMBER | DATE OR DATE RANGE | DESCRIPTION | AUTHOR(S) | RECIPIENT(S) | CC/BCC(S | EMAIL STRING RECIPIENTS | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|
| 35 | 6/1/2018 | Internal memorandum of 5/16/2018 witness interview of Tierney Sharif created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 36 | 6/19/2018 | Internal handwritten notes of Tierney Sharif created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 37 | 6/26/2018 | Internal memorandum of 6/19/2018 witness interview of Tierney Sharif created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 38 | 6/20/2018 | Internal handwritten notes of witness interview of Pamela Kirchen created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | John E. Kustusch | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 39 | 6/27/2018 | Internal memorandum of 6/20/2018 witness interview of Pamela Kirchen created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | John E. Kustusch | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |

| PRIVILEGE DOC ID NUMBER | DATE OR DATE RANGE | DESCRIPTION | AUTHOR(S) | RECIPIENT(S) | CC/BCC(S | EMAIL STRING RECIPIENTS | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|
| 40 | 10/30/2018 | Internal handwritten notes of witness interview of Ariano Amplo created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 41 | 11/2/2018 | Internal memorandum of 10/30/2018 witness interview of Ariano Amplo created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 42 | 10/30/2018 | Internal handwritten notes of witness interview of Dean Voeks created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 43 | 11/13/2018 | Internal memorandum of 10/30/2018 witness interview of Dean Voeks created by SEC Division of Enforcement staff working at SEC attorneys' direction containing mental impressions; prepared in anticipation of litigation | Dora M. Morales | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 44 | 1/30/2019 | Internal handwritten notes of witness interview of Tierney Sharif created by SEC Division of Enforcement Attorney containing mental impressions; prepared in anticipation of litigation | Christopher White | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |

Case: 3:19-cv-00809-wmc   Document #: 80-3   Filed: 08/06/20   Page 11 of 16

SEC v. Bluepoint Investment Counsel, LLC, et al.
SEC Privilege Log (8/6/2020)

| PRIVILEGE DOC ID NUMBER | DATE OR DATE RANGE | DESCRIPTION | AUTHOR(S) | RECIPIENT(S) | CC/BCC(S | EMAIL STRING RECIPIENTS | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|
| 45 | 5/30/2019 | Internal handwritten notes of witness interview of Phil Skrade created by SEC Division of Enforcement Attorney containing mental impressions; prepared in anticipation of litigation | Christopher White | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 46 | | Bank Secrecy Act Reports: Currency Transaction Reports and Suspicious Activity Reports | Financial Crimes Enforcement Network – U.S. Department of the Treasury | SEC | | N/A | 31 C.F.R. §§ 1020.320(e)(1), 1021.320(e)(1), 1022.320(e)(1), 1025.320(e)(1), 1026.320(e)(1) |
| 47 | 3/2/17 to 5/31/19 | Schedules analyzing activity in relevant entity and individual bank accounts; investor contributions to GTIF; GTIF investment in Amiran Technologies; management fees and other payments by GTIF; GTIF related party transactions; and GPRE mineral sales prepared by SEC Division of Enforcement Accountant at the direction of SEC Division of Enforcement Attorneys | John E. Kustusch | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 48 | 8/1/18 to 5/31/19 | Draft memoranda by SEC attorneys to the Commission containing legal recommendation and legal analysis of SEC attorneys, prepared in anticipation of litigation, and reflecting governmental opinions, recommendations, or deliberations | SEC Attorneys | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |

| PRIVILEGE DOC ID NUMBER | DATE OR DATE RANGE | DESCRIPTION | AUTHOR(S) | RECIPIENT(S) | CC/BCC(S | EMAIL STRING RECIPIENTS | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|
| 49 | 3/15/17 to 5/31/19 | Drafts of subpoenas drafted by SEC Division of Enforcement Attorney regarding ongoing investigation; containing mental impressions of SEC Division of Enforcement Attorneys; prepared in anticipation of litigation | Christopher White | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 50 | 11/16/16 to 5/31/19 | Drafts of correspondence drafted by SEC Division of Enforcement Attorney regarding ongoing investigation; containing mental impressions of SEC Division of Enforcement Attorneys; prepared in anticipation of litigation | Christopher White | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 51 | 11/16/16 to 5/31/19 | Research memoranda drafted by SEC Division of Enforcement Attorney regarding legal issues; containing mental impressions of SEC Division of Enforcement Attorneys; prepared in anticipation of litigation, and reflecting governmental opinions, recommendations, or deliberations | Christopher White | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 52 | 4/27/16 to 5/31/19 | Strategy notes drafted by SEC Division of Enforcement Attorney regarding ongoing investigation and recommendations; containing mental impressions of SEC Division of Enforcement Attorneys; prepared in anticipation of litigation, and reflecting governmental opinions, recommendations, or deliberations | Christopher White | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |

Case: 3:19-cv-00809-wmc   Document #: 80-3   Filed: 08/06/20   Page 13 of 16
*SEC v. Bluepoint Investment Counsel, LLC, et al.*
SEC Privilege Log (8/6/2020)

| PRIVILEGE DOC ID NUMBER | DATE OR DATE RANGE | DESCRIPTION | AUTHOR(S) | RECIPIENT(S) | CC/BCC(S | EMAIL STRING RECIPIENTS | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|
| 53 | 4/29/16 to 5/31/19 | Compilations of documents by SEC Division of Enforcement Attorney regarding investigation and recommendations; containing mental impressions of SEC Division of Enforcement Attorneys; prepared in anticipation of litigation, and reflecting governmental opinions, recommendations, or deliberations | Christopher White | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 54 | 4/22/16 to 5/31/19 | Thousands of Emails regarding investigation strategy and enforcement recommendations containing confidential communications, mental impressions, and opinions of SEC Division of Enforcement Attorneys and Accountants, prepared in anticipation of litigation, and reflecting governmental opinions, recommendations, or deliberations | SEC Attorneys, SEC Accountants, SEC Staff | | | SEC Attorneys, SEC Accountants, SEC Staff | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 55 | 12/6/17 to 5/31/19 | Draft and final outlines for investigative testimony drafted by SEC Division of Enforcement Attorney; containing mental impressions of SEC Division of Enforcement Attorneys; prepared in anticipation of litigation | Christopher White | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| 56 | 2/28/17 to 5/31/2019 | Attorney notes regarding strategy and recommendations containing mental impressions and opinions of SEC Division of Enforcement Attorney; prepared in anticipation of litigation; and reflecting governmental opinions, recommendations, or deliberations | Doressia L. Hutton | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |

Case: 3:19-cv-00809-wmc   Document #: 80-3   Filed: 08/06/20   Page 14 of 16
SEC v. Bluepoint Investment Counsel, LLC, et al.
SEC Privilege Log (8/6/2020)

| PRIVILEGE DOC ID NUMBER | DATE OR DATE RANGE | DESCRIPTION | AUTHOR(S) | RECIPIENT(S) | CC/BCC(S | EMAIL STRING RECIPIENTS | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|
| 57 | 4/16/2016 to 4/22/2016 | Outlines and notes for OCIE referral to Division of Enforcement attorneys and supporting documents prepared in anticipation of litigation, containing mental impressions and opinions, and reflecting governmental strategy, opinions, recommendations, or deliberations | Steven Levine, Gena Kusiak, Bill Chiu, Kent McAllister | | | | Attorney Client Privilege; Deliberative Process Privilege |
| 58 | 11/17/2015 to 3/22/2017 | Internal emails between OCIE staff and supervisors containing mental impressions and opinions, and reflecting governmental strategy, opinions, recommendations, or deliberations | OCIE Staff | | | | Attorney Client Privilege; Deliberative Process Privilege |
| 59 | 4/22/2016 to 4/2017 | Internal emails between OCIE staff and Division of Enforcement attorneys prepared in anticipation of litigation, containing mental impressions and opinions, and reflecting governmental strategy, opinions, recommendations, or deliberations | OCIE staff and Division of Enforcement attorneys and staff | | | | Attorney Client Privilege; Deliberative Process Privilege |
| 60 | 12/18/2015 to 3/22/2017 | Internal notes and schedules by the OCIE examiners on reviews of documents and data, questions to be asked, and notes of preliminary conclusions and observations containing mental impressions and opinions and reflecting governmental strategy, opinions, recommendations, or deliberations | Bill Chiu, Brandi Hodges, Gena Kusiak, Steven Levine, Kristin Dryer, Kent McAllister, Lou Gracia | | | | Deliberative Process Privilege; Attorney Client Privilege; Law Enforcement Privilege [re docs prepared for DOJ presentation] |
| 61 | 2/8/2016 to 2/12/2016 | Internal Notes and/or memorandum of witness interview of onsite visit with Bluepoint and Michael Hull containing mental impressions and opinions and reflecting governmental strategy, opinions, recommendations, or deliberations | Gena Kusiak, Kristin Dryer, Bill Chiu, Brandi Hodges, Kent McAllister | | | | Attorney Client Privilege; Deliberative Process Privilege |

Case: 3:19-cv-00809-wmc   Document #: 80-3   Filed: 08/06/20   Page 15 of 16
*SEC v. Bluepoint Investment Counsel, LLC, et al.*
SEC Privilege Log (8/6/2020)

| PRIVILEGE DOC ID NUMBER | DATE OR DATE RANGE | DESCRIPTION | AUTHOR(S) | RECIPIENT(S) | CC/BCC(S | EMAIL STRING RECIPIENTS | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|
| 62 | 3/16/2016 | Internal memorandum of witness interview of Mary Pat Dixon of the Department of Labor containing mental impressions and opinions, and reflecting governmental strategy, opinions, recommendations, or deliberations | Gena Kusiak | | | | Deliberative Process Privilege |
| 63 | 11/17/2015 to 3/22/2017 | Draft correspondence by OCIE exam staff to registrant and other parties containing mental impressions and opinions and reflecting governmental strategy, opinions, recommendations, or deliberations | Bill Chiu, Gena Kusiak, Sylvia Miranda, Kristin Dryer, Lou Gracia, Brandi Hodges, Kent McAllister | | | | Attorney Client Privilege; Deliberative Process Privilege |
| 64 | 5/2016 to 5/31/2019 | Communications with criminal law enforcement authorities regarding the SEC's investigation, and non-grand jury information regarding the DOJ's separate criminal investigation, containing confidential communications, mental impressions, and opinions of attorneys, prepared in anticipation of litigation, reflecting governmental opinions, recommendations, or deliberations, reflecting law enforcement investigations, techniques and/or procedures, and the identify of sources, witnesses, law enforcement personnel, and/or subjects of investigation. As stated in the SEC's objections to the Defendants' requests for production, these communications are not relevant to the claims and defenses in this case. | | | | Christopher White, Robert Burson, Charles Kerstetter, Gena Kusiak, Billy Chiu, Steven Levine, Kent McAllister, Kristin Dryer, Doressia Hutton, David Glockner, Attorneys and FBI agents for USAO for the Western District of Wisconsin | Law Enforcement Privilege; Deliberative Process Privilege; Attorney Work Product; Work Product Attorney Client Privilege |

| PRIVILEGE DOC ID NUMBER | DATE OR DATE RANGE | DESCRIPTION | AUTHOR(S) | RECIPIENT(S) | CC/BCC(S | EMAIL STRING RECIPIENTS | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|
| 65 | 12/29/2018 | Internal handwritten notes of witness interview of Susan Ewens created by SEC Division of Enforcement Attorney containing mental impressions; prepared in anticipation of litigation | Christopher White | | | | Attorney Work Product; Work Product; Attorney Client Privilege; Deliberative Process Privilege |
| | | NOTE: Consistent with the SEC's responses and objections to the Defendants' request for production, the SEC is not conceding that any of the above privilege log entries are either responsive or relevant to the Defendants' requests. Many are neither responsive nor relevant, but the SEC is logging them out of an abundance of caution. | | | | | |