UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

      Plaintiff,

  v.

BLUEPOINT INVESTMENT COUNSEL,
LLC, et al.,

      Defendants.

Case No. 19-cv-809

---

## JOINT STATUS REPORT

---

Pursuant to the Court's Order entered on September 17, 2020, the parties, by their respective counsel, jointly agree to the proposed trial date of January 10, 2022.

Dated this 24th day of September, 2020.

**HUSCH BLACKWELL LLP**
**Attorneys for Defendants**

By:  /s/Patrick S. Coffey
     Patrick S. Coffey
     State Bar No. 1002573
     Robert M. Romashko
     State Bar No. 1106485
     555 E. Wells Street, Suite 1900
     Milwaukee, Wisconsin 53202-3819
     (414) 273-2100
     (414) 223-5000 (fax)
     Robert.Romashko@huschblackwell.com
     Patrick.Coffey@huschblackwell.com

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

By: /s/Doressia L. Hutton
    Doressia L. Hutton
    (HuttonD@sec.gov)
    Christopher H. White
    (WhiteCh@sec.gov)
    Timothy J. Stockwell
    (StockwellT@sec.gov)
    175 West Jackson Boulevard,
    Suite 1450 Chicago, IL 60604-2615
    (312) 596-6050; (312) 353-7398 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September, a true and correct copy of the foregoing *Joint Status Report* was filed and served via the CM/ECF system, to all parties receiving CM/ECF notices in this case.

/s/*Patrick S. Coffey*
Patrick S. Coffey