# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 19-cv-809 |
| BLUEPOINT INVESTMENT COUNSEL, LLC, MICHAEL G. HULL, CHRISTOPHER J. NOHL, CHRYSALIS FINANCIAL LLC, GREENPOINT ASSET MANAGEMENT II LLC, GREENPOINT TACTICAL INCOME FUND LLC and GP RARE EARTH TRADING ACCOUNT LLC | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION OF DORESSIA L. HUTTON TO WITHDRAW AS COUNSEL

Doressia L. Hutton respectfully requests the entry of an order allowing her to withdraw as counsel for Plaintiff United States Securities and Exchange Commission ("SEC") because she has resigned from her employment at the SEC effective May 3, 2021. Christopher H. White and Timothy Stockwell will continue as counsel for the SEC.

May 3, 2021

Respectfully submitted,

**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION**

By: <u>Doressia L. Hutton</u>
Doressia L. Hutton (HuttonD@sec.gov)
Christopher H. White (WhiteCh@sec.gov)
Timothy Stockwell (Stockwellt@sec.gov)
175 West Jackson Boulevard, Suite 1450
Chicago, IL 60604-2615
(312) 596-6049
(312) 353-7398 (fax)

*Attorneys for Plaintiff the United States*
*Securities and Exchange Commission*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2021, I served a true and correct copy of the foregoing filing on all counsel of record through the Court's ECF filing system.

By: Doressia L. Hutton