IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>BLUEPOINT INVESTMENT COUNSEL, LLC, MICHAEL G. HULL, CHRISTOPHER J. NOHL, CHRYSALIS FINANCIAL LLC, GREENPOINT ASSET MANAGEMENT II LLC, GREENPOINT TACTICAL INCOME FUND LLC AND GP RARE EARTH TRADING ACCOUNT LLC | Case No. 19-cv-809<br><br>Hon. William M. Conley |

## NOTICE OF VOLUNTARY DISMISSAL OF COUNTS VII, X, AND XII

Plaintiff U.S. Securities and Exchange Commission ("SEC") hereby provides notice that in the interests of streamlining and simplifying the trial of this case, and in light of the strength of its evidence of direct violations by Defendants, it has elected to voluntarily dismiss its aiding and abetting claims (Counts VII, X, and XII). The SEC will proceed at trial against Defendants based on the SEC's allegations of direct violations. Dismissing the aiding and abetting charges will conserve the time and resources of the Court, the jurors, and the parties, without reducing the remedies available in the event the SEC prevails on its charges of direct violations, as pled in the remaining Counts.

//

//

Dated: November 15, 2021    Respectfully Submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

By: /s/ Timothy J. Stockwell
Timothy Stockwell (Stockwellt@sec.gov)
Christopher H. White (WhiteCh@sec.gov)
John E. Birkenheier (Birkenheierj@sec.gov)
Charles J. Kerstetter (Kerstetterc@sec.gov)
175 West Jackson Boulevard, Suite 1450
Chicago, IL 60604-2615
(312) 596-6049
(312) 353-7398 (fax)

*Attorneys for Plaintiff the United States Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2021, I served a true and correct copy of the foregoing filing on all counsel of record through the Court's ECF filing system:

    Celiza (Lisa) Bragança, Lisa@SECDefenseAttorney.com

    Jim Kopecky, jkopecky@ksrlaw.com

    Howard Rosenburg, hrosenburg@ksrlaw.com

As a courtesy to bankruptcy counsel for Greenpoint Tactical Income Fund LLC and GP Rare Earth Trading Account LLC:

    crichman@steinhilberswanson.com

    mrichman@Steinhilberswanson.com

    By: /s/ Timothy J. Stockwell