Christopher Nohl
12/6/2021

1     IN THE UNITED STATES DISTRICT COURT
2     FOR THE WESTERN DISTRICT OF WISCONSIN
3
4  UNITED STATES SECURITIES     )
   AND EXCHANGE COMMISSION,     )
5                               )
              Plaintiff,        )
6                               ) Case No. 19-cv-809
     -v-                        )
7                               )
   BLUEPOINT INVESTMENT COUNSEL, )
8  LLC, et al.,                 )
                                )
9              Defendants.      )
   _____)
10
11
12
13
14        VIDEOTAPED DEPOSITION BY
15        VIDEOCONFERENCE-ONLY OF
16        CHRISTOPHER J. NOHL
17        Monday, December 6, 2021
18        9:36 A.M. to 6:41 P.M.
19        Central Standard Time
20
21
22
23
24  Reported by:
    LORI BYRD
25  JOB No. 211206LBB

1

1     IN THE UNITED STATES DISTRICT COURT
2     FOR THE WESTERN DISTRICT OF WISCONSIN
3
4  UNITED STATES SECURITIES     )
   AND EXCHANGE COMMISSION,     )
5                               )
              Plaintiff,        )
6                               ) Case No. 19-cv-809
     -v-                        )
7                               )
   BLUEPOINT INVESTMENT COUNSEL, )
8  LLC, et al.,                 )
                                )
9              Defendants.      )
   _____)
10
11
12
13          VIDEOTAPED,
14    VIDEOCONFERENCE-ONLY DEPOSITION,
15       VIA SEC'S WEBEX PORTAL,
16             OF
17       CHRISTOPHER J. NOHL,
18  taken on Monday, December 6, 2021 at 9:36 A.M.
19  Central Standard Time, before Lori Byrd, Registered
20  Professional Reporter, Certified Realtime Reporter,
21  Certified LiveNote Reporter, Realtime Systems
22  Administrator, Kansas Certified Court Reporter 1681,
23  California Certified Shorthand Reporter 13023, and
24  California Certified Realtime Reporter 209.
25

2

1     APPEARANCES FROM REMOTE LOCATIONS
2
3  For the Plaintiff United States Securities and
4  Exchange Commission:
5  Via SEC WebEx Videoconference Portal
6     U.S. SECURITIES AND EXCHANGE COMMISSION
7     BY:  CHRISTOPHER H. WHITE, ESQUIRE
8     AND TIMOTHY J. STOCKWELL, ESQUIRE
9     175 West Jackson Boulevard
10    Suite 1450
11    Chicago, Illinois  60604
12      Phone 312-596-6050
13      Fax 312-353-7398
14      E-mail whitech@sec.gov
15      E-mail stockwellt@sec.gov
16
17  For all Defendants and the witness Christopher Nohl:
18  Via SEC WebEx Videoconference Portal
19    BRAGANCA LAW LLC
20    BY:  CELIZA (LISA) BRAGANCA, ESQUIRE
21    5250 Old Orchard Road
22    Suite 300
23    Skokie, Illinois  60077
24      Phone 847-495-7156
25      E-mail Lisa@SECDefenseAttorney.com

3

1  CONTINUING APPEARANCES FROM REMOTE LOCATIONS
2
3  For the two Chapter 11 Debtor Defendants:
4  Via SEC WebEx Videoconference Portal
5     STEINHILBER SWANSON LLP
6     BY:  MICHAEL RICHMAN, ESQUIRE
7     122 West Washington Avenue
8     Suite 850
9     Madison, Wisconsin  53703-2732
10      Phone 866-381-4391
11      E-mail mrichman@Steinhilberswanson.com
12
13    ---------------------------------------
14
15
16
17
18
19
20
21
22
23
24
25

4

**Page 5**

```
 1    CONTINUING APPEARANCES FROM REMOTE LOCATIONS
 2
 3   PARTIES OR PARTICIPANTS ALSO PRESENT:
 4        ART PECH
 5        Expert for SEC
 6
 7        MICHAEL HULL
 8        Expert for Defendants
 9
10   ----------------------------------------
11
12   LEGAL VIDEOGRAPHER:
13        NANCY HOLMSTOCK
14        Gradillas Court Reporters
15
16   INTERPRETER:
17        None
18
19   COURT REPORTER:
20        LORI BYRD, RPR, CRR, CLR
21        Certified Realtime Systems Administrator
22        CA-CSR 13023, CA-CCRR 209, KS-CCR 1681
23        Gradillas Court Reporters
24
25
```

**Page 7**

```
 1           INDEX OF DEPOSITION EXHIBITS
 2           DESCRIPTION        1st REFERRAL
 3   Exhibit 188   E-mail series headed From:      133
 4        Timothy Stockwell (SEC), To:
 5        Lisa Braganca, Howard Rosenburg,
 6        Jim Kopecky, Cc: Christopher
 7        White, Charles Kerstetter,
 8        John Birkenheier, Date:
 9        08/11/2021, Subject: SEC -v-
10        Bluepoint - C Nohl report
11        (4 pages total)
12   Exhibit 189   Report of Christopher J. Nohl,    **
13        undated, in case number
14        19-cv-09
15        (43 pages total)
16   Exhibit 190   Report of Christopher J. Nohl,  101
17        undated, in case number
18        19-cv-809
19        (115 pages total)
20   Exhibit 191   DESIGNATED HIGHLY CONFIDENTIAL   88
21        Report of Renee McMahon,
22        05/10/2021, in case number
23        19-cv-809
24        (264 pages total)
25
```

**Page 6**

```
 1        TABLE OF CONTENTS OF PROCEEDINGS
 2   Morning Session Begins         Page  10
 3   Afternoon Session Begins       Page 133
 4   Evening Session Begins         Page 244
 5   ----------------------------------------
 6         INDEX OF EXAMINATIONS
 7         OF WITNESS CHRISTOPHER J. NOHL
 8   Examination by Mr. White            11
 9   Examination by Ms. Braganca        287
10        Deposition Concluded Page 288
11   ----------------------------------------
12         MOTIONS TO STRIKE ANSWER
13              None
14   ----------------------------------------
15         COURT REPORTER CERTIFICATE
16              Page 289
17   ----------------------------------------
18         ERRATA FORM FOR WITNESS SIGNATURE
19              Pages 291 - 292
20   ----------------------------------------
21
22
23
24
25
```

**Page 8**

```
 1   CONTINUING INDEX OF DEPOSITION EXHIBITS
 2           DESCRIPTION        1st REFERRAL
 3   Exhibit 192   DESIGNATED HIGHLY CONFIDENTIAL   **
 4        Report of Renee McMahon,
 5        08/23/2021, in case number
 6        19-cv-809
 7        (33 pages total)
 8   Exhibit 193   Document titled Revolving      **
 9        Credit Agreement, 11/04/2016,
10        between Biogenesis Enterprises
11        and BMO Harris Bank N.A.
12        (SEC-GMOHB-P-0000917 - 950,
13        34 pages total)
14   Exhibit 194   DESIGNATED TREATMENT REQUESTED  **
15        BY GREENPOINT TACTICAL INCOME
16        FUND, LLC
17        Document titled Amiran
18        Technologies Historic Prior
19        Market Prices Paid
20        (BIC_0303721, 1 page total)
21
22
23
24
25
```

Christopher Nohl
12/6/2021

---

1    CONTINUING INDEX OF DEPOSITION EXHIBITS
2         DESCRIPTION        1st REFERRAL
3   Exhibit 195    Document titled July 2018      **
4              Command Line from Actual NAV
5              Compilation, Amiran
6              Technologies LLC (Authors:
7              Philip Skrade, Stan Johnson,
8              Larry Beran, Nick Pribus,
9              Mohsen Amiran, Paul Chadwick,
10             Scott Berggren
11             (1 page total)
12
13       (EXHIBITS BOUND SEPARATELY)
14
15
16   ---------------------------------------
17
18   ** NOTE BY COURT REPORTER:  Exhibits Marked "**"
19   above were not referred to specifically by number in
20   the transcript, but were referred to by name, so all
21   above exhibits are attached to the transcript.
22
23
24
25

9

---

1         VIDEOCONFERENCED DEPOSITION
2          Monday, December 6, 2021
3            MORNING SESSION
4               9:36 A.M.
5           Central Standard Time
6   ---------------------------------------
7        THE VIDEO OPERATOR:  We're on the record.
8   This is the video deposition of
9   Christopher Nohl in the matter of the United States
10  Securities and Exchange Commission versus Bluepoint
11  Investment Counsel, LLC, et al., pending before the
12  United States District Court for the Western
13  District of Wisconsin.  Case Number 19-cv-809.
14        This deposition is being held remotely by
15  WebEx videoconferencing on December 6, 2021.  The
16  time on the video screen is 9:36 A.M. Central Time.
17        My name is Nancy Holmstock, legal video
18  specialist from the firm of Gradillas Court
19  Reporters.  The court reporter today is Lori Byrd
20  with Gradillas Court Reporters.
21        For the record, will counsel now please
22  introduce yourselves and whom you represent,
23  starting with the taking attorney.
24        MR. WHITE:  Christopher White for the
25  Securities and Exchange Commission.  And also with

10

---

1   me for the SEC today is Timothy Stockwell.
2        MS. BRAGANCA:  Lisa Braganca for the
3   witness, Christopher Nohl and all defendants.
4        MR. RICHMAN:  Michael Richman.  I'm
5   appearing for the two Chapter 11 debtor defendants,
6   but in an observer capacity.  I don't expect to
7   speak.
8        MR. PECH:  Art Pech, consultant for the
9   SEC.
10       THE VIDEO OPERATOR:  Will the court
11  reporter please administer the oath.
12  ---------------------------------------
13        CHRISTOPHER J. NOHL,
14       called as a witness in this case,
15  was first duly sworn upon his oath by the court
16       reporter, and testified as follows:
17       THE REPORTER:  Thank you, sir.  I'm ready
18  to begin.
19       MR. WHITE:  For the record, I think
20  Michael Hull is also listening in today.
21  ---------------------------------------
22            EXAMINATION
23  BY MR. WHITE:
24   Q.  Good morning, Mr. Nohl.
25       Could I ask you to please state and spell

11

---

1   your full name.
2    A.  Sure.  Christopher Nohl.
3   C-H-R-I-S-T-O-P-H-E-R, middle name is Jason,
4   J-A-S-O-N, last name is Nohl, N-O-H-L.
5    Q.  And where are you physically located
6   today?
7    A.  Milwaukee, Wisconsin.
8    Q.  And where in particular in Milwaukee?
9    A.  In my home.
10   Q.  All right.  So my name is Christopher
11  White, and with me for the SEC is Timothy Stockwell.
12       These proceedings are taking place today
13  by videoconference due to the COVID 19 pandemic.
14       Is there anybody else in the room with you
15  at your home?
16   A.  No.
17   Q.  Do you have any documents related to this
18  case with you?
19   A.  I just have some notes on my desk here.  I
20  can put those away.
21   Q.  All right.  Now that you've put your notes
22  away, do you have any documents related to the case
23  with you in the room?
24   A.  I don't.
25   Q.  Other than WebEx and the documents, do you

12

---

1 have any applications open on your computer?
2    **A.** No.
3    **Q.** Do you have any other devices with you,
4 meaning iPads, smart phones, another computer,
5 anything like that, in the room with you?
6    **A.** I don't. Well, there's a computer at the
7 desk behind me, but I'm not using it, or can't see
8 it.
9    **Q.** All right. So let me just ask that during
10 the course of the deposition, you don't use, you
11 know, that computer or any other device to look
12 anything up during the course of your testimony.
13   **A.** Very well.
14   **Q.** Also, please do not text or chat, e-mail,
15 anything like that, with anyone else during your
16 testimony.
17   **A.** Okay.
18   **Q.** Are you on any drugs or medication that
19 would prevent you from providing complete and
20 truthful testimony here today?
21   **A.** I'm not.
22   **Q.** Drugs and medication aside, is there any
23 other reason why you're unable to provide complete
24 and truthful testimony today?
25   **A.** No.

13

1    **Q.** All right. As you probably know by now,
2 the way this is going to work, is I'm going to ask
3 you a series of questions. My questions and your
4 answers will be recorded verbatim by the court
5 reporter, and also recorded -- the video is being
6 recorded by a videographer.
7       Everything that's said during the
8 deposition today will be recorded unless we go off
9 the record.
10      So if at any point you need a break, need
11 to use the restroom, need to get a drink of water or
12 anything like that, please let me know.
13   **A.** Thank you.
14   **Q.** It's important that your answers be
15 audible. Things like nodding your head, gesturing
16 with your hands, can't be recorded in a written
17 transcript.
18      It's also important that you use the words
19 "yes" and "no" as opposed to expressions like
20 "uh-huh" or "huh-uh." If you say "uh-huh" and nod
21 your head, everybody watching on the video may
22 understand perfectly well if you are saying "yes,"
23 but if somebody subsequently reads that answer in
24 the transcript, it might be ambiguous and we want to
25 be sure we get a clear and accurate record of your

14

1 testimony.
2    **A.** Okay.
3    **Q.** It's important that only one of us speaks
4 at any one time, so I'd ask that you please wait for
5 me to finish my question before you begin your
6 answer, and I will do my best to let you finish your
7 answer before I start asking another question.
8    **A.** Thank you.
9    **Q.** If at any point you need to add something
10 to an answer or something that you forgot in an
11 earlier answer, just let me know.
12   **A.** All right.
13   **Q.** And if there's a question you don't
14 understand, please ask me to repeat it or rephrase
15 it.
16   **A.** I will.
17   **Q.** Okay. What did you do to prepare for your
18 testimony today?
19   **A.** I read through the reports of Renee
20 McMahon.
21      I refreshed my memory with some valuation
22 textbooks.
23      I also spoke to Lisa Braganca for about an
24 hour yesterday.
25   **Q.** What valuation textbooks did you review?

15

1 I want?
2    **A.** Aswath Damodaran, who is the professor who
3 specializes in business valuation at the New York
4 Stern Business School, wrote a book on valuation. I
5 was looking at his 2011 text.
6    **Q.** All right. And is that text one of the
7 things you've -- you used for preparing your report?
8    **A.** Yes. I mean, I've read it before, so,
9 just looking back at his early-stage methodology,
10 since he was referenced by Renee McMahon.
11   **Q.** Is there anything else you did to prepare
12 for your testimony today?
13   **A.** No.
14   **Q.** Other than your attorney, did you speak
15 with anyone in preparation for your role as an
16 expert in this case?
17   **A.** My wife. I spoke to her.
18   **Q.** Anyone else?
19   **A.** No.
20   **Q.** All right. So have you been designated as
21 an expert witness in this case?
22   **A.** Yes.
23   **Q.** On behalf of which defendant or defendants
24 are you acting as an expert witness?
25   **A.** On behalf of all of the defendants.

16

1    **Q.** In what field or fields do you contend you
2 are an expert?
3    **A.** Investing and lending.
4    **Q.** Anything else?
5    **A.** Also, I'm an expert in fine minerals and
6 lapidary art.
7    (REPORTER REQUESTED CLARIFICATION)
8    THE WITNESS: Sure. Lapidary,
9 L-A-P-I-D-A-R-Y.
10 BY MR. WHITE:
11    **Q.** Anything else?
12    **A.** I have broad general knowledge in other
13 things, but I'm reluctant to comment as an expert in
14 other things.
15    **Q.** Okay. All right. So let's begin with
16 investing.
17    What qualifies you as an expert in the
18 field of investing?
19    **A.** I invest for a living. I have about
20 25 years of professional experience investing or
21 working with investments. I have a lifetime of
22 experience.
23    **Q.** When you say you "invest for a living,"
24 are you speaking of your work on behalf of the
25 Greenpoint Tactical Income Fund?

17

1    **A.** Primarily, yes.
2    **Q.** What other investing for a living do you
3 do outside of the Greenpoint Tactical Income Fund?
4    **A.** I invest for different companies that --
5 the Chrysalis tree of companies own, and so I make
6 decisions about physical assets that we purchase, or
7 investments that we might take in startups,
8 typically angel investments.
9    (REPORTER REQUESTED CLARIFICATION)
10    THE WITNESS: "Angel investments."
11    THE REPORTER: Thank you.
12    **A.** Also, currency investments.
13 BY MR. WHITE:
14    **Q.** That Chrysalis tree of companies, are all
15 of those companies held within the Greenpoint
16 Tactical Income Fund?
17    **A.** None of those are.
18    **Q.** What -- what, then, is the Chrysalis tree
19 of companies?
20    **A.** Thank you.
21    In 2010, I was hired by Shannon Gravine --
22 or 2009 -- I was hired by Shannon Gravine to create
23 companies for her family. And I did that as a
24 contractor working for the Gravine family.
25    During that time, I created for them

18

1 Chrysalis Holding Company, Chrysalis Financial,
2 Chrysalis Lapidary Company, Chrysalis Arbitrage and
3 some other companies that were subsidiary to those.
4    **Q.** Okay. And when you refer to Shannon
5 Gravine, that's your wife. Correct?
6    **A.** She became my wife. When I did it, she
7 wasn't.
8    **Q.** And when did you and Ms. Gravine get
9 married?
10    **A.** 2011. April 3rd.
11    **Q.** It's good that you know that date.
12    **A.** Yes.
13    (LAUGHTER)
14 BY MR. WHITE:
15    **Q.** All right. And what do those Chrysalis --
16 what do those Chrysalis tree of companies do?
17    **A.** They do different things.
18    So, Chrysalis Holding Company managed
19 primarily the subsidiaries, financed the
20 subsidiaries, dealt with -- as an interface for
21 estate planning.
22    Chrysalis Financial evolved over time.
23 Originally it was involved in debt origination, and
24 in lending. And over time, it started to take more
25 and more of a role as an intermediary in payment

19

1 systems, both for our merchant processing and for
2 ATM networks.
3    Then in 2013, we began to manage the
4 Greenpoint Tactical Income Fund, which was created
5 at the same time.
6    (SIMULTANEOUS SPEAKING)
7 BY MR. WHITE:
8    **Q.** I was going to say: Does Chrysalis
9 Financial have any operations outside of the
10 Greenpoint Tactical Income Fund?
11    **A.** Not anymore.
12    Chrysalis Financial -- Chrysalis Financial
13 has focused more and more on Greenpoint Tactical
14 Income Fund over time and the outside accounts that
15 we used to have for ATM placement and as a
16 merchant intermediary, we gave up to concentrate on
17 the Tactical Income Fund. So, not anymore.
18    **Q.** I think you were going to go to the
19 Chrysalis Arbitrage next?
20    **A.** Chrysalis Arbitrage did a number of
21 arbitrage activities with forestry and silver and
22 gold internationally, and resource identification
23 for silica deposits.
24    **Q.** Does Chrysalis Arbitrage have any holdings
25 today?

20

1    **A.**  No.
2    **Q.**  When was the last time Chrysalis Arbitrage
3   had any holdings?
4    **A.**  Maybe 2018.
5    **Q.**  And what was its most recent holdings?
6    **A.**  Its most recent holding was a deposit of
7   high-grade silica about, just under 4 million metric
8   tons.
9    **Q.**  And what happened to that silica deposit?
10    **A.**  It was sold.
11    **Q.**  Sold to whom?
12    **A.**  To a corporation on the East Coast.
13    **Q.**  What was the name of that corporation?
14    MS. BRAGANCA:  Chris, I don't think that's
15   relevant to his expert testimony that you need the
16   name of the corporation.
17    So, you know, as with any expert, he's
18   going to have experience that is outside of the --
19   you know, outside of the work with this company that
20   informs his work.  And, you know, the specifics are
21   not something that you need to delve into.
22    I mean, if he gave previous expert
23   testimony, you know, that would be -- or I'm sorry,
24   if he were retained as a consulting expert in other
25   contexts, you would not be able to delve into the

21

1   specifics of those.
2    And this, you know, may be confidential
3   transactions.  And it's not fair to require him to
4   have to detail all of the individuals.
5    I mean, to the extent it is specifically
6   relevant to your questions, I'm happy to reconsider,
7   I mean, to your, you know, challenge of him as an
8   expert.  But --
9    MR. WHITE:  All right.  We'll do it this
10   way.
11   BY MR. WHITE:
12    **Q.**  Are you contending that your experience
13   investing on behalf of Chrysalis Arbitrage qualifies
14   you as an expert in this case?
15    **A.**  Partially.  My experience primarily in
16   lending, I think, qualifies me as an expert in this
17   case.
18    **Q.**  Okay.  Does Chrysalis Arbitrage do
19   lending?
20    **A.**  Chrysalis Arbitrage does not lend.
21    **Q.**  Okay.  So in what way does your experience
22   with Chrysalis Arbitrage qualify you as an expert in
23   this case?
24    **A.**  I don't think it's germane.
25    **Q.**  All right.  Back to Chrysalis Financial

22

1   for a moment.
2    When is it that Chrysalis Financial gave
3   up its outside accounts and focused fully on the
4   Tactical Income Fund?
5    **A.**  The second half of 2017/beginning of 2018.
6    **Q.**  And why did Chrysalis Financial give up
7   its outside accounts?
8    **A.**  The company's revenue was constrained, and
9   the diverse things that we did were concentrated so
10   that we could address the needs of our biggest
11   client, which was the Greenpoint Tactical Income
12   Fund.
13    **Q.**  And what outside accounts did Chrysalis
14   Financial get rid of in 2017 or early 2018?
15    **A.**  Sure.  So we -- we had diverse accounts in
16   merchants intermediary networks and so this is
17   actually part of the backbone that processes retail
18   transactions like credit card transactions.
19    And we owned placement rights for ATMs at
20   various locations.
21    **Q.**  Okay.  And then investments outside of the
22   Greenpoint Tactical Income Fund?
23    (PAUSE IN PROCEEDINGS)
24    MS. BRAGANCA:  Chris, did you hear that
25   question?  I think Chris -- Chris White just asked

23

1   you a question, Chris Nohl.
2    THE WITNESS:  Sorry, I'm getting texts and
3   multiple phone calls at the same time.
4    They stopped.
5    Sorry about that.
6   BY MR. WHITE:
7    **Q.**  Okay.  And just as a reminder, we ask that
8   you not text or chat or e-mail with anyone during
9   the course of the deposition.
10    **A.**  Acknowledged.  I cannot control who texts
11   me, though, on my phone.
12    **Q.**  All right.  The market intermediary ATM
13   services, those were outside of the Greenpoint
14   Tactical Income Fund?
15    **A.**  Yes.
16    **Q.**  All right.  And Chrysalis Lapidary
17   Company, what does it do?
18    **A.**  Chrysalis Lapidary Company, well, it's a
19   company that had an export license for the country
20   of Madagascar where we operated mines in ruby, or
21   corundum, and Spessartine garnet.
22    **Q.**  So Chrysalis Lapidary's operation is
23   solely dealing with gems and minerals?
24    **A.**  Yes -- well, these are pretty different
25   businesses, although they have the same origin.  And

24

1 we did everything from jewelry design to jewelry
2 manufacturing, and Bespoke jewelry.
3     **Q.**  And then does Chrysalis Holding Company do
4 anything? Or is it just a holding company for the
5 other Chrysalis companies?
6     **A.**  Chrysalis Holding Company would make
7 loans.
8     Other than that, I think early on, there
9 were a few consulting contracts.
10     I can't think of anything else right off
11 the top of my head.
12     **Q.**  What kind of loans?
13     **A.**  Term loans, promissory notes. Business
14 loans, typically.
15     **Q.**  To what -- to what borrowers?
16     **A.**  Diverse borrowers. So ... different
17 businesses outside of the Chrysalis tree, companies
18 within the Chrysalis tree. There are a few loans, I
19 think, made to the Tactical Income Fund at its
20 request.
21     **Q.**  How many loans did Chrysalis Holding
22 Company make?
23     **A.**  In total?
24     **Q.**  Yes.
25     **A.**  Maybe 4 or 500.

25

1     **Q.**  Over what period of time?
2     **A.**  Just short of 10 years.
3     **Q.**  Is there a particular industry that the
4 loans are focused in?
5     **A.**  No.
6     **Q.**  Where did Chrysalis Holding Company get
7 the money to make the loans?
8     **A.**  From the Gravine family, primarily.
9     **Q.**  Does Chrysalis Holdings still have any
10 outstanding loans?
11     **A.**  It does.
12     **Q.**  How many, approximately?
13     (MS. BRAGANCA DISAPPEARED FROM
14     SCREEN AND RETURNED MOMENTARILY)
15     **A.**  I'm not sure of the exact number. I
16 believe it's five. Five or six.
17 BY MR. WHITE:
18     **Q.**  And what was your role with respect to
19 those loans?
20     **A.**  I would locate the opportunity, and then I
21 would bring it -- bring it to either Ron Gravine or
22 Shannon Gravine, my wife, and talk to them about
23 what the opportunity was, or what the terms that
24 were being offered were. Or what terms were going
25 to be offered to them.

26

1     And then if there was overlap or room for
2 agreement, I would proceed to present it and try to
3 close the loan, and then -- and -- because I used to
4 do the funding of the loans, also.
5     **Q.**  What do you mean "do the funding of the
6 loans"?
7     **A.**  Actually move the money.
8     **Q.**  From Chrysalis Holding Company's accounts
9 to the account of the borrower?
10     **A.**  Correct.
11     **Q.**  And what types of -- are these business
12 loans?
13     **A.**  Yes.
14     **Q.**  What types of businesses?
15     **A.**  Technology companies typically.
16     Finance companies.
17     Retailers.
18     **Q.**  Are any of the Chrysalis Holding Company
19 loans to companies in which the Tactical Income Fund
20 has an investment?
21     **A.**  No.
22     **Q.**  All right.
23     So you said you had 25 years of experience
24 in investing. Other than what we talked about with
25 the Chrysalis tree of companies, what other

27

1 experience in investing do you have?
2     **A.**  We would trade our corporate accounts in
3 equities.
4     **Q.**  Who's "we"?
5     **A.**  The Chrysalis companies. It's Chrysalis
6 Financial, Chrysalis Holding Company outside equity
7 portfolios, and I was the one tasked with trading
8 those.
9     There was also currency investment or
10 forex investments occurring through a company called
11 Pleroma LLC.
12     Sorry, I lost the exact question that you
13 asked me.
14     **Q.**  What other experience do you have in
15 investing, other than what we've talked about with
16 the Chrysalis tree of companies?
17     **A.**  Ah. I've been a real estate investor
18 since I was 20. So this is almost 30 years --
19 almost 30 years now.
20     I've invested in distressed debt since
21 2001.
22     I've invested in companies since 1998,
23 different startup companies.
24     As a loan originator, I originated
25 thousands of loans, and hundreds to businesses,

28

1 ranging from the largest businesses in Wisconsin to
2 startups.  Loan amounts from $10,000 up to, I think,
3 500 million.
4     I -- I was specialized in real estate of
5 an investment nature, so multifamily
6 nonowner-occupied properties --
7     (REPORTER REQUESTED CLARIFICATION)
8     THE WITNESS:  Nonowner-occupied
9 properties.
10 BY MR. WHITE:
11     **Q.**  All right.  Anything else?
12     **A.**  Early on, I managed different warehouse
13 lines of credit where debt investments were funded,
14 purchased and sold.
15     I have a very diverse experience.
16     **Q.**  All right.  When you said you've "invested
17 in startup companies since 1998," what were you
18 referring to?
19     **A.**  I had a portfolio of companies I had
20 invested in, in late '90s and first decade of the
21 new millennium.
22     **Q.**  What do you mean you "had a portfolio"?
23 You had a personal portfolio?
24     **A.**  Yes.
25     **Q.**  How large was that portfolio?

29

1     **A.**  The total portfolio was just under
2 50 million.
3     **Q.**  Where did you get the money to buy
4 $50 million in startup companies?
5     **A.**  I made it through self-employment and
6 being successful at investing.
7     **Q.**  What happened to that portfolio?
8     **A.**  In 2008, there was a financial collapse
9 where -- excuse me -- debt securitization froze.
10 And this happened because there was a crisis of
11 competence in financial markets.
12     When that happened, I had about a hundred
13 employees; I had a large 401(k); I had extensive
14 assets.
15     And I decided to pay for the payroll of
16 all of my employees rather than cutting any of them
17 loose.  I thought that the market would regain its
18 footing, and that a solution would happen.
19     I ended up paying the payroll of a hundred
20 people for almost a full year, using all of the
21 money I had.
22     And shortly after that period, in 2008, I
23 lost my own home to foreclosure and the entire
24 50 million had been spent or destroyed through the
25 collapse.

30

1     **Q.**  That company that you're referring to, was
2 that your -- your mortgage company?
3     **A.**  Federated Residential Mortgage Company.
4 Yes.
5     **Q.**  The hundreds of loans you originated to
6 businesses ranging from $10,000 to $500 million, in
7 what context were those loans originated?
8     **A.**  In what context.
9     So either as a mortgage banker, mortgage
10 broker, or as a consultant.
11     **Q.**  So are all of those loans mortgage loans?
12     **A.**  Yes.
13     **Q.**  Do you have any education in investing?
14     **A.**  Well, I certainly have the most expensive
15 kind, that's for sure.
16     Do I have practical education in
17 investing?  Yeah.
18     So I have maybe 60 hours of training at
19 the Real Estate Institute, including 30 hours of
20 training in transactional ethics.
21     I have taken five economics courses.
22     I guess that's my institutional training.
23     **Q.**  Five economics courses where?  When you
24 were in college?
25     **A.**  Yeah, in college.  And my high school is

31

1 very financially-minded.
2     **Q.**  Are those five economic classes all
3 college classes or some of them high school classes?
4     **A.**  Some of them are high school classes.
5     **Q.**  How many of those five economics classes
6 are high school classes?
7     **A.**  Three.
8     **Q.**  And then the remaining two economic
9 classes were when you were an undergraduate?
10     **A.**  Correct.
11     **Q.**  And what's your undergraduate degree in?
12     **A.**  I have a major in psychology and a minor
13 in molecular biology.
14     **Q.**  And where did you get that degree from?
15     **A.**  Saint Olaf College in Northfield,
16 Minnesota.
17     **Q.**  When did you get that degree?
18     **A.**  I graduated in '97.
19     **Q.**  Do you have any other degrees from any
20 other colleges or universities after your Saint
21 Olaf's College bachelor's degree?
22     **A.**  I've taken a number of courses by
23 correspondence at Oxford and University Said
24 Business School, but it's not a formal degreed
25 program, although they were graded programs.

32

1    Q.   Have you taken any formal courses in
2  valuation or finance?
3    A.   Well, yes.
4    Q.   And what are those?
5    A.   They're diverse.  I would say I've taken
6  probably 20 to 40 hours of courses on finance and
7  valuation at the Real Estate Institute.
8    Q.   And were those 20/40 hours all focused on
9  real estate finance and real estate valuation?
10   A.   No.  They were concentrated on
11 securitization, debt instruments, debt instrument
12 valuation.
13   Q.   The securitization of real estate loans?
14   A.   Yes.  Predominantly.  I mean, they could
15 be unsecured.
16   Q.   Okay.  Have you had any formal training in
17 valuation or finance outside of the real estate
18 context?
19   A.   Not in an institutional context, no.
20   Q.   What do you mean by "not in an
21 institutional context"?
22   A.   I mean, I've had practical experience.  I
23 sat on the boards of numerous companies where we
24 discussed the valuation of those companies, or
25 pricing of different investment rounds.

33

1       This happens almost daily, in my
2  experience.
3       (SIMULTANEOUS SPEAKING)
4  BY MR. WHITE:
5    Q.   I'm sorry.
6       As far as any degrees, certifications, or
7  any sort of formal education in valuation of
8  finance, you don't have any of those things, do you?
9    A.   No.
10   Q.   All right.  Do you have any other
11 experience in the field of investing that we haven't
12 already discussed?
13   A.   Not that comes to mind.
14      MS. BRAGANCA:  Chris, are you asking about
15 the -- okay.  So we've gone through the Chrysalis
16 companies; we've gone through formal education.
17      Are you asking about anything that he's
18 done during the period -- outside of GTIF, during
19 the period of the GTIF's existence?
20      I think there's a little confusion about
21 timing here.
22 BY MR. WHITE:
23   Q.   Okay.  Do you have any other experience in
24 investing outside of the Tactical Income Fund during
25 the time that the Tactical Income Fund was in

34

1  existence?
2    A.   Only managing the Chrysalis Financial
3  portfolio and my own personal portfolio.
4    Q.   And are those portfolios that we've
5  already discussed when we talked about the Chrysalis
6  companies?
7    A.   That one, we did discuss.  I had a
8  personal one, too, for your frequent layers during
9  this time.
10   Q.   And what sort of personal portfolio are
11 you talking about?
12   A.   It's relatively small.  So I was trying to
13 start again; do what I had done in the late '90s and
14 early 2000s, and start to invest my own capital and
15 do this in public securities.
16   Q.   Is it an E-Trade account or something of
17 that nature?  [inaudible]
18      (REPORTER REQUESTED CLARIFICATION)
19      THE WITNESS:  A Robinhood account.
20 Robinhood account.
21 BY MR. WHITE:
22   Q.   Do you have any formal training or
23 education in accounting?
24   A.   I do not.
25   Q.   Now, I know when I asked you a field that

35

1  you said you were an expert in, you said "investing
2  and lending."
3       I know we've been talking about
4  investment, but we've sort of been covering them
5  together.
6       Are there any additional qualifications
7  you have in the field of lending other than what
8  we've already discussed?
9    A.   Well, I taught classes for 10 years.
10      Classes in valuation.
11      Classes in review of different third-party
12 valuations.
13      I taught classes in origination.
14      I taught classes in underwriting risk.
15   Q.   Okay.  When did you teach these classes?
16   A.   Between 1998 and 2008.
17   Q.   Where did you teach these classes?
18   A.   Minnesota and Wisconsin.
19   Q.   And for what organization did you teach
20 them?
21   A.   Wellspring.  American Summit.  Bajor
22 Mortgage.  Federated Residential Mortgage Company.
23      I think that's it.
24   Q.   And those are all -- those are all
25 mortgage companies?

36

**Page 37**

1     **A.**  In one way or another, yes.
2     **Q.**  And the classes you're talking about, are
3  these, like, internal employee seminars?
4     **A.**  Yes.  And so typically I was paying all of
5  them to be there, which I guess could matter.  I
6  trained 200 loan originators in southeastern
7  Wisconsin.  I trained probably 50 to a hundred loan
8  processors and another 20 to 30 underwriters.
9     **Q.**  Okay.  And those loan originators, loan
10 processors and underwriters, those are all mortgage
11 loans you're referring to?
12    **A.**  Yes, including Small Business
13 Administration.
14    **Q.**  Mortgage loans backed by the Small
15 Business Administration?
16    **A.**  Some of them, yes.
17    **Q.**  What -- do you have any formal training or
18 education in the field of business valuation, as
19 opposed to valuation in the mortgage context?
20    **A.**  Yes.  I was -- I mean, depends on what you
21 consider "formal."
22     So I was trained by a succession of
23 mentors at the companies where I worked prior to
24 founding my first company.  And there's always an
25 ongoing training that occurs between loan

**Page 38**

1  originators and underwriters.
2      And this has to do with the changing
3  nature of regulations or best practices, when
4  considering what valuation metrics are proper for
5  determining likelihood of repayment on debt, and
6  that includes government debt.
7     **Q.**  Okay.  You mentioned you were trained by
8  mentors at companies where you worked.
9      Do you have any formal training in
10 valuation of a business from any university or
11 college, or trade school, or professional
12 organization?  Anything like that?
13    **A.**  No.  I was paid to be in those classes, as
14 opposed to paying for it.
15    **Q.**  What do you mean "you were paid to be in
16 those classes"?
17    **A.**  I was paid to be in those classes.  I was
18 an employee and I was being trained so I think --
19    **Q.**  You were being trained in what classes?
20    **A.**  The classes I took.
21     So these -- when you're -- when you're in
22 the securitization business, or when you're in
23 origination, the amount of regulations that affect
24 what you do is extreme.
25     And the Federal Reserve bank, as a

**Page 39**

1  regulator, it's very exacting.  And home loans are
2  protected more than any other asset in the United
3  States.  The amount of rules that govern it is the
4  most extreme of all possible financial instruments.
5      So you have to have ongoing training to
6  keep up with changing regulations or changing
7  underwriting guidelines or methods.
8      There also is changing guidelines for
9  third-party valuations, what's considered valid, or
10 good, and what are prohibited practices.
11     And these change and those views of those
12 things and those regulations about them change over
13 time.  And so different financial institutions
14 educate their employees continuously so that they
15 are compliant.
16    **Q.**  And those courses and those regulations
17 you were just referring to, those are with respect
18 to residential mortgage loans?
19    **A.**  And -- and business loans.  And commercial
20 loans.
21     But the regulations that I'm talking
22 about, that are the most strict, the most severe,
23 are those that protect the home that you live in,
24 your owner-occupied home.  That is the most
25 protected asset, financial asset, in the United

**Page 40**

1  States.
2      There's more regulations about it, and
3  it's more exacting in the processes of how you go
4  about financing an owner-occupied home than any
5  other asset.
6     **Q.**  Okay.  And when you mentioned business and
7  commercial loans, you were referring to mortgage
8  loans to businesses and commercial properties?
9     **A.**  Yes.
10    **Q.**  Okay.  Have you had any formal training or
11 education in the context of valuing the business
12 itself as opposed to a property the business owned
13 on which a mortgage loan --
14    **A.**  I --
15    **Q.**  -- is --
16    **A.**  Thank you.  The business must be valued in
17 a lot of circumstances to actually make the loan
18 application.  So when we consider what the value of
19 the business is, that becomes the basis for the
20 loan.
21     So we look at cash flows, we look at
22 predictions of cash flows, we look at historical
23 cash flows and then we'll actually calculate debt
24 service coverage ratios for both the property or a
25 global calculation for a person across all of their

1 assets whether that's businesses or home -- homes
2 that they own, or anything, really.
3       So we'll do both a global calculation for
4 cash flow and we'll do specific calculations for
5 cash flow of businesses and of properties, and we'll
6 look at the projections for those businesses and
7 historically what they have -- they have done.
8       Now, you would be surprised how similar
9 the calculations are for calculating something like
10 cash flow in a business versus cash flow for a
11 person. They're actually much more similar than
12 people, I think, normally realize.
13    **Q.** Okay. And the valuation analysis that
14 you're referring to, that's for the purpose of
15 determining the -- the business's ability to repay
16 the -- the commercial loan. Right?
17    **A.** Correct. Yeah.
18    **Q.** Do you have any formal training or
19 education in the context of valuing a business for
20 investment purposes outside of the context of a
21 mortgage loan?
22    **A.** Not formal, in the way I think you mean
23 it, which is institutional, or did I pay someone to
24 educate me about it to give me a grade, or did I pay
25 for a test that was administered to me by a third

41

1 party, I have not done those things.
2       My experience has been real world.
3    **Q.** Now, I think you mentioned several
4 mortgage companies that you've worked for in the
5 past.
6       Other than the mortgage companies and the
7 Greenpoint Tactical Income Fund, have you ever
8 worked for a financial services firm?
9    **A.** No.
10    **Q.** Have you ever worked for an accounting
11 firm?
12    **A.** No.
13    **Q.** Have you ever worked for a bank?
14    **A.** Yes.
15    **Q.** What bank did you work for?
16    **A.** Bajor Mortgage was a licensed banking
17 institution.
18       Wellspring was also -- had a banking
19 license.
20    **Q.** Any other banks that you've worked for?
21    **A.** No.
22    **Q.** Have you ever worked for a private equity
23 firm?
24    **A.** No.
25    **Q.** Have you ever worked for a venture capital

42

1 firm?
2    **A.** Outside of the present context, the last
3 nine years, I have for Greenpoint Tactical Income
4 and Chrysalis Financial.
5       A large portion of that portfolio is
6 venture capital.
7    **Q.** Okay. So other than the Greenpoint
8 Tactical Income Fund, you've never worked for any
9 venture capital firm?
10    **A.** Other than the last nine years, no.
11    **Q.** And those last nine years you're referring
12 to, that's your experience with the Greenpoint
13 Tactical Income Fund?
14    **A.** I am in the Greenpoint Volatility
15 Opportunities Fund.
16    **Q.** All right. And was the Greenpoint
17 Volatility Opportunities Fund another fund in the
18 Greenpoint family of private funds?
19    **A.** Yes.
20    **Q.** All right. And when did -- when did the
21 Volatility Opportunities Fund shut down?
22    **A.** I'm not sure of the exact year, but I
23 think 2015.
24    **Q.** And what did the Volatility Opportunities
25 Fund do while it was in existence?

43

1    **A.** It traded options.
2    **Q.** Options on what?
3    **A.** Options related to market volatility.
4    **Q.** Options of -- options -- what was the
5 underlying investment?
6    **A.** What was the underlying investment?
7    **Q.** Yes.
8    **A.** Options.
9    **Q.** But options on commodities? Options on
10 companies? Options on stock? What --
11    **A.** NASDAQ.
12       (REPORTER REQUESTED CLARIFICATION)
13    **A.** Sure. NASDAQ.
14 BY MR. WHITE:
15    **Q.** And the Volatility Opportunities Fund was
16 only in existence for a short time?
17    **A.** It was, yes.
18    **Q.** Have you ever worked for an environmental
19 remediation firm?
20    **A.** No.
21    **Q.** Okay. Have you ever worked for a company
22 doing scientific research and development?
23    **A.** Yes.
24    **Q.** And what company is that?
25    **A.** The Medical College of Wisconsin.

44

1    **Q.**  What did you do for the Medical College of
2  Wisconsin?
3       **A.**  I did a research internship for a number
4  of months.
5       **Q.**  When was that?
6       **A.**  1996.
7       **Q.**  So that was while you were in college?
8       **A.**  It was.
9       **Q.**  Any other research and development
10  companies you've worked for?
11       **A.**  Not since then.
12       **Q.**  Do you have any certifications in
13  appraisal or valuation?
14       **A.**  I do not.
15       **Q.**  Have you ever had any certifications in
16  appraisal or valuation?
17       **A.**  Yes.
18       **Q.**  What certifications did you have?
19       **A.**  I was a certified Venture fund portfolio
20  manager by the Wisconsin Economic Development
21  Corporation.
22       **Q.**  Any other certifications?
23       **A.**  I don't think so.
24       **Q.**  And what does it mean to be a "certified
25  venture fund manager from the Wisconsin Economic

                                    45

1  Development Corporation"?
2       **A.**  The State of Wisconsin looks to encourage
3  investment in technology companies, and to do this,
4  if you submit for admission and you meet their
5  standards, they will certify you as a fund manager
6  in venture capital for technology firms that can
7  qualify for salable tax credits under Wisconsin law.
8       **Q.**  All right.  What did you have to do in
9  order to meet that qualifying standard?
10       **A.**  Their criterion is a certain amount of
11  personal experience, including entrepreneurship, or
12  playing a role in the founding of various companies.
13  They see that as making someone qualified.
14       **Q.**  All right.  Other than having personal
15  experience in entrepreneurship, were there any other
16  standards that you had to meet to get your
17  certification from the WEDC?
18       **A.**  There's a lengthy application package.
19  And I can't tell you what their exact underwriting
20  procedures are because I didn't work there, and I --
21  I don't know what they analyzed.  I could speculate,
22  but I don't think it would be helpful.
23       **Q.**  All right.  Other than qualifying you for
24  these tax credits, was there any other purpose of
25  the certification?

                                    46

1       **A.**  Was there a purpose of the
2  certification ...
3            When Scott Walker was governor of
4  Wisconsin, his purpose of creating the program was
5  to encourage technology investment in Wisconsin and
6  technology employment in Wisconsin and to increase
7  the tax base.
8            So those are the purposes.
9       **Q.**  But for you obtaining the certifications,
10  that certification made you eligible for these tax
11  credits.  Right?
12       **A.**  No.
13       **Q.**  All right.  What did the certification --
14       **A.**  Anyone who invests in the State of
15  Wisconsin in early-stage credits -- can get early
16  stage or angel investment credits, but they don't
17  become salable, you can't actually sell them to
18  another party unless you are certified by the State
19  first.
20       **Q.**  Okay.  So the certification allowed you
21  to -- to sell these tax credits.
22       **A.**  That's right.
23       **Q.**  And is that the only purpose of this
24  certification?
25       **A.**  There's publication that occurs

                                    47

1  surrounding the people who are approved and what
2  investments are approved.  And so being certified
3  adds you to those lists and incorporates you into
4  the community of certified angel investors and
5  portfolio managers within Wisconsin.
6       **Q.**  Okay.  Okay.
7            So the Wisconsin Economic Development
8  Commission didn't certify you as an appraiser, or a
9  business value -- valuator, did it?
10       **A.**  No -- well, it's called "certified venture
11  fund portfolio manager."
12            What that means exactly, I think your
13  questions would be better directed to them.
14       **Q.**  But you didn't get any sort of
15  certification from the WEDC that says you are a
16  certified appraiser of businesses.  Did you?
17       **A.**  Appraiser of businesses?  No.  No.
18       **Q.**  All right.  Do you have any
19  publications --
20            (REPORTER REQUESTED CLARIFICATION)
21            MR. WHITE:  Oh, I'm sorry.
22  BY MR. WHITE:
23       **Q.**  Mr. Nohl, do you have any publications in
24  the last 10 years?
25       **A.**  That's a good question.  I have some

                                    48

Christopher Nohl
12/6/2021

1 writings about fine mineral locations, and
2 geological deposits.
3        I also have some Internet-published
4 writings on venture capital investing and processes.
5    **Q.**  All right.  This Internet writing, where
6 was it published?
7    **A.**  The ones concerning geology, mineralogy,
8 mineralogical locations, are published on the --
9 sorry, the geology -- Geological Society of
10 Wisconsin website.
11        And other ones are regarding finance or
12 early-stage investing or venture capital and the
13 stages, and factors that contribute to rate of
14 return for venture capital investments are published
15 on the website of Accredited Venture.
16    **Q.**  I'm sorry, what was that?
17    **A.**  The website of "accreditedventure.com."
18    **Q.**  What is "accreditedventure.com"?
19    **A.**  It's a platform that discusses things like
20 venture capital.
21    **Q.**  When did you write these articles for
22 Accredited Venture?
23    **A.**  Last year.
24    **Q.**  All right.  Is accreditedventure.com a
25 website that you control?  Or is it an industry

49

1 publication?
2    **A.**  I don't control it.
3    **Q.**  All right.  What articles did you publish?
4    **A.**  I published an article on, as I said, the
5 stages of venture capital investment, and the forces
6 that are at play within a venture capital investment
7 that determine rate of return.
8    **Q.**  What was the title of this article?
9    **A.**  I think it's called "The Venture Capital
10 Investment Stages."
11    **Q.**  Is Accredited Venture a peer-reviewed
12 publication?
13    **A.**  No.
14    **Q.**  Is accreditedventure.com an authoritative
15 source in the field of finance or valuation?
16    **A.**  In -- in my opinion, it is.
17    **Q.**  What's your basis for saying that?
18    **A.**  Comparison to other sites.
19    **Q.**  What do you mean "comparison to other
20 sites"?
21    **A.**  There are many sites, I think, that
22 discuss venture capital, or the stages of investment
23 capital, early-stage technology companies, this kind
24 of thing.  And I think them agreeing to publishing
25 what I wrote makes them credible in my mind.

50

1    **Q.**  Other than the fact that
2 accreditedventure.com agreed to publish what you
3 wrote, is there any other basis for your saying that
4 it's an authoritative source?
5    **A.**  No.
6    **Q.**  All right.  Have you published anything
7 else in the last 10 years?
8    **A.**  Not that I can think of.
9    **Q.**  How about more than 10 years ago, do you
10 have any other publications?
11    **A.**  Yes.
12    **Q.**  Okay.  What other publications do you
13 have?
14    **A.**  They're quite a while ago.  Feels like a
15 former life.
16        So during college, I was very interested
17 in identity as a concept.  And I wrote three
18 philosophical treaties on identity.
19        I also did a work on the metaphysics of
20 consciousness, and these were published in different
21 philosophical journals.
22    **Q.**  Okay.  Any other publications that we
23 haven't already discussed?
24    **A.**  I don't believe so.
25    **Q.**  Have you ever submitted anything to a

51

1 peer-reviewed journal or publication in the fields
2 of finance, valuation, venture capital, anything
3 along those lines?
4    **A.**  I haven't.
5    **Q.**  Have you ever authored a textbook or a
6 portion of a textbook regarding finance, valuation
7 or venture capital?
8    **A.**  Yes.
9    **Q.**  And what textbook?
10    **A.**  Probably 10 or 15 of them.  These are ones
11 designed to train employees of the company I owned.
12 And they had multiple revisions over -- you know,
13 the 10 years before that.
14        I was tasked with writing all of the
15 position manuals for underwriting origination,
16 processing and marketing for Wellspring.
17        All of those were published by them and
18 used in the context of training their own employees.
19    **Q.**  So those textbooks that you're referring
20 to, these are employee training guides for the
21 mortgage companies that you previously worked for?
22    **A.**  I mean, they're 150, 200 pages, they're
23 very detailed.  I think "guide" doesn't quite
24 capture it.  I think they are training manuals.  And
25 they certainly were privately published and used in

52

1  that context.
2     Q.  Okay.  But they're training manuals for
3  training employees at the mortgage companies.  Is
4  that right?
5     A.  Yes.
6     Q.  Have you ever authored a textbook or a
7  portion of a textbook that's been published for
8  outside use in the context of a college or
9  university course, or some other sort of formal
10  training program?
11     A.  No.
12     Q.  Have you ever previously been retained as
13  an expert witness?
14     A.  No.
15     Q.  All right.  Outside of the Greenpoint
16  Tactical Income Fund and outside of your experience
17  in the mortgage industry, have you ever conducted a
18  valuation of a business?
19     A.  Yes.
20     Q.  Tell me about that.
21     A.  There's a lot to go over, and I'm happy to
22  hear that.
23        THE WITNESS:  Can we just take a break for
24  a couple minutes so I can use the restroom?
25        MR. WHITE:  Sure.  Let's go off the

53

1  record.
2        THE VIDEO OPERATOR:  The time is now
3  10:43 A.M.  Going off the record.
4     (RECESS TAKEN FROM 10:43 TO 10:55 A.M.)
5        THE VIDEO OPERATOR:  We are on the record.
6  It is now 10:55 A.M.
7        MR. WHITE:  Mr. Nohl, while we were on our
8  break, did you have any substantive discussions with
9  anybody other than your attorney?
10     A.  I didn't.  Not even my attorney.
11  BY MR. WHITE:
12     Q.  All right.  Now, I understand that in the
13  context of the Greenpoint Tactical Income Fund, you
14  did some business valuations.  Is that correct?
15     A.  Yes.
16     Q.  And you talked earlier about some business
17  valuations that you did in the context of commercial
18  mortgage lending.
19     A.  Yes.
20     Q.  Outside of those two contexts, have you
21  ever conducted a valuation of a business?
22     A.  Yes.
23     Q.  Okay.
24     A.  Well, I don't know if you would count
25  this.  But I'll tell you, and you can decide.

54

1        I'm on the advisory board of Okanjo, Inc.
2  So that's O-K-A-N-J-O.
3        And part of the world of the advisory
4  board is to value the offerings of securities of
5  that technology company.
6        And so I have been involved in that, but
7  GP Infomatics does own about 6 percent of that
8  company.  So you may include that with the Tactical
9  Income Fund.
10     Q.  And GP Infomatics is one of the companies
11  through which the Greenpoint Tactical Income Fund
12  holds its investments?
13     A.  That's correct.
14     Q.  Okay.  So outside of companies in which
15  the Greenpoint Tactical Income Fund has an ownership
16  interest, and outside of the context of commercial
17  mortgage loans, have you ever conducted a valuation
18  of a company?
19     A.  Yes, where that -- that valuation either
20  became a business purchase loan, or not, depending
21  upon a consulting contract where I was asked to
22  value a company by a client.
23     Q.  What are you referring to?
24     A.  First, between the period between 2008 and
25  2012, I would do consulting work for different

55

1  entrepreneurs and self-employed people who are
2  considering either expanding their businesses or
3  buying additional businesses.
4        And their -- their question was really
5  two-fold:  Should I buy this?  If I buy this, what
6  should I pay for it?  And what can my financing look
7  like?
8        And so these, I would do valuations for
9  these purposes.  And more often than not, those
10  became commercial loans.  I think only in two
11  instances did I tell someone not to buy a company.
12        But I guess it -- it was in conjunction
13  with my expertise as a loan officer, so ...
14     Q.  Okay.  How many of these consulting
15  arrangements did you have?
16     A.  Between 20 and 30.
17     Q.  And -- and who hired you to do these
18  consulting arrangements?
19     A.  Business owners.
20     Q.  Any business owners, in particular?
21        MS. BRAGANCA:  Again, Chris, I would just
22  venture to say that, you know, to the extent that
23  your retention and your work on -- with somebody was
24  confidential, and that that -- disclosing that could
25  be a violation of either an agreement or an

56

1 understanding that you had, don't name those people.
2       But to the extent that they wouldn't have
3 a negative effect, you can go ahead.
4       I would raise, again, I don't think it's
5 terribly relevant, again, it's like consulting
6 engagements that Renee McMahon has that she
7 describes as consulting, expert engagements. I
8 certainly would not, you know, be able to have her
9 identify those companies by name.
10      Go ahead.
11 BY MR. WHITE:
12      Q.  Let me put it this way:  Do you contend
13 that this consulting work you did between 2008 and
14 2012 qualifies you as an expert in business
15 valuation?
16      A.  In part, yes.
17      Q.  Okay.  So let's talk about who hired you.
18 And it doesn't have to be by name.  You can describe
19 them more generally.
20      A.  Okay.  There were three areas in which I
21 did this.  The first was in gaming, so a gaming
22 context.
23      The second was with fuel jobbers and fuel
24 retailers.
25      And the third was with technology

57

1 companies, especially in rapid prototyping
2 technology space.
3      Q.  Okay.  And for what purpose were you asked
4 to value these businesses?
5      A.  For potential acquisition.
6      Q.  All right.  Is this one person that hired
7 you to do all 20 or 30 of these engagements?  Or how
8 many people are we talking about?
9      A.  20.  Maybe a little bit more.
10     Q.  Okay.  What companies did you value?
11     MS. BRAGANCA:  Again, Chris, to the extent
12 that that would disclose confidential information,
13 you know, you don't have to disclose it.
14     If you're able to state what the companies
15 were without breaching any agreements or
16 understandings about confidentiality, then feel free
17 to answer.
18     A.  I'm not able to discuss it.
19 BY MR. WHITE:
20     Q.  Can you give me a general description of
21 what these companies were?
22     A.  Sure.  Companies that manufactured
23 different components of gaming.  So this would be
24 different types of gaming products that are sold by
25 governments.

58

1       Or fuel.  Wholesalers and retailers.
2       Or technology companies that were
3 advancing technologies in trainee rendering.
4       Q.  And what specifically did you do to
5 determine the value of these companies?
6       A.  A lot.  So I did the same things that I
7 would do in a -- in a debt work-out situation.
8       So I would go and I would meet with them,
9 and I would make a relationship, and get as much
10 information as I could from their managers or
11 workers or business owners.
12      I would look up public records of
13 different types on the companies.
14      I would try to contextualize it in terms
15 of telling them that I represented a likely suiter.
16 And the more information we had, the less
17 uncertainty there would be in an offer.  And if they
18 could give me information or tell me information, it
19 would advise the offer that was made.
20      And this encouraged almost all of them
21 to -- to tell me more and to show me financial
22 statements or things like this.
23      And I would do it under the context of,
24 you know, an NDA, with a single-party exception.
25      And then I would write a report based on

59

1 that.
2       I would look at market comparables, where
3 I could find them.
4       I would calculate what debt service
5 coverage ratio those businesses would have, likely
6 have, in the coming 24 months what they would
7 qualify for as government financing or as private
8 financing.
9       And write this up in a report and provide
10 it.
11      Q.  And did you do a formal business valuation
12 for any of these entities?
13      A.  I'm not sure what you mean by "formal,"
14 but it was a business valuation.  I signed it.  It
15 included multiple approaches to the valuation of the
16 business, including income approach, market
17 comparable approach, and an asset approach.
18      Q.  All right.  And how did you learn about
19 those three approaches?
20      A.  As part of my experience in lending, we
21 deal with thousands and thousands of valuations.
22      And my first role when I was in Minnesota
23 supervising the processing of mortgages, whenever
24 there was a problem -- so a valuation was ordered on
25 nearly every loan.  And when there was a problem

60

Christopher Nohl
12/6/2021

1  with underwriting, on a specific valuation, we would
2  review it, look at what the problem was, and then
3  consult with underwriting on how to go about curing
4  that defect.
5        And sometimes it might be ordering a
6  fairly new valuation, or changing something about
7  the market comparables to make them bracket the
8  value, if possible, or the square footage, if
9  possible.
10       Or looking at the income approach, and
11 then looking at what the inputs and assumptions were
12 for that, in consulting with the appraisers on what
13 their methodology was, and then expanding their
14 comparables, if possible, ordering new reports, if
15 reports were unacceptable.
16       And so a typical real estate appraisal
17 will include market comparables, and include a cost
18 analysis.
19       So essentially you're doing an asset-based
20 analysis and a market-comparable analysis.
21       And when that piece of real estate
22 generates income, you also have an income approach.
23       And so these three ways of assessing value
24 are the fundamental ways both in the investing world
25 and in lending and banking.  So they hold in common

61

1  these three methods.
2        And after going through thousands of
3  appraisals and dealing with all kinds of imaginable
4  issues on, you know, hundreds of reports, at least,
5  and supervising others and resolving these type of
6  issues, the format of the -- of the appraisals is
7  very much the same with the insertion of specific
8  analysis sheets.  And so we call this the uniform
9  appraisal.
10       And so the uniform appraisal is accepted
11 by Fannie Mae, Freddie Mac, private lenders.  If we
12 make small modifications to the forms, then this
13 becomes the FHA appraisal, or Federal Housing
14 Administration; or a Rural Housing Appraisal.
15       And the rules are contextual, so the rules
16 of appraising change according to geography,
17 according to type of property, and according even to
18 the actual financial characteristics of the intended
19 borrower.  So all of these things are the same
20 mind-set as valuing a business.
21       So in a business, we want to look at,
22 first and foremost, what would it cost to duplicate
23 this business?  And this applies to anything.  This
24 applies to an early-stage business or
25 well-established business.  If we started from

62

1  scratch, what would it take to make this?
2        So essentially, replacement value, right,
3  or replacement cost, what would it cost to replace
4  it?
5        Once we do that, then we can look at the
6  physical assets and now we're on the balance sheet
7  of the business and we're going to look at, what are
8  those things that have values, and if they were
9  liquidated today, if their value was determined
10 today, what would they be worth?  What could we get
11 for them?
12       So this would be a liquidation value or an
13 asset-based value, and there's an entire school of
14 loans that are based around that.
15       Then we look at the market approach, and
16 we say:  Are there similar businesses that either
17 are in the same business doing the same thing or as
18 close as possible, parallel businesses doing --
19 serving the same community, providing the same value
20 proposition, then these will be comparable in some
21 way, and, really, then we're going to concentrate on
22 the differences between them so that we can
23 extrapolate something that's true about the
24 comparability of businesses that serve the same
25 sector or same purpose.

63

1        And then ultimately the income approach,
2  looking at an adjusted figure for net income, and
3  then saying two things:  What is the -- what is the
4  payment series -- the cash flow in this
5  businesslike?  Is it seasonal?  Is it cyclical?
6  What risks are there inherent in its cash flow?  Is
7  it a single-purpose entity that will be sold and,
8  you know, realize cash all at once, or is it a
9  combination of these things, and what should be
10 discounted and what should be added back in?
11       So in commercial lending, there are a
12 number of things that will be added back into income
13 such as depreciation, amortization or loans to a
14 principal.  These are added back because they are
15 not things that pose real -- real cash expenses.
16       And when we look at a business, we can
17 say:  These should be added back in so we can
18 calculate the actual value of this business.
19       Then we can make extrapolations for the
20 past three years based on the tax returns and the
21 bank statements and project forward two years or
22 longer to say:  This is the likely income, given the
23 slope of the profit, or given the slope of revenue.
24       And if there is a negative slope -- so
25 something has happened -- then we're going to

64

1 analyze that and we're going to say:  Are there
2 single instances of them that actually reduce the
3 income but will not likely recur?
4         So we're going to make these kind of
5 tweaks to the income to try to get to a normalized
6 income so we're viewing something that indicates the
7 likely forward trajectory of the business.
8         Then from that, we know what its net
9 income is and we can calculate how much debt it will
10 support at different interest rates.
11        Based on that, a buyer could afford to buy
12 the business all the way up to a debt service
13 coverage ratio of 1.
14        So this loan amount at a certain interest
15 rate is exactly equal to what the business can
16 support in net income.
17        Now, it's adjusted net because we've added
18 back in depreciation and amortization, but most
19 underwriting calls for a higher debt coverage ratio
20 than this, so the higher that debt coverage ratio,
21 the more secure the loan is, and the better deal the
22 business is.
23    Q.  So the approach that you were just
24 describing, that's the approach that you learned
25 during your time in the mortgage industry.  Is that

65

1 correct?
2    A.  Yes.
3    Q.  And when you were doing this consulting
4 work from 2008 to 2012, were you using the
5 approaches that you'd learned in the mortgage
6 industry?
7    A.  Yes.
8    Q.  All right.  And would you agree that a
9 business's cash flow impacts its value?
10   A.  It can.  It can also be irrelevant.
11   Q.  How can a business's cash flow be
12 irrelevant?
13   A.  Let's say that you offer to sell me your
14 business for a million dollars.  And I know that
15 your physical assets, I can sell for one-and-a-half
16 million.
17       I don't care about your cash flow.  I'll
18 buy your business, sell off the pieces and make
19 500,000 today.  That's my cash flow.  That's not the
20 same as yours.
21   Q.  Okay.  Are there any other contexts in
22 which a business's cash flow is irrelevant?
23   A.  Temporarily that could -- well, there's
24 two ways.
25       One way is:  Value is commonly confused.

66

1 The net income of a business for the net income of
2 the investor.
3         For instance, let's say you bought into a
4 company that had no net income, but the value of
5 that business, it was a public company and the value
6 of that company went up 10 times.  And you sold that
7 stock, and the company never made a dime.
8         You still have made 10 times your
9 investment.  It was irrelevant to you that the
10 company ever made net income.
11        Now, when we talk about a business, the
12 purpose of a business, and all business values
13 ultimately derive from the ability to generate net
14 income.  I agree.  This is a true fact.  But that's
15 for, when you look at the business overall.
16        Where it becomes difficult to determine,
17 or where this starts to not have an impact is when
18 the asset value is the driving factor.  Asset value
19 is the most reliable form of valuation.  And the
20 reason is that it's the value today.
21        When we look at a market-comparable
22 approach, and we look for market comparables and
23 say:  This is like there and this is like the other,
24 the time frame that we have to analyze to pull
25 comparables in is usually six months to two years.

67

1         So we're extrapolating from the past to
2 determine the value in a transaction today that we
3 know in reality can't happen today.
4         We know that that transaction would take
5 time to actually close.  It might take a week; maybe
6 it could close tomorrow if you had a cash buyer.
7 But it's not going to close today.  It's not the
8 value of the assets today.
9         When we look at the income approach, we're
10 projecting forward even further:  A year, two years,
11 five years down the road.  And the farther we
12 project in the future, the less accurate it becomes.
13        So income approach is the most unreliable
14 of the three; yet, it is the default valuation
15 within venture capital.
16        So within venture capital, typically this
17 is how we extrapolate value, but it shouldn't be the
18 first place you look.  The first place you look
19 should be asset value because it's more secure.
20        The second place is going to be market
21 comparables.
22        And the third, then, would be net income.
23        This is especially true in early-stage
24 businesses that have a lot of intellectual property,
25 but net operating losses; or their business model

68

1  has not solidified yet.
2      If the business model hasn't solidified,
3  what sense does it make to extrapolate the future
4  from it?  That doesn't make any sense.  Too many
5  things are being assumed and too many things are
6  going to change to make a reliable forecast.
7      I could go on, but I think you get the
8  idea.
9      Q.  All right.  I'm going to read you a quote
10 from a Section 1.2 of your report.
11     A.  Okay.
12     Q.  It's the "Retention and Scope of
13 Assignment" section.  And in that section, you say:
14         "I have been requested by
15         Greenpoint Tactical Income Fund,
16         LLC to review and evaluate the
17         opinions of Charles River
18         Associates' Renee McMahon of
19         valuations prepared by the fund
20         regarding the opinion of value of
21         Fund subsidiary GP Chemical LLC's
22         Amiran related interests on a
23         quarterly basis from December 31,
24         2013 through June 30, 2018."
25     A.  Yes.

69

1      Q.  Is that an accurate statement about the
2  scope of your expert report?
3      A.  I believe so.
4      Will you read it one more time.
5      Q.  (Reading)
6          "I have been requested by
7          Greenpoint Tactical Income Fund,
8          LLC to review and evaluate the
9          opinions of Charles River
10         Associates' Renee McMahon of
11         valuations prepared by the fund
12         regarding the opinion of value of
13         fund subsidiary GP Chemical, LLC's
14         Amiran related interests on a
15         quarterly basis from December 31,
16         2015 through June 30, 2018."
17     A.  Yes.
18     Q.  Okay.  Do all of the opinions you have
19 reached in this matter respond to opinions expressed
20 by Renee McMahon in her May 10th, 2021 expert
21 report?
22     A.  The opinions respond to what I believe to
23 be her true intent, which is to value Amiran
24 Technologies and its subsidiaries at two different
25 appraisal dates.

70

1      Q.  Okay.  And are there any opinions you have
2  in your report that do not respond to opinions
3  expressed by Ms. McMahon?
4      A.  No.
5      Q.  Do you have any opinions regarding
6  Mrs. McMahon's May 10, 2021 report other than what
7  is set forth in your report?
8      A.  Yes.
9      Q.  Okay.  What are they?
10     MS. BRAGANCA:  Can I just put -- you're
11 asking him in the context of his testimony because
12 you recognize that he's also a party.
13     So, as he sits here, and as he submitted a
14 report, and is seeking to give an expert opinion, is
15 that the context of your question?
16     MR. WHITE:  Yes.
17     MS. BRAGANCA:  Okay.
18 BY MR. WHITE:
19     Q.  Do you have any expert opinions regarding
20 Renee McMahon's May 10, 2021 report other than
21 what are set forth in your expert report?
22     A.  Yes.
23     Q.  Okay.  What are they?
24     A.  I don't think that she begins in the right
25 place.

71

1      Q.  Okay.  What do you mean by that?
2      A.  So in a situation where you're going to
3  value a business, especially an early-stage
4  business, when someone comes to you, the first
5  question that you need to ask is:  Who am I talking
6  to?  And what is their role?
7      So what is the source of information?  How
8  reliable are they?
9      So I was shocked to find out that personal
10 credit reports are not pulled by the venture capital
11 community on founders.  I was shocked.  But I make
12 them pull their credit and show me.
13     And the reason is that you need to know if
14 your source of information is reliable, or at least
15 that they try to do what they're committed to do in
16 writing and if they can't do that, then you need an
17 explanation for why.
18     So once -- once you have this information,
19 you know what the sources of your information are
20 and who you're talking about, and whether they're
21 reliable or not, in your estimation, then you go
22 next to the lowest assumption method of analyzing
23 what is before you.
24     So you lay out the company and you say:
25 What does it own?

72

1    And based on what it owns, what does that
2  list look like? Here's what it is. Here's what it
3  has.
4    Who does it employ? How many people does
5  it employ? What is its revenue. Right? All of
6  these things.
7    But predominantly you're looking at its
8  assets to look at the balance sheet to see if the
9  balance sheet is reliable.
10    If you can't determine what the assets are
11  and what the important assets are in a company, it
12  makes no sense to try to make a valuation from that
13  point forward. You need to know what you're talking
14  about, and the first step is confirming the balance
15  sheet.
16    If Renee had actually gone and searched
17  for patents issued to Mohsen Amiran, she would have
18  found at least eight of them listed in the U.S.
19  Patent Office, and in the World Intellectual
20  Property Organization.
21    Now, those patents have, as their signee,
22  Amiran Technologies and its subsidiaries.
23    But if you look at the balance sheet,
24  right away you see that they're not on there. So if
25  it owns a patent, and the patent is not in the

73

1  balance sheet -- and you can determine that in the
2  first 15 minutes of working on the case -- what do
3  you have to say about the reliability of the balance
4  sheet?
5    You need an explanation: Why is this
6  asset -- this intellectual property, which should be
7  a defining asset for an early-stage technology
8  company, not on the balance sheet at all?
9    Now, she never addresses that, and she
10  never discusses any of the patents, what their
11  potential value is, their utility, their value
12  proposition to potential customers. None of those
13  things are discussed.
14    The patent numbers are not mentioned once
15  in any of her reports; yet, for an early-stage
16  technology company, the intellectual property is
17  really the core component.
18    So I didn't cover that within there, but
19  that is an additional thought that I have about it.
20    Q.  So your opinion is that the
21  Amiran Technologies balance sheet was unreliable?
22    A.  Yes. And the profit and loss statement.
23    And it's very easy to determine and you
24  can determine it in five or -- 5 to 10 minutes.
25    And this is why I was working with Amiran

74

1  to try to bring in outside help for them to go back
2  to the beginning of time and rebuild their balance
3  sheet and their profit and loss statement to
4  accurately reflect what they owned and what had gone
5  on.
6    So it was one of the deficiencies of the
7  company from the very beginning.
8    Q.  And what's -- what's your basis for saying
9  the balance sheet and the profit and loss statement
10  were "unreliable"?
11    A.  Doing a patent search at the U.S. Patent
12  Office and the World Intellectual Property
13  Organization that show me that they have assets that
14  aren't on the balance sheet.
15    Q.  And when did you do the patent search?
16    A.  Right away.
17    Q.  When's "right away"?
18    A.  I don't know; 2015 or '16.
19    Q.  And why isn't this opinion about the
20  reliability of the balance sheet and the profit and
21  loss in your expert report?
22    A.  I think I discussed in numerous expert
23  reports that the CFO position at the company was a
24  deficit, and that the financials needed to be
25  rebuilt, and that I had tasked Jason Noyes to do

75

1  that.
2    Q.  I'm sorry, is that in your expert report?
3    A.  It is in the quarterly reports.
4    Q.  What quarterly reports?
5    A.  The quarterly reports for 2018.
6    Q.  You're talking about the quarterly reports
7  valuing Amiran Technologies that you performed for
8  the Greenpoint Tactical Income Fund?
9    A.  I valued the GP Chemical-related
10  interests. But yes.
11    Q.  Okay. And did you discuss the issue of
12  this unreliable balance sheet or profit and loss
13  statement in the expert report that you prepared for
14  this case?
15    A.  I didn't. I just refrained from
16  overweighting projections of value of the company
17  based upon those documents.
18    Q.  This issue about the CFO position being a
19  deficit, why did you include that in your expert
20  report?
21    A.  It's in my quarterly report from, I think,
22  2015.
23    Q.  Okay. And is it in your expert report?
24    A.  No.
25    Q.  Why not?

76

1    A.  I felt I had covered it already.
2    Q.  In the quarterly reports you prepared for
3  Amiran back in 2015?
4    A.  Yes.
5    Q.  All right.  Do you have any other opinions
6  regarding Ms. McMahon's May 10th, 2021 report other
7  than what is set forth in your expert report?
8    A.  I do.
9    Q.  Okay.  What are those?
10    A.  I think that -- I think that it is very
11  elegant.  I think her mathematics are very elegant,
12  I think her treatment of potential discounts is spot
13  on for a private equity valuation.  I like her work.
14         There is a place within the -- her first
15  appraisal from 2015 where she inverts the multiple
16  for rapid growth.
17         Rapid growth is a good thing.  Your
18  company's worth more if you have rapid growth.  But
19  she actually multiplies times a fraction because of
20  rapid growth.
21         So this is actually the inverse of I think
22  what she meant to do.  And it causes her to come up
23  with a different conclusion than I think she meant
24  to.
25    Q.  Are you -- I'm sorry.

77

1         Are you contending Ms. McMahon made an
2  error in her mathematical calculations?
3    A.  I believe it's a simple math error, yes.
4    Q.  And what specific math error are you
5  claiming that she made?
6    A.  That she discounted for rapid growth
7  instead of enhancing the value of the company.
8    Q.  And did you explain your beliefs about
9  this error in your expert report?
10    A.  Umm --
11         MS. BRAGANCA:  I believe you just asked
12  him for opinions that weren't in his expert report
13  and that's what he was giving you.
14    A.  I didn't want to nitpick her and anyone
15  can make that simple mistake, and I think that --
16  that's what it is.
17         So, by and large, I understand her
18  approach, and I also understand why she thinks that
19  approach is the right one, and I disagree.  And I
20  disagree for multiple reasons.
21         But most fundamentally, I disagree because
22  the asset value of the company, including its
23  intellectual property, is the real governing factor
24  for a long-term development company like Amiran.
25         One thing she does not recognize is that

78

1  Amiran Technologies itself, especially by a genesis
2  where most of the economic activity was taking
3  place, is really an infrastructure company.
4         When we start talking about ways to treat
5  waste, and waste streams, we're talking about
6  replacing the city dump.  We're talking about
7  replacing landfills.  This is a major component of
8  infrastructure, and is a real sea change technology.
9         When we talk about that, we can look at
10  sources like the Department of Energy and say:  What
11  is the development cycle for an infrastructure
12  technology?
13         And the answer, on their website, is:  30
14  years.
15         So when we look at the development of
16  Amiran and we say:  Well, it's 30 years, it must be
17  an established company.  Not necessarily true.
18         In an infrastructure company that's
19  seeking to change the way that something fundamental
20  in society happens, this takes a long time to get
21  right.
22         And when I look at Amiran, and I look at
23  the expenses and the income, what I see is that all
24  of it is CapEx.  All of it is research and
25  development.  It never got to the point of having a

79

1  stable business model.  It never got to the point of
2  having an effective technology beyond the
3  experimental scope.
4         The definition in commercial lending is
5  five examples, five working examples of the
6  technology in the world before it ceases to be
7  experimental.
8         Once five plants exist and are doing their
9  job cleaning soil, you've actually gotten to the
10  point where this is no longer experimental; it can
11  qualify for conventional financing.  So that's
12  literally the definition.
13         And when you look at Amiran and you say:
14  Okay, there was a plant in Goose Bay, Ontario, there
15  was a plant in -- there were two plants in Kuwait,
16  but, really, only one of them got to the point of
17  running 24 hours a day, and that was a major
18  milestone, but it didn't run regularly.
19         And so if we look at that and we look at
20  the past jobs, we're really only at three or four
21  working plants.  If we count the second one that
22  Nordlux bought, we're at four.  And we need a fifth
23  one so that we can move out of the experimental
24  phase, by definition, into a stable phase of
25  business growth.

80

1    So everything that occurred before that
2 was development.  And I think it's wrong to not
3 recognize that.  To try to extrapolate from a
4 technology company that's going through the expenses
5 of making errors, making corrections, evolving its
6 technology, I don't think it's a fair way to project
7 its value.
8    I think a fairway is an asset-based
9 approach.
10 BY MR. WHITE:
11    Q.  Okay.  Why is that opinion not in your
12 expert report?
13    A.  That it should be an asset-based approach?
14    Q.  The opinion you were just describing.
15    A.  Is it not?
16    Q.  I was asking you about opinions that are
17 not -- are not in your expert report.
18    A.  I think I mentioned it, but I don't go
19 into the detail that I just gave you for why I
20 consider all of the expenses of Amiran during that
21 long period of development actually CapEx.
22    And so I don't think I touched that in the
23 detail that I just gave you, so, I'm not trying to
24 repeat what's in the report, but I'm trying to give
25 you more color for things that I didn't -- I didn't

81

1 expand quite as much.
2    One of the things that's disregarded
3 related to this is a piece of testimony by Sherwin
4 Amiran, and it's an important piece of testimony and
5 it's one that I believe that Phil Skrade will also
6 know of and agree to.
7    And that is that there wasn't an appraisal
8 on the fundamental technology of biogenesis.
9    And that appraisal was $280 million just
10 on the patent.
11    Q.  Is that appraisal cited in your report?
12    A.  It's not.
13    Q.  What is this appraisal you're referring
14 to?
15    A.  This was an appraisal that was conducted
16 by the company before I got involved with them.  I
17 did review the appraisal; I did have a copy of it.
18 But it was in my desk at Amiran Technologies when
19 the company closed.  So I lost that document.
20    I believe Andy Crewell has a copy of it,
21 but I think it was performed by Duff & Phelps or
22 Baker Tilly, one of the two.  But it's actually an
23 appraisal of the technology by itself, and so this
24 was -- the biogenesis patent 197,913.
25    And I think it's very important, because

82

1 it shows the real value of the intellectual property
2 that Mohsen Amiran was creating.  He was a genius
3 and the things he was making had incredible
4 commercial potential.
5    Q.  All right.  Are there any other opinions
6 you have regarding Renee McMahon's May 10th, 2021
7 report, other than what are specified in your expert
8 report?
9    A.  Just give me one minute, please.  I have a
10 list of things so I'm just trying to visualize it.
11    (PAUSE IN PROCEEDINGS)
12    A.  Oh, yeah, there's one more thing.
13    So when I was deposed, I was asked if
14 there were market comparables for
15 Amiran Technologies and the answer is no.
16    Amiran Technologies is really the brain
17 spawn of Mohsen Amiran, who is a chemistry genius,
18 he is a soil chemistry genius and he's a process
19 engineer.  So he's a bench chemist, he's a process
20 engineer, he does all of these things.
21    But if you look at the individual
22 companies -- so if you look at MRT or you look at
23 Ag Conversions or you look at IMR, BGIR, they
24 literally have almost simulacrum market comparables.
25    So in the case of Ag Conversions, there's

83

1 a company called Anuvia Plant Nutrients out of
2 Osceola, Florida who raised $23 million on
3 November 2nd, 2016.
4    This was a early Series A financing, which
5 typically would have characteristics of being
6 20 percent of equity.
7    So the initial seed stage of venture
8 capital is typically 15 percent.  If it's more than
9 that, then you risk burning out your cap table.  And
10 so it's a mistake.
11    And people who aren't -- who are in
12 venture capital would look at something that say
13 offers you 30 percent of capital at the seed stage
14 and say:  I can't invest in this because ultimately
15 it's going to burn it out and there's not going to
16 be enough equity for the founders in their own
17 opinion later, so you end up having a problem later.
18    So we'd assume that the regular amount of
19 financings as a percentage of equity is occurring
20 for Anuvia and they raised $23 million.
21    If there is $23 million and the equity is
22 20 percent, as we would expect in a Series A
23 financing, then the post money value of Anuvia was
24 $115 million.
25    Now, this company is only slightly

84

1 advanced beyond Ag Conversions.  And when I sat with
2 Mohsen and went side by side through the Anuvia
3 patent and the patent for Ag Conversions, Mohsen's
4 conclusion -- and I believe him -- was that the
5 Ag Conversion's process of converting manure and
6 animal waste into high-grade organic fertilizer is
7 30 percent more efficient.
8        And this happens because Anuvia is using
9 hydrolysis.  So they're actually using an
10 energy-intensive process; whereas, the process for
11 Ag Conversions is cavitation, which is essentially
12 pressure-based.  There's also a chemical
13 conditioning agent, but Anuvia has those, too.
14        But my point being that the closest
15 comparable for Ag Conversions, which is in -- very
16 close to the same stage as Ag Conversions is with
17 just a patent and plans for a plant, is
18 $115 million for enterprise value.  That's a
19 post-money value so you subtract the 23 million and
20 you get back to your pre-money value.
21        But this is still, what, a $90 million
22 value for Ag Conversions, which she gives no value
23 to in her valuation.  So that's not right.
24        Then if we look at the two technologies
25 that Mohsen created, one's a process, red waste,

85

1 which is Bauxite or waste, so red sludge, they call
2 it, or we look at steel foundry black sludge, there
3 were two processes that were patented by Mohsen to
4 deal with each of these scenarios that could
5 extract -- in the case of Bauxite, titanium or
6 aluminum, that could be reused in the processes, or
7 in the case of MRT, Metal Recovery Technologies, it
8 could recover up to 65 percent of the process weight
9 in pure iron.
10        Now, there was another high-value
11 component in what Mohsen created and that was the
12 ability to extract black pigment.  And black pigment
13 sells for about $2,000 metric ton so -- I think, if
14 memory serves me, and that's extremely valuable.
15        But when we look at GMR, GMR is a company
16 that was out of Massachusetts but actually was an
17 attempt to steal Mohsen Amiran's technology and it
18 was run by a guy named Kennedy and another guy named
19 Bergren.
20        And they went to Rio Tinto and they got
21 $6 million of seed financing based only on a partial
22 technology sketch of Mohsen's.
23        Now, a seed financing, we can -- we can
24 debate whether 10 or 15 percent was the amount of
25 that financing, but the implied value is

86

1 $40 million.
2        Now, this is a pre-revenue,
3 pre-development, two guys with a piece of paper
4 value that was assigned by Rio Tinto when they gave
5 them $6 million.
6        And Mohsen, when I talked to him, he said:
7        I didn't give them the chemical
8        component, so they will fail.
9        Okay?
10        So Mohsen had the full solution.  Rio
11 Tinto probably couldn't see whether or not they were
12 actually going to ultimately be able to build a
13 working plant.
14        But if one of them is worth 40 million,
15 it's Mohsen's, not theirs.  But they were given
16 $6 million of seed capital.
17        And if we look at BGIR and MRT -- I'm
18 sorry, not BGIR, IMR.  IMR and MRT together, they
19 serve parallel industries, one steel, one aluminum,
20 but they're very similar to each other.  They have
21 the same value proposition, by and large.
22        And so it is most reasonable to
23 extrapolate the seed value of GMR, the company that
24 tried to steal Mohsen's work, based upon the
25 investment of $6 million by Rio Tinto, to say they

87

1 both have a seed value of $40 million.
2    Q.   Why isn't this opinion about the value of
3 Anuvia being the comparable for Ag Conversions in
4 your expert report?
5    A.   Because this is the basis for the
6 valuation of Alluvium and Paladin, which were the
7 companies that actually were the spin-off of these.
8        So when it was the basis for the
9 disclosure that happened in 2016 in the third and
10 fourth quarter where I first talked about the Green
11 Fund, in that scenario, I say how much money we
12 expect will be made.  And this is an evolving
13 calculation, but it's being drawn from market
14 comparables as we're going forward.
15        My belief is that the value should
16 approach the asset values.  And the asset values in
17 the composite I believe to be $475 million without
18 counting hydric here at all, and without counting
19 sea soil at all, which were additional things, and
20 without counting ABC Amiran biochemical.
21    Q.   So -- but why isn't this analysis about
22 Ag Conversions and Anuvia set forth in your expert
23 report for this case?
24    A.   I think of them as Paladin data.  So
25 they're actually the way in which Paladin is

88

1 assessing its spin-off of the technology that's
2 coming out of GP Chemical, and it's actually what
3 starts to contribute the value back into the
4 GP Chemical position.
5        So -- and that's why I make the
6 distinction between GP Chemical's position and
7 Amiran's value.  Amiran was not being valued as a
8 going concern.
9        So when I looked at it and I looked at the
10 decisions that have been made and the liabilities
11 that existed, it made more sense to reorganize the
12 company, and to deal with its debt that way, and
13 take control of the company, to cure it of the
14 things that were plaguing it.
15        And the things that were plaguing it were
16 operational-type concerns, and poor decision-making,
17 poor management.
18        So this was a chance for Paladin to
19 totally recreate the companies, in unison with
20 Mohsen, or Mohsen's trust, such that there would be
21 a new basis going forward than a new valuation, based
22 upon something that was thought out.
23        What was apparent to me when Phil Skrade
24 and Mohsen first came to me with the
25 $40 million valuation for Amiran Technologies is

89

1 that it was not thought out.  It might have been
2 consistent with the Baker Tilly value, but to me, it
3 was extremely cheap.  It doesn't make sense, it was
4 so cheap.
5        And what it showed me was that there
6 was -- there was the stress.  There was the stress
7 in their development cycle; they didn't have the
8 money they needed to actually develop the technology
9 all the way, or they had squandered it.
10        And so when I started talking to them in
11 the beginning, there were a number of additional
12 factors that were part of the agreement between
13 Mohsen and I, and it had to do with fixing the
14 things that were preventing the company from being
15 successful, not the least of which was the fact that
16 the capital table for the initial company, the way
17 that they had it, was totally immoral.
18    Q.   Okay.  And why didn't you discuss any of
19 these issues in your expert report?
20    A.   I'm not sure that I don't.  Did I not?
21    Q.   Well, the question we started off with
22 was:  Are there any opinions you have regarding
23 Renee McMahon's May 102,021st report that are not in
24 your expert report.
25    A.   Well, she says within her expert report

90

1 that when asked about Amiran Technologies, I said
2 that there were no market comparables.
3        But she extrapolates that to mean that I
4 thought there were no market comparables of the
5 subsidiaries, which is not true.
6        There were clear, very clear, and even one
7 that was, you know, historically related comparable
8 to those companies.  And --
9    Q.   Okay.  And why did you not include the
10 discussion of those market comparables in your
11 expert report?
12    A.   You know, Chris, I can't remember if I did
13 or I didn't.  I'm sorry.
14    Q.   Are there any other opinions you
15 have regarding Renee McMahon's May 10th, 2021 report
16 other than what is set out in your expert report?
17    A.   One more.  So this idea of the discounted
18 cash flow method is the best way for projecting
19 early-stage companies is an idea of [inaudible]
20    (REPORTER REQUESTED CLARIFICATION)
21    A.   I have trouble spelling it.  I think it's
22 D-A-M-A-D-O-R-A-N, Damadoran[sic].
23    THE REPORTER:   Thank you.
24    A.   Okay.  So he goes through, really, a very
25 elegant description of all of the risks and the

91

1 difficulties, the great difficulties with estimating
2 the value of early-stage technology companies,
3 early-stage companies, in general.
4        And then he, to illustrate his point --
5 and I think ironically -- he picks Tesla, in 2011,
6 and he uses his own discounted cash flow method to
7 predict the 2021 value of Tesla motors.
8        And his value, using his discounted cash
9 flow method for Tesla motors today is 7 million --
10 or $7 billion.  But the market capitalization today
11 of Tesla motors is 31 billion.  So he's not even
12 within 100 percent of being correct.
13        So how good is the discounted cash flow
14 method?  It's not.  Really, it's just a bunch of
15 adjustments to calculations that make false
16 precision.
17 BY MR. WHITE:
18    Q.   Okay.  And what's your basis for
19 criticizing the use of the discounted cash flow
20 method?
21    A.   That even -- even its greatest proponent
22 at the Stern business school cannot get within
23 400 percent of the value of a company projected
24 using his method.  I would call that inaccurate.
25    Q.   Do you have any training or experience in

92

**Page 93**

1 the -- using the discounted cash flow method?
2    **A.** I've used it in different times when
3 analyzing the cash flow for established companies,
4 and I think then it's very appropriate.
5       So I don't mean to be overly critical or
6 overly cynical. It is a very difficult problem to
7 figure out how to accurately project 10 years in the
8 future. And nobody has really figured out how to do
9 that yet.
10      So when we look at the risk of a company,
11 the best we can do is to first answer the question:
12 What is there? Who are we talking to? What is
13 there? And what is a path for development that will
14 work? And how can I, as a venture capitalist, help
15 the good outcomes happen? And are they receptive to
16 that?
17      If they're not, then right away, you know,
18 it's like typically in Europe, they use the
19 scorecard method, then the scorecard method actually
20 has that as one of the bases for assessing the
21 quality of an early-stage deal is: Is management
22 receptive to coaching.
23      Now --
24    **Q.** Okay. So --
25    **A.** -- if we do something like the discounted

**Page 94**

1 cash flow method, that doesn't include anything
2 about the receptivity of management or the
3 coachability, or they're not -- they're willing to
4 correct things that are wrong with the company.
5       But the people who I've seen are
6 successful are people that will take value that's
7 given to them. The people who look at what people
8 are telling them and then seriously consider it and
9 make the changes that are necessary. Those are the
10 people that end up being successful.
11    **Q.** Now, in Ms. McMahon's report, she uses the
12 discounted cash flow method to value Amiran. Is
13 that correct?
14    **A.** Yes.
15    **Q.** All right. Is your opinion that the
16 discounted cash flow method is not a valid valuation
17 method? Or that it's not the proper valuation
18 method to use for Amiran?
19    **A.** I think the discounted cash flow method is
20 a very valid method for a stable business. But in
21 the case of Amiran Technologies, it is clear, even
22 from power Braddock, the income mezz, is that it is
23 not a stable business. It hasn't reached stability.
24 It's still in the process of defining its business
25 model.

**Page 95**

1       So to use the discounted cash flow method
2 presumes that the past will continue. But if the
3 past is erratic, what are you really saying about
4 your projection? That it's the average of what is
5 chaotic?
6       Like, it doesn't -- it doesn't give you a
7 lot of confidence to take a -- what appears to be a
8 dramatically moving number, and then try to define
9 what it's going to be for the next 24 months.
10 It's -- it's not -- you have to look deeper than
11 that to try to find more truth.
12      But to be fair, I think when we look at
13 the valuations that we both have for 2015,
14 ultimately, neither one of us were right as far as
15 the going concern value.
16      And it was really tragic what happened to
17 Amiran because it never completed its development
18 and it was something of immense value to society,
19 and it would have created immense value for
20 investors.
21      So I'm very sad about it, I considered
22 Mohsen Amiran my friend, and I'm sad that he's
23 deceased.
24    **Q.** In your opinion, what is the proper
25 valuation method to use for valuing Amiran during

**Page 96**

1 the time period covered by Ms. McMahon's report?
2    **A.** I believe that there's -- are two ways.
3 So the first way is an asset value. And I think
4 that's the lowest risk. I think that is the truest
5 assessment of value on a given day.
6       And then I think I would condition that
7 with a market approach.
8       Now, when we did this, we were doing this
9 over and over, but we are also constraining that
10 value so that we don't have the risk internalized
11 into the fund.
12      So when we look at it and we say: Look,
13 there's a history here. And is 2013 similar to 2015
14 in Amiran? They really are.
15      If we look at the opportunities for deals
16 and what the pipeline reports of Jean Dillon show
17 for that entire period, they show hundreds of
18 millions of dollars of opportunities.
19      What do we see for clothes contracts? We
20 see millions of dollars of clothes contracts with
21 Fortune 100 or Fortune 200 companies, very big
22 companies writing contracts with biogenesis.
23      If we go back to 2010, you're talking
24 about a EPA contract, which I think was
25 $200 million or something like that, but literally,

1 that's 33 percent of Jean Dillon's pipeline in 2017.
2      So there's clearly disconnecting
3 information.
4      When I look back at 2012 and 2013, I say:
5 This company has been the same since 2010.  It has
6 struggled, it has not had enough cash, it's sought
7 to find its place in the world, it's sought to
8 figure out what its business model is, it's had
9 problems with staff; in other words, it's an
10 early-stage technology company, because they all
11 have these problems.
12      Now, it's got a longer development cycle
13 because you're talking about a massive piece of
14 complicated equipment, right?  These take 16
15 semi-trucks, according to Sherwin Amiran, to haul
16 around.  That's a huge piece of equipment.
17      So it's not surprising to me that it takes
18 a while to figure it out.
19      What is amazing is that it worked.
20      So if there was no validity to the
21 technology, the company would have no value.  The
22 reason the company has value is because the
23 commercialization opportunity is immense, it's huge,
24 and it's more efficient than what's being done now,
25 which is just to dump it in the ground.

97

1      Now, there's not many companies that you
2 can find where you can actually say:  This is
3 superior in cost and process to what is currently
4 going on in the world.  And the only losers are
5 people who own landfills.
6      Q.  Other than your own personal opinion, what
7 authority can you point to that support the view
8 that the asset value or market approach are superior
9 to the discounted cash flow approach for valuing a
10 company in the circumstances in which Amiran was?
11      A.  That's a good question.  And when we're --
12 I mean, it's logical, right?  If you want me to find
13 a source that says it's logical other than myself,
14 I'm sure I can do that, but I can't do that Johnny
15 on the spot.
16      I can do some research and I'm sure I can
17 find that, but you're talking about something
18 that's -- so look at all the assumptions that are in
19 the discounted cash flow method, right?  You're
20 talking about 10 different assumptions, right, one
21 being marketability discount, one being control
22 premium, one being, what?  Discount for leverage,
23 discount for liquidity, discount for cost controls,
24 discount for geography.  There's so many
25 assumptions, so many.

98

1      Like, if you said something accurate,
2 minimize your assumptions.  Minimize them.
3      Q.  Okay.  But you -- as you sit here today,
4 you can't point to an authority that supports the
5 position that the discounted cash flow method is not
6 a proper method for valuing Amiran.
7      A.  So you're asking me for an authority to
8 say that an early-stage company experiencing
9 early-stage growth pains and erratic revenue, should
10 be the preferred way of predicting its future
11 income?
12      I would have to look.  But I think the
13 companies that are directly comparable to the
14 companies within the portfolio are the greatest
15 market indication, and I think the historical
16 precedent transactions set a limit.
17      Then I think later that management is
18 willing to support as enterprise value sets a limit.
19 And those limits are lower than the total asset
20 value of the company, but I think they are limiting
21 factors.  You don't want to be in a situation where
22 you're trying to raise money at a value higher than
23 what management supports.
24      That's why it was very important that
25 Sherwin Amiran provided those values for all of the

99

1 companies based only on their assets and
2 opportunity, not based upon them as a going concern.
3      I think -- I'm not sure what the date was,
4 I believe it was the 17th of March in 2018.  But
5 this is part of an evolving value conversation that
6 was going on between parties over a long period of
7 time, and was going to ultimately determine the cap
8 tables.
9      Q.  Okay.  Why isn't this critique of the
10 discounted cash flow method an opinion contained in
11 your expert report?
12      A.  You mean why it's not the best method in
13 the case of Amiran Technologies and its
14 subsidiaries?
15      Q.  Right.  Why is that opinion and the basis
16 for it not expressed in your report?
17      A.  I'm not sure that it's not.  I'm just
18 giving you the additional color around -- around
19 that issue.
20      Q.  All right.  Other than what we've already
21 discussed, are there any other opinions you have
22 regarding Ms. McMahon's May 10th, 2021 report that
23 are not contained in your expert report?
24      A.  I'll stop there.  No more opinions that
25 weren't in the report.

100

1    **Q.**   All right.  Now, you provided two versions
2   of your report to the SEC.  Is that correct?
3    **A.**   That is.
4    **Q.**   There was an original version on
5   July 26th, 2021, and then a second report on
6   August 10th, 2021.
7    **A.**   I think the first one was inadvertently
8   sent.  I think it was a draft.
9    **Q.**   So the July 26th, 2021 report was a draft?
10   **A.**   The first one was a draft.
11       The second one, that was the report.  If
12  I'm remembering correctly, I think -- I think I sent
13  the wrong file.
14   **Q.**   Okay.  So is the second report, the
15  August 10th, 2021 report, the document you are
16  contending is your expert report?
17   **A.**   I'm sorry, I -- I haven't looked at the
18  date since they were sent.  I ... I need help on
19  this issue.
20       MR. WHITE:  All right.  Let's -- let me
21  show you what we've previously marked as
22  Exhibit 190.
23       Would you put that one up.
24       (DEPOSITION EXHIBIT 190 FIRST
25        REFERRAL, PUBLISHED ON SCREEN)

101

BY MR. WHITE:
2    **Q.**   Mr. Nohl, do you see that document on your
3   screen or do you have it available to you from when
4   we sent it around last night?
5    **A.**   I'm in the Gradillas exhibit folder, but
6   it still says the folder is empty.  I'll try to
7   refresh that and we'll see.
8   BY MR. WHITE:
9    **Q.**   Oh, it's not in Egnyte.  It's the
10  documents that I sent around by Accellion last
11  night.
12   **A.**   Okay.  I am in there.
13       Exhibit 190, did you say?
14   **Q.**   Yes.
15   **A.**   Here we go.  I see it here.
16   **Q.**   Okay.  Is Exhibit 190 the document you
17  contend is your expert report?
18   **A.**   Yes.  In part.
19   **Q.**   I'm sorry.  "In part"?
20   **A.**   Yes.
21   **Q.**   What's the "in part"?
22   **A.**   These are meant to supplement the
23  quarterly reports.
24   **Q.**   You're referring to the quarterly reports
25  you prepared of Amiran Technologies for the

102

1   Greenpoint Tactical Income Fund?
2    **A.**   That's correct.
3    **Q.**   Are you contending that those quarterly
4   reports are part of your expert report?
5    **A.**   I want to be careful with the language
6   there, to not say something I don't intend to say,
7   and so I would like to talk to my counsel about what
8   that means.
9    **Q.**   Okay.  Sure.
10       MR. WHITE:  Why don't we take a break.
11       MS. BRAGANCA:  Sure.
12       THE WITNESS:  Okay.  Thank you.
13       MR. WHITE:  Go off record.
14       THE VIDEO OPERATOR:  The time is now
15  12:07 P.M.  Going off the record.
16       (RECESS TAKEN FROM 12:07 P.M. to 12:19 P.M.)
17       THE VIDEO OPERATOR:  We're back on the
18  record.  The time is now 12:19 P.M.
19  BY MR. WHITE:
20   **Q.**   Okay.  Mr. Nohl, we were off record.
21       Did you have any substantive discussions
22  with anybody other than your attorney?
23   **A.**   No.
24   **Q.**   Okay.  So -- I'm sorry.
25       Lori, can you just read back the previous

103

1   question right before the break.
2        (REPORTER READ FROM RECORD AS
3        FOLLOWS)
4   THE REPORTER:  Yes.
5        "Are you contending that those
6        quarterly reports are part of your
7        expert report?"
8    **A.**   The answer is yes.
9   BY MR. WHITE:
10   **Q.**   So the quarterly valuations that you
11  prepared of GP Chemical for the Greenpoint Tactical
12  Income Fund, you are asserting that those are part
13  of your expert report in this case?
14   **A.**   Yes.  Since -- since Renee McMahon is
15  actually critiquing that and responding to that,
16  that's kind of the basis for this whole chain of
17  reports.  So I think it's necessarily a part of
18  that.
19       And sorry for parsing that, but I think I
20  explained in an earlier-life preoccupation with
21  identity.
22   **Q.**   All right.  So -- so I understand
23  correctly, so you're contending that your expert
24  report is Exhibit 190, plus all of the valuation
25  reports you prepared of GP chemical --

104

1    **A.**   Yes --
2    **Q.**   -- between 2015 and 2018?
3    **A.**   Well, I prepared 2015. And I think the
4 fourth quarter of '17, and then first, second, third
5 quarter of '18, were reports that I authored, and
6 then I did validation calculations, I think, on most
7 of the interim reports that -- of Mark Leopold.
8    **Q.**   Okay. And the reports that Mark Leopold
9 authored are from the first -- all of 2016 and the
10 first three quarters of 2017?
11    **A.**   I believe so. The only one that might be
12 in question is the third quarter of '17. I'm not
13 sure -- I'm not sure about that one. I'd have to
14 check that, but that might be his, too. Or it could
15 be mine. That could be either.
16    **Q.**   All right. And are you contending that
17 only the valuation reports you authored for
18 GP Chemical are part of your expert report or also
19 that the reports authored by Mark Leopold are part
20 of your expert report?
21    **A.**   I'm responding to the critique of the
22 valuations of the GP Chemical value, historically.
23 And so I do -- I do take Mark Leopold's
24 reports -- he's an accomplished guy, he's a director
25 of Town Bank, and I mean he is -- he's no slouch.

105

1 He's been a CEO of multiple companies and public
2 companies. So I have no reason to doubt his word.
3 And yes, so I do take that as part of a
4 mantel of the valuations performed on GP Chemical.
5    **Q.**   Okay. So other than what's been marked as
6 Exhibit 190, plus all of the GP Chemical valuations
7 from the fourth quarter of 2015 through the third
8 quarter of 2018, is there anything else you are
9 contending is part of your expert report in this
10 case?
11    **A.**   Maybe this testimony here today.
12    **Q.**   Okay. Anything else?
13    **A.**   Not that I can think of at the moment.
14    **Q.**   All right. Your report discusses the
15 Tactical Income Fund's investment in Fetch Rewards.
16 Is that correct?
17    **A.**   Yes.
18    **Q.**   All right. Did Ms. McMahon express any
19 opinions regarding Fetch Rewards?
20    **A.**   She made blanket, yes, by inference.
21    **Q.**   What do you mean by that?
22    **A.**   She described a situation where losses
23 existed within the fund. And to do that without
24 describing the context both of the portfolio
25 overall, and the extraordinary successes within that

106

1 portfolio, I think, creates prejudice that's
2 unexpert-like.
3    So I think you need to talk about the
4 entire venture capital portfolio of Greenpoint
5 Tactical Income Fund to really treat it as the class
6 of risk as the position that it is within the
7 Tactical Income Fund.
8    **Q.**   Does Mrs. McMahon's report even discuss
9 Fest Rewards anywhere?
10    **A.**   No. I believe that -- that her
11 preoccupation is in places where the complaints
12 directed her.
13    **Q.**   Okay. So none of the discussion in your
14 expert report discussing Fest Rewards rebuts
15 anything in Ms. McMahon's report. Is that correct?
16    **A.**   It rebuts her summary statements that are
17 early in her reward.
18    **Q.**   What summary statements?
19    **A.**   I'm not looking at it. But she makes
20 summary reports about things within the complaint.
21 And since the complaint is highly suggestive by
22 focusing only on investment positions where there's
23 a failure, to understand the full scope of the
24 investment, to have the proper context to understand
25 it, you have to talk about successes and failures.

107

1 You know, only in that thing do you have the context
2 to actually judge what has occurred.
3    **Q.**   All right. Your report discusses a raid
4 by the F.B.I. that was conducted on the Tactical
5 Income Fund in March of 2017?
6    **A.**   Yes.
7    **Q.**   Does Ms. McMahon's report express any
8 opinions about the F.B.I. raid?
9    **A.**   I don't think that she's able to address
10 how that affected the course of the investment or
11 the valuation of the underlying Amiran positions.
12    **Q.**   Did Ms. McMahon's report discuss the
13 F.B.I. raid at all?
14    **A.**   Did she discuss ... well, she discussed
15 the options, and the private purchase of equity that
16 were the subject of the mezzanine financing
17 interrupted by the F.B.I. raid publication of a
18 false search warrant.
19    So yes, she did mention it. But she
20 didn't mention why they weren't executed. So --
21    **Q.**   You're -- oh, sorry.
22    **A.**   I just think if you're going to discuss
23 options in the accounting treatment of the options,
24 which she seems to entirely omit for value
25 consideration, you need to talk about the context of

108

1 when and how it was likely or not likely that those
2 options could be exercised.
3    Q.  Is it your opinion that the F.B.I. raid
4 caused the value of Amiran Technologies to go down?
5    A.  So I'm going to -- I need to draw a line
6 there.
7        The raid itself, while traumatic, and
8 shocking to everyone who worked for us, including
9 myself, and as disturbing as that event was, it was
10 not the cause of the failure of the mezzanine
11 financing.
12        The unsealing of the search warrant
13 affidavit and the subsequent publication, which I
14 believe was an honest mistake on the part of the
15 DOJ -- I don't think they meant to unseal a search
16 warrant.
17        And I don't think -- you know, I don't
18 know if they knew that the information in there was
19 un-accurate -- inaccurate or rebuffed by other
20 information.  I think that they knew that.
21        But I don't think that they meant to
22 publicize untrue things as part of a Grand Jury
23 investigation.
24        And that certainly was an extraordinary
25 event.  It was an extraordinary event.  And it was

109

1 extraordinary for a fund; it was extraordinary for
2 every employee; it was extraordinary for the
3 investors; and it certainly was extraordinary for
4 the managing members.
5        And you can't have this, you know, kind of
6 Six Sigma event, and then say:  Well, it didn't
7 impact.  You know, it devalued the investment.
8        Well, absolutely, it did.  It changed
9 everything because it, in part, destroyed my
10 credibility.  So if I don't have credibility, my
11 ability to obtain financing, or even to make
12 agreements with people like Mohsen Amiran, the CEO
13 of the company, becomes in doubt.
14        And that type of doubt, that type of
15 prejudice, and especially if we -- you know, in the
16 period where we didn't understand what was going on,
17 we have no answers for anyone, we're ordered not to
18 speak about it, this is an extraordinary,
19 extraordinary thing.  And it puts stress down the
20 entire system.
21        So yes, we're doing financing activities
22 predicated on applications for debt, like mezzanine
23 financing.  It will affect that and everything
24 attached to it, which, in this case, were options,
25 and the control of Amiran Technologies, and then

110

1 even the potency of the newly negotiated operating
2 agreement for Amiran.
3        So yes, it -- it had an absolute effect.
4        Now, did it make it fail?  I don't know.
5 I don't know if it made it fail.
6        Did it make it more likely?  For sure.  No
7 question.  It made it more likely.
8        And did it interrupt the plan that I --
9 that, you know, Chrysalis Financial and me and Gam
10 and Michael Hull had for the Amiran and GP Chemical
11 positions?  It absolutely affected it.
12        And it's dishonest to say anything else.
13 It's just dishonest.  There's no way that you can
14 have something of that magnitude happen and have
15 your credibility challenged in public with false
16 allegations, and then go about business as normal.
17 It's --
18        (SIMULTANEOUS SPEAKING)
19    A.  Is this making sense to you?  Like you
20 can't -- this is a huge event.
21 BY MR. WHITE:
22    Q.  If the unsealing of the warrant and the
23 failure of the mezzanine financing were so
24 significant, why didn't Tactical Income Fund mark
25 down the value of Amiran Technologies back in 2017

111

1 when those events happened?
2    A.  Well, we -- we did a number of things.  So
3 we immediately marked any in-the-money options down
4 to zero.  So the likelihood of us to be able to
5 raise -- we not only lost mezzanine, we lost a
6 million dollars in financing on the day of the raid,
7 which would have went to Amiran.
8        So when -- and we lost all tax credits
9 then, too.
10        So we lost 20 percent on everything we
11 would have invested, not on the purchases directly
12 from Mohsen, but on any options exercised.
13        And so just because I stand back from the
14 company and say:  My plan is no longer controlling
15 you, what I have set down, you are now on your own,
16 this doesn't mean that Amiran is going to fail.  It
17 just means that Amiran has to find someone else to
18 help it.
19        And this is a normal -- a normal problem
20 for a CEO.  You have -- you have an investor who no
21 longer can invest in your -- or draws a red line,
22 like, you can't be dependent on any one of your
23 investors.
24        Now, you can make value deals and things
25 for them to contribute, all kinds of things.  And I

112

1  told Mohsen:  We're still going to try to do what we
2  can do, but you should not plan on a single exercise
3  of any of the additional common-units options.
4  Don't count on that.
5       I'm like:  It's not going to happen.  The
6  constraints are too high.  The challenge to our
7  liquidity is going to become severe.
8       I'm like:  This is going to affect us in
9  all kinds of ways.  So you get on it right now, and
10 get out there, and market it and tell me what I can
11 do to help.
12      So that's the only thing I can do in that
13 circumstance is to immediately tell him:  You got to
14 go be a CEO.  You got to go do what you do and find
15 people who are going to back you, replace us if
16 necessary, and I release you from any obligation
17 concerning the options.
18      Before, I'd asked him not to find
19 additional investors.  Now, I'm telling you:  Do
20 whatever you need to do.  There's no agreement that
21 prohibits you and I will not be mad, I will not be
22 upset.  Do what's necessary to make it.
23      And, you know, from -- but that's a very
24 different point than the day before.  The day
25 before, we're coming in and we're doing joint

113

1  management, and we're restructuring the cap table
2  and doing all of these things, and changing the
3  operating agreement -- my God, it's a huge
4  difference.
5       But it doesn't change the fact that the
6  assets that Amiran has and it still has, it doesn't
7  change the market comparables and it doesn't change
8  the precedent transactions.
9       It just means operationally, they're going
10 to have some challenges.  And those challenges
11 aren't unique to Amiran, every early-stage
12 technology company has those except, you know, maybe
13 the ones that are sponsored fully by -- by other
14 companies.
15      So that's why we didn't write it down.
16      Amiran was still Amiran, the intellectual
17 property of Amiran was still the intellectual
18 property of Amiran.  The precedent transactions were
19 still what they were.  And it didn't mean that
20 Amiran failed.  It just means it's going to be a lot
21 harder for them because they can't look to us.  But
22 that doesn't mean they're going to fail.  That just
23 means they have a challenge.
24      And so ... I told them --
25      Q.  What specifically --

114

1       A.  Yeah.
2       Q.  What specifically is that million-dollar
3  debt financing you were referring to on the day of
4  the raid?
5       A.  It was 500,000 from Helen Johnson and
6  Craig Leopold and 500,000 from Mark Leopold.
7       Q.  And what were -- were those going to be
8  loans directly to Amiran?
9       A.  I think they were to the TIF, and the TIF
10 in turn was going to execute convertible debt
11 instruments with -- with that money.
12      Q.  Okay.
13      A.  Go ahead.
14      Q.  The Leopold family was going to lend out a
15 million dollars to the Greenpoint Tactical Income
16 Fund and Greenpoint Tactical Income Fund was in turn
17 going to give that money to Amiran one way or
18 another?
19      A.  I don't -- yes.  But I don't want to give
20 you a false impression.  I just don't recall if the
21 money was going to the Tactical Income Fund or
22 directly to Amiran.  I just don't recall.
23      And the notes were prepared, so I'm not
24 sure where they would exist, but we should be able
25 to look this up, or Mark Leopold will probably know.

115

1       Q.  Okay.  And why did that million dollars in
2  financing not go through?
3       A.  They were closing at the 111 East Kilbourn
4  address, and they couldn't close there because there
5  were F.B.I. agents filling the office.
6       And that's kind of a -- not the message
7  you want to be receiving if you're going to lend
8  something money -- a company money.
9       Q.  Okay.  Did somebody tell you afterwards
10 that the Leopolds were no longer going to make these
11 loans?
12      A.  Yes.
13      Q.  Who was that?
14      A.  Mark Leopold.
15      Q.  And by the way, Helen Johnson, and who is
16 that other person?
17      A.  Craig Leopold.  He owns the Chicago
18 Blackhawks.
19      Q.  Is that Leopold's father?
20      A.  No, they're no relation, strangely.
21      Q.  All right.  Did Craig Leopold and
22 Helen Johnson tell you anything to the effect that
23 they were no longer interested in making the loan?
24      A.  I did meet Craig Leopold once at the SC
25 Johnson headquarters, but I was not the regular

116

1 point of contact.  That was Mark Leopold.
2      So no, I was not in that communication
3 chain.
4    **Q.**  Okay.  So Mark Leopold told you that Craig
5 Leopold was no longer interested in making the loan
6 after the F.B.I. raid?
7    **A.**  I mean, yeah, that's what he said.  But he
8 had this look on his face like he had seen a ghost
9 and he was out of his mind.
10      But other than that, the poor guy, no.
11 No.
12      There -- it was obvious that we needed to
13 understand what was going on before anyone could
14 make a -- further commitments, or even accept
15 commitments in good faith.  We needed to understand
16 what was happening.  And at that point, we had no
17 idea.
18      So it was really scary, because it's a
19 total question mark.  And these -- the people that
20 worked, for both Chrysalis and Greenpoint Tactical
21 Income Fund, are good people.  They would not be
22 part of something that is corrupt.
23      So it was a terrifying experience.  And
24 everyone was shocked.  And that shock lasted a long
25 time.

117

1      So that's all I can tell you about it.
2    **Q.**  All right.  So -- so you testified that in
3 March of 2017, you told Mohsen Amiran that -- that
4 Amiran Technologies needed to find investment or
5 other funding sources other than the Greenpoint
6 Tactical Income Fund?
7    **A.**  Yes.
8    **Q.**  Okay.  What explanation do you have for
9 the fact that Amiran was not able to locate any
10 alternative investors from March of 2017 forward?
11    **A.**  I can speculate.  I can't tell you who
12 they talked to or what conversations they had, or
13 even what they did to do that.  I more than had my
14 hands full dealing with the management of the
15 Tactical Income Fund.
16      And so I can't -- I can't tell you why a
17 portfolio company didn't succeed to raise additional
18 capital.
19      I can speculate about why that would be
20 made more difficult by their structure or, you know,
21 how they were going about business.  But those are
22 just speculations.
23      Why did -- why did -- who did they talk
24 to, or why did they get turned down, I have no idea.
25    **Q.**  Well, if the technology of

118

1 Amiran Technologies was as valuable as you say it
2 was, why wouldn't another investor be willing to
3 invest money in it?
4    **A.**  It's a good question.  So the -- there are
5 a lot of reasons.  When you -- when you -- you're
6 talking about early-stage venture capital in the
7 technology space -- let's start with geography.
8      Wisconsin is an extremely conservative
9 place.  And people are very risk-phobic here.
10      Most companies that are technology-based
11 and have disruptive-type technologies, important
12 technologies, or potentially important technologies,
13 have to leave, and they have to go to Boston, or
14 they have to go to California.  Right?  I mean,
15 maybe New York.
16      These are the places where venture capital
17 has the risk appetite for something that's multiple
18 millions of dollars pre-stabilization.
19      Wisconsin, being historically frugal, and
20 risk-averse, is a difficult place to do that raise.
21 The -- well, let's talk about the structure.
22      Before, I said that the cap table was
23 immoral.  And here's what I mean by that.  The chief
24 technology guy, who is a technology chemist genius,
25 Mohsen Amiran, also runs the business and makes

119

1 autonomy -- he has autonomy in running the business.
2 He has a control of the quorum of the units of the
3 business.
4      And through the cap table, he has made,
5 through agreement with other shareholders, his
6 interest undilutable.  So he makes all the
7 decisions, but shares no losses.  He doesn't get
8 diluted by the next investor; he doesn't suffer in
9 any way other than the frustration of going through
10 another investment cycle.  The people who pay the
11 price are all the dilutable investors.
12      This is fundamentally immoral.  You should
13 not have the person making the choices not also
14 share in losses.  And that was something that I was
15 fixing.  I was fixing it in that cap table.  We were
16 getting rid of the undilutable shares.  And that was
17 a barrier to other people investing in the company.
18      The fact that the chief scientist is
19 running the company alone is enough to deter people
20 from investing in a company.  Many people will not
21 invest in a company where the chief scientist is in
22 charge.
23      And generally it's believed that the
24 mind-set of the person who's a creative science
25 person is not the mind that you want running your

120

1 business.
2         And in my experience, here's why.  Mohsen
3 Amiran gets bored fast.  He is very interested in
4 solutions to the world's problems.  But once he
5 makes that, he has no appetite for boredom.
6         And to run a corporation, you have to be
7 able to stomach boredom.  You're going to have to do
8 the same thing hundreds of times.  You're going to
9 have to repeat the same process every day.  That's
10 what growing a corporation and making it stable is.
11 It's imposing the pattern on the behavior.
12         And Mohsen, once he solved a problem, he
13 wants to go solve the world's next problem.  This is
14 not who you want steering the ship.  He can steer
15 the technology, but he can't steer the ship.
16         And he knew that.  Somewhere in him he
17 knew that.  But he had a good quality.  And his good
18 quality was that he was a survivor.  So he would
19 make it, if there was a way to make it, and if
20 necessary, he would come up with a new patent and
21 sell it for a million dollars and get financing that
22 way.
23         He was that creative and that resourceful,
24 but he was not ever going to be the CEO of a
25 stabilized Amiran Technology.  And he knew that.

121

1 And our plan was to remove that.
2         So if we ... sorry.
3         If we removed that problem and we solved
4 the cap table problem, we solved the other
5 incidental problems of the organization and in the
6 operating agreement, the company becomes much, much
7 more investable.
8         But Mohsen -- if I were Mohsen at that
9 point, I would have kept the operating agreement
10 changes, but just, you know, removed us to the
11 degree necessary to be successful, but kept the
12 changes.
13         But he didn't do that.  He wanted to keep
14 leverage to bring me back in when our situation
15 resolved.
16         And so that inability to commit to fixing
17 the company cost Amiran.  That's what I believe.
18 That's my speculation.
19         Now, who did they go talk to?  I don't
20 know.  But they had -- they had all these functional
21 structural problems that they needed to solve before
22 you even get to the point of saying: We have an
23 awesome technology and it's going to change the
24 world and it's going to help everybody, you need to
25 see this.

122

1         Q.   And the Greenpoint Tactical Income Fund
2 first invested in Amiran at a time when Dr. Amiran
3 was the CEO of Amiran Technologies, and when the
4 company had all of these functional and structural
5 problems you're discussing.  Correct?
6         A.   Correct.
7         Q.   All right.  And after March of 2017,
8 Amiran was not able to find any alternative
9 investors to invest in places of the Tactical Income
10 Fund.  Is that also correct?
11         A.   Yes, because they didn't commit to the
12 changes.
13         And when we first --
14         MS. BRAGANCA:  Can I just jump in?
15         How does this relate to his expert
16 testimony?  Are you asking him about factual
17 questions, which is fine, but how does it relate to
18 his expert testimony?
19         And if you are asking him about these
20 factual questions, then -- that this is
21 information that you are not going to object to
22 having as a basis for his expert testimony.
23         MR. WHITE:  Well, these aren't --
24         MS. BRAGANCA:  I mean, this isn't a
25 fact-witness deposition.  This is an expert-witness

123

1 deposition.
2         So -- and I understand, we have, you know,
3 a little of an unusual situation here.  So, you
4 know, to the extent that you're continuing to -- or
5 you are questioning him about this, then my
6 presumption is that -- and I'm asking for
7 confirmation -- that this is information that he
8 relied on in -- and confirmed that it's information
9 he relied on in his -- coming to his expert
10 opinions.  That, or stated in the various quarterly
11 evaluations.
12         MR. WHITE:  Well, at the moment, we're
13 just trying to figure out what his opinions are and
14 the basis for them.
15         THE WITNESS:  Sure.
16         MR. WHITE:  All right.
17         THE WITNESS:  So -- can I just clarify for
18 just one -- sorry to interject, but can I just
19 clarify for one second?
20         You asked me, right, and I told you I
21 don't have factual information about why Amiran was
22 not able to find additional people so I gave you my
23 expert opinion of what would have made it very
24 difficult.
25         And that's really what I was concentrating

124

1  on, you know, if -- I don't, in particular, object
2  to telling you what the commitments -- the verbal
3  commitments were as part of the contract of 2015.
4  But maybe it's beyond the scope of what we're doing
5  here today.
6  BY MR. WHITE:
7      Q.  Well, we're talking about -- there was a
8  discussion of the F.B.I. raid in your expert report.
9  And you said that that expert -- the discussion of
10  the F.B.I. raid is in there because it led to the
11  failure of the mezzanine financing.
12      A.  Yes.
13      Q.  And then you were discussing why the
14  failure of the mezzanine financing led to the --
15          (SIMULTANEOUS SPEAKING)
16  BY MR. WHITE:
17      Q.  -- of Amiran to have funding from other
18  investors.
19      A.  Well, here's the thing, right?  If you're
20  CEO, you're lining up your funding -- or at least
21  you should be -- six to 12 months in advance.  This
22  isn't something that you're doing, like, in a week.
23          So if you've been working towards a goal,
24  or towards a large closing of an investment round,
25  you know, like a late Series A, beginning Series B,

125

1  which is kind of what this investment was, you
2  cannot change streams in a short period of time and
3  pretend that the last year didn't happen.
4          And there are very few CEOs in early-stage
5  technology companies that would double-stream it
6  because you run a risk of losing both.
7          If he was courting someone else at the
8  same time he was courting the Greenpoint Tactical
9  Income Fund, and they find out about each other,
10  something there could happen.  They could feel
11  double-played and then both could pull out.
12          So as a CEO, you kind of try to commit to
13  your investors' appetite and if that appetite
14  suddenly disappeared, you can't make up for that in
15  a week.  You can't make up for it in a day.
16          So even if you get it, a new investor to
17  fill their spot, there will be a period of distress.
18  And that distress is a radical change in expectation
19  versus delivery.
20          And that's what happens when you have,
21  like I call it, a Six Sigma event or like the
22  magnitude 10 earthquake, like, everything changes.
23          And that's what happened to Mohsen on that
24  day, and it happened as a consequence of the raid.
25          And so I don't -- I don't blame him for

126

1  not being able to, within three months, fill even a
2  $5 million raise.  And I don't think that that was
3  something he was in the right year to do at that
4  point.  But -- yeah, that's how they're related.
5      Q.  Okay.
6          MS. BRAGANCA:  Chris, are we going to take
7  a lunch break at some point?
8          MR. WHITE:  Yes.
9          MS. BRAGANCA:  It's close to 1:00 o'clock.
10          MR. WHITE:  Correct.  I -- we are very
11  close to a stopping point.  I think this should
12  go -- yeah.  Let me -- we're approaching a stopping
13  point.
14          MS. BRAGANCA:  Okay.
15  BY MR. WHITE:
16      Q.  All right.  Your report also discusses
17  damages to the Tactical Income Fund as a result of
18  the SEC.  Is that correct?
19      A.  I try not to blame others.
20          In this case, I think that I lost the
21  ability, at least partially, to protect the
22  investors.  I lost that ability because a conclusion
23  was reached -- despite contradictory data, I think a
24  conclusion was reached not having any idea who I am.
25          I think that, yes, the SEC made a mistake.

127

1  I think --
2      Q.  Do you --
3      A.  I think that mistake had fall-out.
4      Q.  And did Renee McMahon express any opinions
5  about damages the SEC caused or did not cause
6  the Tactical Income Fund?
7      A.  To me, it's an extension of the context,
8  so if the SEC reaches out and touches everything and
9  everyone, right, through subpoenas, through
10  interviews, through enabling public -- I hesitate to
11  call it "defamation," but it really is -- to create
12  that kind of prejudice in a global way, and then to
13  say that, "No, this little piece over here was
14  unaffected," it's not true.
15          The value of GP Chemical was affected that
16  day and the value of every single thing.  Everything
17  that touched me, everything that touched Michael
18  Hull, everything that touched the Tactical Income
19  Fund was affected that day.
20          So when we talk about the value of Amiran
21  and we talk historically, what was the value in
22  2015, 2016, 2017, what were the events that
23  surrounded these values?  Why were these values
24  reasonable or unreasonable?  The context is exactly
25  the subject matter.

128

1    And I didn't want the SEC to be the
2 context, but it decided to be.  I really wish it
3 didn't happen.  But it did happen.
4    So now that it did happen, it's part of
5 the context.  And so we have to talk about it, and
6 we can go back and forth about what the impacts were
7 and the scope of it, and what's justified and what's
8 not.  But ultimately, it touched everything.  And
9 that is not in doubt.
10    **Q.**   Okay.  So the value of GP Chemical fell in
11 March of 2017 as a result of the F.B.I. raid and the
12 subsequent unsealing of the search warrant?
13    **A.**   It did immediately.  So I immediately
14 wrote down the value of any in-the-money options,
15 then shortly thereafter, we wrote off all tax
16 credits that we were entitled to receive from the
17 State of Wisconsin, because they blocked us from
18 receiving those.
19    Our liquidity, our ability to borrow, was
20 totally constrained.
21    Our ability to raise money was also
22 constrained, because no new investor wants to go
23 into a situation where they don't understand what
24 the risks are.
25    And so we have a situation where

129

1 everything has changed.
2    So -- but the numbers have changed, yes,
3 for GP Chemical, but the risk has been magnified.
4    So before, where we can get liquidity
5 through different avenues, through borrowing, or
6 what have you, now that's been massively constrained
7 and so what happens is risk of failure goes up, and
8 volatility of the portfolio goes up.  Right?
9    And we get reluctance in trade partners or
10 buyers or different things like this.  Oh, my God,
11 the scope of the problem is immense.  And how do you
12 recover from that?
13    So that's -- I've never had experience
14 recovering from that and that's what I've been
15 trying to do.
16    But yes, I think it did affect the value.
17 It definitely affected the value.  It affected the
18 liquidity and fundamentally affected the risk of the
19 portfolio.
20    It blocked us from building out the
21 greatest income portion, the most consistent and
22 predictable income portion of the portfolio, which
23 is the receivable debt portfolio.
24    So it -- our commercial lending was meant
25 to be this recurring income, but because now we

130

1 don't have the mezzanine to fund it, we're cut off.
2 Because we -- we're not going to get the large
3 investments we were anticipating into the Tactical
4 Income Fund, I also can't build that out.
5    So now we've changed the character of the
6 fund through what happened, and there's -- we're
7 going to have to struggle to build it as it was
8 designed to handle risk.
9    So risk was greatly, greatly magnified for
10 the subsidiaries, for the holdings even underneath
11 that.
12    So if you look at like the growth pattern
13 of -- of even portfolio companies and
14 GP Informatics, it changed.  It changed
15 dramatically.  And that's because we could not
16 support it in the same way we had before.
17    So it doesn't mean that they necessarily
18 failed, but sometimes, you know, your rate of return
19 starts to get elongated because, instead of them
20 growing at the rate of which they could actually
21 grow, they're being constrained, or maybe I have to
22 even step off the Board to allow the company to
23 survive, because even association is damaging enough
24 to prevent it from going forward.
25    So there's all kinds of questions to

131

1 consider at that point, and who do you represent and
2 what is the good and what is the not good, but that
3 calculation is totally changed because of the raid.
4    And so that's -- that's all I'm saying.
5 And I'm not trying to -- people make mistakes.
6    When I was at Wellspring in Minnesota, I
7 had a boss named Craig Master [phonetic] and I used
8 to be really absolutist in my thinking.  And I was
9 this way because at Christmas at Dorothy Nohl's
10 house in Sheboygan, her four boys got the difference
11 down to the penny in the cost of their Christmas
12 gifts.  And this created actuaries, is what it
13 created.
14    So my dad, my godfather, right?  Creative
15 people obsessed with accuracy.
16    **Q.**   Okay.
17    **A.**   So this -- that's my point, is that it
18 touched everything.  And yes.  It did.  And that's
19 why it's part of the context.  And it needs to be
20 talked about, and it needs to be flushed out and
21 figured out, and dealt with.  And I think that's
22 what we're both doing.
23    MR. WHITE:  Okay.  This is probably a good
24 time for a lunch break, so let's go off the record.
25    MS. BRAGANCA:  Great.

132

1    THE VIDEO OPERATOR:  The time is now
2  1:00 P.M.  Going off the record.
3    (LUNCH RECESS TAKEN AT 1:00 P.M.)
4
5  ----------------------------------------
6    AFTERNOON SESSION
7    1:48 P.M.
8  ----------------------------------------
9
10    THE VIDEO OPERATOR:  We're back on the
11  record.  The time is now 1:48 P.M.
12  BY MR. WHITE:
13    Q.  Mr. Nohl, we were on our lunch break.
14    Did you have any substantive discussions
15  with anybody other than your attorney?
16    A.  No.
17    Q.  All right.
18    MR. WHITE:  I want to mark -- or show you
19  what's been previously marked as Exhibit 188.
20    (DEPOSITION EXHIBIT 188 FIRST
21    REFERRAL, PUBLISHED ON SCREEN)
22    MR. WHITE:  Exhibit 188 is an e-mail dated
23  August 11th, 2021 from Mr. Stockwell to Ms. Braganca
24  and also Mr. Rosenburg and Mr. Kopecky, who are your
25  other attorneys in this case.

133

1    Q.  All right.  Was the information requested
2  in Exhibit 188 provided to the SEC?
3    A.  A great deal of this information was
4  provided long ago.  I am -- other information
5  certainly has been provided to our attorneys.
6    Is it all there?  I mean, I can't, off the
7  top of my head, go through 25 items, some of them
8  being broad, and say this was provided.  But I
9  believe it was.  And ...
10    Q.  Was any of the information requested in
11  Exhibit 188 provided to the SEC after August 11th,
12  2021?
13    A.  I don't know.
14    Q.  Do you have any basis for believing that
15  any of this information was provided to the SEC
16  after August 11, 2021, Mr. Stockwell's request?
17    A.  I have no information about it.
18    Q.  Are you --
19    MS. BRAGANCA:  Counsel, this was a request
20  to counsel.  And it -- just because you made a
21  request does not mean that you are entitled to get
22  this information organized and sorted for you in a
23  nice format where -- so that you are satisfied with
24  it.
25    This letter came; you had the information.

135

1    THE WITNESS:  I see it.
2  BY MR. WHITE:
3    Q.  All right.  Have you ever seen Exhibit 188
4  before?
5    A.  No, I haven't.
6    Q.  In Exhibit 188, you'll see that
7  Mr. Stockwell requests 25 categories of supporting
8  citations, supporting information for tables, and
9  things of that nature.
10    Did you provide any of the information
11  requested in Mr. Stockwell's e-mail?
12    MS. BRAGANCA:  I'm going to object to
13  that.  If you've never seen the e-mail, then you
14  don't know what's in it, and you may have provided
15  us with the information.
16    So I would suggest reviewing the e-mail
17  and all the categories first.
18    A.  (Perusing documents on screen)
19  BY MR. WHITE:
20    Q.  Mr. Nohl, have you had a chance to review
21  Exhibit 188?
22    A.  I'm on 14.
23    How far does it go?
24    Q.  25.
25    A.  Okay.  I have finished.

134

1  And so that's where it went.
2  BY MR. WHITE:
3    Q.  Mr. Nohl, did you provide any additional
4  information to the SEC after August 11th, 2021
5  regarding the --
6    MS. BRAGANCA:  The question --
7  BY MR. WHITE:
8    Q.  -- what you discussed in your expert
9  report?
10    MS. BRAGANCA:  And let me just point out
11  that Mr. Nohl has not directly provided information
12  to the SEC.  He provides it to his attorneys, and
13  his attorneys then provide it to the SEC.  So --
14  BY MR. WHITE:
15    Q.  Mr. Nohl --
16    MS. BRAGANCA:  -- I think he's answered
17  your question to the best that he can.
18  BY MR. WHITE:
19    Q.  Mr. Nohl, are you aware of any additional
20  information being produced to the SEC after
21  August 11th, 2021 regarding issues discussed in your
22  expert report?
23    A.  I have no information about this.
24    MS. BRAGANCA:  And, Counsel, for the
25  record, you've been getting documents.  You've got a

136

1 whole bunch of documents on November 15th.  And
2 you've gotten documents before that.  So ...
3 BY MR. WHITE:
4     Q.   All right.  Mr. Nohl, I'm going to look,
5 for example, at the first request in this e-mail.
6          "Table 1:  All cites, notes and
7           support for the table and related
8           quantifications."
9     Do you see that request?
10    A.   Yes.
11    MR. WHITE:  And, Tim, if you can pull up
12 Exhibit 190, Mr. Nohl's report.  Table 1 is on
13 page 21.
14 ----------------------------------------
15      EXHIBIT 190 PUBLISHED ON SCREEN
16 ----------------------------------------
17 BY MR. WHITE:
18    Q.   All right.  Table 1 is the "Historical
19 Management Fee Underpayments" that you -- that you
20 have here in this table.
21         What facts and data did you consider in
22 preparing Table 1?
23    A.   The facts considered were the audit
24 reports of Baker Tilly, and the -- and that was per
25 years '13, '14, '15, '16.

137

1     And then the year-end financial statements
2 compiled by Michael J. Liccar & Company, the fund
3 administrator, for '18.
4          And then the tax returns for 2019/2020 and
5 the final year and balance sheet and P&L for 2019
6 and 2020.
7          And then the operating agreements, all
8 three of them for the fund, but with the emphasis
9 being on the second and third operating agreement,
10 the third operating agreement being the second
11 amended and restated agreement of the fund.
12        That is the source.
13    Q.   What specific entry in the Baker Tilly
14 audit reports?
15    A.   That would be the net asset value of the
16 fund after fees.
17    Q.   What specific entries in the year-end
18 financials for Michael J. Liccar?
19    A.   So once -- once we get to the new
20 operating agreement, the third operating agreement,
21 the calculation changes to exclude the managing
22 member capital accounts from the B calculation.
23          And so there are two specific numbers that
24 are referenced.  One is a net asset value of the
25 whole fund.  And then the other is the combined

138

1 year-end Class B capital balance of the managing
2 members, which is subtracted from the net asset
3 value.
4     Q.   So the particular entries in the Michael
5 J. Liccar financials are the net asset values of the
6 Class A shares and the net asset values of the
7 Class B shares?
8     A.   Yes.
9     Q.   All right.  What specific entries from the
10 2019 and 2020 tax returns?
11    A.   So this would be the same information.
12 Predominantly it's the year-end financial
13 statements.
14          So there was a change in the IRS
15 methodology to the formulation of A1 statements,
16 which was optional in 2019, and mandatory in 2020.
17 And that change was that K1s no longer include the
18 accrued accounting capital account balances of
19 members.
20          So in '19, you could choose if you wanted
21 to do tax basis or you wanted to do the accrued
22 balance.  And in 2020, it was mandatory the tax
23 basis be used only to reflect the members'
24 interests.
25          And so the -- that's why, you know, in

139

1 prior years, if we had added up all of the ending
2 capital account balances of the Class A members, we
3 would have got the -- the NAV upon which fees were
4 based.
5          But for 2019 and 2020, you have to look at
6 the year-end financial statements to actually see
7 the net asset value using the accounting methodology
8 of the fund.
9     (REPORTER REQUESTED CLARIFICATION)
10        THE WITNESS:  Of the fund.
11 BY MR. WHITE:
12    Q.   All right.  And where is that information
13 contained in the K1 statements that you were just
14 referring to?
15    A.   Well, in years 2013 through 2018, you
16 would be able to compile it by going through all of
17 the Class A member capital account balances at year
18 end.
19          If you add those all together, they should
20 be equal to the net asset value of the Class A
21 interest.  And so you could extract it from the tax
22 return between 2013 and 2018.
23          But the IRS changed the methodology for
24 2019 and 2020 with 2019, again, being optional, but
25 with the fund electing to do so to report the tax

140

1  basis.
2        You're actually looking at the year-end
3  financial statements to find the net asset value of
4  the Class A interest to be able to calculate the
5  2 percent management fee.
6     Q.   What specific entries in the year-end
7  financial statements?
8     A.   Well, the -- the net asset value on the
9  balance sheet.  So this, minus the combined Class B
10  capital account balances is the Class A interest,
11  and that is what fees are paid -- are calculated on.
12     Q.   Now, you mentioned the operating
13  agreements being a source for Table 1.
14        What specifically are the operating
15  agreements?
16     A.   The operating agreements for the --
17  operating agreement that was in effect between 2013,
18  '14, '15, and I believe '16 also -- yes.  '16 also
19  add the prescription that management fees be
20  calculated at 2 percent of the net asset value of
21  the fund of both Class A and Class B interests.
22        But once the -- once the operating
23  agreement, which is called the Second Amended and
24  Refitted Operating Agreement, was voted into effect
25  by the members, it changed the calculation to remove

141

1  the Class B members from the computation of the
2  2 percent management fee.
3     Q.   Okay.  And what analysis did you do with
4  the --
5        Well, first of all, did you prepare
6  Table 1 yourself?
7     A.   I did it in conjunction with Mark Welch
8  and Morris Anderson.
9     Q.   Okay.  And.  What was your role in
10  preparing this table and what was Mr. Welch's role
11  preparing this table?
12     A.   I prepared it.  I e-mailed it to him and
13  asked him to review versus the financial statements
14  and tax returns that were available to him, which is
15  all of them, and to confirm those numbers.
16     Q.   And what calculations did you perform with
17  the facts and data you referenced to come up with
18  Table 1?
19     A.   Once the -- the net asset value for the
20  particular year is listed there, then we can
21  multiply that number by 0.02 to get the combined
22  management fee for Greenpoint Asset Management II
23  and Chrysalis Financial.
24        Then we can look to the bank statements
25  and the general ledger to compare those, make sure

142

1  they're in agreement, and even to further check on
2  the bank statements and tax returns at Chrysalis
3  Financial.
4        And GAM II, to see the amount received
5  plus any non-cash distributions to come up with the
6  amount that was actually paid.
7        Then subtracting the amount that was
8  actually paid from the amount that was due by
9  calculation, we get a deficit or an overpayment.
10        Then from one year to the next, we roll
11  that forward adding a deficit in the subsequent year
12  or subtracting an overage to get to the final number
13  in the bottom right-hand corner.
14     Q.   I'm sorry, did you say you also looked at
15  the bank statements for the --
16        (REPORTER REQUESTED CLARIFICATION)
17  BY MR. WHITE:
18     Q.   Okay.  Did you say you also looked at the
19  bank statements for GTIS, Greenpoint Asset
20  Management II, and Chrysalis Financial?
21     A.   Yes, and tax returns for those entities.
22     Q.   And tax returns for those entities?
23     A.   Yes.
24     Q.   And did you also look at the general
25  ledgers for Greenpoint Tactical Income Fund,

143

1  Greenpoint Asset Management II and Chrysalis
2  Financial?
3     A.   No.  I did not have the general ledger for
4  Greenpoint Asset Management, and Lauren Kelly did
5  that part of the compilation.
6        So she came up with the fees that were
7  received on their side, and then we checked them.  I
8  checked them, Mike Welch checked them on the GTIF
9  register and bank statements to make sure they were
10  in agreement.
11     Q.   And what specific entries in the GTIF
12  general ledgers did you look at?
13     A.   Any payment of management fees, or any
14  distribution of physical assets as a payment of
15  fees.  They were fees from all one click, 2015, and
16  I think in 2016.  So those are added, too.
17        (REPORTER REQUESTED LOUDER SPEAKING)
18  BY MR. WHITE:
19     Q.   All right.  How are these non-cash
20  distributions identified in the general ledger?
21     A.   As management fee payments, but it would
22  be -- like, I think there was redemption of a
23  gemstone at appraised value to Chrysalis Financial
24  in 2016 for $16,710.  This is just an example.
25        So that is a payment of a management fee.

144

1  It's just a distribution in kind, payment in kind.
2  And so it's coded as a payment of management fee.
3      Q.  All right.  And then you said Lauren Kelly
4  did some sort of calculation in support of Table 1?
5      A.  She was -- just a verification.  So she
6  was asked to verify that in the Greenpoint Asset
7  Management II accounts that the deposits and
8  management fees matched what we had in the Tactical
9  Income Fund, historically.
10      So we were very much interested in getting
11  to the bottom of the matter, and knowing what
12  management fees had actually been paid versus what
13  had been accrued, and where that stood historically
14  overall.
15      So doing a very in-depth check of these
16  numbers, and the calculation in the tax events, I
17  would say, took seven or eight months to generate
18  this payment.
19      Q.  Why did it take seven or eight months?
20      A.  Because the -- the information being
21  checked was historical, and it's a lot of entries.
22  And so we wanted to trace it -- everything back to
23  the general ledger for the TIF, confirm that those
24  were in the bank statements, and we have multiple
25  parties confirming each other.

145

1      So the criterion we put on it to verify it
2  was high.
3      Q.  And why is none of that supporting
4  information in all of these many entries cited in
5  support of Table 1 in your report?
6      A.  I'm not sure what you would like to see.
7  It's stuff, certainly, that's been provided to the
8  SEC both historically and recently.  I think three
9  times the separate material has been subpoenaed by
10  the SEC.
11      What exactly are you looking for?
12      Q.  Well, you just said that voluminous
13  calculations were done over eight or nine months --
14      A.  Uh-huh.
15      Q.  -- and numerous record sources were
16  checked by numerous people.
17      A.  Yes.
18      Q.  And the only citation in your report for
19  Table 1 is a six-line footnote.
20      Where is all -- where's the citation to
21  all that supporting information you were just
22  referring to?
23      A.  Sorry, I can't read the footnote.  It's
24  too small.
25      What exhibit is that?

146

1      Q.  190.
2      A.  190.  (Perusing documents on screen)
3      THE WITNESS:  It is downloading, for some
4  reason.
5      Is it a big exhibit?
6  BY MR. WHITE:
7      Q.  It's your report.  Do you not see it on
8  the screen in front of you?
9      A.  I can, but I'm on my phone, so it's like
10  snail-sized.
11      Q.  Ah.
12      A.  So I just can't see the footnote, that's
13  all.  (Perusing documents on screen)
14      Q.  Did it download?  It's page 21.
15  Footnote 232.
16      A.  Well, right here, it says [inaudible]
17      (REPORTER REQUESTED CLARIFICATION)
18      THE WITNESS:  Sure.
19      A.  I'm reading the last line of the footnote
20  that says:
21          "The calculation herein was conducted
22          in conjunction with Morris Anderson
23          and Mark Welch."
24      And all the documents that are requested
25  are long-provided and ...  (Perusing documents on

147

1  screen)
2      I'm not sure what you're looking for
3  that's not here.
4  BY MR. WHITE:
5      Q.  So where's the citations to all of the
6  specific general ledger entries and all of the
7  documents that you looked at and reconciled
8  different documents with one another?
9      Where is that provided in support of
10  Table 1?
11      A.  There would be hundreds and hundreds of
12  footnotes.
13      Q.  So if -- if anybody wanted to double-check
14  or replicate your calculation underlying Table 1,
15  how would they do that based on the supporting
16  information you've provided?
17      A.  Well, I think you -- your SEC people have
18  done a review of the bank -- the same information,
19  the bank statements and the general ledgers.  And
20  the calculation is simple enough, right?  Just
21  2 percent of a number.
22      And so the question is:  What number is
23  that?
24      And using the audit reports Baker Tilly or
25  the administrator's compilation reports or -- it

148

1  looks like 2021 wasn't done yet when we were doing
2  this.
3         The 2019 final financials, you would
4  populate the assets under management off of those.
5  You would add together the capital account balances
6  for the managing members, then subject it to the
7  treatment of the particular operating agreement in
8  effect during that year, which I know you have.
9         And then this gets you the resultant
10 2 percent fee, the combined fee for the two managing
11 members, and any of the bank statements and the
12 general ledger that show these paid in cash.
13        You could replicate exactly the same
14 calculation.
15     Q.  And where -- where are the hundreds of
16 footnotes that one needs to replicate these
17 calculations?
18     A.  Well --
19        MS. BRAGANCA:  Chris, I'm sorry, that
20 presumes -- that question presumes that you would
21 have to put in all these footnotes.  I'm not sure we
22 have that in Keith Constance's materials provided.
23        So, you know, if you'd like to point to
24 that --
25        MR. WHITE:  Mr. Nohl said there were

149

1  hundreds of footnotes -- there would be hundreds of
2  footnotes to list all of the facts and data
3  underlying Table 1 --
4         (SIMULTANEOUS SPEAKING)
5     A.  Maybe I misunderstood.  So if -- you had
6  said, you know, what are the references for the
7  data.
8         And if you're talking about each component
9  payment of the managing member fees, then -- and you
10 would want a footnote for every time a payment was
11 made for a managing member, then this is every
12 payment ever made.
13        So going back nearly 10 years of any
14 payment made under the bank statements, and general
15 ledger, would produce that number.
16        But I'm not sure how that's illustrative
17 to give line numbers or references to a general
18 ledger, which is already clearly indicated when the
19 payments are made and how much.
20 BY MR. WHITE:
21     Q.  Okay.  And it took you eight or nine
22 months to perform the calculations in Table 1?
23     A.  It did.  Because the verifications, you
24 know, I like faster turn times on things, but we
25 weren't getting that.  And we have a lot of other

150

1  things going on.
2     Q.  All right.  Let's scroll down in that same
3  exhibit to the following page as Table 2.
4         All right.  Table 2 was another one of the
5  things where Mr. Stockwell asked for the supporting
6  information and calculations for Table 2.
7         Tell me what Table 2 is.
8     A.  Table 2 is an analysis of the compensation
9  to managing members over a time based solely on the
10 position value of GP Chemical related to Amiran.
11     Q.  Okay.  And what facts and data did you
12 consider in -- oh, first of all:
13        Did you prepare Table 2?
14     A.  Yes.
15     Q.  All right.  And what facts and data did
16 you consider in preparing Table 2?
17     A.  The -- predominantly the same information.
18        So the general ledger -- but I also took
19 into account the -- the reports, and so, the
20 quarterly reports.  And then looked at the Liccar
21 binders and compared the Liccar binders for each
22 quarter back to the original reports.
23        And so you can see that it's noted on the
24 top, it says "Liccar Financial Statements" and so
25 that is the Liccar binder for each quarter that

151

1  contains their compiled financial information for
2  Tactical Income Fund after being processed and
3  provided by the funds' CPAs.
4         Then you see my position, when I'm acting
5  as a validator, is to say:  If there's anything that
6  I know that disagrees with the report -- typically
7  that doesn't happen, because I'm not in direct
8  contact with the company other than through Mohsen
9  during this time [inaudible]
10        (REPORTER REQUESTED CLARIFICATION)
11        THE WITNESS:  Mohsen.
12        THE REPORTER:  I'm sorry, thank you.
13        THE WITNESS:  Sure.
14     A.  And then to make adjustments for two
15 things predominantly, which is the accrued bonus of
16 the private equity chief, who, in this case, was
17 Mark Leopold.
18        So whatever bonus he was accruing as a
19 result of his work that needed to be subtracted from
20 the position, and then the nuances of calculating
21 the market value of salable tax credits was
22 complicated, and there's very few people who
23 participate in that market, but I am one of them.
24        And so I would actually quantify the net
25 value of the salable tax credits and add that to the

152

1  position value, because it was derived from
2  GP Chemical investment activity.
3         And so that's where you get the validator
4  position value and why there's sometimes a
5  discrepancy between them.
6         And then you can see Liccar occasionally
7  was reporting a different value than the value that
8  was being produced through Mark Leopold's and
9  myself.
10        And this number, you can see buried over
11 time, is both higher and lower, but ultimately the
12 Liccar number was the number upon which management
13 fees were actually calculated, because Liccar was
14 the one who actually calculated the management fee.
15        So we get to the point where we're
16 calculating unrealized gain on the position, and so
17 this is whatever the write-up or write-down is.  And
18 that's just mathematical.
19        So the relationship of the current quarter
20 position versus the prior quarter position with an
21 adjustment for interim investment in that period.
22        And then what the enterprise value from
23 the report was for that period.
24        And so by doing this, management fees are
25 calculated only at year end.  So at each year end,

153

1  we look at what that position value is and we would
2  multiply that times 0.02, or 2 percent, to get the
3  fee that was due on that position for that year.
4  That's it.
5         So we can also look at, what about the
6  effect on the managing members' capital accounts.
7  And the effect on the managing members' capital
8  accounts is such that, for the years 2013, '14, '15,
9  '16, the managing member capital accounts are
10 compensated at a rate of 30 percent of net gain,
11 realized or unrealized at year end.
12        And after the Second Amended and Restated
13 Operating Agreement, the managing members' capital
14 accounts participate pro rata in both gains or
15 losses.
16        And so what ends up happening is, you have
17 a disproportionate sharing of the loss that occurred
18 in the write-off of September 2018 of the position,
19 such that, when you look at the amount that the
20 managing members' capital accounts were reduced by,
21 it is greater than the total compensation ever
22 received in either way, fees plus the incentive,
23 over the entire duration of that investment
24 position.
25        So the net effect on the managers, at the

154

1  end of the day, was almost negative -- you know, it
2  was negative almost 25,000.
3  BY MR. WHITE:
4      Q.  Are you aware of any mistakes in Table 2?
5      A.  I'm not.  But I'd be willing to correct
6  any if there is any.
7      Q.  All right.  Under the column "Paid in
8  Capital To Date," where does that series of numbers
9  come from?
10     A.  I believe it's coming just from the
11 arithmetic addition of whatever the purchased equity
12 was plus the total new purchases from the next
13 quarter.
14     Q.  Where is that -- in what document is that
15 information contained?
16     A.  Well, it is in the quarterly reports.  And
17 it's also ... it's also in the history of -- there's
18 a separate document with just the history of equity
19 purchases from [inaudible]
20        (REPORTER REQUESTED CLARIFICATION)
21     A.  So the -- it -- the document with the
22 historical equity purchases of Amiran securities.
23 And it's coming from that document.
24     Q.  All right.  "Cash Costs Per Period," where
25 does the data in that column come from?

155

1      A.  That is whatever the taxable amount paid
2  was.  So one of the effects of purchasing equity
3  under convertible notes is that they accrue
4  interest, and then that interest is ultimately
5  converted into equity.
6         And then you got some -- this was a
7  complex cap table because you have some of the
8  undilutable interests.  And so the question there
9  is:  How often are you reassessing the
10 undilutable-ness to balance the cap table.
11        And it was done periodically throughout
12 time and then it was certified by Mohsen Amiran.
13        And so those are the cap tables that are
14 used.  But you're getting some amount of mechanical
15 arithmetic addition to the GP Chemical position
16 because of its ownership of undilutable interest,
17 and you're also getting that addition to
18 Mohsen Amiran.
19        So ...
20     Q.  But what document provides the source of
21 the numbers under "Cash Cost Per Period"?
22     A.  The historical transaction ledger.
23     Q.  And what's the historical transaction
24 ledger?
25     A.  So -- it was provided to you before.  But

156

1 it is the list of all of the dates and the amounts
2 that were involved in the purchase of Amiran
3 securities, whether from Mohsen Amiran directly, or
4 from the company.
5    Q.  All right.  Then "Leopold Valuation Report
6 Author Value," is that the numbers that Mark Leopold
7 reaches the conclusions in his valuation reports?
8    A.  Yes.
9    Q.  Okay.  Then we have "Nohl Report Validator
10 Position Value."
11       Where does that series of numbers come
12 from?
13    A.  So that would come from -- if -- if I was
14 the author of the report, that would be the final
15 entry.  The bottom-line opinion of value.
16       And if -- if I was the validator, then it
17 would be Mark Leopold's position adjusted for
18 whatever the validator adjustments were.
19    Q.  And did you ever make adjustments to
20 Mark Leopold's values for any reason other than
21 valuing those tax credits you were talking about
22 earlier?
23    A.  I never adjusted his value within his
24 opinion.  So the -- if there was an adjustment at
25 all, it's included as an assigned addendum, you

157

1 know, a marked validation or validator copy, with my
2 signature.  And it details the adjustment.
3       So there was a period of time when we were
4 anticipating exercise of the options, and some of
5 those options were in the money, and so then the net
6 balance of those options would be added to the
7 position for that quarter.
8       Now, once we got to the first quarter of
9 '17, that wasn't done anymore, because the
10 likelihood of the purchaser exercising those options
11 was not there.
12       But the -- the tax credits -- and the tax
13 credits we expected to receive at GP Chemical, and
14 the cash value of those tax credits, was added until
15 we were suspended by the WETC.
16    Q.  Where does the information in the "Liccar
17 Financial Statements Quarter Evaluation" column come
18 from?
19    A.  So that would be the cost basis plus the
20 mark-to-market, or the GP Chemical position within
21 the Liccar statements.
22    Q.  And why is the Liccar statement different
23 from the statement in the valuation report?
24    A.  That is a good question.  And the
25 intermediary here was Jason Noyes, and we can't ask

158

1 him, because he is deceased.  So I'm not sure
2 exactly what he was doing, or what he was tracking.
3       I don't know if he was taking into account
4 some accruals or something else.  So I'm not sure
5 why the number would be different.
6       Not a good answer, but I just -- I don't
7 know.
8    Q.  Well, so, for example, if you look at the
9 12/31/2016, the value in your validator position
10 value is 14.25 million.  And the number in the
11 Liccar financial statements is $16.65 million.
12       Why the difference?
13    A.  You know, I -- I don't have a good answer
14 for that.  Like, I don't know how that happened.
15 The answer should have been, at least to my
16 knowledge, the validator position.
17       But, again, I don't know -- I don't know
18 what Jason was accruing, and I don't know what he --
19 what calculations he was doing.
20       It's within his -- his position and within
21 his employment contract to have oversight of the
22 valuation.  And so I -- it looks to me like he was
23 making some adjustments for something, but I'm just
24 not sure what it was.
25    Q.  So which of those figures did you use in

159

1 determining the unrealized gain in the next column?
2    A.  The Liccar value.
3    Q.  Why the Liccar value?
4    A.  Because the Liccar value was the value
5 that determined quarterly statements.  So that would
6 be the number upon which Liccar calculated
7 management fees.  I would guess.  Unless Jason was
8 providing the fee number independent of the position
9 evaluations.
10       And I'm not -- I'm not sure what -- what
11 way he was doing it.  And I -- I would like to ask
12 him, but, you know, obviously, I can't do that.
13       So I don't know if he was submitting them
14 separately or not.
15    Q.  So you don't know if the numbers in the
16 "Liccar Financial Statements" column are accurate?
17    A.  I don't know why they're accurate.  So
18 Jason was the valedictorian of his master's and
19 accountancy program at Notre Dame.  He was not a
20 dull guy.  He was a very bright guy.
21       So what is he doing here?  What are his
22 accruals?  What is he figuring out?  I don't know.
23 Was there -- was it the result of, you know, Jason
24 handled almost all of the interaction with
25 Baker Tilly.

160

1  So was there something going on there?
2  Were there determinations being made by the
3  auditors?  I have -- I just don't know.  So I can
4  only -- I can only report the number that's there.
5     Q.  So back -- and Mr. Noyes was still alive
6  in December 2016.  Is that right?
7     A.  Yeah.
8     Q.  So back in -- in December of 2016 when
9  Mr. Noyes was still alive, did you notice that the
10  Liccar financial statements were 2.3,
11  $2.4 million higher than your own validator's report
12  for the value of GP Chemical?
13     A.  You know, I don't know.  If I noticed it,
14  I would have demanded an explanation for -- for what
15  the difference was.  But, you know, it's six years
16  ago.  I'm not -- almost six years ago.  I'm not -- I
17  don't remember.
18     But I either got an explanation or I
19  didn't see it.  So --
20     MS. BRAGANCA:  These numbers --
21     THE WITNESS:  Uh-huh.
22     MS. BRAGANCA:  -- while they're reported
23  for 12/31/2016, they aren't reported on 12/31/2016.
24  Is that right?
25     A.  That's right.

161

1  BY MR. WHITE:
2     Q.  Well, let me ask you this:  When did
3  Mr. Noyes pass away, approximately?
4     A.  His -- he had brain surgery in the
5  beginning -- right in the beginning of '18, like
6  January of '18.  And then he was undergoing mobile
7  chemotherapy during 2018.
8     And his -- we noticed that we could not
9  figure out -- Lauren Kelly noticed that she could
10  not figure out some of his work in the third
11  quarter.  So I asked him to stop.
12     And we paid him through the end of the
13  year, but this began the process of finding new
14  accounting help, and at the same time, trying to
15  review all of the 2018 data entry that he had done.
16     Q.  Okay.  So as you sit here today, you can't
17  say whether the Liccar financial statement values
18  for GP Chemical are accurate?
19     A.  I assumed that.  So ... I assumed that.
20     Q.  And you can't explain the difference
21  between your valuation report numbers for
22  GP Chemical and the values in the Liccar financial
23  statements?
24     A.  To me, it looks like it's a combination of
25  things.  But to be honest, I am guessing that it's a

162

1  combination of the way that Jason was handling
2  accruals.
3     And he may have been -- he may have been
4  accounting for, like, the value of tax credits in a
5  separate area of the financial statements, and
6  moving them off of here and -- because that's a
7  composite number across many companies.
8     And so is the accrued bonus for the
9  private equity chief, Leopold.  That's also a -- you
10  know, a composite number across multiple positions.
11     So how was he treating those?  I don't
12  have anything to tell me that it's wrong.  I just
13  can't sit here right now and tell you:  This is the
14  adjustment -- these are the adjustments that were
15  made.
16     Q.  All right.  And in preparing Table 2 you
17  elected to use the Liccar financial statements'
18  numbers as the basis of your calculations?
19     A.  Yes.
20     Q.  All right.  And under "Breakup Value," it
21  says "See report for the 2018 entries."
22     What report is that referring to?
23     A.  That would be the quarterly report.
24     Q.  All right.  What about the quarterly
25  report, what's the number?  It says "See Report,"

163

1  but what's the calculation?
2     A.  Oh, it would be the quarters that
3  correspond to that quarter.  So 3/31/18 is first
4  quarter; 6/30/18 would be the second quarter;
5  9/30/18 is the third quarter.
6     Q.  But what about the report that is
7  providing a breakup value?
8     A.  The -- oh, I see what you're saying.
9     No, no, no, that's -- breakup value is
10  actually M.D.  That "See Report" is actually in the
11  "Enterprise Value" column.  It just -- it formatted
12  goofy.
13     Q.  So the "See Report" goes under "Enterprise
14  Value"?
15     A.  It just -- I'm sorry, I just -- right.
16     Q.  Okay.  Got it.
17     Why is there an empty column here for
18  "Breakup Value"?
19     A.  I don't know if I was looking at something
20  else at a different time, or if I was going to
21  extend the analysis to something else.  I'm not
22  sure.  I don't remember what I was doing with it.
23  This was a while ago.
24     Q.  Can you explain anything else about the
25  calculations that you did to prepare Table 2, other

164

1   than what we've already discussed?
2      **A.**  Sure.  What really matters here is the
3   2 percent calculation on the position value at year
4   end, because that -- that's what actually sets the
5   fee.  So the operating agreement fee is normally to
6   be determined at the end of the year.
7          And then Jason would set an accrual based
8   on the prior year and then that would be carried
9   forward until the end of the new year, at which
10  point, the accrual would be adjusted.
11         So when we look at this and we see the
12  managing member fees, this is the 2 percent of
13  whatever that year's position value was.  And then
14  the managing member capital account would just be
15  taking 30 percent of the accrued balance, until
16  2017, when you start getting participation in
17  losses.
18         And so when -- the fund is complex enough
19  and has enough position values that there is a
20  process.  And so the original accounting occurs, and
21  then you look at -- you'll have numbers that are
22  tentative numbers that ultimately become
23  crystallized, and this was a prior person -- prior
24  accountant of the Tactical Income Fund term, but
25  those will become crystalized, so now they're set in

165

1   time according to the date that the operating
2   agreement specified.
3          And then from that point, this sets the
4   new accrual balance.  And then periodically you must
5   stop and check things to make sure that numbers are
6   not drifting over time, the ratios, or the
7   prorations, or the calculations.  And that is a
8   rebalancing act.
9          So when you're doing rebalancing, you're
10  compiling all of these different numbers.  The
11  rebalancing occurs because there's actually a
12  circular reference between the managing member fees
13  and the -- the net asset value of the fund.
14         So the net asset value of the fund
15  determines the fees, but the fees subtract from the
16  net asset value of the Class A members, and then
17  create a liability, which reduces the net asset
18  value, which in turn creates a new net asset value,
19  which creates new management fees.
20         So you get into a circular argument that
21  it should periodically be examined and resolved.
22         And so what's going on here is, you're
23  seeing that the management fees here are being
24  calculated according to the operating agreements
25  that were operative for each year.  So in '15 and

166

1   '16, you're getting 2 percent, plus 30 percent of
2   any accrued gain.
3          And then once you get to '17, you -- you
4   do the same thing, but now the managing member
5   capital accounts start to participate in gains or
6   losses.
7          And the write-up of the position in
8   September of '18 resulted in a write-off that was
9   large, so the whole position.
10         And the managing member capital accounts,
11  whatever their pro rata percent is of the total is
12  multiplied times that loss first.  So the managing
13  members share in that loss.
14         So new members accrue in their capital
15  accounts, the greater their share of profits or
16  losses.
17         And when we made that adjustment -- so the
18  rebalancing for 2016 took place on January 1st of
19  2019.  And so if you look at the general ledger for
20  The Tactical Income Fund, on the first day of
21  January in 2019, you will see a negative
22  $3,274,509.65 affecting the capital accounts of the
23  managing members.
24         And so this reduced the capital accounts
25  of the managing members, and then you see

167

1   historically derived comp, and then the net of that
2   number.
3      **Q.**  All right.  Let's step back and I'll ask a
4   fundamental question here.
5          For -- would you agree that the total for
6   a year should equal the total of the four quarters
7   combined?
8      **A.**  No.
9      **Q.**  Why not --
10     **A.**  I'm not sure what you mean.
11         (SIMULTANEOUS SPEAKING)
12  BY MR. WHITE:
13     **Q.**  Let me give a -- let's look at unrealized
14  gains for 2016 in Table 2.
15     **A.**  Sure.
16     **Q.**  All right.  In the first quarter, the
17  unrealized gain is 2.4 million.
18         Second quarter is 8.4 million.
19         Third quarter is 825,000.
20         And the fourth quarter is 1.5 million.
21     **A.**  Yes.
22     **Q.**  And then the yearly unrealized gain is
23  $7.271 million.
24         Do you see that?
25     **A.**  I do see that.

168

**169**

1    **Q.**   Why doesn't the yearly unrealized gain for
2   2016 equal the sum of the four quarters unrealized
3   gains for 2016?
4    **A.**   That's a good question.  I can't look it
5   up, right?
6          That's a good question.  And I will get
7   back to you on that.  I will look it up.
8    **Q.**   Is this a mistake in Table 2?
9    **A.**   I don't know.  But I appreciate you
10  drawing my attention to it and I'll be happy to
11  look.
12   **Q.**   And what would you look at?
13   **A.**   What would I look at?  I would look at
14  the -- the audit report for 2016.  What you might be
15  seeing is that there was some audit change.  If
16  there's an audit change, then the year-end figure
17  might be different than some of those other figures,
18  because auditors want it done a certain way.
19   **Q.**   And is that potential audit change
20  reflected anywhere in Table 2?
21   **A.**   Yeah.  Any audit changes should be
22  reflected here.  So I need to go back and look at
23  that number and, I'm happy to do that and provided
24  you with detailed answer to your question.
25   **Q.**   Great.  So as you sit here today, you're

**170**

1   just guessing as to why those numbers, the quarterly
2   numbers for 2016, don't add up to the yearly number
3   for 2016?
4    **A.**   I assume it's an audit change, but I am
5   assuming that, and we can verify it one way or the
6   other.
7    **Q.**   All right.
8          MR. WHITE:  Before I ask my next question,
9   does anybody want to take a short break?
10         THE WITNESS:  I'd like a five-minute or
11  seven-minute or something like that.
12         MR. WHITE:  Okay.  Let's go off the
13  record, then.
14         THE REPORTER:  Nancy, are you there?
15         THE VIDEO OPERATOR:  Sorry about that.  My
16  dog was barking.
17         THE REPORTER:  That's okay.
18         THE VIDEO OPERATOR:  The time is now
19  2:49 P.M.  Going off the record.
20         (RECESS TAKEN FROM 2:49 TO 3:00 P.M.)
21         THE VIDEO OPERATOR:  We're back on the
22  record.  The time is now 3:00 P.M.
23  BY MR. WHITE:
24   **Q.**   Okay.  Mr. Nohl, did you have any
25  substantive discussions with anybody other than your

**171**

1   lawyer while we were on break here?
2    **A.**   No.
3    **Q.**   One follow-up question on what we were
4   talking about on Table 2.
5          When the managing members were paid
6   management fees, those fees were paid typically in
7   cash, but then I think you said there were also some
8   non-cash distributions in terms of acquisition of
9   physical gems and minerals, things of that nature?
10   **A.**   Yeah, there were a couple of those.
11   **Q.**   Okay.  But the majority of the fees were
12  paid in cash.  Is that correct?
13   **A.**   Vast majority.
14   **Q.**   Okay.  When the Tactical Income Fund wrote
15  down the value of GP Chemical to zero, did the
16  managing members make any cash payments back to the
17  Tactical Income Fund?
18   **A.**   No.
19   **Q.**   And when the Tactical Income Fund wrote
20  the value of GP Chemical down to zero, did the
21  managing members make any non-cash distributions to
22  the Tactical Income Fund?
23   **A.**   They did make such payments, but not
24  immediately as a consequence of this.
25   **Q.**   What do you mean by that?

**172**

1    **A.**   Well, Chrysalis Financial paid, I think,
2   this is just off the top of my head, but about a
3   million dollars between 2019 and 2020 to support the
4   TIF.  And those amounts were in addition to -- oh,
5   another [inaudible]
6          (REPORTER REQUESTED CLARIFICATION)
7          THE WITNESS:  Sure.
8    **A.**   There was about a million dollars
9   contributed from Chrysalis Financial in the
10  operations of the Tactical Income Fund between 2019
11  and 2021, I should say.
12  BY MR. WHITE:
13   **Q.**   But none of those payments to the Tactical
14  Income Fund were as a result of the write-down of
15  the value of GP Chemical to zero.  Is that correct?
16   **A.**   No.  The way the operating agreement
17  reads, the participation effects the Class B capital
18  fund balance.  So there would have been a clawback
19  of fees had there not been a greater deficit
20  [inaudible]
21         (REPORTER REQUESTED CLARIFICATION)
22         THE WITNESS:  Sure.  I moved my phone, so
23  maybe -- I think the tag on the bottom of the phone
24  stand was covering the mic -- is it better now?
25         THE REPORTER:  Yes.

**173**

1  THE WITNESS:  Sorry about that.
2  BY MR. WHITE:
3  Q.  Okay.  So the question is:  As a result of
4  the write-down of GP Chemical to zero, did the
5  managing members make any cash payments back to the
6  Tactical Income Fund?
7  A.  The operating agreement called for such a
8  clawback if the accrued managing member fees that
9  were unpaid were not greater than that amount.
10  So more was owed in management fees to the
11  managing members from accruals over the past years
12  than that amount would have affected.
13  Q.  So the answer -- so the answer is no,
14  Chrysalis Financial did not make any cash payments
15  to the Tactical Income Fund as a result of
16  GP Chemical being written down to zero?
17  A.  Not as a direct consequence of that,
18  because of the accrued balance.
19  Q.  And Greenpoint Asset Management II also
20  did not make any cash payments to GTIF as a result
21  of the breakdown of GP Chemical to zero?
22  A.  It's the same circumstance.  Yes.
23  Q.  All right.  Mr. Nohl, in your capacity as
24  an expert witness in this case, what opinions have
25  you reached?

**174**

1  A.  My opinion is that the value of
2  GP Chemicals investments related to Amiran
3  Technologies, and the expectations of what the
4  outcome was going to be from the transactions that
5  were in process during 2018 were reasonable and
6  logical, given the information that was available at
7  the time.
8  A further conclusion is that the asset
9  value of Amiran Technologies and its subsidiaries
10  formed a fundamental cap to the values to be
11  expected from the ultimate expression of income
12  derived from stable operations of those companies
13  which had not yet been reached.
14  And because they've not been reached, a
15  discounted cash flow method is inappropriate to
16  determine the value of Amiran or GP Chemical.
17  Q.  Are there any other opinions you have
18  reached as your capacity -- in your capacity as an
19  expert witness in this matter?
20  A.  That's it.
21  Q.  All right.  So your first opinion is the
22  value of GP Chemical as of 2018 -- the valuations of
23  GP Chemical in the first and second quarters of 2018
24  were reasonable and logical given the information
25  available to GP Chemical at the time.  Is that

**175**

1  correct?
2  A.  Correct.  That's correct.
3  Q.  What analysis did you do to reach that
4  opinion?
5  A.  I reviewed the structure for the intended
6  reorganization of Amiran.
7  Then looked at whether or not a logical
8  determination had been reached regarding the likely
9  or unlikely success of the purchase by the Tactical
10  Income Fund of the BMO note that was in default and
11  secured by the assets of Amiran Technologies.
12  And there's a specific e-mail chain that
13  was issued, I believe, in -- I believe it was June,
14  or late June, where Andy Crewell --
15  Q.  I'm sorry, June of what year?
16  A.  2018.
17  Q.  Okay.  Go on.
18  A.  -- where Andy Crewell, Mohsen Amiran,
19  Chadwick Keller, myself, and others at -- Jeffrey
20  Chaisson, somebody else from the Second Wind
21  Consultants' organization, are actually talking
22  about the process for which Second Wind was engaged,
23  which is to effect the purchase of the BMO note.
24  And the conclusion of Andy Crewell, who
25  was general counsel for Amiran Technologies, is that

**176**

1  the program is working as planned -- or as
2  advertised, I think is the exact words that he uses.
3  And his conclusion, when taken on its
4  face, means the intended purchase of the BMO note
5  was proceeding as planned and seemed to be on track.
6  With that in mind, with that conclusion,
7  it's then logical to say:  If the BMO note is
8  purchased, the risk of default of BMO as the
9  creditor, is small, or at least logically determined
10  to not be existent so long as things stay on track.
11  And that was the determination of general
12  counsel of Amiran Technologies at the time.
13  So given that, and no other parties having
14  any other expectation, at least, that they voiced in
15  the e-mail chain, the expectation is that that note
16  is going to be purchased.
17  And if that note is purchased, it will be
18  purchased by the entity that's making the offer,
19  which is Charing Cross Special Purpose Vehicle, LLC,
20  which is a separate entity of the Tactical Income
21  Fund, and ultimately owned by Paladin Sustainable
22  Infrastructure Corporation.
23  So if Paladin owns the BMO note, it can do
24  a friendly foreclosure, if you will, and re- --
25  reposition all of the intellectual property of

1   Amiran in the new companies.
2         And what you see is good faith and
3   evidence of this in the fact that Paladin, together
4   with its subsidiaries, U.S. Particlization
5   Corporation and Amtrust Biochemical Corporation,
6   paid some $900,000 to the former employees of Amiran
7   to protect the goodwill of the staff during the
8   transit.  And that the loans made to the Tactical
9   Income Fund, and then further to Amiran
10  Technologies, were made with the purpose of
11  protecting the physical plant assets of Amiran, And
12  enabled the movement of one plant with a CapEx of
13  $5 million for fulfillment to California -- for
14  fulfillment to the ACOM contract and movement of the
15  PCB processing plant from Goose Bay in Ontario back
16  to the United States, lest it be left to nature's
17  whims on a Canadian mountain.
18        So there was every indication that the
19  expectation of all the parties involved was that the
20  reorganization would happen; that the BMO note would
21  be purchased; and that there was a good footing for
22  securing the -- both the physical assets and the
23  intellectual property for the reorganization.
24        **Q.**  What evidence are you aware of that BMO, a
25  bank, intended to sell the note to this Charing

177

1         Cross -- SPV?
2         **A.**  Uh-huh, SPV.  So Special Purpose Vehicle,
3   SPV --
4             (SIMULTANEOUS SPEAKING)
5   BY MR. WHITE:
6         **Q.**  Go ahead.
7         **A.**  When the SBA makes a master servicing
8   contract with an approved bank, one of the criterion
9   is that the bank must entertain any offer that
10  minimizes or reduces its exposure or risk.
11        Now, normally the SBA is guaranteeing
12  75 percent of the gross amount of the loan, and the
13  lender has exposure to 25 percent of the loan.
14        The offer that was being made, I
15  believe -- at least what I had authorized -- was a
16  cap of 25 percent of the outstanding defaulted
17  amount owed by Amiran and Mohsen Amiran -- Amiran
18  Technologies and Mohsen Amiran.
19        And that amount was the number at which
20  BMO bank would suffer zero loss.  They were required
21  to negotiate by their SBA master contract, which all
22  the master contracts of the SBA require, but they
23  did not do that, so they violated their own master
24  contractor at the SBA and that was highly
25  unanticipated.

178

1         **Q.**  Are you aware of any evidence that BMO
2   expressed any willingness to sell the Biogenesis
3   note for 25 percent of its face value?
4         **A.**  I have -- in my experience, and I've done
5   a lot of this work with defaulted notes and
6   foreclosing notes.  And I know to a person who has
7   never been foreclosed, or never helped anyone out of
8   foreclosure, or been involved in that space,
9   foreclosure seems very absolute.
10        But banks are banks because they minimize
11  losses, and they stay out of needless expenses.
12        So in this case, there was no reason to
13  anticipate that the BMO would break its contract
14  with the federal government through the SBA and
15  there was no reason to believe that BMO would
16  subject itself to loss, or the potential for loss,
17  when it could have zero loss immediately.
18        So it's not -- that's not a wise banking
19  decision.
20        Why did they do it?  I don't know.  And I
21  suppose -- I suppose only BMO could tell us what
22  that was.  But I've never had a bank do that in
23  39 transactions before this.  And those are just the
24  ones where I was the buyer.
25        I also did them maybe a hundred times

179

1   where I was acting as a mortgage banker or mortgage
2   broker in the same circumstance, and never had a
3   bank refuse.  So why did BMO do something out of the
4   ordinary, or extraordinary?  I'm not sure.
5         **Q.**  Are you aware of any communications from
6   BMO Harris Bank expressing a willingness to sell the
7   note at a discounted value?
8         **A.**  I know that there was engagement.  And so
9   there was actually talk of a workout.  There was,
10  you know, an offer that was being made.  There was a
11  process that the consultants regularly, at least
12  said that they regularly participated in.  It's a
13  process that I'm familiar with.
14        There -- was there a response?  I'm not
15  sure.
16        What happened -- if there's no response,
17  then the company and Mohsen, as the guarantor, need
18  to file bankruptcy.  And that stops the collection
19  activity.
20        And Mohsen and Andy Crewell together told
21  me that they were going to file that bankruptcy, and
22  then from there, we end up transferring the note out
23  of the bankruptcy, but it stops the collection
24  activity.
25        But Mohsen -- and I'm not sure if it's

180

1 because of his illness or some other reason, never
2 filed that bankruptcy. And so he didn't halt the
3 creditor action, like he told me he was going to.
4 And this exposed both him and Amiran Technologies to
5 the full collection efforts of BMO without
6 restraint.
7     So I think that what -- what was at the
8 end of June an agreeable process where everyone was
9 working in unison and working toward the same end
10 with a positive expectation, became a situation
11 where Mohsen Amiran was waffling about the process,
12 and I'm not sure, nervous about filing bankruptcy
13 himself? That would be understandable. But that's
14 not what he told me. He told me he was going to do
15 that.
16     Q. What evidence are you aware of, of a
17 specific offer made by either the Tactical Income
18 Fund or Charing Cross or Second Wind Consultants to
19 BMO to buy note?
20     A. We have a copy of the signed offer and
21 there are e-mails concerning that.
22     Q. And what is this signed offer you were
23 referring to?
24     A. It's an offer from Charing Cross Special
25 Purpose Vehicle, LLC to BMO to purchase the note.

                    181

1     Q. And when was this offer made?
2     A. I don't recall the date right off the top
3 of my head. It was in that May-to-early-July
4 period, I believe, but right during the same time
5 period that the expectation was that the Second Wind
6 Consulting process was working.
7     Q. How much money was this offer for?
8     A. I think the initial offer was for 250- or
9 285,000. And this was leaving room to, of course,
10 increase it to a counteroffer.
11     Q. Are you aware of any evidence of BMO
12 responding to that offer?
13     A. I don't recall that they did respond to
14 that offer.
15     Q. Are you aware of any evidence of Second
16 Wind, or Amiran, or Tactical Income Fund or Charing
17 Cross or anybody making a further offer to BMO?
18     A. I would have to review my notes. I
19 don't -- this period of time was very active. So I
20 need to go back and look and see if they just
21 declined to respond, or if they responded with
22 something else.
23     But I think they declined to respond. And
24 then we were talking about making a counteroffer
25 beyond that.

                    182

1     But the idea was to halt the BMO
2 collection activities and to make an offer within --
3 or beside the context of bankruptcy. That would
4 maximize the leverage on BMO.
5     Q. Is there any additional basis for your
6 statement that you believe the -- the risk of
7 default on the BMO note was low or negligible other
8 than this one 450- or $485,000 offer to which BMO
9 did not respond?
10     A. Let me just correct that. At the risk of
11 third-party collection activities or receivership,
12 as a result of the default in debt, was low because
13 the transaction history [inaudible]
14     (REPORTER REQUESTED CLARIFICATION)
15     A. The transaction history within the
16 Tactical Income Fund of buying defaulted debt, and
17 my own history, long history of buying defaulted
18 debt, indicated that the success rate was extremely
19 high, and there was no exception to the response to
20 an offer to buy such a defaulted debt by any lender
21 that I've ever made an offer to.
22     And at the very least, they would come
23 back with -- with a high number, right? They could
24 come back and say: No, 2 million.
25     Okay. At least we were having a

                    183

1 discussion at that point.
2     To not respond was highly unusual, in my
3 experience, and in the experience of the Tactical
4 Income Fund.
5     So it's the opposite. It's not that there
6 was no expectation that it not succeed -- there was
7 no expectation that it was not succeeding. And all
8 prior experience has indicated that the success
9 ratio was extremely high, and that success was very
10 likely of purchasing this note.
11     Why BMO did not want to sell it, I don't
12 know. But it was extraordinary, given the other
13 four transactions that were successful in buying
14 defaulted debt within the Tactical Income Fund --
15 and I should say five if you count the first and
16 second lien on Burlington Road. And the 35
17 transactions that I had done before.
18     Banks always respond. They want to get
19 out of a defaulted loan situation as easily and as
20 fast as possible. So what BMO, in. This situation,
21 was doing something other than minimizing losses is
22 a mystery to me.
23     Q. Once BMO did not respond to Charing
24 Cross's offer to buy the note in -- sometime in the
25 late spring of 2018, did the risk of collection

                    184

1  activity by BMO against Amiran increase?
2      A.  Not if Amiran and -- Amiran Technologies,
3  LLC Mohsen Amiran filed bankruptcy.  If they both
4  filed bankruptcy -- and I believe the Tactical
5  Income Fund or -- I can't remember if it was Paladin
6  or GP Chemical actually advanced, I think, $7,000 in
7  legal fees for the filing of this bankruptcy as a
8  down payment, that money was never returned, and it
9  was accepted and cashed, yet the bankruptcy wasn't
10  filed.
11      And so I don't know exactly what happened.
12  And I would see Mohsen less and less during this
13  period and he was going for treatment of his Lyme's
14  disease fairly frequently.
15      So we have a situation that's complex.  We
16  have the efforts to protect the physical assets,
17  which BMO has a lien on, but in good faith the
18  expectation that we will buy the note one way or
19  another as the Tactical Income Fund and reconstitute
20  the companies.
21      And so we're paying all the employees that
22  we are retaining, which is the vast majority of
23  them, and looking for the filing of the bankruptcy,
24  which never occurred.
25      And this left the door open for BMO to

185

1  accelerate their collection efforts and ultimately
2  to intercept revenue, and cause -- cause a death
3  blow to Amiran that left BMO in a situation of
4  liquidating the company.
5      So I don't think that situation worked out
6  for anyone.  The expectation of June, late June, was
7  certainly not the expectation of the third quarter.
8      And by the time we get to the third
9  quarter, and we see the intercept letters going out,
10  and there doesn't seem to be activity from Mohsen --
11  on his own behalf or on behalf of Amiran
12  Technologies, then my conclusion is that we could
13  write off the value of Amiran if we don't have a
14  logical or reasonable expectation that we will buy
15  this note.
16      Because in that case, the effect of the
17  BMO note is unmitigated.  And BMO -- BMO will just
18  plow through -- plow through the company, and there
19  will be nothing left.
20      So ultimately, then, the question is:
21  What can be reconstituted?
22      What has been learned is it a sufficient
23  amount to create new patents?
24      And at what point will BMO actually sell
25  the note?

186

1      So, would they sell it today?  I don't
2  know.  But we still have discussions about buying
3  the note now.  But there's questions to you about
4  what information Sherwin Amiran has -- what
5  technical information versus Mohsen, since Mohsen is
6  deceased.
7      And I'm not sure that much of the
8  technology could be -- could be raised without
9  Mohsen.  And it would take a lot of CapEx, a lot of
10  capital expenditure to -- to do a re-setup.
11      What was attractive about the last
12  situation, the situation of the reorganization that
13  was occurring with the BMO note was that the
14  physical equipment was all there.
15      So you're talking about two major plants.
16  You're talking about a Goose Bay PCB processing
17  plant, a $3 million plant.  So about $13 million in
18  gross costs for those plants.
19      And then we're talking about other things.
20  So we're talking about a Boggs -- the Boggs machine,
21  which was a trailer, a portable unit of the
22  Biogenesis processing soil-washing machine that was
23  made to process drill cuttings in the Permian Basin,
24  but that -- this was not always never advanced, but
25  about a million dollars was spent in the

187

1  construction of that device.
2      And other devices, ultra capitation
3  devices for the treatment of water, plus a lot of
4  different chemical formulations.  There certainly
5  was an ample amount of intellectual property there.
6      But the continuance of the company,
7  without creating new technology or new means, rests
8  on acquiring BMO's right to the intellectual
9  property of the company.  And that wasn't something
10  that we were able to effectuate, I think, for
11  multiple reasons, although it was expected in late
12  June.  And some of those reasons are still
13  unexplained.
14      So why did it happen?  Why did an
15  unexpected event happen?  I don't know.  But it did.
16  And once it did, the managing members did the right
17  thing in writing the position down to zero.
18      And then it was only a question of what
19  business would be continuing and/or established
20  under the Paladin Sustainable Infrastructure
21  Corporation.  And that ends up being a chemical
22  company, just with a few different products, that
23  were engineered after the fact.
24      Q.  Well, you mentioned something about the --
25  the value of the technology could not be raised

188

1   without Dr. Amiran.
2        When did Dr. Amiran's health start to take
3   a turn for the worse?
4        **A.**   You know, that's a great question.  And
5   the very first symptoms that he complained about to
6   me was numbness in his left hand.  And this was
7   right around the first of January, 2018.
8        And, you know, I didn't think much of it.
9   You've got a chemist who works with every chemical
10  imaginable, including radiation and other things, I
11  didn't -- his hair wasn't falling out, he still
12  looked spry.
13       So I'm not thinking that there's anything
14  terribly wrong with him, it's just:  You're getting
15  older buddy, yeah, get it checked out.
16       So he goes and, you know, he doesn't get a
17  diagnosis.  They tell him he has arthritis or
18  something like that.
19       And it ends up where you have a very --
20  I'm not a medical doctor, but I'm married to one,
21  and so you end up with a progressive paralysis
22  that's coming up from his left thumb across his
23  hand, and as I'm seeing him, the paralysis is going
24  up his arm and his arm is progressively atrophying.
25       This is distressing, and it's a very -- as

189

1   far as I understand it, a very rare symptom.
2        So Mohsen goes and he ultimately gets
3   diagnosed with Lyme's disease, and so he starts
4   undergoing the treatment for Lyme's disease.
5        And I'm talking to Dr. Gravine, my wife,
6   and talking to her about Lyme's disease, and nobody
7   thinks that this is fatal.
8        But the creeping paralysis continued, and
9   it went up his shoulder and then went up his neck,
10  and it went to his mouth.  So he was still mobile,
11  but he got to the point where I couldn't talk to him
12  on the phone.
13       And I started trying to drive down, you
14  know, and meet with him, and he was progressively
15  out for treatment.
16       So I think, Mr. White, that either he did
17  not know what his condition and prognosis were, or
18  no one wanted to tell me what his prognosis was.
19  And --
20       **Q.**   At what point did you observe Dr. Amiran
21  being unable to talk on the phone?
22       **A.**   Maybe April 2019.
23       **Q.**   When was the last time Dr. Amiran was
24  developing new technologies?
25       **A.**   He was developing -- he was doing -- so we

190

1   had talked -- I was trying to get him a lab close to
2   his house in Illinois.  And I always thought it was
3   kind of ridiculous that he -- he lived in Illinois,
4   but he would travel to Oak Creek, Wisconsin to work
5   in his lab, and it just seemed like not an efficient
6   use of time or a life.
7        And so I was trying to get him -- we were
8   looking at locations to put him in, and I think -- I
9   think that was -- off the top of my head, I would
10  say December -- November, December, January of '18
11  and '19.
12       And he was participating in that, but he
13  ended up working on new formulations from his home.
14       And I think that -- I don't know.  But
15  my -- I suspect that his health was -- and paralysis
16  was further progressing or he was having difficulty
17  or not recovering like he expected to recover.
18       And so it wasn't until -- I would say very
19  late in '19 where I just didn't have further contact
20  with him after that.  And from what I understand, he
21  died four or five months ago, six months ago.
22  So ...
23       That's all the information I have.  And
24  it's a damned shame.
25       **Q.**   So I understand the reorganization plan

191

1   correctly, so one essential element of this plan was
2   Amiran Technologies filing for a Chapter 11
3   bankruptcy?
4        **A.**   Yes.
5        **Q.**   And then another essential element was
6   Dr. Amiran filing personally for a bankruptcy?
7        **A.**   Chapter 13.
8        **Q.**   Okay.  Now, the face value of the BMO note
9   was $1.85 million.  Is that right?
10       **A.**   Sounds right.
11       **Q.**   Are you aware of a December 31st, 2015
12  exchange agreement under which GP Rare Earth traded
13  a mineral with a stated value of $2.5 million to
14  Dr. Amiran?
15       **A.**   It wasn't a stated value.  It was a
16  negotiated value.
17       **Q.**   So you're aware of this exchange.
18       **A.**   Yeah, I negotiated it for GPRE against
19  Dr. Amiran.  He was a mineral collector.
20       **Q.**   All right.  Are you aware of any evidence
21  of Dr. Amiran disposing of that mineral between
22  December 31st of 2015 and March 31st, 2018?
23       **A.**   No.  And I had a call about the piece
24  about two months ago, two or three months ago,
25  offering $3 million for the piece, and telling me

192

1  that that's what they thought they could get for the
2  piece. It was a Nicholas Stolowitz.
3      And did I know how to get it or where it
4  was, and this piece is referred to as the Masai
5  spear. So the Masai are the tribe that inhabit the
6  region of Tanzania called Merelani where tanzanite
7  with chromium content is found, or I should say
8  zoisite is the mineral.
9      And this stone that Mohsen Amiran has is
10  one of the finest tanzanite ever found, it's a
11  famous tanzanite and it belonged to the famous
12  New York collector, Danny D. Trinchillo.
13      So there's [inaudible]
14      (REPORTER REQUESTED CLARIFICATION)
15      A.  I sent a text to the Amiran family telling
16  them that there was a buyer for the piece. And I
17  didn't hear back from them. So ...
18      Do they still have the piece? I don't
19  know.
20  BY MR. WHITE:
21      Q.  All right. Did you ever conclude that
22  the -- the mineral, what's it called, the Masai
23  spear?
24      A.  Masai spear. So it's M-A-A-S-A-I [sic]
25  Masai.

193

1      Q.  Did you ever conclude that that Masai
2  spear mineral was not really worth $2.5 million?
3      A.  The only evidence we have is that it's
4  worth more. So today, like I say, Nicholas
5  Stolowitz was saying he could get $3 million for the
6  piece and this was just two or three months ago, and
7  asking if I knew where the piece was.
8      And if he's telling me 3 million, it's
9  probably more, to be honest. But mineral prices
10  have continued to go up, and this is a famous piece,
11  and it's highly coveted and tanzanite -- tanzanite
12  is being mined out and there's a lot of interference
13  of the Tanzanian government in the export of
14  tanzanite crystal, so all of the factors surrounding
15  tanzanite are increasing its rarity, and this was a
16  very, very fine crystal.
17      So no, I think -- I think it's worth more
18  than 2.5 million. And the only evidence I have says
19  it's worth 3 million, which is a request by Nicholas
20  Stolowitz to be connected to it so he could sell it
21  for that price.
22      Q.  How could Dr. Amiran be bankrupted by a
23  $1.85 million loan to BMO Harris Bank if he owned a
24  mineral worth $2.5 million?
25      MS. BRAGANCA:  Are you asking --

194

1      (MS. BRAGANCA DISAPPEARED FROM
2      VIDEO AND RETURNED MOMENTARILY)
3      THE REPORTER:  One second. Ms. Braganca
4  has frozen and I want to make sure I get what she
5  says.
6      MS. BRAGANCA:  Okay. I was asking: Are
7  you asking his expert opinion on that? Or are you
8  asking him as a factual matter: Does he have any
9  knowledge of that?
10      MR. WHITE:  No. I'm asking him as an
11  expert opinion.
12      A.  Well, I don't know what he did with it.
13  So I guess the question is: If he still had it at
14  that time, then he would need to be connected to
15  either a collector who could pay for the piece, or
16  the dealer network to move the piece for him.
17      And as far as I know, he didn't have a
18  connection to that network except through me, maybe
19  someone else, I don't know.
20      Did he sell it? I have no idea. I'm not
21  sure I had a personal financial statement from
22  Amiran. I don't know much about his personal
23  financial situation other than that he put quite an
24  amount of money into Amiran Technologies himself and
25  there was something like a -- almost a million

195

1  dollars -- just short of a million-dollar note to
2  Mohsen Amiran from Amiran Technologies based on
3  capital contributions -- not capital contributions,
4  but loans that he had made.
5      So I'm sorry, I don't have his personal
6  file. I don't have his personal financial statement
7  or whatnot. And I imagine -- you know, he's from
8  Iran. I don't know.
9      Does he still have connections there? You
10  could go look there.
11  BY MR. WHITE:
12      Q.  Prior to developing this reorganization
13  plan, an essential element of which included
14  Dr. Amiran filing for bankruptcy, did you make any
15  effort to determine whether Dr. Amiran still owned
16  this $2.5 million mineral?
17      A.  No.
18      Q.  And if Dr. Amiran did still own this
19  $2.5 million mineral, then this whole reorganization
20  plan that relies on him filing for bankruptcy
21  doesn't work. Isn't that right?
22      A.  Why doesn't it work?
23      Q.  If the value of the debt to BMO Harris is
24  only $1.85 million and Dr. Amiran has a
25  $2.5 million mineral, how could he be put into

196

Christopher Nohl
12/6/2021

1  bankruptcy for the BMO debt?
2      A.  Like I said, I don't know what he did with
3  it and I don't know who would have a claim on it.  I
4  am not an attorney, and I have spent a lot of time
5  with bankruptcy attorneys in my life, but I'm still
6  not a bankruptcy attorney.
7          I don't know who would have claims to it
8  or whether it would -- whether the BMO would have a
9  claim to it.
10         There were other debts inside of Amiran.
11  BMO wasn't the only issue.
12         So it -- the bankruptcy I thought was
13  important to get rid of the other debts also, or to
14  make them irrelevant in creating the new companies.
15  So ultimately it looked like foreclosure was in the
16  cards for the company.
17         Now, the degree to which Mohsen Amiran's
18  personal financial situation interfaced with that
19  was the business of Mohsen and Andy Crewell, who is
20  an attorney, and also his son-in-law, what they were
21  doing, or how they were positioning his balance
22  sheet or assets or whatnot, I have no idea.
23         I just -- I just know that he was
24  agreeable, verbally with me, to filing the
25  bankruptcy, accepted a check as a contribution

197

1  towards that cause from -- from the Tactical Income
2  Fund, cashed the check, and then didn't file the
3  bankruptcy.
4          So maybe there was some problem with his
5  assets and I just don't know about it.  But I'm
6  surely speculating.  I don't know his personal
7  financial situation.  I do know that he agreed that
8  he would file the bankruptcy, and that this plan was
9  agreeable to him.  But he didn't follow through.
10     Q.  All right.  We talked a little bit about
11  intellectual property and a patent.
12         What patents or other protections of
13  intellectual property did Amiran and its
14  subsidiaries specifically have in place as of
15  March 31st, 2018?
16     A.  That's a good question.  There were -- at
17  least one U.S. patent, and I think seven world
18  patents.  How they were exactly situated, I'm not
19  sure.
20         So I'm not sure if it was Biogenesis, or
21  Metal Recoveries Technologies or BGR -- I'm not sure
22  which subsidiaries held what patents -- but I
23  believe there are eight of them in total.
24     Q.  Are you aware of any evidence that any of
25  those patents expired, or otherwise became invalid

198

1  between March of 2018 and May of 2019?
2      A.  I'm not.  No.  It may have happened, I
3  mean, Amiran wasn't there to maintain its patents
4  and BMO presumably owned them, as far as I
5  understand.
6      Q.  Are you aware that Sherwin Amiran
7  testified in May of 2019 that Amiran Technologies
8  had no patents?
9      A.  Maybe -- I wasn't aware of that, but maybe
10  that's what he meant.  Or maybe they had transferred
11  them somewhere.  I'm not -- I'm not sure.
12     Q.  All right.  Were you aware of Sherwin
13  Amiran's testimony about the patent?
14     A.  No.  But there was no Amiran Technologies,
15  so I wouldn't be surprised if they didn't have
16  patents.
17     Q.  All right.  You mentioned BMO owned the
18  patents.
19         What did you mean by that?
20     A.  I meant that BMO had a lien, a general
21  security lien across all of the assets of Amiran
22  Technologies, and so that would have included any
23  intellectual property patents or otherwise.
24     Q.  Okay.  So it would be all patents and
25  other intellectual property owned by Amiran

199

1  Technologies?
2      A.  Yes.
3      Q.  And all patents and intellectual property
4  owned by Biogenesis?
5      A.  Yes.
6      Q.  And all intellectual property and patents
7  owned by any of the other Amiran Technologies
8  subsidiaries?
9      A.  Yes.
10     Q.  Those were all subject to BMO's liens.
11  Correct?
12     A.  I believe they were.
13     Q.  Did you do any analysis as to what point
14  BMO obtained the ownership interest in Amiran's
15  intellectual property?
16     A.  I didn't because we had written off the
17  position already, and without the personnel who had
18  the experience managing the plants, and Mohsen
19  Amiran, I didn't feel that the patents could be
20  easily used.
21         I thought that the costs would be much
22  higher to try to implement the patent without any of
23  those guys, if it was possible at all, given the
24  proprietary chemicals that were required as part of
25  the process.  And those were not patented.  Those

200

1  were trade secrets.
2      And so Sherwin Amiran knew many of those
3  formulas, as did Mohsen.  Mohsen, I think, knew them
4  all.
5      But Sherwin -- I'm not sure if Sherwin
6  ever knew them all or maybe a subset of them, I
7  think there were about maybe a hundred in total or
8  something like that.
9      So there's two components, and I think
10  GS Engineering proved that you can't just substitute
11  any chemical you want in the plants and have it turn
12  out okay.
13      So you have to -- if you're going to use
14  the technology, you have to address both problems.
15  And I was trying to work with Mohsen, because
16  ultimately -- Mohsen's the idea guy, and he's the
17  patent guy and the intellectual property guy.
18      And if there's -- there's a way to do it,
19  I really had a lot of confidence in Mohsen's ability
20  to solve a problem, create an engineering process,
21  make for chemicals to match, and create
22  commercialization opportunities.  I think he was
23  excellent at that.
24      But like I say, the communication was a
25  little weird.  It was breaking down with Mohsen.

201

1  Mohsen was getting treatments more and more often.
2      BMO eventually, that the logical course
3  was that they were going to own the intellectual
4  property that was there, and not know what to do
5  with it or have any idea what to do with it, if they
6  even realized that they owned it.
7      And so it's kind of -- it was a very sad
8  situation.
9      Had -- had Mohsen been engaged at that
10  point, and had we been able to sign re-launch
11  documents, then I would have started in earnest to
12  at least buy out the intellectual property portion
13  of the security agreement from BMO.
14      There's multiple ways that we could
15  approach BMO based on that, but it was all
16  contingent on cooperation of the Amiran family,
17  which we were getting out of Sherwood and
18  Andy Crewell, but not out of Mohsen because Mohsen
19  was in treatment.
20      So there was really the question of when
21  Mohsen was going to recover, and the lip service was
22  that he would recover and that he was receiving all
23  kinds of new treatments and whatnot, and I didn't
24  expect him to die of Lyme's disease.  Or maybe it
25  was misdiagnosed, I don't know.

202

1      But I didn't expect him to die and so
2  ultimately there would be the opportunity to buy the
3  intellectual property unless it was auctioned in a
4  context where people knew how to use it.
5      MS. BRAGANCA:  Can we take a break?  I'm
6  sorry, I don't mean to jump in, but I could use a
7  break.
8      MR. WHITE:  Of course.  Let's go off the
9  record.
10      THE VIDEO OPERATOR:  The time is now
11  3:52 P.M.  Going off the record.
12      (RECESS TAKEN FROM 3:52 TO 4:05 P.M.)
13      THE VIDEO OPERATOR:  We're back on the
14  record.  The time is now 4:05 P.M.
15  BY MR. WHITE:
16      Q.  All right.  Mr. Nohl, we were on our break
17  there.
18      Did you have any substantive discussions
19  with anybody other than your lawyer?
20      A.  No.
21      Q.  All right.  Your report makes reference to
22  Amtrust and U.S. Particlization, two entities I
23  think you mentioned before, as successor entities to
24  Amiran Technologies.
25      A.  Successor and in value to some degree, but

203

1  not in law.  So during the first half of 2019 -- I
2  need to go back and talk for a minute about what the
3  core technology of Biogenesis was.
4      In -- fundamentally, it was the idea that
5  centrifuges can separate matter by specific gravity
6  in large volume.  And a lot of people don't realize
7  it, but the differential centrifuge was what made
8  the biotech revolution possible, really, in the
9  '90s.
10      And applying this to waste streams or
11  particle or fine particle separation is kind of a
12  natural outgrowth of improving the way in which
13  humanity deals with material in general.
14      There are materials which are separated by
15  centrifuge such as uranium and plutonium to isolate
16  iso topic properties, and that was Mohsen's idea,
17  but to apply it to pollutants to use their separate
18  gravity to separate them using centrifuges.
19      And so this idea was an important idea and
20  it's one that we pursued under U.S. Particlization
21  Technological Corporation, and Amtrust Biochemical.
22      And in 2019, Paladin Sustainable
23  Infrastructure Corporation, through those two
24  subsidiaries, was employing the Amiran Family Trust,
25  Andy Crewell, Sherwin Amiran, and another three or

204

1 four employees who had legacy at Biogenesis, and
2 specifically those with experience operating plants.
3         And the hope was that even given, that's
4 been a time that we could either commercialize new
5 technology along the same principle, or still by
6 that BMO note, acquire the intellectual property
7 rights that BMO had, and then use some of that
8 technology going forward.
9         So in total, we paid quite a bit. I think
10 the -- between Andy Crewell, Sherwin Amiran, and the
11 Amiran Family Trust, we paid somewhere around
12 550,000, 600,000 the first half of the year in 2019,
13 and it would be moving towards the launch of the new
14 companies, even if we were going to do that
15 without -- without any kind of connection to the
16 prior assets of Amiran Technologies and Biogenesis
17 and its subsidiaries.
18         When we got to -- we had set what we
19 called a constitutional conference and this
20 essentially was the signing of the documents that
21 parsed equity between these parties, Sherwin, the
22 trust, Amtrust, U.S. Particle, and would service the
23 understanding and foundation going forward for doing
24 technology business, soil cleaning, using
25 centrifuges to do so.

205

1         So that conference was scheduled for
2 October 1st of 2019 and when the complaint was filed
3 on September 30th, the Amiran family called -- or
4 no, they didn't call -- they wrote an e-mail saying
5 that because of the complaint, they were not going
6 to show up, and essentially calling off the signing.
7         So that was the event of 2019.
8     Q.  What products or services have Amtrust and
9 U.S. Particlization sold in their lay fund?
10    A.  Two different chemical formulations using
11 the idea of putting a chemical that has a higher
12 affinity for oxygen than fuel, but not -- not
13 cyanide, an organic chemical.
14        We engineered a new chemical that was
15 compliant with the regulations in California, which
16 had found some of the ingredients in the prior
17 Amiran Biochemicals Corporation to be carcinogenic.
18        And so the Amiran Family Trust provided us
19 with intellectual property of that new formulation,
20 and then we worked together with third-party
21 chemists at Rytech Corporation in Houston to
22 finalize that formulation. And we had to adjust it
23 numerous times for separation.
24        So chemicals have to not separate if left
25 unshelved or things like that for a certain amount

206

1 of time.
2         The other -- the other chemical was an
3 acid that blocks odors. And so those were the --
4 those were the primary chemicals that we were
5 selling.
6         We also were selling [inaudible]
7         (REPORTER REQUESTED CLARIFICATION)
8     A.  Degreaser.
9 BY MR. WHITE:
10    Q.  All right. That first chemical you're
11 referring to, was that a fire extinguishing
12 chemical?
13    A.  Yes.
14    Q.  All right. And had that -- or a different
15 version of that fire extinguishing chemical
16 previously been sold by Amiran Technologies?
17    A.  Well, I think it was over 20 percent
18 different. So I would say no, it wasn't a different
19 version, but it had the same purpose. And it was
20 presumably created by the same person.
21    Q.  Was it marketed and sold under the same
22 name?
23    A.  It was sold under the name "FlameOut Plus"
24 which had expired -- FlameOut had expired its
25 trademark.

207

1         We made -- at Amtrust we made a marketing
2 deal with a company called H&H, and H&H trademarked
3 FlameOut Plus, and then sold the chemical under that
4 name.
5     Q.  Okay. So the Amiran Technologies chemical
6 had been FlameOut, and then it was re-engineered by
7 Amtrust to make it less carcinogenic and then it
8 became FlameOut Plus?
9     A.  Yes.
10    Q.  And the odor-blocking chemical, is that
11 the agricultural chemical?
12    A.  What do you mean by "agricultural"?
13    Q.  I mean use it to keep it so, like, hog
14 farms don't smell as much?
15    A.  I think that was the use for it, although
16 we've never tested it in that -- in that capacity.
17        We have sold it to multiunit buildings
18 that have problems with smell related to their trash
19 chutes. So -- where people throw their trash down,
20 chutes that go to dumpsters many floors below.
21 You'll get some kind of buildup on the inside walls
22 of that and it will actually rot. And so we've sold
23 it to people at multifamily properties to remediate
24 that problem.
25    Q.  Okay. And was that chemical previously

208

1 sold by Amiran Technologies?
2   **A.**  No.  So this had the same -- it had the
3 same problem.
4       So the -- there was an odor-block product
5 that was sold by Amiran Biochemicals, but it also
6 had chemicals that ended up being deemed
7 carcinogenic by the State of California.
8       And so this went through exactly the same
9 process where we got a new formulation, and then we
10 sent it to Rytech, and we worked on the -- the
11 separation -- long-term separation issues, taking
12 advice from the third-party chemists at Rytech, made
13 some changes, did some tests and ultimately came up
14 with a formulation that wouldn't separate on shelves
15 and was still effective in blocking the smell.
16       So there was a -- there was a development
17 cycle for it.
18   **Q.**  What was the name of that product?
19   **A.**  The Odor --
20   **Q.**  The block --
21   **A.**  Odor Stopper [phonetic]?
22       The Odor Stopper [phonetic].
23   **Q.**  All right.  And then when Amtrust got it,
24 did it become Odor Stopper Plus?
25   **A.**  No.  Odor Block was the product that was

209

1 sold by Amiran Biochemicals.
2   **Q.**  Okay.  So it was slightly reformulated,
3 and made less carcinogenic and then it turned into
4 Odor Stopper?
5   **A.**  I mean, I think slightly it's a subjective
6 word.  I think -- I think it was overhauled, remade,
7 reformulated, formulated anew.
8       At what point would you consider it a new
9 formulation?  I don't know.  I don't know what the
10 legal standing for that would be, but it certainly
11 went through development all on its own separate
12 from any product sold by Amiran Biochemicals.
13   **Q.**  All right.  How about the degreaser, was
14 that a [inaudible] process?
15   **A.**  No.  Degreasers are pretty standard and so
16 everybody's got a degreaser.  And there was nothing
17 special about the degreaser that we had.
18       H&H came up with a few people who wanted a
19 degreaser, and Mohsen, through his trust, provided a
20 recipe for a degreaser, and that's what we sold.
21   **Q.**  So did either Amtrust or
22 U.S. Particlization license any technology from
23 Amiran Technologies?
24   **A.**  No.
25   **Q.**  Did they license any technologies from

210

1 Biogenesis?
2   **A.**  No.
3   **Q.**  Did they license any technology from
4 Mohsen Amiran personally?
5   **A.**  No.
6   **Q.**  Did they license any technology from the
7 Amiran Family Trust?
8   **A.**  No.
9   **Q.**  So what evidence is there that either
10 Amtrust or U.S. Particlization has any right to the
11 intellectual property in these three chemicals?
12   **A.**  Well, it's trade secrets, and those
13 companies hold the secret.  So --
14       MS. BRAGANCA:  Chris, I think, you know,
15 we've kind of gone down this path for a while, but
16 does this have anything to do with his expert
17 opinion?
18       MR. WHITE:  Well, yes, his expert opinion
19 talks about Amtrust and U.S Particlization as
20 successor entities.
21       MS. BRAGANCA:  Okay.
22   **A.**  Yeah, and there certainly was an effort to
23 follow the same value proposition for U.S. Particle,
24 and that's really where I think the big
25 commercialization opportunity resides.

211

1       But unfortunately, events caused the
2 cancellation of that -- that signing, and Mohsen
3 died sometime after that.
4       So I'm not sure that's -- that could be
5 achieved any longer.
6 BY MR. WHITE:
7   **Q.**  All right.  Going back to your opinion
8 that the value of GP Chemical was reasonable given
9 the expectations where they were in the first half
10 of 2018.
11       We talked a lot about your personal
12 knowledge and experience with Amiran.
13       Are there any other facts and data you
14 considered in reaching your opinions, other than
15 your own personal experience?
16   **A.**  Maybe I missed the beginning of what
17 you're saying.
18       Are you talking about the actual course of
19 events that we expected to unfold?
20   **Q.**  So if I understand it correctly, your --
21 the expert opinion that you're proposing to testify
22 about is that the value of GP Chemical was
23 reasonable given the expectations in the first half
24 of 2018, or reasonable and logical given the
25 information that you were aware of at the time.

212

1    A.   Yes.
2    Q.   Now, we've talked a lot about your
3  personal experiences with the events surrounding
4  Amiran Technologies in early 2018 and beyond.
5       Other than your personal firsthand
6  experiences, are there any other facts and data that
7  you are relying upon to support your opinion?
8    A.   Absolutely.
9       MS. BRAGANCA:   And when you're -- when
10  you're talking about "personal," are you talking
11  about things that are not reflected in the record?
12      I mean, all of the documents and the
13  e-mails and the various documents that have been
14  produced to the SEC and that were available to Renee
15  McMahon as well.
16      MR. WHITE:   Right.
17  BY MR. WHITE:
18    Q.   Other than things that you did personally,
19  and saw personally, and people you talked to
20  personally, are there things other than that, that
21  you are relying on in -- to support your opinion?
22    A.   Yes.
23    Q.   Okay.  And what are those -- what things
24  are you relying on other than your own personal
25  experiences?

                    213

1    A.   The contract with Second Wind Consulting,
2  LLC out of Boston, and their website.
3    Q.   Okay.  Anything else?
4    A.   The opinion of Chadwick Keller at the time
5  who was the chief of banking operations for
6  Chrysalis Financial.  And he was the one working
7  with us consultants, and his e-mails and
8  communications indicated the same thing.
9    Q.   Okay.  Anything else?
10    A.   No.
11    Q.   Okay.  In what way does the contract with
12  Second Wind support your expert opinion?
13    A.   Second Wind, as far as I understand it,
14  their specialty, their concentration, if not their
15  whole business, is based on workouts through a
16  process that is almost identical to the tactical
17  transaction model, but was developed by them
18  separately.
19      And so they do tactical debt acquisition,
20  and renegotiation.  And this is -- hence, their
21  name, "Second Wind" is to help people re- --
22  renegotiate their debt, buy out their debt, deal
23  with liabilities.  And that is their expertise.
24      The Tactical Income Fund, I believe,
25  advanced $50,000 to Amiran Technologies to pay these

                    214

1  consultants for their expertise in handling this
2  process between BMO and Mohsen and Amiran
3  Technologies and its subsidiaries.
4    Q.   Okay.  How about the website of Second
5  Wind?  How does that support your expert opinion?
6    A.   When I looked at it, it told the story of
7  how they use bankruptcy or asset -- debt purchase to
8  renegotiate or re-term debt for corporate clients.
9    Q.   All right.  And you mentioned an opinion
10  of Chadwick Keller.
11      What's that?
12    A.   Chadwick Keller?
13    Q.   Right.  What's that opinion that you were
14  referring to?
15    A.   Well, the e-mails have been provided.  But
16  the e-mails show that it was Chadwick Keller's
17  anticipation that the process was on track, and
18  moving forward in an acceptable manner toward the
19  expected conclusion.
20      And his only worry was Mohsen Amiran would
21  do something off script.
22      And I believe his exact e-mail reads:
23          "Don't want Mohsen to do anything
24          crazy here.  We have a plan and it's
25          moving forward."

                    215

1       So I think verbatim, that was Chad's
2  e-mail.  And Chad was the one that I specifically
3  tasked with finding Second Wind, and then dealing
4  with the relationship between Second Wind and BMO,
5  and Amiran.
6       So there was no indication from any of
7  them that the process was not anticipated to
8  succeed, and all of the e-mails show that the
9  expectation was that there was both a plan, that was
10  it was on track, or in the words of Andy Crewell
11  "operating as advertised."
12    Q.   What analysis did you conduct to determine
13  that the values of GP Chemical in the first half of
14  2018 were reasonable, given the information known at
15  the time?
16    A.   I did broad searches for market
17  comparables using two platforms.
18    Q.   Okay.  What else?
19    A.   I looked at the history and context of the
20  historical purchases of equity for Amiran
21  Technologies and how they're related to the earlier
22  appraisal of the technology of Biogenesis.  Plus,
23  the indicated value of the market comparables, and
24  then saw that the notes show that Amiran management
25  was the one who set the values that the fund

                    216

1  actually used.
2        So this representation of management was
3  sufficiently notated electronically.  And that this
4  set the ceiling on what the fund was willing to
5  record as values for all of those positions.
6        So to me, they seem conservative, given
7  what the market comparables were, and given the
8  prior appraisal of the Biogenesis technology.
9        Q.  This analysis you were just discussing, is
10 that something you did in preparation of your expert
11 report in this matter?
12       Or is that something you did back at the
13 time when you prepared the underlying valuation
14 reports of GP Chemical?
15       A.  Well, both.  Both.
16       I did extensive work searching for
17 additional comparables, as well as comparables for
18 Amiran Technologies, in Pitch Deck and in
19 Crunchbase, and also just independently throughout
20 the Internet searching for fine particle separation
21 technology companies that had multiple applications,
22 or even one application, in any of the industries
23 that Amiran Technologies had subsidiaries in.
24       And the number of companies was very few
25 that do fine particle separation.  And I couldn't

                          217

1  find anyone that confirmed that they were doing
2  centrifuge-based separation, or using the
3  combination of factors like ultra capitation that
4  the Amiran Technologies -- technology consisted of.
5        But I was able to find close comparables
6  and confirm that at least in the case of Anuvia
7  Plant Nutrients, they still exist and are going
8  strong.
9        And I think that it was an extension of my
10 earlier continuing research on market comparables,
11 which I was very interested in because it would
12 ultimately be the justification for the inset values
13 for the new companies, the new offering within the
14 Green Fund, and all of that would be disclosed to
15 the existing technical Income Fund investors so that
16 they could make at least the most informed decision
17 possible about whether to swap equity in the -- or
18 in the TIF for the Green Fund or to stay in the TIF.
19       And so there was a big mission that was
20 being pursued within the Tactical Income Fund to
21 accurately illustrate the comparables, the prior
22 appraisals, the history of equity sales within the
23 company, a comparison of the circumstances of the
24 business in 2010, '11, '12, '13, '14 and so on, and
25 really presenting the finding that the condition

                          218

1  surrounding Amiran during its life had not changed.
2        Q.  This market comp research that you did, is
3  that spelled out anywhere in your expert report?
4        A.  I believe so.  I believe it's in there.
5        Q.  Okay.  Where?  And you can look at
6  Exhibit 190 if you need to.
7        THE REPORTER:  Off the steno record.  Did
8  we lose Mr. White?
9            (MR. WHITE DISAPPEARED FROM VIDEO
10            AND RETURNED MOMENTARILY)
11       MR. WHITE:  No, I'm here.
12 ----------------------------------------
13       EXHIBIT 190 PUBLISHED ON SCREEN
14 ----------------------------------------
15       A.  So I can't blow this up, but I believe it
16 might be here where you have the map of the intended
17 transaction with allluvium and the launching of the
18 Green Fund.
19       There are notes next to Amtrust and
20 U.S. Particle and two other companies that I believe
21 are notes that were created by an analysis of --
22 ongoing analysis of the market comparables.
23 BY MR. WHITE:
24       Q.  What page are you referring to?
25       A.  This is page 43.

                          219

1        But I can't blow it up enough here in this
2  form to see them.  I can download it.
3        Q.  Yeah, go ahead and download it if you need
4  to look at it.
5        A.  Yeah, I'm there.
6            (Perusing documents on screen)
7        Q.  Does page 43 of your report spell out that
8  market comparable analysis you were discussing?
9        A.  No.
10       Q.  Okay.  Is the market comparable analysis
11 you were discussing spelled out anywhere in your
12 report?
13       A.  Not in the report, but the end result of
14 the calculation, I believe, is in the
15 third-quarter-of-2016 letter sent out to all
16 investors.
17       Q.  So you're saying that back in --
18       A.  Oh, I do see it here, actually.  I do see
19 it here.
20       Q.  Where?
21       A.  Those market comparable values that we
22 were updating periodically are actually showing up
23 in the upper left-hand corners above each colored
24 box.
25       Q.  On page 43?

                          220

1    **A.** Yes. So those are the notations of what
2 we felt the current market comparables were at the
3 time this document was made.
4    **Q.** Okay. And you mentioned the
5 third-quarter-of-2016 investor letter.
6        Did you do this market comparable analysis
7 in the -- back in 2016 or did you do it in
8 preparation of your expert report?
9    **A.** For the -- for the Green Fund, it was an
10 ongoing exercise and it was the subject of a lot of
11 discussions about what the pre-money values would be
12 of those companies, and so that was something that
13 we were continuously working on.
14        When we got to the expert report, then I
15 went through and renewed my subscription to
16 Crunchbase, and then went in there and actually
17 searched more for additional comparables, but the
18 closest comparables are the representation of
19 exactly the same technology for IMR, without the --
20 you know, the chemical knowledge.
21        And then making -- making an equivalency
22 between MRT and the market value ascribed to IMR by
23 the Rio Tinto deal, and then looking at the -- a
24 conversions deal versus the Anuvia Plant Nutrients
25 value.

221

1        And then I could find no company that had
2 the same technology within the soil-washing space,
3 although I did find people who appeared to be soil
4 washers.
5        After I followed them, it turns out that
6 they just wash it in their landfills: So they
7 weren't actually soil washing.
8        And so that brought me back to the -- the
9 old valuation at the technology within Biogenesis,
10 which was the former appraisal done before the
11 Tactical Income Fund's engagement. But that value
12 was dated and it would have needed to be refreshed
13 for the Green Fund launch.
14        But it was -- it was certainly the upper
15 bound of where we considered that value was for the
16 intellectual property for that company.
17        And the composite of all of these things
18 formed a value that was much, much higher than what
19 the heir apparent, or the successor apparent, who is
20 Sherwin Amiran, because Mohsen was off getting
21 treatment here and there, where Sherwin was
22 comfortable certifying himself as the pre-money
23 values based just on the opportunity and technology.
24        And so that became the limiting factor,
25 which was much lower than what the market

222

1 comparables show.
2        So the market comparables put the
3 appraisal for Biogenesis showing a value of
4 475 million.
5        Now, Sherwin Amiran, per the notes from
6 the conversation where he, after a lot of exchange
7 of e-mails about intellectual property, and
8 restructuring of the company and all these type of
9 things, actually provided those values to me.
10        And at the time, as he was doing it, I
11 entered that information into the position valuation
12 spreadsheet that the Tactical Income Fund uses.
13 So --
14    **Q.** Okay. So looking at this transaction map
15 on page 43, if we go towards the lower left-hand
16 corner, there's a yellow box there with Amtrust
17 Biochemical. It's in the second-to-last full line.
18    **A.** Yes.
19    **Q.** And you said the numbers written above the
20 box are the values?
21        So for Amtrust Biochemical, it says
22 $15 million, and then in parentheses "plus five."
23        What specific market comparables did you
24 rely on to come up with that $15 million value on
25 this box?

223

1    **A.** So we're trying to get values that are
2 justifiable. And so when we're looking at the value
3 of Amtrust Agrichemical, that's a suite of six
4 specific chemicals.
5        And then there was a question about
6 whether or not the new cadmium heavy metal arresting
7 product would be part of that. But we're at the
8 stage where, you know, we have that, but that needs
9 to undergo some tests to see what its efficacy is.
10        But you're looking at the values from a
11 snapshot in time when this -- I can give you the
12 original document -- but when this was made, the
13 values are being updated based on what our
14 expectations of the pre-money values are going to be
15 in the new launched companies.
16        So this isn't being done in the context of
17 the structure of the reorganization at a particular
18 point in time.
19    **Q.** And you said the value numbers on page 43
20 are derived from a market comparables analysis?
21    **A.** That's my recollection, yes.
22    **Q.** Okay. So what specific market comparables
23 went in to determining that $15 million value for
24 Amtrust Biochemicals?
25    **A.** Well, that -- that would be -- looking at

224

1  the value of organic chemical companies or chemicals
2  of companies in the specialty chemical space.
3      Q.   What organic chemical companies?
4      A.   You know, I didn't rely on that for my
5  expert report for the biochemicals.  So I would have
6  to go back and look at what those comparables were.
7  I don't know that off the top of my head.  Sorry.
8      Q.   So the numbers on this chart are not based
9  on the market comparables analysis?
10     A.   They were at a given point in time, given
11  any [inaudible]
12         (REPORTER REQUESTED CLARIFICATION)
13     A.   Any evolving analysis.
14     MR. WHITE:  Lori, are you good?
15     THE REPORTER:  (Acknowledging thumbs up)
16  BY MR. WHITE:
17     Q.   Okay.  All right.
18         Mr. Nohl, can you tell me any of the
19  specific market comparable companies you used to
20  determine the value for Amtrust Biochemicals for
21  $15 million?
22     A.   I would have to look that up, Chris.  I
23  don't recall straight off the top of my head.
24     Q.   The next box over, the orange box says
25  "U.S. Particle."

225

1  A.   Yes.
2      Q.   It's got a $68 million figure above there.
3      A.   Yes.
4      Q.   What market comparables went into that
5  $68 million figure?
6      A.   So I think a few times I've described
7  this.  But the U.S. Particle value is being derived
8  ultimately from the intellectual property appraisal
9  that occurred before, plus what the state of the
10  technology was, there was no clear market comparable
11  for biogenesis, although an evaluation had been done
12  by a third party on the technology itself.
13         So when we're looking at this, and we're
14  looking at the pro forma and what the assumptions
15  are, for the number of plants that would be acquired
16  and what the business plan is, then we're doing more
17  of a venture capital method or an approach to
18  something more -- more akin to looking at a
19  pro forma -- five-year pro forma with projected
20  income and trying to make a determination by backing
21  into it that way, using the intellectual property
22  appraisal as the upper bound, and management's
23  comfort or representation as a limiting factor.
24     Q.   So is the $68 million figure next to the
25  U.s. Particle box not based on a market comparable

226

1  analysis?
2      A.   There was no clear market comparable for
3  U.S. Particle.
4      Q.   Okay.  So did you use another method to
5  determine the value of U.S. Particle?
6      A.   Yes.
7      Q.   What method did you use instead?
8      A.   So U.S. Particle was considered from
9  multiple directions.  The first input was the
10  third-party appraisal of the Biogenesis patent
11  itself, where, in this map, it's presumed that
12  U.S. Particle will take ownership of that.
13         So that appraisal was $280 million.
14         Then we're looking at what physical assets
15  could be relocated.  Once the BMO note was purchased
16  into U.S. Particle, and we're considering what the
17  application of those would be.
18         So in this case, the business model for
19  U.S. Particle called for static plants, with the
20  first plant being located between Chicago and
21  Milwaukee somewhere probably Beloit or a little bit
22  east, we were doing site selection for that site,
23  and very close in time provided that we could raise
24  the adequate money, do a second site in the New
25  Jersey/New York area, and these would be fixed

227

1  plants.
2         So this was a very different business
3  model than biogenesis, but using the same
4  technology.
5         So what we're doing is we're looking at
6  the net income, we're looking at the growth
7  potential.  We're looking at management to say:
8  What representation are you comfortable with in the
9  context of a new capital raise, and then keeping it
10  well below the upper bound of the intellectual
11  property value as determined by a third-party
12  appraiser.
13     Q.   And at what point in time are these
14  valuations for?
15     A.   I don't know that.  So that's where I have
16  to go back and look at the original map.
17     Q.   So you don't know what time period the
18  values on page 43 of your report are values for?
19     A.   The -- I have that information in the --
20  you know, in the file record.  But I don't know that
21  off the top of my head.
22         So this is not the numbers that I had in
23  my expert report.  This is extracted from a point in
24  time to show that this was the intended
25  reorganization that was underway, and the

228

1  negotiation that was underway and the consideration
2  that was occurring for a real reorganization and
3  what it would look like and what the anticipated
4  equity of the Tactical Income Fund would be in
5  whatever subsidiary form that took.
6      **Q.**  Wait.  I don't understand.
7      The numbers on page 43 of your expert
8  report are not part of your expert report?
9      **A.**  No.  They're -- it's a snapshot in time of
10 what the structure was intended to be presuming the
11 purchase of the unknown amount.  And what it's doing
12 is it's showing what was being pursued, not what the
13 market comparable value is now when I do my expert
14 analysis.
15     So that analysis of the value of a company
16 changes over time based on the information that's
17 available to you.  So at a certain point in time,
18 there's negotiations occurring between management
19 and us, and there's discussions with potential
20 investors and others, about appetites and interests.
21     And then we're looking at comparable
22 sales; we're looking at performance, there's a lot
23 of work that goes into developing the final
24 reorganization, and what those offerings actually
25 will look like.

229

1      But based on its insertion into this
2  document, it is not value-contributive.  It is meant
3  to be illustrative of the actual intent to
4  reorganize the business.
5      **Q.**  Okay.  Did your calculations ever reflect
6  the probability, or, in fact, the realized fact of
7  BMO foreclosing on the note and taking control of
8  all -- of Amiran's intellectual property?
9      **A.**  Yes.
10     **Q.**  All right.  Tell me about that.
11     **A.**  Okay.  The Stern School of Business had
12 pioneered a process for early-stage businesses where
13 they actually use probability in determining the
14 value of early-stage enterprises.
15     And part of this was conditioning certain
16 variables by the risk of failure.
17     And so this idea of assigning
18 probabilities to what's occurring to try to
19 condition the expected value is an idea that
20 professionally I support, and I think it's a good
21 idea.
22     And when we look at the -- the percents
23 that we would actually assign to a transaction, I
24 think it's based on a lot of things.  It's based on
25 the expectations, the indications and the unity in

231

1      But part of that is making sure that every
2  person involved has weighed in and understands what
3  it is, and what the basis for the valuation is, and
4  knows what their equity stake is, and what their
5  income and expectations are.
6      So there's quite a lot to coordinate in
7  the course of doing a reorganization as complex as
8  this, and this is evidence of that taking place.
9      And so it has taken out of the Paladin
10 Sustainable Infrastructure files which were being
11 used to create the offering of the Green Fund,
12 because it ultimately is the transaction map for
13 what the intent was of the reorganization of Amiran
14 Technologies and subsidiaries and their technologies
15 and the classes.
16     **Q.**  At what point in time was the chart on
17 page 43 created?
18     **A.**  I know you've asked me a couple of times,
19 and I'm telling you that there are multiple versions
20 of this document.
21     So, because it was evolving over time, and
22 so I need to go back and look at the actual file
23 envelope and see what the -- which one this is, then
24 I can answer that question for you.  I'd be happy to
25 do that.

230

1  pursuing that goal together with feedback from
2  whoever the counter-party is, in this case, BMO.
3      So it seemed like BMO was engaging, was
4  interested in working it out and it seemed that the
5  Second Wind Consultants had a grip on it and were
6  shepherding the process together with Chadwick
7  Keller, and Andy Crewell and Mohsen Amiran seemed to
8  be writing that they were in agreement and
9  everything was proceeding well.
10     As we get closer to the anticipated asset
11 purchase, then the probability would increase of the
12 transaction, or acquiring the note.
13     And once we -- once we get a signed offer
14 where we're -- agreed to a price and a closing
15 period, then that probability would go up even
16 higher to the point where it's approaching
17 100 percent, which is the actual day of the closing.
18     So when there are unknowns or things that
19 have to be sorted out, the probability of the
20 transaction is lower.
21     As unknowns resolve and become known, the
22 transaction either becomes more remote or more
23 likely, depending on what those -- what those data
24 points are.
25     And I think that this is really an

232

1  interesting idea, and the first proponent of it was
2  Aswath Damodaran --
3        THE REPORTER:  Is that that same name from
4  before?
5        THE WITNESS:  Yeah, that's that impossible
6  name.
7      A.  So he especially started using it in the
8  context of early-stage technology companies in his
9  2011 book.
10       And I think ultimately this idea will
11  grow, and I think in the context of GP Chemical, and
12  the transaction that was contemplated here and the
13  effort to buy out the BMO note and coordinate the
14  reorganization of the company, I think it was
15  entirely appropriate.
16       And what it did is it reduced the value
17  that appeared on the financials of the Tactical
18  Income Fund.
19       If that probability had not been assigned,
20  the value would have been higher, but then also it's
21  presuming that that -- that closing is insured, and
22  there's never a certainty until a thing is done, and
23  so I think -- I think this was the appropriate way
24  to do it.
25  BY MR. WHITE:

233

1      Q.  Okay.  Did you actually perform this
2  probability analysis of Professor Damodaran?
3      A.  His -- his probability regards -- he
4  assigns it to the chance of failure of enterprise
5  overall.  And the -- so the -- the short answer is
6  no.
7        It is an application of a principle that
8  he introduced in his 2011 book to a transaction
9  overall that ultimately could have the same effects
10  in the context of his analysis, which was failure of
11  enterprise.
12       So if the transaction failed, then the
13  value would not be realized, or it would be a much
14  longer road or more difficult road.
15       And the way in which it would fail is not
16  clear, either.  If there was a chance that it would
17  fail, it was hard to imagine what that would be.  It
18  would have to be a place where BMO would demand more
19  money than the Tactical Income Fund was willing to
20  pay, right?  Or have some other conditions on it
21  that would prohibit the reorganization.
22       But those -- the possibility, we
23  considered that in our business judgment to be
24  remote.  And all the others who were involved
25  documented that they thought that the process was on

234

1  track.
2        So it still was prudent to condition the
3  transaction for the lack of culmination, but
4  recognizing that it was in process moving forward
5  and there was likelihood that it would happen.
6        One of the concerns was always to be fair
7  to the existing investors versus any incoming
8  investors, and the goal there is to recognize the
9  value that's there for what it is, and to do that as
10  timely as possible, not being overly optimistic
11  about it, but not being overly pessimistic, either.
12       So assigning that probability is
13  subjective, and I think a lot of -- a lot of factors
14  figure into it, but ultimately it's business
15  judgment that guides that determination.
16      Q.  And did you actually do this
17  probability-of-failure analysis you've been
18  discussing of Professor Damodaran?
19      A.  Yes.  But he applies it to a specific
20  variable in a calculation for -- for returned
21  premium, I believe.
22      Q.  Okay.  How did you conduct your
23  probability-of-failure analysis?
24      A.  By looking at all of the factors, and the
25  people, everything that I could see that was going

235

1  on, all the documentation between the parties that I
2  had and saying:  This transaction, based upon my
3  20 years of experience in doing this says, we're
4  halfway to the finish line, or we're 60 percent of
5  the way to the finish line, and these are the
6  factors that still could be yet to bear.  These are
7  the unknowns, these are the things that have yet to
8  happen and that represents 40 percent of the total
9  distance, or 20 percent.
10       And so, really, it is -- it's a gestalt.
11  And it's a gestalt based on deep experience.
12      Q.  And what facts and data did you use in
13  conducting this probability-of-failure analysis?
14      A.  Well, that would be all of the documents
15  that were attached to the Quarter 1 valuation
16  opinion of GP Chemical in 2018; and Quarter 2 in
17  2018; and Quarter 3 in 2018, where it was assumed
18  that the chance of this transaction was zero, even
19  though maybe it was just close to zero.
20       So there -- there's all of those things
21  that go into it.  Everything going on figures into
22  it as best you can and you use your business
23  judgment, you try to do so earnestly and try to make
24  the proper determination.
25      Q.  What probability of failure did you assign

236

1  to the workout of the BMO note in the first quarter
2  of 2018?
3      A.  That's a good question.  [inaudible]
4          (REPORTER REQUESTED CLARIFICATION)
5      A.  We can look it up.
6      Q.  Okay.  Where is it in your expert report?
7      A.  It is in the Quarter 1, quarterly
8  valuation for GP Chemical.
9      Q.  Okay.  And that's something you did back
10 in 2018?
11     A.  Yeah, I did it contemporaneous with the
12 events.
13     Q.  Okay.  And did you do any new
14 probability-of-failure analysis in preparing your
15 expert report?
16     A.  I did look at whether or not, in
17 hindsight, I thought that a different determination
18 could have been made.
19         Was there some data that was overlooked?
20 Was there over-optimism about the chance of buying
21 the BMO notes?  Were the assumptions incorrect?
22         And, you know, this is the kind of thing I
23 don't have an expert report to be doing.  I'm doing
24 this kind of thing all the time.
25         You second-guess yourself, you question

237

1  yourself, you interrogate your own decisions.  And I
2  did do that during the course of this expert report.
3          And looking back through the attachments
4  to the quarterly reports for Quarter 1 and
5  Quarter 2, and even Quarter 3, I believe that the
6  determinations were appropriate based on everything
7  that was known, if not conservative.
8          But, you know, the one factor that was
9  different -- there were actually two factors that
10 were different than normal.
11         One was that, in all of the other tactical
12 debt acquisitions that the fund ever did, or that I
13 ever did, I was the one doing it; I was the one
14 making the offers; I was the one drafting the
15 settlement agreements; and working it out with the
16 debtor.  And I was the one doing it.
17         So in this situation, it was someone else,
18 right?  It was a specialized consulting agency,
19 Second Wind Consultants.
20         And so that was different.
21         And I didn't have any data, and I don't
22 have any data now, about how often they're
23 successful.
24         The other thing is, Mohsen had never done
25 this, and no one else that I ever did this for to

238

1  restructure a debt for them had ever done it prior
2  to me doing it with them, either.
3          So although that was a new variable having
4  Mohsen involved, it also was not unusual to which
5  the debtor, the principal debtor be someone who
6  doesn't have any experience with this in particular,
7  with a tactical debt acquisition or reorganization.
8          That's a rare experience, I think, for
9  most people.  Most people haven't had that
10 experience.
11         So those were the factors that were
12 different than any other situation.
13         There's a third thing, and I don't know to
14 what degree it affected anything, but that was the
15 publication of the F.B.I. raid.
16         And I don't know if that had any impact on
17 BMO's willingness to engage to settle the debt.  And
18 I don't have a way to know that without questioning
19 Mike Crowley or -- he's probably the ultimate one at
20 BMO who would know that.
21         But those three factors, I do consider
22 those.  And I did look at all the information that
23 was attached thereto, and I think it was absolutely
24 reasonable.  It was the right conclusion given what
25 was known, that this transaction was proceeding,

239

1  money had been paid in good faith, contracts had
2  been signed, efforts were being made, offers were
3  being prepared and submitted.
4          It had all the appearance of what would
5  ultimately be a successful transaction.  And it
6  looks like everybody was in unison in moving that
7  way.
8          Like I said, the response of BMO was
9  unanticipated, and I think counter to their contract
10 with the SBA, and no one but BMO can explain that.
11     Q.  Did you revisit your
12 probability-of-failure analysis in preparing your
13 expert report?
14     A.  Yes.
15     Q.  Where in your expert report did it discuss
16 this revisited probability-of-failure model?
17     A.  I did go over it with the attachments, but
18 I did not write a specific section on it.  My
19 findings were the same as the first time that the
20 information was reviewed by me.
21     Q.  And what probability of failure was -- was
22 assigned to the workout of the BMO note in the
23 second quarter of 2018?
24     A.  You know, it's been a little bit over a
25 month since I last looked over that.  I don't recall

240

1  off the top of my head.  I'm sorry.
2    **Q.**  Okay.  How about the third quarter of
3  2018?
4    **A.**  I booked it as zero.
5    **Q.**  That there was a hundred percent
6  probability of failure?
7    **A.**  Yes.  And the reason was not necessarily
8  that the -- that the note couldn't be bought.  What
9  it meant was that the things -- there was a
10  narrative being protected.
11        And the ACOM contract with Biogenesis I
12  thought was very important to the narrative
13  surrounding any securities offering, you know, of
14  soil washing -- of a soil-washing company based upon
15  Mohsen Amiran's work.
16        And when that contract -- when that
17  contract was terminated and BMO sent the revenue
18  intercept letters to both Nordlys and -- and ACOM,
19  the narrative became damaged.
20        And I think that that made it such that,
21  given the model that was being worked towards for
22  reorganization, it became harder to support a
23  reorganization under the expectations.
24        So I didn't -- I thought that the
25  probability of Biogenesis and Amiran being reduced

241

1  to a share match without a filing of a bankruptcy
2  was near absolute.
3        And so any value that was going to be
4  recognized would be conditioned upon an entirely new
5  analysis within U.S. Particle and Amtrust
6  Biochemical.
7        And the expectation for -- for Amiran
8  Technologies and its subsidiaries needed to stop.
9  With Mohsen's lack of filing of the bankruptcy for
10  the company, that doesn't give it a chance for
11  reorganization.  He needed to do that and he didn't
12  do that.
13        So that's why it was taken to zero.
14    **Q.**  When did you first read Professor
15  Damodaran's work on the probability-of-failure
16  analysis?
17    **A.**  I don't know.  I have a lot of books on
18  valuation and ... I really don't know.  Four or five
19  years ago, maybe.
20    **Q.**  Other than Professor Damodaran, are there
21  any other authorities that support your decision to
22  use a probability-of-failure model?
23    **A.**  I think the entire actuarial field, which
24  bases everything on probability, I think there's a
25  great volume of work of probability of events or the

242

1  value or expected value of outcomes.
2    **Q.**  Did you rely on any of those works in
3  determining what valuation method to use?
4    **A.**  Surely, but in synthesis, over a lifetime
5  of learning and reading.  That's what I --
6    **Q.**  Can you identify any of them?
7    **A.**  Can I identify any of them ...
8        "Value at risk."
9    **Q.**  Okay.  Who's the author of "Value at
10  Risk"?
11    **A.**  I don't recall that right off the top of
12  my head.  I read it in 2012, 2013.  But it's all
13  about the use of -- the likelihood of outlier events
14  to condition expectations in the calculating of
15  default risk in securitization portfolios.
16    **Q.**  And did you incorporate that method into
17  your probability-of-failure analysis?
18    **A.**  As a general guideline.  So yes, I think
19  there's -- there's a chance of failure, a chance of
20  success.  I think it's wrong to recognize the value
21  as if it's a foregone conclusion, and I think it's
22  wrong to not acknowledge that it is a transaction in
23  the process of happening.
24        And so this leaves you somewhere greater
25  than zero and somewhere less than one, which is a

243

1  probability.
2        Then based upon experience, expectations
3  and the communications between the parties, the
4  apparent willingness of the parties to consummate a
5  transaction, the availability of funds to close such
6  a transaction.
7        These are all things that play into the
8  estimation of that probability.
9    MR. WHITE:  All right.  Let's take one
10  final five-minute break, and then we'll keep going.
11    THE WITNESS:  Okay.
12    THE VIDEO OPERATOR:  Okay.  The time is
13  now 5:10 P.M.  Going off the record.
14    (RECESS TAKEN FROM 5:10 TO 5:24 P.M.)
15
16  ---------------------------------------
17        EVENING SESSION
18          5:24 P.M.
19  ---------------------------------------
20
21    THE VIDEO OPERATOR:  We're back on the
22  record.  The time is now 5:24 P.M.
23  BY MR. WHITE:
24    **Q.**  Mr. Nohl, when we were off the record, did
25  you have any substantive discussions with anybody

244

1    other than your lawyer?
2        A.   No.
3        Q.   All right.  So earlier when I asked you
4    about your opinions, you said your second opinion
5    was that the method for valuing Amiran should be
6    based on its asset value and that the discounted
7    cash flow method is an inappropriate method for
8    determining Amiran technologies' valuation?
9            Was that your opinion?
10       A.   Yes.
11       Q.   So I want to look at your report,
12   specifically, page 8 to 9.
13           MR. WHITE:  We'll put Exhibit 190 back up.
14   ---------------------------------------
15           EXHIBIT 190 PUBLISHED ON SCREEN
16   ---------------------------------------
17   BY MR. WHITE:
18       Q.   And it's Section 2.2B.
19       A.   Is this 190?
20       Q.   Yes.
21       A.   I'm sorry, tell me the page number again.
22       Q.   8.  Bottom of page 8 and the top of
23   page 9.
24       A.   Okay.
25       Q.   All right.  So Point 2E here says "The

245

1    expert" ...
2            And that's referring to Ms. McMahon,
3    right?
4        A.   Yes.
5        Q.   (Reading:)
6            "The expert mistakenly thinks that
7            historical economic performance of
8            Amiran for any relation to the
9            commercial potential and economic
10           opportunity value of Amiran's
11           technologies and processes, except
12           that it approved the validity of the
13           technology itself."
14       And you go on to say:
15           "It's clear that the management,
16           governing documents, capitalization
17           structure and practices of Amiran
18           were decreasing the enterprise value
19           of the Company (except insofar as
20           they were proving out the
21           technologies's efficacy) and that
22           with new governance, management,
23           business model and structure, the
24           Company would be much more investable
25           and valuable."

246

1        Do you see that?
2        A.   Yes.
3        Q.   And does that statement go to the second
4    opinion of yours we were just referring to?
5        A.   Yes.  The business was -- had not
6    stabilized.
7        Q.   Okay.  What's the basis for your statement
8    in Point 2E here on pages 8 to 9?
9        A.   Well, there's a couple parts there.  So
10   the -- the first part is a recognition that, when we
11   value a going concern, the going concern is assumed
12   to have reached a point of stabilization, and not be
13   exhibiting net operating losses and radical swings
14   in revenue and have a large portion of its asset
15   value constituted by intellectual property.
16           All of these characteristics, according to
17   numerous experts, including Aswath Damodaran --
18           (REPORTER REQUESTED CLARIFICATION)
19           THE WITNESS:  Aswath.  It's the same.
20           THE REPORTER:  Oh, the first name.  I'm
21   sorry.
22       A.   So his exact comment is:
23           "This combination of factors will
24           send most analysts running."
25   That's either verbatim or close to verbatim.

247

1            And the reason is that, when you're trying
2    to do cash flow method, this kind of cash flow
3    method, and you have a very early-stage technology
4    company, it's very difficult to separate what is
5    development, expenditure, which we would consider
6    CapEx versus expenses, which would be more regular.
7            So making this distinction is very, very
8    difficult.
9            And it's my opinion that all of the
10   expenses of Amiran Technologies up through 2018 are
11   development expenses, are CapEx, because they're all
12   proving out the commercialization of an experimental
13   set of technologies.
14           Now, we can talk about the second part of
15   E, paragraph E.  And in the second part of
16   paragraph E, it is widely understood by
17   practitioners within venture capital that a chief
18   scientist running the business is not desirable.
19           It is also widely understood that a cap
20   table that has undilutable interest in it is not
21   desirable, and perhaps not investable for a lack of
22   a portion of the venture capital participants.
23           Also, there was a strange series of
24   control agreements with an entity called ABS, who
25   Phyllis Grady was a part of, so there were some

248

Christopher Nohl
12/6/2021

1 management and ownership entanglements within the
2 operating agreement that preceded the redraft of the
3 operating agreement.
4 　　　No sober person who participates in
5 venture capital or even private equity would think
6 any of those things contribute to the value of the
7 company or make it more investable.  And anyone who
8 participates in the industry knows that those things
9 preclude most investors from investing in it.
10 　　　So, as a direct consequence of that, if
11 you remove those things, you've removed obstacles to
12 many investors being willing to take a look at
13 investing in the company.
14 　　　And so this expands its marketability;
15 this expands your audience, and those want naturally
16 to have the effect of increasing enterprise value.
17 　　　Now, within Amiran, in particular, you
18 have a problem.  And that problem is that the
19 management teams have been inconsistent at best in
20 executing on the technologies.
21 　　　One of the things that we did is we
22 brought in John Philosophos from -- an old Boston
23 capital guy.  And he, together with Mark Leopold,
24 spent a number of months refining the economic
25 operating model of the soil-washing plant so that we

249

1 could actually get to a point where we actually
2 understood the plant economics and they could
3 extrapolate from there a new pro forma for a new
4 company.
5 　　　But there needed to be a separation --
6 separation in the legacy development history of the
7 company, in the commercialization of the company
8 that preserved the narrative of the successes, but
9 held those accountable for bad decisions.
10 　　　In doing that, the aim is to explain to a
11 new investor why those conditions that contributed
12 to bad decision-making or failures or other things
13 in the past, were a consequence of factors that no
14 longer exist in the new company.
15 　　　However, where the technology has been
16 proven out, where it has -- where it has been
17 refined, where it has been accurately modeled, this
18 allows for more comfort to a potential investor to
19 actually invest in it.
20 　　　So part of this is preserving the
21 experience of the people who know how to operate the
22 plan, retaining the technical expertise of Mohsen
23 Amiran in a creative capacity, but removing his --
24 his power to unilaterally reallocate large portions
25 of capital within the company without discussion

250

1 with anyone else.
2 　　　And all of those things made the risk
3 greater within Amiran, and all those things
4 contributed to uninvestability under the existing
5 structure, management and governance documents.
6 　　　So anyone who participates in the industry
7 knows there are certain things that were impacting
8 the value and investability of Amiran, and no one
9 would argue against those things.  They're widely
10 and commonly accepted as true.
11 BY MR. WHITE:
12 　　Q.  Other than your own personal experience,
13 what sources are you relying on for your -- the
14 statements you've just made about Amiran's problems?
15 　　A.  Which aspect of that?  I'm sorry.  It was
16 a little broad.
17 　　Q.  Let's put it this way.
18 　　　Other than your own personal experience,
19 are there any sources you are relying on for the
20 fact that having a chief scientist in charge, having
21 undilutable shares, having an inconsistent execution
22 by management, are not -- are things that make an
23 early-stage company uninvestable?
24 　　A.  I mean, broadly, I consume a lot of
25 publications and media about early-stage technology

251

1 evaluation.  And I sit on the -- on a number of
2 boards in early-stage companies with people who sit
3 on more boards themselves in technology companies
4 that are early stage.
5 　　　And this kind of thing has been said to me
6 multiple times by multiple people and I've heard it
7 multiple times within different videos and
8 presentations of different methods for calculating
9 early-stage values or certain things that are made
10 in video to give advice to entrepreneurs.  I watch
11 those, too.
12 　　　And these are generally accepted facts by
13 practitioners.
14 　　Q.  What specific sources are you relying on?
15 　　A.  This is -- these -- that's very
16 interesting because these are not questionable
17 conclusions to anyone in venture capital.  These are
18 widely accepted.  So what specific sources am I
19 relying on?
20 　　　Well, I guess the first thing I'm relying
21 on is common sense.
22 　　　The second thing I'm relying on, in terms
23 of specific sources would be video presentations
24 or -- I guess, boardroom discussions in early-stage
25 technology companies, with specifically Jeff Rowe,

252

1  who is a well-known angel investor and an
2  early-stage technology investor, on many boards of
3  companies in Wisconsin.
4        John Philosophos, the general manager
5  of -- he's the general manager of Monona Partners
6  and he is a former Boston capital private equity
7  guy.  He's got a 30-year history in it, and we've
8  talked explicitly about those things.
9        Tom Shannon, who founded the [inaudible]
10        (REPORTER REQUESTED CLARIFICATION)
11        THE WITNESS:  Sure.  Tom Shannon, he
12  founded Bright Star Foundation, which is the largest
13  non-profit early-stage in angel investing venture
14  capital portfolio in the state of Wisconsin.  He's a
15  well-known early-stage investor and we've talked
16  about these very same issues.
17        There are numerous videos and other things
18  that I've read.  But I can't off the top of my head
19  give you a specific list of those things because
20  it's so pervasive.
21  BY MR. WHITE:
22     Q.  All right.  So Mr. Rowe, Mr. Philosophos,
23  and Mr. Shannon, those are all persons you've
24  personally done business with?
25     A.  Yes.

253

1     Q.  All right.  And can you identify a single
2  published source that supports your statements about
3  the investability of early-stage companies with a
4  chief scientist in charge, with undilutable shares,
5  and with the other issues that you were referencing?
6     A.  I'm sure I could find that for you.  I
7  can't give you one right now.  But I'm sure I can
8  pull up more than one.
9     Q.  Can we go down to page 10 of your report.
10  It's paragraph 7.
11     A.  All right.
12     Q.  Page 7, you say that:
13        "Ms. McMahon fails to use private
14        equity valuation methods for the
15        company type and stage.  She
16        literally uses methods from the wrong
17        area of finance."
18     A.  Yes.
19     Q.  All right.  What is your basis for that
20  statement?
21     A.  What -- when a person is aware of -- when
22  they're a practitioner in a certain area of finance,
23  there are certain words that they use.  And those
24  words can -- the way of thinking, the way of
25  speaking -- indicate to others within that peer

254

1  group that they belong.
2        In the same way, if I showed up in court
3  and said I was an attorney, and I got up and was
4  speaking, I'm pretty sure within a matter of three
5  or four minutes at the most, you would know I'm not
6  an attorney.
7        In the same way, the sources that we
8  used -- and these are predominantly Crunchbase or
9  TechCrunch or PitchBook in the early-stage
10  technology phase, are not referenced at all within
11  her report and she doesn't try to distinguish the
12  stage of the company in terms of a venture capital
13  progression.
14        So to say, for instance, what -- what
15  would the difference be between seed capital raise
16  in terms of equity and give-up versus whatever stage
17  Amiran was at in its dealings with GP Chemical,
18  would that be considered a Series A, a Series AA or
19  is it late-stage angel investing?
20        And it matters, because the equity
21  expectations of each of those states have a bearing
22  on future investment rounds, and actually show you
23  what the status of the cap table is.
24        So if you look at a company and it has a
25  long development cycle, some of the things you need

255

1  to look at is whether or not cap table exhaustion
2  will occur for the founders as additional cycles
3  occur, especially in a context where you're
4  identifying CapEx as a potential issue like she
5  does.
6        So she looks at Amiran and she says:
7  CapEx is a -- is a major concern going forward.
8        And this is true.  And this is what
9  someone would think who doesn't have a background in
10  commercial lending, doesn't understand that after
11  five examples of functioning plants in the world, we
12  can get conventional financing, project financing,
13  from a company like Macquarie Infrastructure.
14        When we go back, we look at the way in
15  which she's speaking about the cap table and the
16  development process.  We don't see anything where
17  she identifies that this is a disruptive technology.
18  That's very important to the value proposition.
19        So in venture capital -- you know, in
20  early-stage venture capital, we'll talk about the
21  value proposition and the addressable market and
22  then we'll try to bear down on key performance
23  indicators and milestones that indicate where in the
24  development cycle a business is.
25        But none of these words are used within

256

1  her report.  Her approach is a -- is a technical
2  approach that we use in lending to estimate the
3  ability of an established commercial borrower to
4  repay.
5       And that is a private equity perspective.
6  It's one that takes the last two, three years and
7  extrapolates income trends and private trends
8  forward, and then from that, assumes that that is
9  the most likely outcome.
10      But when you're doing this with an
11 early-stage technology company, the way in which you
12 address it is important.
13      So Renee McMahon goes and says:  I can't
14 find a comparable company that does the same thing,
15 as biogenesis.
16      I can't, either.
17      But what does that mean?  If you can't
18 find a company that does the same thing, does it
19 mean that it doesn't have a value proposition?
20      Well, that's not true.  People have paid
21 millions of dollars, right?  So like Nordlys and
22 ECC, paid millions of dollars, ACOM was willing to
23 engage it, right?
24      GS Engineering was willing to engage it.
25      Clean Harbors was excited to partner with

257

1  it.
2       So these are -- these are Fortune 500
3  companies, serious companies, serious waste
4  management companies.
5       So clearly there's a value that's being
6  recognized by them in partnering with Biogenesis,
7  which is a much smaller company, right, much lower
8  asset base.
9       What is the value that they see in
10 Biogenesis --
11      Q.  Mr. Nohl, let me stop you there for a
12 second.
13      What published authorities can you point
14 to that say that using a discounted cash flow
15 analysis, like Ms. McMahon did, is an inappropriate
16 method for valuing a company in Amiran's
17 circumstances?
18      A.  The -- the discounted cash -- well, I can
19 point to Renee McMahon's own work.
20      Q.  What do you mean "Renee McMahon's own
21 work"?
22      A.  The first words in her report are:
23           "Generally there are two methods
24           of assessing the value of a
25           company:  By income or assets."

258

1       And then she narrows the analysis from
2  there.
3       So to speak generally is not to speak
4  about a disruptive technology company.  A disruptive
5  technology company that is unique in its space and
6  has a value proposition where we can find no
7  comparable, if I can't, she can't, means that there
8  is potentially a much longer sustained growth period
9  because of technological advantage.
10      To say that that somehow is general, or
11 generally applies to the rest of finance, is just to
12 negate the very nature of what it is that you are
13 saying [inaudible].  You have to consider first what
14 it is.  And to consider what it is, you have to say:
15 What is the value proposition?  And where does that
16 derive from?
17      And the answer is:  It derives from the
18 patents and the technological know-how of the staff.
19      Q.  Okay.  And my question was:  What
20 published authorities can you point to that say that
21 Renee McMahon's discounted cash flow model is an
22 inappropriate method for valuing a company like --
23      MS. BRAGANCA:  Chris, could you not cut
24 him off, though, he was in the middle of answering.
25      MR. WHITE:  Well, yeah, but --

259

1       (SIMULTANEOUS SPEAKING)
2       MS. BRAGANCA:  I understand.  Okay.  But
3  it's -- I just want it to be clear for the record
4  that you did cut him off and this has been a couple
5  of times.
6       MR. WHITE:  Right.
7  BY MR. WHITE:
8       Q.  Mr. Nohl, I'm trying -- I want to focus on
9  published authorities you can point to.
10      A.  Well, let's go back to Mr. Damodaran.  So
11 he says that the earlier stage of the company,
12 the more difficult it is to value.
13      He also says that if a -- if the income
14 handle stabilized in the company, it is essentially
15 nonsensical to extrapolate from that point forward.
16      When I look at the history of income in
17 Amiran, I see oscillations between 7,000,000 and
18 600,000.  That seems pretty wild.  Wild swings.  It
19 doesn't look stable.  I don't think it looks stable
20 to anybody.
21      So according to Damodaran, unstable income
22 is a reason for not extrapolating and using Tesla
23 method.
24 BY MR. WHITE:
25      Q.  Any other public sources besides Professor

260

1 Damodaran?
2 **A.** [Inaudible]
3   (REPORTER REQUESTED CLARIFICATION)
4 **A.** I'll rest with him.
5 **Q.** I also want -- if we could flip in your
6 report to page 41.
7   THE MONITOR: What page, Chris?
8   MR. WHITE: 41.
9   THE WITNESS: Okay.
10 BY MR. WHITE:
11 **Q.** All right. So looking at the first full
12 paragraph on page 41, you say:
13   "While historical performance of a
14   different management team operating a
15   different business model does not
16   matter at all, the value of the meek
17   and patented technology, the size of
18   the addressable market, the
19   third-party verifications, comparable
20   transactions and support make all the
21   difference."
22   Do you see that?
23 **A.** Yes.
24 **Q.** Okay. What is your basis for that
25 statement?

261

1 team did?
2 **A.** Because it was the same technology?
3 That's the only answer you could give. It is the
4 same technology.
5   Well, okay. Let's look at the technology
6 and let's look at what was verified by the
7 technology; what its efficacy was; what problems it
8 had; how those were addressed; and what the new plan
9 is.
10   So I agree that there's a narrative for a
11 management team and a company, and I think that
12 paying attention to that is important for an
13 investor.
14   So I think preserving narrative is
15 important, but I would not look at one baseball
16 player's ERA and then try to estimate that of a
17 totally different player using what?
18   Different -- it's a different player. Why
19 would you think it would be the same?
20 **Q.** Were specific members of Amiran's
21 management team responsible for Amiran Technologies
22 receiving subpar results?
23 **A.** Subpar based on what? Both Renee McMahon
24 and I agree there's no comparable company.
25   So you have a disruptive technology

263

1 **A.** My experience in lending. So it's -- what
2 would be considered serious or underwriting proof in
3 a commercial debt context.
4 **Q.** What published authorities can you point
5 to that support the position that historical
6 financial performance of a company does not matter
7 at all?
8 **A.** I don't think that you're quoting me
9 accurately.
10 **Q.** Okay. You --
11 **A.** So financial performance of a company
12 matters.
13   What is not extrapolatable is the
14 performance of one management team versus another
15 when one management team has one outcome and a
16 potential other management team might have a very
17 different outcome.
18   You're looking at a -- the effects of
19 decision-making and the effects of certain
20 management styles depending on who runs the company.
21   And if all of that has changed, if all
22 senior management has changed, if the company is
23 rebranded, why would you go to a different company
24 and different management, and extrapolate the value
25 of a new company based on what some other management

262

1 company that is developing, potentially, a widely
2 commercializable, high-value proposition technology
3 to change the infrastructure of society. And you
4 want to call it a subpar.
5   Is it subpar or is it the normal struggle
6 that one goes through when developing a new
7 infrastructure technology?
8 **Q.** Well, am I understanding you correctly
9 that it's the Amiran management team that was
10 holding the company back?
11 **A.** I think -- I think that there was serious
12 impact of bad decision-making.
13 **Q.** Okay --
14 **A.** I think that Mohsen Amiran deciding to
15 build the Boggs unit in the beginning of 2016 for a
16 cash cost of 7- to $750,000, when he needed that
17 money to fulfill the GS Engineering contract, was
18 not explained to me, and did not make sense to me.
19   And was the diversification of risk
20 needlessly to pursue a new technology application.
21   I didn't agree. And I thought that it was
22 a risky maneuver, and I thought it was a little
23 extravagant. But I tend to want to create safety
24 margins and want to have liquidity in case something
25 happens; whereas, Mohsen was a player who played the

264

1  game full out.
2      So every day he was trying to advance the
3  technologies that he could invent and create new
4  applications, new commercialization opportunities.
5      And while that's very valuable, it's -- it
6  adds risk; it layers risk on what is already a
7  significantly risky company, which is a disruptive
8  technology company.
9      And so I think that that decision was a
10  bad decision.  I think that the allocation of
11  resources from the mobilization contract at the end
12  of 2017 to not use that money to fulfill the ACOM
13  contract was not right, and not a good decision
14  ultimately for the company, although I -- I don't
15  know exactly what his options were.
16      So when I look at it, I say that was
17  severe; it was not the intent of the money as it was
18  delivered under contract from ACOM, it certainly put
19  the ACOM contract back in terms of fulfillment.  And
20  I don't like the decision.  But maybe he felt that
21  it was inevitable.
22      When we talk about subpar, there needs to
23  be something to compare it to, to establish a par.
24      Now, you can compare it to all other
25  companies, but you're comparing apples to oranges,

265

1  when you compare it to other technology companies.
2      And then I think, we even need to go
3  further and compare it to disruptive technology
4  companies.
5      If we were going to be very, very
6  accurate, we would want to compare it only to
7  disruptive technology companies in the
8  infrastructure space or waste management space.
9      And then the question is:  Do all
10  early-stage companies that are developing
11  complicated or advanced technology experience
12  difficulties doing so?  Is it a hard thing to do?
13  And how hard is it?
14      And when we look at the performance of
15  Amiran, it looks like the performance of everyone
16  else that tries to change the world with technology,
17  that these companies go through these struggles.  In
18  my experience, that is the case.
19      Q.  What --
20      A.  Liquidity is a constant bugaboo.
21      Q.  Were other members of Amiran's management
22  team also responsible for the company's failure or
23  were all of these bad decisions made by Dr. Amiran?
24      A.  I think that -- I think that -- I think
25  that the ... I think there was an element of ...

266

1  neglect.  On the part of Luis de Leon because he
2  took a three-week vacation in 2018, after failing to
3  fulfill his portion of the plan to finance the ACOM
4  fulfillment, and didn't make other allowances for
5  it; essentially, abandoning his portion of the
6  commitment to the fulfillment.  And I think the
7  timing of that was not good.
8      And I think that given his compensation
9  package and what it meant for him to have a success
10  with ACOM, I think he made the wrong choice.
11      So I think that there are other specific
12  instances that we could look to, to say there were
13  shortcomings or places where people, you know, could
14  have improved.
15      But I think the most damaging decisions
16  were the radical, or whimsical pursuit of new
17  technological commercialization opportunities that
18  Dr. Amiran, in his genius, but not his prudence,
19  pursued.  And I think that those were the real
20  damaging things.
21      But what would -- he was willing and he
22  was coachable.  In the beginning of 2017 and in
23  2016, he was -- he was coachable, and he was willing
24  to step back and let management with a history of
25  success in early-stage technology development come

267

1  in and run the company.
2      And that opened up the whole world to
3  candidates, and then you're looking for the absolute
4  best team that you can get.  And he was willing to
5  do that.  So I think that's to his credit.
6      I think that unexpected things happened.
7  And I think there's blame to go around.  But
8  ultimately, when -- when you're the CEO, I think you
9  need to be able to make decisions that -- that are
10  prudent.
11      And I think that he did the best he could.
12  And I don't know to what degree the deterioration of
13  his health in 2018 was contributing to both his
14  absence and his decision-making.
15      Q.  What evidence are you aware of that a
16  different management team could have been expected
17  to achieve any different or better results than the
18  old management team of Amiran Technologies?
19      A.  I think that when you have a management
20  team that is either willing to be absent at critical
21  periods of the company's development, or survival,
22  that the substitution of dammed near anyone would be
23  better.
24      When we talk about the technical team,
25  where we talk about Sherwin Amiran, I always found

268

1  him very hard-working, diligent and earnest.
2        So I think that you try to preserve what
3  is good, and you try to remove what is bad or
4  cancerous, and build upon the good and give more
5  responsibility to those to do well with lesser
6  responsibility.
7        And by doing that, you build an
8  organization of responsible people trying to do the
9  right thing, and the result is always better than if
10 you don't do anything to people who don't perform,
11 don't show up, take vacations at critical times,
12 make bad decisions. You only punish the people who
13 are good if you don't do anything when people go off
14 the reservation and cause damage. So --
15   Q.  And who were the bad and cancerous
16 individuals you were just referring to?
17   A.  So I think Mohsen Amiran's directorship as
18 CEO, at least in two specific instances that were of
19 large magnitude were whimsical, or cancerous
20 decisions.
21        I think that the company culture of Amiran
22 when I went there was far too academic. And so what
23 I mean by that is, it was filled with people who
24 were very certified, and very educated, and very
25 knowledgeable, had many degrees, but liked to float

269

1  in and out of a company as if it's a place that they
2  go to hang out.
3        And I think that ultimately there's got to
4  be some focus. And that focus needs to pervade
5  everything the company does, for it to be great and
6  successful at what it's trying to do. So I think it
7  was lacking focus.
8        And I think there was a high degree of
9  nepotism in the company and I think that was
10 damaging the company to a lesser degree by making it
11 more difficult for Mohsen Amiran to be critical or
12 to lead.
13        So I think those were problems and I think
14 the company culture needed to evolve. And so I
15 think those people who were -- there was a person
16 who, you know, would smoke in every office in the
17 building, okay, okay?
18        This isn't okay. And you tell him so many
19 times: Please don't do that, or really, don't do
20 that, and they still do it. Okay, this is a person,
21 this is a little cancerous, right?
22        There also was somebody who came in kind
23 of whenever he felt like it, maybe every third day,
24 maybe every fifth day, three days in a row and then
25 no days per week, and this kind of behavior makes it

270

1  very hard to work with that person and destabilizing
2  to an organization.
3        So yeah, there were cancerous people in
4  the organization. I wasn't there every day, but
5  these are the things that I observed on the few days
6  that I went and actually tried to absorb the culture
7  and see what was going on.
8        And that is still a subjective experience,
9  but it's one I think is true and it's what I
10 observed.
11   Q.  All right. I want to shift gears here for
12 a moment.
13        The management fees that the Tactical
14 Income Fund recorded were based on the value of its
15 investment portfolio. Is that correct?
16   A.  Yes.
17   Q.  All right. And specifically the net asset
18 value of the Greenpoint Tactical Income Fund.
19   A.  Yes. Calculated annually.
20   Q.  All right. Now, the value of the
21 investment portfolio of the Greenpoint Tactical
22 Income Fund included GP Chemical's investments in
23 Amiran Technologies and its subsidiaries. Correct?
24   A.  That's correct.
25   Q.  Now, are you aware that, according to

271

1  Renee McMahon's independent quantification of GTIF
2  investments in GP Chemical and Amiran Technologies
3  as of December 31st, 2015, the fair market value of
4  those investments was $1,833,453?
5   A.  Yes, I saw that.
6   Q.  And as of December 31st, 2015, GTIF valued
7  its holdings in GP Chemical at $4,270,840. Correct?
8   A.  Yes.
9   Q.  All right. I want you to assume for this
10 next question that Ms. McMahon's calculation is
11 correct.
12        If Ms. McMahon is correct, that the fair
13 market value of GP Chemical's investment in Amiran
14 was $1,833,453 as of December 31st, 2015, then the
15 management fees GTIF recorded for December 31st,
16 2015 were overstated. Is that correct?
17   A.  No.
18   Q.  Why not?
19   A.  Because if that was the value of Amiran, I
20 wouldn't have invested in it. So there wouldn't
21 have been any management fees.
22   Q.  Right. But I am asking you to assume for
23 purposes of my question that Ms. McMahon's
24 quantification of the value of Amiran Technologies
25 is correct.

272

1    **A.**   Sure.
2          (SIMULTANEOUS SPEAKING)
3    **A.**   Assume I had hired her to do this
4  evaluation at the time.
5  BY MR. WHITE:
6    **Q.**   Right.  Assume her valuation is correct.
7    **A.**   Okay.
8    **Q.**   If her valuation is correct, then the
9  management fees GTIF recorded for December 31st,
10 2015 were overstated.  Is that correct?
11   **A.**   No.  I wouldn't have invested in the
12 company.  And you can't pretend that her valuation
13 is right and then pretend that I still make the
14 investment.  Like, that's not fair.
15        If her valuation is correct for that
16 period of time, I don't make that investment.  And
17 so there isn't that value to charge management fees
18 on.
19        I go and invest in something else.
20   **Q.**   But in your role as an expert witness, I'm
21 asking you to assume that Ms. McMahon's valuation is
22 correct.
23   **A.**   Okay.
24   **Q.**   GTIF made the investment, and that the
25 fair market value of that investment as of

273

1  going to play that.
2    **Q.**   No, no, but if you're testifying as an
3  expert witness, I am asking --
4        MS. BRAGANCA:  He's answered the question,
5  Chris.  And expert witnesses also get to answer like
6  that, so don't mislead him into, you know:  Oh,
7  that's not how experts do it.
8        Experts do answer like that.
9  BY MR. WHITE:
10   **Q.**   I'm not asking you to assume away the fact
11 that GTIF made the investment in Amiran
12 Technologies.
13   **A.**   You're just going to change the historical
14 predicate decision to make that investment.
15   **Q.**   I am asking to change one fact in your
16 assumption, which is the assumption that
17 Renee McMahon's value of Amiran as of December 31st,
18 2015, is the correct value.  And that GTIS still
19 made that investment.
20        If Ms. McMahon's value of Amiran
21 Technologies as of December 31st, 2015 is correct,
22 and the management fees GTIF recorded as of
23 December 31st, 2015, were overstated.  Is that
24 correct?
25        MS. BRAGANCA:  Objection.  And the

275

1  December 31, 2015 was $1,833,453 even though I know
2  you personally disagree with that number.
3    **A.**   Okay.
4        MS. BRAGANCA:  I object to using
5  "personally."
6        Okay.  He is here as an expert.
7        MR. WHITE:  All right.
8  BY MR. WHITE:
9    **Q.**   I want you to assume that the fair market
10 value of the GP Chemical's investment in Amiran
11 Technologies was $1,833,453 as of December 31st,
12 2015.
13        If that is the case, and I want you to
14 take that fact as true, then the management fees
15 GTIF recorded for December 31, 2015 were overstated.
16 Correct?
17   **A.**   I'm just -- I'm going to assume that I
18 didn't make the investment.  I'll assume that that
19 valuation is correct, but then I also assume that I
20 didn't make the investment.
21        Like, you don't get to change facts in the
22 past and say:  You still make the same decisions
23 thinking that there was a different set of facts.
24 Like, that's bizarre.  And I don't think it's fair.
25        And so I'm just not going to -- I'm not

274

1  objection is:  What then was the amount that was
2  paid for it?  What's the agreement?
3        So yes, you've come up with one fact, but
4  he's pointing out that:  Would he have bought that
5  then, for zero dollars?  In which case, maybe it was
6  a great investment, because for nothing, he got
7  $1.8 million worth of value.
8        That's -- that's what he's pointing to.
9  He's answering like an expert.
10 BY MR. WHITE:
11   **Q.**   Mr. Nohl, let's simplify this.
12        If you assume that the value of any of
13 GTIF's portfolio companies were overstated,
14 definitionally, would that not mean that GTIF
15 recorded higher management fees than it would
16 otherwise be entitled to?
17        MS. BRAGANCA:  Objection.  He's answered
18 that question before.  It depends on when you're
19 talking about the recording.  We talked about it in
20 terms of he went through that entire Amiran table
21 with you and showed you how it works on a quarterly
22 basis as an estimate, and then it changes at the end
23 of the year, and even after the end of the year, it
24 can be undone by --
25        MR. WHITE:  Okay.  Okay.  Enough speaking

276

1 objections.
2      MS. BRAGANCA:  No, no, no, I get to make
3 the objection, Chris.
4      MR. WHITE:  You can say "object to form,"
5 object to a hypothetical --
6      MS. BRAGANCA:  No, I can object the way I
7 object.
8 BY MR. WHITE:
9    **Q.**  All right.  Mr. Nohl, let's simplify this.
10     If you assume that any of the values of
11 GTIF portfolio companies were overstated, then the
12 management fees associated with this -- those
13 portfolio companies' values are likewise overstated.
14 Correct?
15    **A.**  I am confused.  I'm not trying to be
16 difficult.
17     So in this scenario, you are describing.
18 You are using the word "overstated."
19     But the example you gave me is one where
20 an arm's-length buyer and seller negotiated in good
21 faith, Mohsen and myself, and we came up with gives
22 and takes.  And those gives and takes were promises;
23 they were a contract.
24     And then you want to say that that's not
25 arm's length, and that some other opinion of a

277

1 non-participant should trump the actual market value
2 that was arrived at by two participants in the
3 market.
4     That is a hard boat to row.
5    **Q.**  All right.
6    **A.**  So I just -- I don't accept that they --
7 it's -- it just strikes me as goofy.  And you're
8 smuggling one assumption in on top of another.  And
9 I just -- I don't think that it's -- I don't think
10 that it's honest.  If the -- I'll just leave it at
11 that.
12    **Q.**  All right.  Let's talk about a different
13 time period, then.
14     As of March 31st, 2018, the Tactical
15 Income Fund valued GP Chemical's investments in
16 Amiran at $38,370,480.  Correct?
17    **A.**  No.
18    **Q.**  Okay.  What is wrong with that statement?
19    **A.**  It wasn't the value of Amiran.  It was the
20 value anticipated to be realized in the
21 reorganization of companies around the technologies
22 within the Amiran subsidiaries.
23     So I think that's an important distinction
24 because, in one, the way you housed it, it tries to
25 assume that the basis for the valuation in Quarter 1

278

1 of 2018 is going-concern value.  But that's not the
2 case.
3     The basis for the valuation is the -- the
4 free revenue, and incept value, the seed value of
5 new companies built on technologies that have been
6 repaid in capital to new companies after being
7 foreclosed.
8     So there's a break in the legal identity
9 of the company.  Right?  When we foreclose that
10 company, it ceases to be.
11     So I'm not giving any value in my first
12 quarter expert report to Amiran subsidiaries.  I am
13 saying:  What is likely to be preserved; what is the
14 chance of preserving that; what is the plan; what is
15 in motion; and what will management support?
16     All of those things I use to condition the
17 value of the Tactical Income Fund in its expected
18 result.
19     As that moved forward, we recognized more
20 of it and it looked more and more like this is where
21 we're at.  Once that changed radically in the third
22 quarter, I was quick at that point to recognize that
23 the transaction was not likely at that point, and to
24 reduce it to zero.
25     So I did what I could reasonably and I

279

1 acted with the information I had as rapidly as I
2 possibly could.  I didn't wait till the
3 fourth quarter to make the change or the first
4 quarter of 2019.
5     And this idea that you seem to be
6 suggesting that value is inflated, right, to achieve
7 greater management fees -- that's the suggestion --
8 is so inconsistent with all the other facts.  Yet
9 you continue to think that it's true.
10     For instance, after data was reported to
11 Jason Noyes and Liccar for the first quarter of
12 2018, I learned new facts about our investment and
13 Fetch Rewards in an anticipated equity financing
14 with Lobe out of New York.
15     When I learned that, I realized that the
16 value had been overstated by a million,
17 million-and-a-half dollars, based on the
18 anticipation of the closing of the new round of
19 equity.
20     And so I wrote a special document reducing
21 that value, signed it, and then forced it through
22 Jason Noyes and Liccar making them re-do the
23 first-quarter financials just to make the correct
24 adjustment.
25     So your assertion is that at the same time

280

1 that I'm going out of my way causing trouble and
2 getting expense, maybe frustrating Liccar & Company
3 and Jason, I somehow am going out of my way to
4 invent gains. And this is not the case.
5       As soberly as I could, given all of the
6 facts available to me at the time, I am trying to
7 honor a commitment to recognize value for existing
8 investors, and to fairly treat incoming investors.
9       And I did it based on the expected outcome
10 with no indication that that would not be what was
11 happening. In fact, we had been paid money, a lot
12 of money, to third-party consultants like Renee
13 McMahon to give us opinions, and sherpa that result.
14       So I find offense in it, Chris, and I
15 think that you -- you need to look at the whole body
16 of facts and then say: Is the body of facts
17 consistent with the distortion of value to get
18 money?
19       And the answer is no.
20       Why would I do that, and then have
21 Chrysalis Financial put 4 million or four-and-a-half
22 million of its total money back into the Tactical
23 Income Fund operations?
24       Like, it doesn't make any sense. But yet
25 you can -- you can -- yeah.

281

1       MS. BRAGANCA: Okay. So -- okay. I think
2 we should take a break. I think this is going in a
3 bad direction. Let's just take a break.
4       How much more time do you -- how many more
5 questions do you have, Chris?
6       MR. WHITE: Looks to me like we have about
7 10 minutes left.
8       MS. BRAGANCA: Let's take a break anyway.
9 So, okay. We'll be back, give us five, and then
10 we'll come back. Okay.
11       THE VIDEO OPERATOR: The time is now
12 6:18 P.M. Going off the record.
13       (RECESS TAKEN FROM 6:18 P.M. TO 6:31 P.M.)
14       THE VIDEO OPERATOR: We're back on the
15 record. The time is now 6:32 P.M.
16 BY MR. WHITE:
17       Q. All right. Mr. Nohl, when we were off the
18 record, did you have any substantive discussions
19 with anybody other than your attorney?
20       A. No. But I did remember the author of
21 "Value at Risk." It's Pierre Joliay [sic]. I think
22 that's it.
23       Sorry, going back to a few hours ago.
24       Q. I appreciate that.
25       Going back to March 2018, at that point in

282

1 time, the Tactical Income Fund anticipated selling
2 off its position in Amiran Technologies to -- it was
3 going to be called the Greenpoint Green Fund. Is
4 that correct?
5       A. Yes, that's correct.
6       Q. And the Greenpoint Green Fund, was that
7 also managed by entities controlled by yourself and
8 Mr. Hull?
9       A. It included Mohsen Amiran. So the
10 managers would have been, not myself, but Chrysalis
11 Financial, Greenpoint Asset Management II, and then
12 I believe Mohsen Amiran in his own name.
13       Q. Okay. All right.
14       And what evidence are you aware of that
15 the Green Fund had raised any money as of
16 March 31st, 2018?
17       A. It had not yet had an offering.
18       Q. Had the Greenpoint Green Fund been
19 formally created?
20       A. The management entity had been created.
21       Had the fund been created? There was an
22 operating agreement, but was it organized? I'm
23 not -- I'm not sure. I don't think it had yet been
24 organized.
25       Q. Did the Greenpoint Green Fund ever raise

283

1 any money?
2       A. No.
3       Q. All right. Under what theory or
4 methodology is the potential sale of GTIF interests
5 in Amiran Technologies to the Greenpoint Green Fund,
6 which is a related fund under the same or similar
7 management, a proper basis for calculating the value
8 of Amiran Technologies?
9       A. Thank you. So when we did the third
10 operating agreement, the International Private
11 Equity Valuation guidelines were attached to that
12 operating agreement, approved by all of the -- or I
13 should say, a super majority of the members, and
14 instituted as the rules by which valuation needed to
15 occur.
16       One of the provisions within the valuation
17 guidelines is that once the managing members had
18 made the decision to sell a position, that the
19 anticipated sale price becomes the value. That's
20 actually in the rules that the members adopted for
21 valuation practices.
22       Q. Is there any other source you're aware of,
23 other than those international private equity
24 guidelines, that support using the anticipated sale
25 price to the Green Fund as the value of Amiran

284

1  Technologies for GTIF?
2      **A.**  No, the rules dictated by the members were
3  primary.
4      **Q.**  All right.  Do the International Private
5  Equity Guidelines support using a sale to a related
6  party as a basis for determining the anticipated
7  exit price?
8      **A.**  They don't -- they don't speak on the
9  matter.  And there's no topic of those guidelines
10  that addresses that.
11      **Q.**  All right.  Are you aware of any other
12  sources or authorities that support the proposition
13  that a potential sale to a related entity is a
14  proper basis for calculating the value of the
15  underlying entity to be sold?
16      **A.**  You know, I wish I knew the names of the
17  entities.  I think it was a Citadel Fund that just
18  sold one of its holding to another Citadel Fund, and
19  this was reported on -- in Bloomberg, and, again,
20  Financial Times.
21      But from what I observed, this isn't
22  altogether uncommon.  And, in fact, a lot of the
23  specifically venture capital funds that had a
24  10-year extendable to an 11-, or 12-year lifespan,
25  will sell off their unmature positions to meet the

285

1  liquidity requirements of the termination of their
2  funds to other funds that they are raising.
3      There are other funds that do their entire
4  business that way.  And it seems to be something
5  that is happening, and fairly commonplace within
6  finance.
7      **Q.**  And can you point to any accounting
8  standards or published sources or other authorities
9  that say that's a proper practice?
10      **A.**  Well, I think that the Internal Revenue
11  Service tax code is very clear on it.  And the two
12  entities are separate and distinct, and at least in
13  the case of corporations, have legal personage unto
14  themselves, and that sale would be taxable.
15      So based on that, it appears to be
16  permissible under the Internal Revenue Service.  And
17  even there seems to be a tax mechanism in place to
18  tax such a transaction.
19      So I'm not sure what basis it wouldn't be
20  permissible.
21      **Q.**  What particular part of the tax code?
22      **A.**  I can identify that for you.  But I can't
23  cite it by reference to number.
24      **Q.**  Does the provision have a name?
25      **A.**  Sure.  [inaudible]

286

1      (REPORTER REQUESTED CLARIFICATION)
2      THE WITNESS:  Sure.
3      **A.**  Capital gains tax.
4  BY MR. WHITE:
5      **Q.**  Okay.  Other than the capital gains tax
6  rules, are there any other authorities you're aware
7  of that say that the transfer of an interest in a
8  business to a related investment fund is a proper
9  basis for valuing the sale price of that entity?
10      **A.**  Not off the top of my head, I can't.
11      MR. WHITE:  All right.  That is all I
12  have.
13      Lisa, do you have any questions?
14      MS. BRAGANCA:  I -- Chris --
15      THE WITNESS:  Yes.
16  ---------------------------------------
17          EXAMINATION
18  BY MS. BRAGANCA:
19      **Q.**  -- is there anything that you would like
20  to add?
21      **A.**  There was one thing.  So earlier there was
22  the question of anything that would support the idea
23  of a changing management would create new economics,
24  or a new -- new result within a company.
25      And the example that I keep thinking of is

287

1  Eastern Airlines.  There are many other examples
2  where management teams are changed and the nature,
3  perhaps even the business model of the company
4  changes radically.  And I think that Eastern
5  Airlines is a great example of it.
6      So I just wanted to supplement my earlier
7  answer with that.
8      MS. BRAGANCA:  So we're all done.
9      MR. WHITE:  Okay.  Yeah, I have nothing
10  further.
11      MS. BRAGANCA:  Okay.  Great.
12      THE VIDEO OPERATOR:  Okay.  Stand by.
13      It is December 6, 2021.  The time is
14  6:41 P.M., completing today's deposition of
15  Christopher Nohl.  We're off the record.
16
17      (DEPOSITION OF CHRISTOPHER J.
18      NOHL, SIGNATURE HAVING NOT BEEN
19      WAIVED, CONCLUDED AT 6:41 P.M.
20      CENTRAL STANDARD TIME ON MONDAY,
21      DECEMBER 6, 2021)
22
23
24
25

288

1    CERTIFICATE OF COURT REPORTER
2    FOR VIDEOCONFERENCE-ONLY DEPOSITION
3    ----------------------------------------
4        I, LORI BYRD, do hereby certify:
5        That I am a duly qualified Nationally
6    Certified Shorthand Reporter and Certified Realtime
7    Reporter, in full force and effect, and that I am
8    authorized to administer oaths and affirmations;
9        That the foregoing deposition testimony of
10   the herein-named witness was taken before me via
11   Securities and Exchange Commission's WebEx remote
12   videoconference-only method on the date set forth;
13       That pursuant to applicable federal and state
14   laws governing remote videoconferenced depositions,
15   and pursuant to stipulation of counsel, the witness
16   named in the foregoing deposition was remotely duly
17   sworn or affirmed by me to testify to the truth, the
18   whole truth, and nothing but the truth;
19       That all testimony of the witness and all
20   objections made at the time of the examination that
21   were audible to me were recorded stenographically by
22   me, and were thereafter transcribed by me or under
23   my direction and supervision;
24       That the foregoing pages contain a full, true
25   and accurate record of the proceedings heard and

289

1        CERTIFICATE OF WITNESS
2
3
4        I, CHRISTOPHER J. NOHL, do hereby declare under
5    penalty of perjury that I have read the entire
6    foregoing transcript of my deposition testimony,
7    or the same has been read to me, and certify that
8    it is a true, correct and complete transcript of
9    my testimony given on December 6, 2021, save and
10   except for changes and/or corrections, if any, as
11   indicated by me on the attached Errata Sheet, with
12   the understanding that I offer these changes and/or
13   corrections as if still under oath.
14       _____ I have made corrections to my deposition.
15       _____ I have NOT made any changes to my deposition.
16
17   Signed: _____
         CHRISTOPHER J. NOHL
18
19   Dated this _____ day of _____ of 20____.
20
21
22
23
24
25

291

1    understood by me, the court reporter;
2        I further certify that, to my knowledge, I am
3    not a relative nor employee or attorney or counsel
4    for any of the parties, nor am I a relative or
5    employee of such attorney or counsel, nor am I
6    financially interested in the outcome of this
7    action.
8        In witness whereof, I have subscribed my name
9    this 7th day of December, 2021.
10
11   _____
12   Lori Byrd, Court Reporter,
13   CA-CSR 13023, CA-CCRR 209, KS-CCR 1681, CLR;
14   National Certifications RPR, CRR, and
15   Realtime Systems Administrator
16       Gradillas Court Reporters
17       Office 424-239-2800
18       Website www.Gradillas.com
19
20
21
22
23
24
25

290

1                ERRATA SHEET
2    Deposition of: CHRISTOPHER J. NOHL
     Date taken: DECEMBER 6, 2021
3    Case:  SEC v. BLUEPOINT INVESTMENT COUNSEL, LLC, et al.
4    PAGE LINE
         _____ CHANGE: _____
5        REASON: _____
6        _____ CHANGE: _____
         REASON: _____
7
         _____ CHANGE: _____
8        REASON: _____
9        _____ CHANGE: _____
         REASON: _____
10
11       REASON: _____
         _____ CHANGE: _____
12       REASON: _____
13
         _____ CHANGE: _____
14       REASON: _____
15       _____ CHANGE: _____
         REASON: _____
16
         _____ CHANGE: _____
17       REASON: _____
18       _____ CHANGE: _____
         REASON: _____
19
         _____ CHANGE: _____
20       REASON: _____
21       _____ CHANGE: _____
         REASON: _____
22
         _____ CHANGE: _____
23       REASON: _____
24
     Signed_____
25   Dated_____

292

## A

**A.M** 1:18 2:18 10:4,16 54:3,4 54:6
**A1** 139:15
**AA** 255:18
**abandoning** 267:5
**ABC** 88:20
**ability** 41:15 67:13 86:12 110:11 127:21,22 129:19 129:21 201:19 257:3
**able** 21:25 57:8 58:14,18 87:12 108:9 112:4 115:24 118:9 121:7 123:8 124:22 127:1 140:16 141:4 188:10 202:10 218:5 268:9
**ABS** 248:24
**absence** 268:14
**absent** 268:20
**absolute** 111:3 179:9 242:2 268:3
**absolutely** 110:8 111:11 213:8 239:23
**absolutist** 132:8
**absorb** 271:6
**academic** 269:22
**accelerate** 186:1
**Accellion** 102:10
**accept** 117:14 278:6
**acceptable** 215:18
**accepted** 62:10 185:9 197:25 251:10 252:12,18
**accomplished** 105:24
**account** 27:9 35:16,19,20 139:18 140:2,17 141:10 149:5 151:19 159:3 165:14
**accountable** 250:9
**accountancy** 160:19
**accountant** 165:24
**accounting** 35:23 42:10 108:23 139:18 140:7 162:14 163:4 165:20 286:7
**accounts** 20:14 23:3,7,13 23:15 27:8 28:2 138:22 145:7 154:6,8,9,14,20 167:5,10,15,22,24
**Accredited** 49:15,22 50:11
**accreditedventure.com** 49:17,18,24 50:14 51:2
**accrual** 165:7,10 166:4
**accruals** 159:4 160:22 163:2 173:11
**accrue** 156:3 167:14
**accrued** 139:18,21 145:13 152:15 163:8 165:15 167:2 173:8,18
**accruing** 152:18 159:18

**accuracy** 132:15
**accurate** 14:25 68:12 70:1 99:1 160:16,17 162:18 266:6 289:25
**accurately** 75:4 93:7 218:21 250:17 262:9
**achieve** 268:17 280:6
**achieved** 212:5
**acid** 207:3
**acknowledge** 243:22
**Acknowledged** 24:10
**Acknowledging** 225:15
**ACOM** 177:14 241:11,18 257:22 265:12,18,19 267:3 267:10
**acquire** 205:6
**acquired** 226:15
**acquiring** 188:8 232:12
**acquisition** 58:5 171:8 214:19 239:7
**acquisitions** 238:12
**act** 166:8
**acted** 280:1
**acting** 16:24 152:4 180:1
**action** 181:3 290:7
**active** 182:19
**activities** 20:21 110:21 183:2,11
**activity** 79:2 153:2 180:19 180:24 185:1 186:10
**actual** 9:4 62:18 64:18 212:18 230:22 231:3 232:17 278:1
**actuarial** 242:23
**actuaries** 132:12
**add** 15:9 140:19 141:19 149:5 152:25 170:2 287:20
**added** 64:10,12,14,17 65:17 140:1 144:16 158:6,14
**addendum** 157:25
**adding** 143:11
**addition** 155:11 156:15,17 172:4
**additional** 36:6 56:3 74:19 88:19 90:11 100:18 113:3 113:19 118:17 124:22 136:3,19 183:5 217:17 221:17 256:2
**address** 23:10 108:9 116:4 201:14 257:12
**addressable** 256:21 261:18
**addressed** 263:8
**addresses** 74:9 285:10
**adds** 48:3 265:6
**adequate** 227:24
**adjust** 206:22

**adjusted** 64:2 65:17 157:17 157:23 165:10
**adjustment** 153:21 157:24 158:2 163:14 167:17 280:24
**adjustments** 92:15 152:14 157:18,19 159:23 163:14
**administer** 11:11 289:8
**administered** 41:25
**Administration** 37:13,15 62:14
**administrator** 2:22 5:21 138:3 290:15
**administrator's** 148:25
**admission** 46:4
**adopted** 284:20
**advance** 125:21 265:2
**advanced** 85:1 185:6 187:24 214:25 266:11
**advancing** 59:3
**advantage** 259:9
**advertised** 176:2 216:11
**advice** 209:12 252:10
**advise** 59:19
**advisory** 55:1,3
**affect** 38:23 110:23 113:8 130:16
**affidavit** 109:13
**affinity** 206:12
**affirmations** 289:8
**affirmed** 289:17
**afford** 65:11
**Afternoon** 6:3 133:6
**Ag** 83:23,25 85:1,3,5,11,15 85:16,22 88:3,22
**agency** 238:18
**agent** 85:13
**agents** 116:5
**ago** 51:9,14 135:4 161:16,16 164:23 191:21,21 192:24 192:24 194:6 242:19 282:23
**agree** 66:8 67:14 82:6 168:5 263:10,24 264:21
**agreeable** 181:8 197:24 198:9
**agreed** 51:2 198:7 232:14
**agreeing** 50:24
**agreement** 8:9 27:2 56:25 90:12 111:2 113:20 114:3 120:5 122:6,9 138:9,10,11 138:20,20 141:17,23,24 143:1 144:10 149:7 154:13 165:5 166:2 172:16 173:7 192:12 202:13 232:8 249:2 249:3 276:2 283:22 284:10

284:12
**agreements** 58:15 110:12 138:7 141:13,15,16 166:24 238:15 248:24
**Agrichemical** 224:3
**agricultural** 208:11,12
**Ah** 28:17 147:11
**ahead** 57:3,10 115:13 178:6 220:3
**aim** 250:10
**Airlines** 288:1,5
**akin** 226:18
**al** 1:8 2:8 10:11 292:3
**alive** 161:5,9
**allegations** 111:16
**allluvium** 219:17
**allocation** 265:10
**allow** 131:22
**allowances** 267:4
**allowed** 47:20
**allows** 250:18
**Alluvium** 88:6
**alternative** 118:10 123:8
**altogether** 285:22
**aluminum** 86:6 87:19
**amazing** 97:19
**ambiguous** 14:24
**amended** 138:11 141:23 154:12
**American** 36:21
**Amiran** 8:17 9:5,9 69:22 70:14,23 73:17,22 74:21 74:25 76:7 77:3 78:24 79:1 79:16,22 80:13 81:20 82:4 82:18 83:2,15,16,17 88:20 89:7,25 91:1 94:12,18,21 95:17,22,25 96:14 97:15 98:10 99:6,25 100:13 102:25 108:11 109:4 110:12,25 111:2,10,25 112:7,16,17 114:6,11,16 114:16,17,18,20 115:8,17 115:22 118:3,4,9 119:1,25 121:3,25 122:17 123:2,2,3 123:8 124:21 125:17 128:20 151:10 155:22 156:12,18 157:2,3 174:2,9 174:16 175:6,11,18,25 176:12 177:1,6,9,11 178:17,17,17,18 181:4,11 182:16 185:1,2,2,3 186:3 186:11,13 187:4 189:1 190:20,23 192:2,6,14,19 192:21 193:9,15 194:22 195:22,24 196:2,2,14,15 196:18,24 197:10 198:13

199:3,6,7,14,21,25 200:7
200:19 201:2 202:16
203:24 204:24,25 205:10
205:11,16 206:3,17,18
207:16 208:5 209:1,5
210:1,12,23 211:4,7
212:12 213:4 214:25 215:2
215:20 216:5,20,24 217:18
217:23 218:4 219:1 222:20
223:5 230:13 232:7 241:25
242:7 245:5,8 246:8,17
248:10 249:17 250:23
251:3,8 255:17 256:6
260:17 263:21 264:9,14
266:15,23 267:18 268:18
268:25 269:21 270:11
271:23 272:2,13,19,24
274:10 275:11,17,20
276:20 278:16,19,22
279:12 283:2,9,12 284:5,8
284:25
**Amiran's** 86:17 89:7 189:2
197:17 199:13 200:14
231:8 241:15 246:10
251:14 258:16 263:20
266:21 269:17
**amortization** 64:13 65:18
**amount** 38:23 39:3 46:10
65:14 84:18 86:24 143:4,6
143:7,8 154:19 156:1,14
173:9,12 178:12,17,19
186:23 188:5 195:24
206:25 229:11 276:1
**amounts** 29:2 157:1 172:4
**ample** 188:5
**Amtrust** 177:5 203:22
204:21 205:22 206:8 208:1
208:7 209:23 210:21
211:10,19 219:19 223:16
223:21 224:3,24 225:20
242:5
**analysis** 41:13 61:18,20,20
62:8 88:21 142:3 151:8
164:21 175:3 200:13
216:12 217:9 219:21,22
220:8,10 221:6 224:20
225:9,13 227:1 229:14,15
234:2,10 235:17,23 236:13
237:14 240:12 242:5,16
243:17 258:15 259:1
**analysts** 247:24
**analyze** 65:1 67:24
**analyzed** 46:21
**analyzing** 72:22 93:3
**and/or** 188:19 291:10,12
**Anderson** 142:8 147:22

**Andy** 82:20 175:14,18,24
180:20 197:19 202:18
204:25 205:10 216:10
232:7
**anew** 210:7
**angel** 18:8,10 47:16 48:4
253:1,13 255:19
**animal** 85:6
**annually** 271:19
**answer** 6:12 14:23 15:6,7,10
15:11 58:17 79:13 83:15
93:11 104:8 159:6,13,15
169:24 173:13,13 230:24
234:5 259:17 263:3 275:5
275:8 281:19 288:7
**answered** 136:16 275:4
276:17
**answering** 259:24 276:9
**answers** 14:4,14 110:17
**anticipate** 179:13
**anticipated** 216:7 229:3
232:10 278:20 280:13
283:1 284:19,24 285:6
**anticipating** 131:3 158:4
**anticipation** 215:17 280:18
**Anuvia** 84:1,20,23 85:2,8,13
88:3,22 218:6 221:24
**anybody** 12:14 54:9 103:22
133:15 148:13 170:9,25
182:17 203:19 244:25
260:20 282:19
**anymore** 20:11,17 158:9
**anyway** 282:8
**apparent** 89:23 222:19,19
244:4
**appearance** 240:4
**APPEARANCES** 3:1 4:1 5:1
**appeared** 222:3 233:17
**appearing** 11:5
**appears** 95:7 286:15
**appetite** 119:17 121:5
126:13,13
**appetites** 229:20
**apples** 265:25
**applicable** 289:13
**application** 40:18 46:18
217:22 227:17 234:7
264:20
**applications** 13:1 110:22
217:21 265:4
**applies** 62:23,24 235:19
259:11
**apply** 204:17
**applying** 204:10
**appraisal** 45:13,16 61:16
62:9,10,13,14 70:25 77:15

82:7,9,11,13,15,17,23
216:22 217:8 222:10 223:3
226:8,22 227:10,13
**appraisals** 62:3,6 218:22
**appraised** 144:23
**appraiser** 48:8,16,17 228:12
**appraisers** 61:12
**appraising** 62:16
**appreciate** 169:9 282:24
**approach** 60:16,17,17 61:10
61:22 63:15 64:1 65:23,24
67:22 68:9,13 78:18,19
81:9,13 88:16 96:7 98:8,9
202:15 226:17 257:1,2
**approaches** 60:15,19 66:5
**approaching** 127:12 232:16
**appropriate** 93:4 233:15,23
238:6
**approved** 48:1,2 178:8
246:12 284:12
**approximately** 26:12 162:3
**April** 19:10 190:22
**arbitrage** 19:2 20:19,20,21
20:24 21:2 22:13,18,20,22
**area** 163:5 227:25 254:17,22
**areas** 57:20
**argue** 251:9
**argument** 166:20
**arithmetic** 155:11 156:15
**arm** 189:24,24
**arm's** 277:25
**arm's-length** 277:20
**arrangements** 56:15,18
**arresting** 224:6
**arrived** 278:2
**art** 5:4 11:8 17:6
**arthritis** 189:17
**article** 50:4,8
**articles** 49:21 50:3
**ascribed** 221:22
**aside** 13:22
**asked** 23:25 28:13 35:25
55:21 58:3 78:11 83:13
91:1 113:18 124:20 142:13
145:6 151:5 162:11 230:18
245:3
**asking** 15:7 34:14,17 71:11
81:16 99:7 123:16,19
124:6 194:7,25 195:6,7,8
195:10 272:22 273:21
275:3,10,15
**aspect** 251:15
**asserting** 104:12
**assertion** 280:25
**assessing** 61:23 89:1 93:20
258:24

**assessment** 96:5
**asset** 39:2,25,25 40:5 60:17
67:18,18 68:19 74:6,7
78:22 88:16,16 96:3 98:8
99:19 138:15,24 139:2,5,6
140:7,20 141:3,8,20
142:19,22 143:19 144:1,4
145:6 166:13,14,16,17,18
173:19 174:8 215:7 232:10
245:6 247:14 258:8 271:17
283:11
**asset-based** 61:19 63:13
81:8,13
**assets** 18:6 30:14 41:1 63:6
66:15 68:8 73:8,10,11
75:13 100:1 114:6 144:14
149:4 175:11 177:11,22
185:16 197:22 198:5
199:21 205:16 227:14
258:25
**assign** 231:23 236:25
**assigned** 87:4 157:25
233:19 240:22
**assigning** 231:17 235:12
**Assignment** 69:13
**assigns** 234:4
**associated** 277:12
**Associates'** 69:18 70:10
**association** 131:23
**assume** 84:18 170:4 272:9
272:22 273:3,6,21 274:9
274:17,18,19 275:10
276:12 277:10 278:25
**assumed** 69:5 162:19,19
236:17 247:11
**assumes** 257:8
**assuming** 170:5
**assumption** 72:22 275:16
275:16 278:8
**assumptions** 61:11 98:18
98:20,25 99:2 226:14
237:21
**Aswath** 16:2 233:2 247:17
247:19
**ATM** 20:2,15 24:12
**ATMs** 23:19
**atrophying** 189:24
**attached** 9:21 110:24
236:15 239:23 284:11
291:11
**attachments** 238:3 240:17
**attempt** 86:17
**attention** 169:10 263:12
**attorney** 10:23 16:14 54:9
54:10 103:22 133:15 197:4
197:6,20 255:3,6 282:19

290:3,5
**attorneys** 133:25 135:5
136:12,13 197:5
**attractive** 187:11
**auctioned** 203:3
**audible** 14:15 289:21
**audience** 249:15
**audit** 137:23 138:14 148:24
169:14,15,16,19,21 170:4
**auditors** 31:3 169:18
**August** 101:6,15 133:23
135:11,16 136:4,21
**author** 157:6,14 243:9
282:20
**authored** 52:5 53:6 105:5,9
105:17,19
**authoritative** 50:14 51:4
**authorities** 242:21 258:13
259:20 260:9 262:4 285:12
286:8 287:6
**authority** 98:7 99:4,7
**authorized** 178:15 289:8
**Authors** 9:6
**autonomy** 120:1,1
**availability** 244:5
**available** 102:3 142:14
174:6,25 213:14 229:17
281:6
**Avenue** 4:7
**avenues** 130:5
**average** 95:4
**aware** 136:19 155:4 177:24
179:1 180:5 181:16 182:11
182:15 192:11,17,20
198:24 199:6,9,12 212:25
254:21 268:5 271:25
283:14 284:22 285:11
287:6
**awesome** 122:23

**B**

**B** 125:25 138:22 139:1,7
141:9,21 142:1 172:17
**bachelor's** 32:21
**back** 16:9 22:25 64:10,12,14
64:17 65:18 75:1 77:3
85:20 89:3 96:23 97:4
103:17,25 111:25 112:13
113:15 122:14 129:6
133:10 145:22 150:13
151:22 161:5,8 168:3
169:7,22 170:21 171:16
173:5 177:15 182:20
183:23,24 193:17 203:13
204:2 212:7 217:12 220:17
221:7 222:8 225:6 228:16

230:22 237:9 238:3 244:21
245:13 256:14 260:10
264:10 265:19 267:24
281:22 282:9,10,14,23,25
**backbone** 23:17
**backed** 37:14
**background** 256:9
**backing** 226:20
**bad** 250:9,12 264:12 265:10
266:23 269:3,12,15 282:3
**Bajor** 36:21 42:16
**Baker** 82:22 90:2 137:24
138:13 148:24 160:25
**balance** 63:6 73:8,9,14,23
74:1,3,8,21 75:2,9,14,20
76:12 138:5 139:1,22
141:9 156:10 158:6 165:15
166:4 172:18 173:18
197:21
**balances** 139:18 140:2,17
141:10 149:5
**bank** 8:11 38:25 42:13,15
64:21 105:25 142:24 143:2
143:15,19 144:9 145:24
148:18,19 149:11 150:14
177:25 178:8,9,20 179:22
180:3,6 194:23
**banker** 31:9 180:1
**banking** 42:16,18 61:25
179:18 214:5
**bankruptcy** 180:18,21,23
181:2,12 183:3 185:3,4,7,9
185:23 192:3,6 196:14,20
197:1,5,6,12,25 198:3,8
215:7 242:1,9
**bankrupted** 194:22
**banks** 42:20 179:10,10
184:18
**barking** 170:16
**barrier** 120:17
**base** 47:7 258:8
**baseball** 263:15
**based** 59:25 63:14 64:20
65:11 73:1 76:17 86:21
87:24 89:21 100:1,2 140:4
148:15 151:9 165:7 196:2
202:15 214:15 222:23
224:13 225:8 226:25
229:16 231:1,24,24 236:2
236:11 238:6 241:14 244:2
245:6 262:25 263:23
271:14 280:17 281:9
286:15
**bases** 242:24
**Basin** 187:23
**basis** 40:19 50:17 51:3

69:23 70:15 75:8 88:5,8
89:21 92:18 100:15 104:16
123:22 124:14 135:14
139:21,23 141:1 158:19
163:18 183:5 230:3 247:7
254:19 261:24 276:22
278:25 279:3 284:7 285:6
285:14 286:19 287:9
**Bauxite** 86:1,5
**Bay** 80:14 177:15 187:16
**bear** 236:6 256:22
**bearing** 251:21
**began** 20:3 162:13
**beginning** 75:2,7 90:11
125:25 162:5,5 212:16
264:15 267:22
**begins** 6:2,3,4 71:24
**behalf** 16:23,25 17:24 22:13
186:11,11
**behavior** 121:11 270:25
**belief** 88:15
**beliefs** 78:8
**believe** 26:16 51:24 70:3,22
78:3,11 82:5,20 85:4 88:17
96:2 100:4 105:11 107:10
109:14 122:17 135:9
141:18 155:10 175:13,13
178:15 179:15 182:4 183:6
185:4 198:23 200:12
214:24 215:22 219:4,4,15
219:20 220:14 235:21
238:5 283:12
**believed** 120:23
**believing** 135:14
**Beloit** 227:21
**belong** 255:1
**belonged** 193:11
**bench** 83:19
**Beran** 9:8
**Berggren** 9:10
**Bergren** 86:19
**Bespoke** 25:2
**best** 15:6 38:3 91:18 93:11
100:12 136:17 236:22
249:19 268:4,11
**better** 48:13 65:21 172:24
268:17,23 269:9
**beyond** 80:2 85:1 125:4
182:25 213:4
**BGIR** 83:23 87:17,18
**BGR** 198:21
**BIC_0303721** 8:20
**big** 96:21 147:5 211:24
218:19
**biggest** 23:10
**billion** 92:10,11

**binder** 151:25
**binders** 151:21,21
**biochemical** 88:20 177:5
204:21 223:17,21 242:6
**biochemicals** 206:17 209:5
210:1,12 224:24 225:5,20
**biogenesis** 8:10 82:8,24
96:22 179:2 187:22 198:20
200:4 204:3 205:1,16
211:1 216:22 217:8 222:9
223:3 226:11 227:10 228:3
241:11,25 257:15 258:6,10
**biology** 32:13
**biotech** 204:8
**Birkenheier** 7:8
**bit** 58:9 198:10 205:9 227:21
240:24
**bizarre** 274:24
**black** 86:2,12,12
**Blackhawks** 116:18
**blame** 126:25 127:19 268:7
**blanket** 106:20
**block** 209:20,25
**blocked** 129:17 130:20
**blocking** 209:15
**blocks** 207:3
**Bloomberg** 285:19
**blow** 186:3 219:15 220:1
**Bluepoint** 1:7 2:7 7:10 10:10
292:3
**BMO** 8:11 175:10,23 176:4,7
176:8,23 177:20,24 178:20
179:1,13,15,21 180:3,6
181:5,19,25 182:11,17
183:1,4,7,8 184:11,20,23
185:1,17,25 186:3,17,17
186:17,24 187:13 192:8
194:23 196:23 197:1,8,11
199:4,17,20 200:14 202:2
202:13,15 205:6,7 215:2
216:4 227:15 231:7 232:2
232:3 233:13 234:18 237:1
237:21 239:20 240:8,10,22
241:17
**BMO's** 188:8 200:10 239:17
**board** 55:1,4 131:22
**boardroom** 252:24
**boards** 33:23 252:2,3 253:2
**boat** 278:4
**body** 281:15,16
**Boggs** 187:20,20 264:15
**bonus** 152:15,18 163:8
**book** 16:4 233:9 234:8
**booked** 241:4
**books** 242:17
**bored** 121:3

Christopher Nohl
12/6/2021

4

**boredom** 121:5,7
**borrow** 129:19
**borrower** 27:9 62:19 257:3
**borrowers** 25:15,16
**borrowing** 130:5
**boss** 132:7
**Boston** 119:13 214:2 249:22
253:6
**bottom** 143:13 145:11
172:23 245:22
**bottom-line** 157:15
**bought** 67:3 80:22 241:8
276:4
**Boulevard** 3:9
**bound** 9:13 222:15 226:22
228:10
**box** 220:24 223:16,20,25
225:24,24 226:25
**boys** 132:10
**bracket** 61:7
**Braddock** 94:22
**Braganca** 3:19,20 6:9 7:5
11:2,2 15:23 21:14 23:24
26:13 34:14 56:21 58:11
71:10,17 78:11 103:11
123:14,24 127:6,9,14
132:25 133:23 134:12
135:19 136:6,10,16,24
149:19 161:20,22 194:25
195:1,3,6 203:5 211:14,21
213:9 259:23 260:2 274:4
275:4,25 276:17 277:2,6
282:1,8 287:14,18 288:8
288:11
**brain** 83:16 162:4
**breaching** 58:15
**break** 14:10 53:23 54:8
103:10 104:1 127:7 132:24
133:13 170:9 171:1 179:13
203:5,7,16 244:10 279:8
282:2,3,8
**breakdown** 173:21
**breaking** 201:25
**breakup** 163:20 164:7,9,18
**bright** 160:20 253:12
**bring** 26:21,21 75:1 122:14
**broad** 17:12 135:8 216:16
251:16
**broadly** 251:24
**broker** 31:10 180:2
**brought** 222:8 249:22
**buddy** 189:15
**bugaboo** 266:20
**build** 87:12 131:4,7 264:15
269:4,7
**building** 130:20 270:17

**buildings** 208:17
**buildup** 208:21
**built** 279:5
**bunch** 92:14 137:1
**buried** 153:10
**Burlington** 184:16
**burn** 84:15
**burning** 84:9
**business** 16:3,4 25:13 27:11
32:24 37:12,15,18 38:10
38:22 39:19 40:6,11,12,16
40:19 41:10,19 48:9 53:18
54:14,16,21 55:20 56:19
56:20 57:14 59:11 60:11
60:14,16 62:20,21,23,24
62:25 63:7,17 64:16,18
65:7,12,15,22 66:14,18
67:1,5,11,12,12,15 68:25
69:2 72:3,4 80:1,25 92:22
94:20,23,24 97:8 111:16
118:21 119:25 120:1,3
121:1 188:19 197:19
205:24 214:15 218:24
226:16 227:18 228:2 231:4
231:11 234:23 235:14
236:22 246:23 247:5
248:18 253:24 256:24
261:15 286:4 287:8 288:3
**business's** 41:15 66:9,11,22
**businesses** 24:25 25:17
27:14 28:25 29:1 31:6 40:8
41:1,5,6 48:16,17 56:2,3
58:4 60:5 63:16,18,24
68:24 231:12
**businesslike** 64:5
**buy** 30:3 56:5,5,11 65:11
66:18 181:19 183:20
184:24 185:18 186:14
202:12 203:2 214:22
233:13
**buyer** 65:11 68:6 179:24
193:16 277:20
**buyers** 130:10
**buying** 56:3 183:16,17
184:13 187:2 237:20
**Byrd** 1:24 2:19 5:20 10:19
289:4 290:12

————————————
**C**
————————————
**C** 7:10
**C-H-R-I-S-T-O-P-H-E-R** 12:3
**CA-CCRR** 5:22 290:13
**CA-CSR** 5:22 290:13
**cadmium** 224:6
**calculate** 40:23 60:4 64:18
65:9 141:4

**calculated** 141:11,20 153:13
153:14,25 160:6 166:24
271:19
**calculating** 41:9 152:20
153:16 243:14 252:8 284:7
285:14
**calculation** 40:25 41:3
88:13 132:3 138:21,22
141:25 143:9 145:4,16
147:21 148:14,20 149:14
164:1 165:3 220:14 235:20
272:10
**calculations** 41:4,9 78:2
92:15 105:6 142:16 146:13
149:17 150:22 151:6
159:19 163:18 164:25
166:7 231:5
**California** 2:23,24 119:14
177:13 206:15 209:7
**call** 62:8 86:1 92:24 126:21
128:11 192:23 206:4 264:4
**called** 11:14 28:10 48:10
50:9 84:1 141:23 173:7
193:6,22 205:19 206:3
208:2 227:19 248:24 283:3
**calling** 206:6
**calls** 24:3 65:19
**Canadian** 177:17
**cancellation** 212:2
**cancerous** 269:4,15,19
270:21 271:3
**candidates** 268:3
**cap** 84:9 100:7 114:1 119:22
120:4,15 122:4 156:7,10
156:13 174:10 178:16
248:19 255:23 256:1,15
**capacity** 11:6 173:23 174:18
174:18 208:16 250:23
**CapEx** 79:24 81:21 177:12
187:9 248:6,11 256:4,7
**capital** 35:14 42:25 43:6,9
46:6 49:4,12,14,20 50:5,6
50:9,22,23 52:2,7 68:15,16
72:10 84:8,12,13 87:16
90:16 107:4 118:18 119:6
119:16 138:22 139:1,18
140:2,17 141:10 149:5
154:6,7,9,13,20 155:8
165:14 167:5,10,14,22,24
172:17 187:10 196:3,3,3
226:17 228:9 248:17,22
249:5,23 250:25 252:17
253:6,14 255:12,15 256:19
256:20 279:6 285:23 287:3
287:5
**capitalist** 93:14

**capitalization** 92:10 246:16
**capitation** 188:2 218:3
**capture** 52:2
**carcinogenic** 206:17 208:7
209:7 210:3
**card** 23:18
**cards** 197:16
**care** 66:17
**careful** 103:5
**carried** 165:8
**case** 1:6 2:6 7:13,17,22 8:5
10:13 11:14 12:18,22
16:16,21 22:14,17,23 74:2
76:14 83:25 86:5,7 88:23
94:21 100:13 104:13
106:10 110:24 127:20
133:25 152:16 173:24
179:12 186:16 218:6
227:18 232:2 264:24
266:18 274:13 276:5 279:2
281:4 286:13 292:3
**cash** 40:21,22,23 41:4,5,10
41:10 64:4,6,8,15 66:9,11
66:17,19,22 68:6 91:18
92:6,8,13,19 93:1,3 94:1
94:12,16,19 95:1 97:6 98:9
98:19 99:5 100:10 149:12
155:24 156:21 158:14
171:7,12,16 173:5,14,20
174:15 245:7 248:2,2
258:14,18 259:21 264:16
**cashed** 185:9 198:2
**categories** 134:7,17
**cause** 109:10 128:5 186:2,2
198:1 269:14
**caused** 109:4 128:5 212:1
**causes** 77:22
**causing** 281:1
**cavitation** 85:11
**Cc** 7:6
**ceases** 80:6 279:10
**ceiling** 217:4
**CELIZA** 3:20
**Central** 1:19 2:19 10:5,16
288:20
**centrifuge** 204:7,15
**centrifuge-based** 218:2
**centrifuges** 204:5,18 205:25
**CEO** 106:1 110:12 112:20
113:14 121:24 123:3
125:20 126:12 268:8
269:18
**CEOs** 126:4
**certain** 46:10 65:14 169:18
206:25 219:17 231:15
251:7 252:9 254:22,23

262:19
**certainly** 31:14 52:25 57:8
    109:24 110:3 135:5 146:7
    186:7 188:4 210:10 211:22
    222:14 265:18
**certainty** 233:22
**CERTIFICATE** 6:15 289:1
    291:1
**certification** 46:17,25 47:2
    47:10,13,20,24 48:15
**certifications** 34:6 45:12,15
    45:18,22 47:9 290:14
**certified** 2:20,21,22,23,24
    5:21 45:19,24 47:18 48:2,4
    48:10,16 156:12 269:24
    289:6,6
**certify** 46:5 48:8 289:4 290:2
    291:7
**certifying** 222:22
**CFO** 75:23 76:18
**Chad** 216:2
**Chad's** 216:1
**Chadwick** 9:9 175:19 214:4
    215:10,12,16 232:6
**chain** 104:16 117:3 175:12
    176:15
**Chaisson** 175:20
**challenge** 22:7 113:6 114:23
**challenged** 111:15
**challenges** 114:10,10
**chance** 89:18 134:20 234:4
    234:16 236:18 237:20
    242:10 243:19,19 279:14
**change** 39:11,12 62:16 69:6
    79:8,19 114:5,7,7 122:23
    126:2,18 139:14,17 169:15
    169:16,19 170:4 264:3
    266:16 274:21 275:13,15
    280:3 292:4,6,7,9,10,12,13
    292:15,16,18,19,21,22
**changed** 110:8 130:1,2
    131:5,14,14 132:3 140:23
    141:25 219:1 262:21,22
    279:21 288:2
**changes** 94:9 122:10,12
    123:12 126:22 138:21
    169:21 209:13 229:16
    276:22 288:4 291:10,12,15
**changing** 38:2 39:6,6,8 61:6
    114:2 287:23
**chaotic** 95:5
**Chapter** 4:3 11:5 192:2,7
**character** 131:5
**characteristics** 62:18 84:5
    247:16
**charge** 120:22 251:20 254:4

273:17
**Charing** 176:19 177:25
    181:18,24 182:16 184:23
**Charles** 7:7 69:17 70:9
**chart** 225:8 230:16
**chat** 13:14 24:8
**cheap** 90:3,4
**check** 105:14 143:1 145:15
    166:5 197:25 198:2
**checked** 144:7,8,8 145:21
    146:16 189:15
**chemical** 69:21 70:13 85:12
    87:7 89:2,4 104:11,25
    105:18,22 106:4,6 111:10
    128:15 129:10 130:3
    151:10 153:2 156:15
    158:13,20 161:12 162:18
    162:22 171:15,20 172:15
    173:4,16,21 174:16,22,23
    174:25 185:6 188:4,21
    189:9 201:11 206:10,11,13
    206:14 207:2,10,12,15
    208:3,5,10,11,25 212:8,22
    216:13 217:14 221:20
    225:1,2,3 233:11 236:16
    237:8 255:17 272:2,7
**Chemical's** 89:6 271:22
    272:13 274:10 278:15
**Chemical-related** 76:9
**chemicals** 174:2 200:24
    201:21 206:24 207:4 209:6
    211:11 224:4 225:1
**chemist** 83:19 119:24 189:9
**chemistry** 83:17,18
**chemists** 206:21 209:12
**chemotherapy** 162:7
**Chicago** 3:11 116:17 227:20
**chief** 119:23 120:18,21
    152:16 163:9 214:5 248:17
    251:20 254:4
**choice** 267:10
**choices** 120:13
**choose** 139:20
**Chris** 21:14 23:24,25,25
    24:1 34:14 56:21 58:11
    91:12 127:6 149:19 211:14
    225:22 259:23 261:7 275:5
    277:3 281:14 282:5 287:14
**Christmas** 132:9,11
**Christopher** 1:16 2:17 3:7
    3:17 6:7 7:6,12,16 10:9,24
    11:3,13 12:2,10 288:15,17
    291:4,17 292:2
**chromium** 193:7
**Chrysalis** 18:5,14,18 19:1,1
    19:2,2,15,16,18,22 20:8,12

20:12,19,20,24 21:2 22:13
    22:18,20,22,25 23:2,6,13
    24:16,18,22 25:3,5,6,17,18
    25:21 26:6,9 27:8,18,25
    28:5,5,6,16 34:15 35:2,5
    43:4 111:9 117:20 142:23
    143:2,20 144:1,23 172:1,9
    173:14 214:6 281:21
    283:10
**chutes** 208:19,20
**circular** 166:12,20
**circumstance** 113:13
    173:22 180:2
**circumstances** 40:17 98:10
    218:23 258:17
**Citadel** 285:17,18
**citation** 146:18,20
**citations** 134:8 148:5
**cite** 286:23
**cited** 82:11 146:4
**cites** 137:6
**city** 79:6
**claim** 197:3,9
**claiming** 78:5
**claims** 197:7
**CLARIFICATION** 17:7 18:9
    29:7 35:18 44:12 48:20
    91:20 140:9 143:16 147:17
    152:10 155:20 172:6,21
    183:14 193:14 207:7
    225:12 237:4 247:18
    253:10 261:3 287:1
**clarify** 124:17,19
**class** 107:5 139:1,6,7 140:2
    140:17,20 141:4,9,10,21
    141:21 142:1 166:16
    172:17
**classes** 32:2,3,3,4,5,6,9
    36:9,10,11,13,14,15,17
    37:2 38:13,16,17,19,20
    230:15
**clawback** 172:18 173:8
**Clean** 257:25
**cleaning** 80:9 205:24
**clear** 14:25 91:6,6 94:21
    226:10 227:2 234:16
    246:15 260:3 286:11
**clearly** 97:2 150:18 258:5
**click** 144:15
**client** 23:11 55:22
**clients** 215:8
**close** 27:3 63:18 68:5,6,7
    85:16 116:4 127:9,11
    191:1 218:5 227:23 236:19
    244:5 247:25
**closed** 82:19

**closer** 232:10
**closest** 85:14 221:18
**closing** 116:3 125:24 232:14
    232:17 233:21 280:18
**clothes** 96:19,20
**CLR** 5:20 290:13
**coachability** 94:3
**coachable** 267:22,23
**coaching** 93:22
**Coast** 21:12
**code** 286:11,21
**coded** 145:2
**collapse** 30:8,25
**collection** 180:18,23 181:5
    183:2,11 184:25 186:1
**collector** 192:19 193:12
    195:15
**college** 31:24,25 32:3,15,21
    38:11 44:25 45:1,7 51:16
    53:8
**colleges** 32:20
**color** 81:25 100:18
**colored** 220:23
**column** 155:7,25 158:17
    160:1,16 164:11,17
**combination** 64:9 162:24
    163:1 218:3 247:23
**combined** 138:25 141:9
    142:21 149:10 168:7
**come** 77:22 121:20 142:17
    143:5 155:9,25 157:11,13
    158:17 183:22,24 223:24
    267:25 276:3 282:10
**comes** 34:13 72:4
**comfort** 226:23 250:18
**comfortable** 222:22 228:8
**coming** 60:6 89:2 113:25
    124:9 155:10,23 189:22
**Command** 9:4
**comment** 17:13 247:22
**commercial** 39:19 40:7,8
    41:16 54:17 55:16 56:10
    64:11 80:4 83:4 130:24
    246:9 256:10 257:3 262:3
**commercializable** 264:2
**commercialization** 97:23
    201:22 211:25 248:12
    250:7 265:4 267:17
**commercialize** 205:4
**Commission** 1:4 2:4 3:4,6
    10:10,25 48:9
**Commission's** 289:11
**commit** 122:16 123:11
    126:12
**commitment** 267:6 281:7
**commitments** 117:14,15

125:2,3
committed 72:15
commodities 44:9
common 61:25 252:21
common-units 113:3
commonly 66:25 251:10
commonplace 286:5
communication 117:2
201:24
communications 180:5
214:8 244:3
community 48:4 63:19
72:11
comp 168:1 219:2
companies 18:4,5,14,15,19
18:23 19:3,16 25:5,17
27:15,16,19,25 28:5,16,22
28:23 29:17,19 30:4 33:23
33:24 34:16 35:6 36:25
37:23 38:8 42:4,6 44:10
45:10 46:3,12 50:23 52:21
53:3 55:10,14 57:9 58:1,10
58:14,21,22 59:2,5,13
83:22 88:7 89:19 91:8,19
92:2,3 93:3 96:21,22 98:1
99:13,14 100:1 106:1,2
114:14 119:10 126:5
131:13 163:7 174:12 177:1
185:20 197:14 205:14
211:13 217:21,24 218:13
219:20 221:12 224:15
225:1,2,3,19 233:8 252:2,3
252:25 253:3 254:3 258:3
258:3,4 265:25 266:1,4,7
266:10,17 276:13 277:11
278:21 279:5,6
companies' 277:13
company 19:1,2,18 21:19
24:17,18,19 25:3,4,6,22
26:6 27:18 28:6,10 31:1,2
31:3 36:22 37:24 44:21,24
52:11 55:5,8,18,22 56:11
67:4,5,6,7,10 72:24 73:11
74:8,16 75:7,23 76:16 78:7
78:22,24 79:3,17,18 81:4
82:16,19 84:1,25 86:15
87:23 89:12,13 90:14,16
92:23 93:10 94:4 97:5,10
97:21,22 98:10 99:8,20
110:13 112:14 114:12
116:8 118:17 120:17,19,20
120:21 122:6,17 123:4
131:22 138:2 152:8 157:4
180:17 186:4,18 188:6,9
188:22 197:16 208:2
218:23 222:1,16 223:8

229:15 233:14 241:14
242:10 246:19,24 248:4
249:7,13 250:4,7,7,14,25
251:23 254:15 255:12,24
256:13 257:11,14,18 258:7
258:16,25 259:4,5,22
260:11,14 262:6,11,20,22
262:23,25 263:11,24 264:1
264:10 265:7,8,14 268:1
269:21 270:1,5,9,10,14
273:12 279:9,10 281:2
287:24 288:3
company's 23:8 27:8 77:18
266:22 268:21
comparability 63:24
comparable 60:17 63:20
85:15 88:3 91:7 99:13
220:8,10,21 221:6 225:19
226:10,25 227:2 229:13,21
257:14 259:7 261:19
263:24
comparables 60:2 61:7,14
61:17 67:22,25 68:21
83:14,24 88:14 91:2,4,10
114:7 216:17,23 217:7,17
217:17 218:5,10,21 219:22
221:2,17,18 223:1,2,23
224:20,22 225:6,9 226:4
compare 142:25 265:23,24
266:1,3,6
compared 151:21
comparing 265:25
comparison 50:18,19
218:23
compensated 154:10
compensation 151:8 154:21
267:8
competence 30:11
compilation 9:5 144:5
148:25
compile 140:16
compiled 138:2 152:1
compiling 166:10
complained 189:5
complaint 107:20,21 206:2
206:5
complaints 107:11
complete 13:19,23 291:8
completed 95:17
completing 288:14
complex 156:7 165:18
185:15 230:7
compliant 39:15 206:15
complicated 97:14 152:22
266:11
component 74:17 79:7

86:11 87:8 150:8
components 58:23 201:9
composite 88:17 163:7,10
222:17
computation 142:1
computer 13:1,4,6,11
concentrate 20:16 63:21
concentrated 23:9 33:10
concentrating 124:25
concentration 214:14
concept 51:17
concern 89:8 95:15 100:2
247:11,11 256:7
concerning 49:7 113:17
181:21
concerns 89:16 235:6
conclude 193:21 194:1
Concluded 6:10 288:19
conclusion 77:23 85:4
127:22,24 174:8 175:24
176:3,6 186:12 215:19
239:24 243:21
conclusions 157:7 252:17
condition 96:6 190:17
218:25 231:19 235:2
243:14 279:16
conditioned 242:4
conditioning 85:13 231:15
conditions 234:20 250:11
conduct 216:12 235:22
conducted 53:17 54:21
55:17 82:15 108:4 147:21
conducting 236:13
conference 205:19 206:1
confidence 95:7 201:19
confidential 7:20 8:3 22:2
56:24 58:12
confidentiality 58:16
confirm 142:15 145:23
218:6
confirmation 124:7
confirmed 124:8 218:1
confirming 73:14 145:25
confused 66:25 277:15
confusion 34:20
conjunction 56:12 142:7
147:22
connected 194:20 195:14
connection 195:18 205:15
connections 196:9
consciousness 51:20
consequence 126:24
171:24 173:17 249:10
250:13
conservative 119:8 217:6
238:7

consider 37:21 40:18 81:20
94:8 132:1 137:21 151:12
151:16 210:8 239:21 248:5
259:13,14
consideration 108:25 229:1
considered 39:9 95:21
137:23 212:14 222:15
227:8 234:23 255:18 262:2
considering 38:4 56:2
227:16
consisted 218:4
consistent 90:2 130:21
281:17
Constance's 149:22
constant 266:20
constituted 247:15
constitutional 205:19
constrained 23:8 129:20,22
130:6 131:21
constraining 96:9
constraints 113:6
construction 188:1
consult 61:3
consultant 11:8 31:10
consultants 180:11 181:18
214:7 215:1 232:5 238:19
281:12
Consultants' 175:21
consulting 21:24 25:9 55:21
55:25 56:14,18 57:5,7,13
61:12 66:3 182:6 214:1
238:18
consume 251:24
consummate 244:4
contact 117:1 152:8 191:19
contain 289:24
contained 100:10,23 140:13
155:15
contains 152:1
contemplated 233:12
contemporaneous 237:11
contend 17:1 57:12 102:17
contending 22:12 78:1
101:16 103:3 104:5,23
105:16 106:3
content 193:7
CONTENTS 6:1
context 31:7,8 33:18,19,21
37:19 40:11 41:19,20 43:2
52:18 53:1,8 54:13,17
55:16 57:22 59:23 71:11
71:15 106:24 107:24 108:1
108:25 128:7,24 129:2,5
132:19 183:3 203:4 216:19
224:16 228:9 233:8,11
234:10 256:3 262:3

Christopher Nohl
12/6/2021

7

**contexts** 21:25 54:20 66:21
**contextual** 62:15
**contextualize** 59:14
**contingent** 202:16
**continuance** 188:6
**continue** 95:2 280:9
**continued** 190:8 194:10
**continuing** 4:1 5:1 8:1 9:1
   124:4 188:19 218:10
**continuously** 39:14 221:13
**contract** 55:21 96:24 125:3
   159:21 177:14 178:8,21
   179:13 214:1,11 240:9
   241:11,16,17 264:17
   265:11,13,18,19 277:23
**contractor** 18:24 178:24
**contracts** 25:9 96:19,20,22
   178:22 240:1
**contradictory** 127:23
**contribute** 49:13 89:3
   112:25 249:6
**contributed** 172:9 250:11
   251:4
**contributing** 268:13
**contribution** 197:25
**contributions** 196:3,3
**control** 24:10 49:25 50:2
   89:13 98:21 110:25 120:2
   231:7 248:24
**controlled** 283:7
**controlling** 112:14
**controls** 98:23
**conventional** 80:11 256:12
**conversation** 100:5 223:6
**conversations** 118:12
**Conversion's** 85:5
**conversions** 83:23,25 85:1
   85:3,11,15,16,22 88:3,22
   221:24
**converted** 156:5
**convertible** 115:10 156:3
**converting** 85:5
**cooperation** 202:16
**coordinate** 230:6 233:13
**copy** 82:17,20 158:1 181:20
**core** 74:17 204:3
**corner** 143:13 223:16
**corners** 220:23
**corporate** 28:2 215:8
**corporation** 21:12,13,16
   45:21 46:1 121:6,10
   176:22 177:5,5 188:21
   204:21,23 206:17,21
**corporations** 286:13
**correct** 19:5 27:10 32:10
   41:17 54:14 55:13 66:1

92:12 94:4,13 101:2 103:2
   106:16 107:15 123:5,6,10
   127:10,18 155:5 171:12
   172:15 175:1,2,2 183:10
   200:11 271:15,23,24 272:7
   272:11,12,16,25 273:6,8
   273:10,15,22 274:16,19
   275:18,21,24 277:14
   278:16 280:23 283:4,5
   291:8
**corrections** 81:5 291:10,13
   291:14
**correctly** 101:12 104:23
   192:1 212:20 264:8
**correspond** 164:3
**correspondence** 32:23
**corrupt** 117:22
**corundum** 24:21
**cost** 61:17 62:22 63:3,3 98:3
   98:23 122:17 132:11
   156:21 158:19 264:16
**costs** 155:24 187:18 200:21
**counsel** 1:7 2:7 10:11,21
   103:7 135:19,20 136:24
   175:25 176:12 289:15
   290:3,5 292:3
**count** 54:24 80:21 113:4
   184:15
**counter** 240:9
**counter-party** 232:2
**counteroffer** 182:10,24
**counting** 88:18,18,20
**country** 24:19
**couple** 53:24 171:10 230:18
   247:9 260:4
**course** 13:10,12 24:9 53:9
   108:10 182:9 202:2 203:8
   212:18 230:7 238:2
**courses** 31:21,23 32:22
   33:1,6 39:16
**court** 1:1 2:1,22 5:14,19,23
   6:15 9:18 10:12,18,19,20
   11:10,15 14:4 255:2 289:1
   290:1,12,16
**courting** 126:7,8
**cover** 74:18
**coverage** 40:24 60:5 65:13
   65:19,20
**covered** 77:1 96:1
**covering** 36:4 172:24
**coveted** 194:11
**COVID** 12:13
**CPAs** 152:3
**Craig** 115:6 116:17,21,24
   117:4 132:7
**crazy** 215:24

**create** 18:22 128:11 166:17
   186:23 201:20,21 230:11
   264:23 265:3 287:23
**created** 18:25 20:4 85:25
   86:11 95:19 132:12,13
   207:20 219:21 230:17
   283:19,20,21
**creates** 107:1 166:18,19
**creating** 47:4 83:2 188:7
   197:14
**creative** 120:24 121:23
   132:14 250:23
**credibility** 110:10,10 111:15
**credible** 50:25
**credit** 8:9 23:18 29:13 72:10
   72:12 268:5
**creditor** 176:9 181:3
**credits** 46:7,24 47:11,15,16
   47:21 167:8 129:16 152:21
   152:25 157:21 158:12,13
   158:14 163:4
**Creek** 191:4
**creeping** 190:8
**Crewell** 82:20 175:14,18,24
   180:20 197:19 202:18
   204:25 205:10 216:10
   232:7
**crisis** 30:10
**criterion** 46:10 146:1 178:8
**critical** 93:5 268:20 269:11
   270:11
**criticizing** 92:19
**critique** 100:9 105:21
**critiquing** 104:15
**Cross** 176:19 178:1 181:18
   181:24 182:17
**Cross's** 184:24
**Crowley** 239:19
**CRR** 5:20 290:14
**Crunchbase** 217:19 221:16
   255:8
**crystal** 194:14,16
**crystalized** 165:25
**crystallized** 165:23
**culmination** 235:3
**culture** 269:21 270:14 271:6
**cure** 89:13
**curing** 61:3
**currency** 18:12 28:9
**current** 153:19 221:2
**currently** 98:3
**customers** 74:12
**cut** 131:1 259:23 260:4
**cutting** 30:16
**cuttings** 187:23
**cyanide** 206:13

**cycle** 79:11 90:7 97:12
   120:10 209:17 255:25
   256:24
**cycles** 256:2
**cyclical** 64:5
**cynical** 93:6

---
### D
---

**D** 193:12
**D-A-M-A-D-O-R-A-N** 91:22
**dad** 132:14
**daily** 34:1
**Damadoran[sic** 91:22
**damage** 269:24
**damaged** 241:19
**damages** 127:17 128:5
**damaging** 131:23 267:15,20
   270:10
**Dame** 160:19
**dammed** 268:22
**damned** 191:24
**Damodaran** 16:2 233:2
   234:2 235:18 242:20
   247:17 260:10,21 261:1
**Damodaran's** 242:15
**Danny** 193:12
**data** 88:24 127:23 137:21
   142:17 150:2,7 151:11,15
   155:25 162:15 212:13
   213:6 232:23 236:12
   237:19 238:21,22 280:10
**date** 7:8 19:11 100:3 101:18
   155:8 166:1 182:2 289:12
   292:2
**dated** 133:22 222:12 291:19
   292:25
**dates** 70:25 157:1
**day** 80:17 96:5 112:6 113:24
   113:24 115:3 121:9 126:15
   126:24 128:16,19 155:1
   167:20 232:17 265:2
   270:23,24 271:4 290:9
   291:19
**days** 270:24,25 271:5
**de** 267:1
**deal** 60:21 65:21 86:4 89:12
   93:21 135:3 208:2 214:22
   221:23,24
**dealer** 195:16
**dealing** 24:23 62:3 118:14
   216:3
**dealings** 255:17
**deals** 96:15 112:24 204:13
**dealt** 19:20 132:21
**death** 186:2
**debate** 86:24

Christopher Nohl
12/6/2021

8

**debt** 19:23 28:20 29:13 30:9
33:11,11 38:5,6 40:23 59:7
60:4 65:9,12,19,20 89:12
110:22 115:3,10 130:23
183:12,16,18,20 184:14
196:23 197:1 214:19,22,22
215:7,8 238:12 239:1,7,17
262:3
**debtor** 4:3 11:5 238:16
239:5,5
**debts** 197:10,13
**decade** 29:20
**deceased** 95:23 159:1 187:6
**December** 1:17 2:18 10:2,15
69:23 70:15 161:6,8
191:10,10 192:11,22 272:3
272:6,14,15 273:9 274:1
274:11,15 275:17,21,23
288:13,21 290:9 291:9
292:2
**decide** 54:25
**decided** 30:15 129:2
**deciding** 264:14
**decision** 179:19 218:16
242:21 265:9,10,13,20
275:14 284:18
**decision-making** 89:16
250:12 262:19 264:12
268:14
**decisions** 18:6 89:10 120:7
238:1 250:9 266:23 267:15
268:9 269:12,20 274:22
**Deck** 217:18
**declare** 291:4
**declined** 182:21,23
**decreasing** 246:18
**deemed** 209:6
**deep** 236:11
**deeper** 95:10
**defamation** 128:11
**default** 68:14 175:10 176:8
183:7,12 243:15
**defaulted** 178:16 179:5
183:16,17,20 184:14,19
**defect** 61:4
**defendant** 16:23
**defendants** 1:9 2:9 3:17 4:3
5:8 11:3,5 16:23,25
**deficiencies** 75:6
**deficit** 75:24 76:19 143:9,11
172:19
**define** 95:8
**defining** 74:7 94:24
**definitely** 130:17
**definition** 80:4,12,24
**definitionally** 276:14

**degreaser** 207:8 210:13,16
210:17,19,20
**Degreasers** 210:15
**degree** 32:11,14,17,21
122:11 197:17 203:25
239:14 268:12 270:8,10
**degreed** 32:24
**degrees** 32:19 34:6 269:25
**delivered** 265:18
**delivery** 126:19
**delve** 21:21,25
**demand** 234:18
**demanded** 161:14
**Department** 79:10
**dependent** 112:22
**depending** 55:20 232:23
262:20
**depends** 37:20 276:18
**deposed** 83:13
**deposit** 21:6,9
**deposition** 1:14 2:14 6:10
7:1 8:1 9:1 10:1,8,14 13:10
14:8 24:9 101:24 123:25
124:1 133:20 288:14,17
289:2,9,16 291:6,14,15
292:2
**depositions** 289:14
**deposits** 20:23 49:2 145:7
**depreciation** 64:13 65:18
**derive** 67:13 259:16
**derived** 153:1 168:1 174:12
224:20 226:7
**derives** 259:17
**describe** 57:18
**described** 106:22 226:6
**describes** 57:7
**describing** 65:24 81:14
106:24 277:17
**description** 7:2 8:2 9:2
58:20 91:25
**design** 25:1
**designated** 7:20 8:3,14
16:20
**designed** 52:11 131:8
**desirable** 248:18,21
**desk** 12:19 13:7 82:18
**despite** 127:23
**destabilizing** 271:1
**destroyed** 30:24 110:9
**detail** 22:4 81:19,23
**detailed** 52:23 169:24
**details** 158:2
**deter** 120:19
**deterioration** 268:12
**determination** 175:8 176:11
226:20 235:15 236:24

237:17
**determinations** 161:2 238:6
**determine** 50:7 59:5 67:16
68:2 73:10 74:1,23,24
100:7 174:16 196:15
216:12 225:20 227:5
**determined** 63:9 160:5
165:6 176:9 228:11
**determines** 166:15
**determining** 38:5 41:15
160:1 224:23 231:13 243:3
245:8 285:6
**devalued** 110:7
**develop** 90:8
**developed** 214:17
**developing** 190:24,25
196:12 229:23 264:1,6
266:10
**development** 44:22 45:9,20
46:1 48:7 78:24 79:11,15
79:25 81:2,21 90:7 93:13
95:17 97:12 209:16 210:11
248:5,11 250:6 255:25
256:16,24 267:25 268:21
**device** 13:11 188:1
**devices** 13:3 188:2,3
**diagnosed** 190:3
**diagnosis** 189:17
**dictated** 285:2
**die** 202:24 203:1
**died** 191:21 212:3
**difference** 114:4 132:10
159:12 161:15 162:20
255:15 261:21
**differences** 63:22
**different** 18:4 19:17 24:24
25:16 28:23 29:12 33:25
36:11 39:13 51:20 55:25
58:23,24 59:13 65:10
70:24 77:23 93:2 98:20
113:24 130:5,10 148:8
153:7 158:22 159:5 164:20
166:10 169:17 188:4,22
206:10 207:14,18,18 228:2
237:17 238:9,10,20 239:12
252:7,8 261:14,15 262:17
262:23,24 263:17,18,18
268:16,17 274:23 278:12
**differential** 204:7
**difficult** 67:16 93:6 118:20
119:20 124:24 234:14
248:4,8 260:12 270:11
277:16
**difficulties** 92:1,1 266:12
**difficulty** 191:16
**diligent** 269:1

**Dillon** 96:16
**Dillon's** 97:1
**dilutable** 120:11
**diluted** 120:8
**dime** 67:7
**direct** 152:7 173:17 249:10
**directed** 48:13 107:12
**direction** 282:3 289:23
**directions** 227:9
**directly** 99:13 112:11 115:8
115:22 136:11 157:3
**director** 105:24
**directorship** 269:17
**disagree** 78:19,20,21 274:2
**disagrees** 152:6
**disappeared** 26:13 126:14
195:1 219:9
**disclose** 58:12,13
**disclosed** 218:14
**disclosing** 56:24
**disclosure** 88:9
**disconnecting** 97:2
**discount** 98:21,22,23,23,24
94:12,16,19 95:1 98:9,19
99:5 100:10 174:15 180:7
245:6 258:14,18 259:21
**discounted** 64:10 78:6
91:17 92:6,8,13,19 93:1,25
**discounts** 77:12
**discrepancy** 153:5
**discuss** 35:7 50:22 58:18
76:11 90:18 107:8 108:12
108:14,22 240:15
**discussed** 33:24 34:12 35:5
36:8 51:23 74:13 75:22
100:21 108:14 136:8,21
165:1
**discusses** 49:19 74:10
106:14 108:3 127:16
**discussing** 107:14 123:5
125:13 217:9 220:8,11
235:18
**discussion** 91:10 107:13
125:8,9 184:1 250:25
**discussions** 54:8 103:21
133:14 170:25 187:2
203:18 221:11 229:19
244:25 252:24 282:18
**disease** 185:14 190:3,4,6
202:24
**dishonest** 111:12,13
**disposing** 192:21
**disproportionate** 154:17
**disregarded** 82:2
**disruptive** 256:17 259:4,4
263:25 265:7 266:3,7

Christopher Nohl
12/6/2021

9

**disruptive-type** 119:11
**distance** 236:9
**distinct** 286:12
**distinction** 89:6 248:7
  278:23
**distinguish** 255:11
**distortion** 281:17
**distress** 126:17,18
**distressed** 28:20
**distressing** 189:25
**distribution** 144:14 145:1
**distributions** 143:5 144:20
  171:8,21
**District** 1:1,2 2:1,2 10:12,13
**disturbing** 109:9
**diverse** 23:9,15 25:16 29:15
  33:5
**diversification** 264:19
**doctor** 189:20
**document** 8:8,17 9:3 82:19
  101:15 102:2,16 155:14,18
  155:21,23 156:20 221:3
  224:12 230:20 231:2
  280:20
**documentation** 236:1
**documented** 234:25
**documents** 12:17,22,25
  76:17 102:10 134:18
  136:25 137:1,2 147:2,13
  147:24,25 148:7,8 202:11
  205:20 213:12,13 220:6
  236:14 246:16 251:5
**dog** 170:16
**doing** 44:22 61:19 63:17,18
  66:3 75:11 80:8 96:8
  110:21 113:25 114:2 125:4
  125:22 132:22 145:15
  149:1 153:24 159:2,19
  160:11,21 164:22 166:9
  184:21 190:25 197:21
  205:23 218:1 223:10
  226:16 227:22 228:5
  229:11 230:7 236:3 237:23
  237:23 238:13,16 239:2
  250:10 257:10 266:12
  269:7
**DOJ** 109:15
**dollars** 66:14 96:18,20
  112:6 115:15 116:1 119:18
  121:21 172:3,8 187:25
  196:1 257:21,22 276:5
  280:17
**door** 185:25
**Dorothy** 132:9
**double-check** 148:13
**double-played** 126:11

**double-stream** 126:5
**doubt** 106:2 110:13,14
  129:9
**download** 147:14 220:2,3
**downloading** 147:3
**Dr** 123:2 189:1,2 190:5,20
  190:23 192:6,14,19,21
  194:22 196:14,15,18,24
  266:23 267:18
**draft** 101:8,9,10
**drafting** 238:14
**dramatically** 95:8 131:15
**draw** 109:5
**drawing** 169:10
**drawn** 88:13
**draws** 112:21
**drifting** 166:6
**drill** 187:23
**drink** 14:11
**drive** 190:13
**driving** 67:18
**drugs** 13:18,22
**due** 12:13 143:8 154:3
**Duff** 82:21
**dull** 160:20
**duly** 11:15 289:5,16
**dump** 79:6 97:25
**dumpsters** 208:20
**duplicate** 62:22
**duration** 154:23

---

**E**

**E** 248:15,15,16
**e-mail** 3:14,15,25 4:11 7:3
  13:14 24:8 133:22 134:11
  134:13,16 137:5 175:12
  176:15 206:4 215:22 216:2
**e-mailed** 142:12
**e-mails** 181:21 213:13 214:7
  215:15,16 216:8 223:7
**E-Trade** 35:16
**earlier** 15:11 54:16 157:22
  216:21 218:10 245:3
  260:11 287:21 288:6
**earlier-life** 104:20
**early** 23:14 25:8 29:12 35:14
  47:15 84:4 107:17 213:4
  252:4
**early-stage** 16:9 47:15
  49:12 50:23 62:24 68:23
  72:3 74:7,15 91:19 92:2,3
  93:21 97:10 99:8,9 114:11
  119:6 126:4 231:12,14
  233:8 248:3 251:23,25
  252:2,9,24 253:2,13,15
  254:3 255:9 256:20 257:11

266:10 267:25
**earnest** 202:11 269:1
**earnestly** 236:23
**Earth** 192:12
**earthquake** 126:22
**easily** 184:19 200:20
**east** 21:12 116:3 227:22
**Eastern** 288:1,4
**easy** 74:23
**ECC** 257:22
**economic** 32:2,8 45:20,25
  48:7 79:2 246:7,9 249:24
**economics** 31:21,23 32:5
  250:2 287:23
**educate** 39:14 41:24
**educated** 269:24
**education** 31:13,16 34:7,16
  35:23 37:18 40:11 41:19
**effect** 57:3 111:3 116:22
  141:17,24 149:8 154:6,7
  154:25 175:23 186:16
  249:16 289:7
**effective** 80:2 209:15
**effects** 156:2 172:17 234:9
  262:18,19
**effectuate** 188:10
**efficacy** 224:9 246:21 263:7
**efficient** 85:7 97:24 191:5
**effort** 196:15 211:22 233:13
**efforts** 181:5 185:16 186:1
  240:2
**Egnyte** 102:9
**eight** 73:18 145:17,19
  146:13 150:21 198:23
**either** 26:21 31:9 55:19 56:2
  56:25 63:16 105:15 154:22
  161:18 181:17 190:16
  195:15 205:4 210:21 211:9
  232:22 234:16 235:11
  239:2 247:25 257:16
  268:20
**elected** 163:17
**electing** 140:25
**electronically** 217:3
**elegant** 77:11,11 91:25
**element** 192:1,5 196:13
  266:25
**eligible** 47:10
**elongated** 131:19
**emphasis** 138:8
**employ** 73:4,5
**employee** 37:3 38:18 52:20
  110:2 290:3,5
**employees** 30:13,16 39:14
  52:11,18 53:3 177:6
  185:21 205:1

**employing** 204:24
**employment** 47:6 159:21
**empty** 102:6 164:17
**enabled** 177:12
**enabling** 128:10
**encourage** 46:2 47:5
**encouraged** 59:20
**ended** 30:19 191:13 209:6
**ends** 154:16 188:21 189:19
**Energy** 79:10
**energy-intensive** 85:10
**engage** 239:17 257:23,24
**engaged** 175:22 202:9
**engagement** 180:8 222:11
**engagements** 57:6,7 58:7
**engaging** 232:3
**engineer** 83:19,20
**engineered** 188:23 206:14
**engineering** 201:10,20
  257:24 264:17
**enhancing** 78:7
**entanglements** 249:1
**entered** 223:11
**enterprise** 85:18 99:18
  153:22 164:11,13 234:4,11
  246:18 249:16
**enterprises** 8:10 231:14
**entertain** 178:9
**entire** 30:23 63:13 96:17
  107:4 110:20 154:23
  242:23 276:20 286:3 291:5
**entirely** 108:24 233:15 242:4
**entities** 60:12 143:21,22
  203:22,23 211:20 283:7
  285:17 286:12
**entitled** 129:16 135:21
  276:16
**entity** 64:7 176:18,20 248:24
  283:20 285:13,15 287:9
**entrepreneurs** 56:1 252:10
**entrepreneurship** 46:11,15
**entries** 138:17 139:4,9
  141:6 144:11 145:21 146:4
  148:6 163:21
**entry** 138:13 157:15 162:15
**envelope** 230:23
**environmental** 44:18
**EPA** 96:24
**equal** 65:15 140:20 168:6
  169:2
**equipment** 97:14,16 187:14
**equities** 28:3
**equity** 28:6 42:22 77:13 84:6
  84:16,19,21 108:15 152:16
  155:11,18,22 156:2,5
  163:9 205:21 216:20

218:17,22 229:4 230:4
249:5 253:6 254:14 255:16
255:20 257:5 280:13,19
284:11,23 285:5
**equivalency** 221:21
**ERA** 263:16
**Errata** 6:18 291:11 292:1
**erratic** 95:3 99:9
**error** 78:2,3,4,9
**errors** 81:5
**especially** 58:1 68:23 72:3
79:1 110:15 233:7 256:3
**ESQUIRE** 3:7,8,20 4:6
**essential** 192:1,5 196:13
**essentially** 61:19 63:2 85:11
205:20 206:6 260:14 267:5
**establish** 265:23
**established** 79:17 93:3
188:19 257:3
**estate** 19:21 28:17 29:4
31:19 33:7,9,9,13,17 61:16
61:21
**estimate** 257:2 263:16
276:22
**estimating** 92:1
**estimation** 72:21 244:8
**et** 1:8 2:8 10:11 292:3
**ethics** 31:20
**Europe** 93:18
**evaluate** 69:16 70:8
**evaluation** 158:17 226:11
252:1 273:4
**evaluations** 124:11 160:9
**Evening** 6:4 244:17
**event** 109:9,25,25 110:6
111:20 126:21 188:15
206:7
**events** 112:1 128:22 145:16
212:1,19 213:3 237:12
242:25 243:13
**eventually** 202:2
**everybody** 14:21 122:24
240:6
**everybody's** 210:16
**evidence** 177:3,24 179:1
181:16 182:11,15 192:20
194:3,18 198:24 211:9
230:8 268:15 283:14
**evolve** 270:14
**evolved** 19:22
**evolving** 81:5 88:12 100:5
225:13 230:21
**exact** 26:15 28:12 43:22
46:19 176:2 215:22 247:22
**exacting** 39:1 40:3
**exactly** 48:12 65:15 128:24

146:11 149:13 159:2
185:1 188:18 209:8
221:19 265:15
**examination** 6:8,9 11:22
287:17 289:20
**EXAMINATIONS** 6:6
**examined** 166:21
**example** 137:5 144:24 159:8
277:19 287:25 288:5
**examples** 80:5,5 256:11
288:1
**excellent** 201:23
**exception** 59:24 183:19
**exchange** 1:4 2:4 3:4,6
10:10,25 192:12,17 223:6
289:11
**excited** 257:25
**exclude** 138:21
**excuse** 30:9
**execute** 115:10
**executed** 108:20
**executing** 249:20
**execution** 251:21
**exercise** 113:2 158:4 221:10
**exercised** 109:2 112:12
**exercising** 158:10
**exhaustion** 256:1
**exhibit** 7:3,12,16,20 8:3,8,14
9:3 101:22,24 102:5,13,16
104:24 106:6 133:19,20,22
134:3,6,21 135:2,11
137:12,15 146:25 147:5
151:3 219:6,13 245:13,15
**exhibiting** 247:13
**exhibits** 7:1 8:1 9:1,13,18,21
**exist** 80:8 115:24 218:7
250:14
**existed** 89:11 106:23
**existence** 34:19 35:1 43:25
44:16
**existent** 176:10
**existing** 218:15 235:7 251:4
281:7
**exit** 285:7
**expand** 82:1
**expanding** 56:2 61:13
**expands** 249:14,15
**expect** 11:6 84:22 88:12
202:24 203:1
**expectation** 126:18 176:14
176:15 177:19 181:10
182:5 184:6,7 185:18
186:6,7,14 216:9 242:7
**expectations** 174:3 212:9
212:23 224:14 230:5
231:25 241:23 243:14

244:2 255:21
**expected** 158:13 174:11
188:11 191:17 212:19
215:19 231:19 243:1
268:16 279:17 281:9
**expenditure** 187:10 248:5
**expense** 281:2
**expenses** 64:15 79:23 81:4
81:20 179:11 248:6,10,11
**expensive** 31:14
**experience** 17:20,22 21:18
22:12,15,21 27:23 28:1,14
29:15 33:22 34:2,11,23
42:2 43:12 46:11,15 53:16
60:20 92:25 117:23 121:2
130:13 179:4 184:3,3,8
200:18 205:2 212:12,15
236:3,11 239:6,8,10 244:2
250:21 251:12,18 262:1
266:11,18 271:8
**experiences** 213:3,6,25
**experiencing** 99:8
**experimental** 80:3,7,10,23
248:12
**expert** 5:5,8 16:16,21,24
17:2,5,13,17 21:15,17,22
21:24 22:8,14,16,22 36:1
53:13 57:7,14 70:2,20
71:14,19,21 75:21,22 76:2
76:13,19,23 77:7 78:9,12
81:12,17 83:7 88:4,22
90:19,24,25 91:11,16
100:11,23 101:16 102:17
103:4 104:7,13,23 105:18
105:20 106:9 107:14
123:15,18,22 124:9,23
125:8,9 136:8,22 173:24
174:19 195:7,11 211:16,18
212:21 214:12 215:5
225:5 228:23 229:7,8,13
237:6,15,23 238:2 240:13
240:15 246:1,6 273:20
274:6 275:3,5 276:9
279:12
**expert-witness** 123:25
**expertise** 56:13 214:23
215:1 250:22
**experts** 247:17 275:7,8
**expired** 198:25 207:24,24
**explain** 78:8 162:20 164:24
240:10 250:10
**explained** 104:20 264:18
**explanation** 72:17 74:5
118:8 161:14,18
**explicitly** 253:8

**export** 24:19 194:13
**exposed** 181:4
**exposure** 178:10,13
**express** 106:18 108:7 128:4
**expressed** 70:19 71:3
100:16 179:2
**expressing** 180:6
**expression** 174:11
**expressions** 14:19
**extend** 164:21
**extendable** 285:24
**extension** 128:7 218:9
**extensive** 30:13 217:16
**extent** 22:5 56:22 57:2 58:11
124:4
**extinguishing** 207:11,15
**extract** 86:5,12 140:21
**extracted** 228:23
**extraordinary** 106:25
109:24,25 110:1,1,2,3,18
110:19 180:4 184:12
**extrapolatable** 262:13
**extrapolate** 63:23 68:17
69:3 81:3 87:23 250:3
260:15 262:24
**extrapolates** 91:3 257:7
**extrapolating** 68:1 260:22
**extrapolations** 64:19
**extravagant** 264:23
**extreme** 38:24 39:4
**extremely** 86:14 90:3 119:8
183:18 184:9

**F**

**F.B.I** 108:4,8,13,17 109:3
116:5 117:6 125:8,10
129:11 239:15
**face** 117:8 176:4 179:3
192:8
**fact** 51:1 67:14 90:15 114:5
118:9 120:18 177:3 188:23
231:6,6 251:20 274:14
275:10,15 276:3 281:11
285:22
**fact-witness** 123:25
**factor** 67:18 78:23 222:24
226:23 238:8
**factors** 49:13 90:12 99:21
194:14 218:3 235:13,24
236:6 238:9 239:11,21
247:23 250:13
**facts** 137:21,23 142:17
150:2 151:11,15 212:13
213:6 236:12 252:12
274:21,23 280:8,12 281:6
281:16,16

**factual** 123:16,20 124:21
  195:8
**fail** 87:8 111:4,5 112:16
  114:22 234:15,17
**failed** 114:20 131:18 234:12
**failing** 267:2
**fails** 254:13
**failure** 107:23 109:10
  111:23 125:11,14 130:7
  231:16 234:4,10 236:25
  240:21 241:6 243:19
  266:22
**failures** 107:25 250:12
**fair** 22:3 81:6 95:12 235:6
  272:3,12 273:14,25 274:9
  274:24
**fairly** 61:6 185:14 281:8
  286:5
**fairway** 81:8
**faith** 117:15 177:2 185:17
  240:1 277:21
**fall-out** 128:3
**falling** 189:11
**false** 92:15 108:18 111:15
  115:20
**familiar** 180:13
**family** 18:23,24 26:8 43:18
  115:14 193:15 202:16
  204:24 205:11 206:3,18
  211:7
**famous** 193:11,11 194:10
**Fannie** 62:11
**far** 34:6 95:14 134:23 190:1
  195:17 199:4 214:13
  269:22
**farms** 208:14
**farther** 68:11
**fast** 121:3 184:20
**faster** 150:24
**fatal** 190:7
**father** 116:19
**Fax** 3:13
**federal** 38:25 62:13 179:14
  289:13
**Federated** 31:3 36:22
**fee** 137:19 141:5 142:2,22
  144:21,25 145:2 149:10,10
  153:14 154:3 160:8 165:5
  165:5
**feedback** 232:1
**feel** 58:16 126:10 200:19
**Feels** 51:14
**fees** 138:16 140:3 141:11,19
  144:6,13,15,15 145:8,12
  150:9 153:13,24 154:22
  160:7 165:12 166:12,15,15

166:19,23 171:6,6,11
  172:19 173:8,10 185:7
  271:13 272:15,21 273:9,17
  274:14 275:22 276:15
  277:12 280:7
**fell** 129:10
**felt** 77:1 221:2 265:20
  270:23
**fertilizer** 85:6
**Fest** 107:9,14
**Fetch** 106:15,19 280:13
**FHA** 62:13
**field** 17:1,18 34:11 35:25
  36:7 37:18 50:15 242:23
**fields** 17:1 52:1
**fifth** 80:22 270:24
**figure** 64:2 93:7 97:8,18
  124:13 162:9,10 169:16
  226:2,5,24 235:14
**figured** 93:8 132:21
**figures** 159:25 169:17
  236:21
**figuring** 160:22
**file** 101:13 180:18,21 196:6
  198:2,8 228:20 230:22
**filed** 181:2 185:3,4,10 206:2
**files** 230:10
**filing** 181:12 185:7,23 192:2
  192:6 196:14,20 197:24
  242:1,9
**fill** 126:17 127:1
**filled** 269:23
**filling** 116:5
**final** 138:5 143:12 149:3
  157:14 229:23 244:10
**finalize** 206:22
**finance** 27:16 33:2,6,9,17
  34:8 49:11 50:15 52:2,6
  254:17,22 259:11 267:3
  286:6
**financed** 19:19
**financial** 19:1,22 20:9,12,12
  22:25 23:2,6,14 28:6 30:8
  30:11 35:2 39:4,13,25 42:8
  43:4 59:21 62:18 111:9
  138:1 139:12 140:6 141:3
  141:7 142:13,23 143:3,20
  144:2,23 151:24 152:1
  158:17 159:11 160:16
  161:10 162:17,22 163:5,17
  172:1,9 173:14 195:21,23
  196:6 197:18 198:7 214:6
  262:6,11 281:21 283:11
  285:20
**financially** 290:6
**financially-minded** 32:1

**financials** 75:24 138:18
  139:5 149:3 233:17 280:23
**financing** 40:4 56:6 60:7,8
  80:11 84:4,23 86:21,23,25
  108:16 109:11 110:11,21
  110:23 111:23 112:6 115:3
  116:2 121:21 125:11,14
  256:12,12 280:13
**financings** 84:19
**find** 60:3 72:9 95:11 97:7
  98:2,12,17 112:17 113:14
  113:18 118:4 123:8 124:22
  126:9 141:3 218:1,5 222:1
  222:3 254:6 257:14,18
  259:6 281:14
**finding** 162:13 216:3 218:25
**findings** 240:19
**fine** 17:5 49:1 123:17 194:16
  204:11 217:20,25
**finest** 193:10
**finish** 15:5,6 236:4,5
**finished** 134:25
**fire** 207:11,15
**firm** 10:18 42:8,11,23 43:1,9
  44:19
**firms** 46:6
**first** 11:15 29:20 37:24
  47:19 55:24 57:21 60:22
  62:22 68:18,18 72:4 73:14
  74:2 77:14 88:10 89:24
  93:11 96:3 101:7,10,24
  105:4,9,10 123:2,13
  133:20 134:17 137:5 142:5
  151:12 158:8 164:3 167:12
  167:20 168:16 174:21,23
  184:15 189:5,7 204:1
  205:12 207:10 212:9,23
  216:13 227:9,20 233:1
  237:1 240:19 242:14
  247:10,20 252:20 258:22
  259:13 261:11 279:11
  280:3,11
**first-quarter** 280:23
**firsthand** 213:5
**five** 26:16,16 31:21,23 32:2
  32:5 68:11 74:24 80:5,5,8
  184:15 191:21 223:22
  242:18 256:11 282:9
**five-minute** 170:10 244:10
**five-year** 226:19
**fixed** 227:25
**fixing** 90:13 120:15,15
  122:16
**FlameOut** 207:23,24 208:3,6
  208:8
**flip** 261:5

**float** 269:25
**floors** 208:20
**Florida** 84:2
**flow** 41:4,5,10,10 64:4,6
  66:9,11,17,19,22 91:18
  92:6,9,13,19 93:1,3 94:1
  94:12,16,19 95:1 98:9,19
  99:5 100:10 174:15 245:7
  248:2,2 258:14 259:21
**flows** 40:21,22,23
**flushed** 132:20
**focus** 260:8 270:4,4,7
**focused** 20:13 23:3 26:4
  33:8
**focusing** 107:22
**folder** 102:5,6
**follow** 198:9 211:23
**follow-up** 171:3
**followed** 222:5
**following** 151:3
**follows** 11:16 104:3
**footage** 61:8
**footing** 30:18 177:21
**footnote** 146:19,23 147:12
  147:15,19 150:10
**footnotes** 148:12 149:16,21
  150:1,2
**force** 289:7
**forced** 280:21
**forces** 50:5
**forecast** 69:6
**foreclose** 279:9
**foreclosed** 179:7 279:7
**foreclosing** 179:6 231:7
**foreclosure** 30:23 176:24
  179:8,9 197:15
**foregoing** 289:9,16,24 291:6
**foregone** 243:21
**foremost** 62:22
**forestry** 20:21
**forex** 28:10
**forgot** 15:10
**form** 6:18 67:19 220:2 229:5
  277:4
**forma** 226:14,19,19 250:3
**formal** 32:24 33:1,16 34:7
  34:16 35:22 37:17,21 38:9
  40:10 41:18,22 53:9 60:11
  60:13
**formally** 283:19
**format** 62:6 135:23
**formatted** 164:11
**formed** 174:10 222:18
**former** 51:15 177:6 222:10
  253:6
**forms** 62:12

Christopher Nohl
12/6/2021

12

**formulas** 201:3
**formulated** 210:7
**formulation** 139:15 206:19
    206:22 209:9,14 210:9
**formulations** 188:4 191:13
    206:10
**forth** 71:7,21 77:7 88:22
    129:6 289:12
**Fortune** 96:21,21 258:2
**forward** 64:21 65:7 68:10
    73:13 88:14 89:21 118:10
    131:24 143:11 165:9 205:8
    205:23 215:18,25 235:4
    256:7 257:8 260:15 279:19
**found** 73:18 193:7,10
    206:16 268:25
**foundation** 205:23 253:12
**founded** 253:9,12
**founders** 72:11 84:16 256:2
**founding** 37:24 46:12
**foundry** 86:2
**four** 80:20,22 132:10 168:6
    169:2 184:13 191:21 205:1
    242:18 255:5
**four-and-a-half** 281:21
**fourth** 88:10 105:4 106:7
    168:20 280:3
**fraction** 77:19
**frame** 67:24
**Freddie** 62:11
**free** 58:16 279:4
**frequent** 35:8
**frequently** 185:14
**friend** 95:22
**friendly** 176:24
**front** 147:8
**froze** 30:9
**frozen** 195:4
**frugal** 119:19
**frustrating** 281:2
**frustration** 120:9
**fuel** 57:23,23 59:1 206:12
**fulfill** 264:17 265:12 267:3
**fulfillment** 177:13,14 265:19
    267:4,6
**full** 12:1 30:20 87:10 107:23
    118:14 181:5 223:17
    261:11 265:1 289:7,24
**fully** 23:3 114:13
**functional** 122:20 123:4
**functioning** 256:11
**fund** 8:16 17:25 18:3,16
    20:4,10,14,17 23:4,12,22
    24:14 25:19 27:19 34:24
    34:25 42:7 43:8,13,15,17
    43:17,21,25 44:15 45:19

45:25 46:5 48:11 53:16
    54:13 55:9,11,15 69:15,19
    69:21 70:7,11,13 76:8
    88:11 96:11 103:1 104:12
    106:23 107:5,7 108:5
    110:1 111:24 115:16,16,21
    117:21 118:6,15 123:1,10
    126:9 127:17 128:6,19
    131:1,4,6 138:2,8,11,16,25
    140:8,10,25 141:21 143:25
    145:9 152:2 165:18,24
    166:13,14 167:20 171:14
    171:17,19,22 172:10,14,18
    173:6,15 175:10 176:21
    177:9 181:18 182:16
    183:16 184:4,14 185:5,19
    198:2 206:9 214:24 216:25
    217:4 218:14,15,18,20
    219:18 221:9 222:13
    223:12 229:4 230:11
    233:18 234:19 238:12
    271:14,18,22 278:15
    279:17 281:23 283:1,3,6
    283:15,18,21,25 284:5,6
    284:25 285:17,18 287:8
**Fund's** 106:15 222:11
**fundamental** 61:24 79:19
    82:8 168:4 174:10
**fundamentally** 78:21 120:12
    130:18 204:4
**funded** 29:13
**funding** 27:4,5 118:5 125:17
    125:20
**funds** 43:18 244:5 285:23
    286:2,2,3
**funds'** 152:3
**further** 68:10 117:14 143:1
    174:8 177:9 182:17 191:16
    191:19 266:3 288:10 290:2
**future** 68:12 69:3 93:8 99:10
    255:22

———— G ————

**gain** 153:16 154:10 160:1
    167:2 168:17,22 169:1
**gains** 154:14 167:5 168:14
    169:3 281:4 287:3,5
**Gam** 111:9 143:4
**game** 265:1
**gaming** 57:21,21 58:23,24
**garnet** 24:21
**gears** 271:11
**gems** 24:23 171:9
**gemstone** 144:23
**general** 17:12 58:20 92:3
    142:25 143:24 144:3,12,20

145:23 148:6,19 149:12
    150:14,17 151:18 167:19
    175:25 176:11 199:20
    204:13 243:18 253:4,5
    259:10
**generally** 57:19 120:23
    252:12 258:23 259:3,11
**generate** 67:13 145:17
**generates** 61:22
**genesis** 79:1
**genius** 83:2,17,18 119:24
    267:18
**geography** 62:16 98:24
    119:7
**geological** 49:2,9
**geology** 49:7,9
**germane** 22:24
**gestalt** 236:10,11
**gesturing** 14:15
**getting** 24:2 120:16 136:25
    145:10 150:25 156:14,17
    165:16 167:1 189:14 202:1
    202:17 222:20 281:2
**ghost** 117:8
**gifts** 132:12
**give** 23:6 41:24 58:20 59:18
    71:14 81:24 83:9 87:7 95:6
    115:17,19 150:17 168:13
    224:11 242:10 252:10
    253:19 254:7 263:3 269:4
    281:13 282:9
**give-up** 255:16
**given** 64:22,23 87:15 94:7
    96:5 174:6,24 176:13
    184:12 200:23 205:3 212:8
    212:23,24 216:14 217:6,7
    225:10,10 239:24 241:21
    267:8 281:5 291:9
**gives** 85:22 277:21,22
**giving** 78:13 100:18 279:11
**global** 40:25 41:3 128:12
**GMR** 86:15,15 87:23
**go** 14:8 20:18 40:3 53:21,25
    57:3,10 59:8 61:3 69:7
    72:21 75:1 81:18 96:23
    102:15 103:13 109:4
    111:16 113:14,14 115:13
    116:2 119:13,14 121:13
    122:19 127:12 129:6,22
    132:24 134:23 135:7
    169:22 170:12 175:17
    178:6 182:20 194:10
    196:10 203:8 204:2 208:20
    220:3 223:15 225:6 228:16
    230:22 232:15 236:21
    240:17 246:14 247:3 254:9

256:14 260:10 262:23
    266:2,17 268:7 269:13
    270:2 273:19
**goal** 125:23 232:1 235:8
**God** 114:3 130:10
**godfather** 132:14
**goes** 91:24 130:7,8 164:13
    189:16 190:2 229:23
    257:13 264:6
**going** 14:2,2 20:8,18 21:18
    26:24 54:3 62:2 63:7,21
    64:25 65:1,4 68:7,20 69:6
    69:9 72:2 81:4 84:15,15
    87:12 88:14 89:8,21 95:9
    95:15 98:4 100:2,6,7
    103:15 108:22 109:5
    110:16 112:16 113:1,5,7,8
    113:15 114:9,20,22 115:7
    115:10,14,17,21 116:7,10
    117:13 118:21 120:9 121:7
    121:8,24 122:23,24 123:21
    127:6 131:2,7,24 133:2
    134:12 137:4 140:16
    150:13 151:1 161:1 164:20
    166:22 170:19 174:4
    176:16 180:21 181:3,14
    185:13 186:9 189:23
    201:13 202:3,21 203:11
    205:8,14,23 206:5 212:7
    218:7 224:14 235:25
    236:21 242:3 244:10,13
    247:11,11 256:7 266:5
    271:7 274:17,25 275:1,13
    281:1,3 282:2,12,23,25
    283:3
**going-concern** 279:1
**gold** 20:22
**good** 11:24 19:11 39:10
    48:25 77:17 92:13 93:15
    98:11 117:15,21 119:4
    121:17,17 132:2,2,23
    158:24 159:6,13 169:4,6
    177:2,21 185:17 198:16
    225:14 231:20 237:3 240:1
    265:13 267:7 269:3,4,13
    277:20
**goodwill** 177:7
**goofy** 164:12 278:7
**Goose** 80:14 177:15 187:16
**gotten** 80:9 137:2
**govern** 39:3
**governance** 246:22 251:5
**governing** 78:23 246:16
    289:14
**government** 38:6 60:7
    179:14 194:13

Christopher Nohl
12/6/2021

13

governments 58:25
governor 47:3
GP 55:7,10 69:21 70:13 76:9
    89:2,4,6 104:11,25 105:18
    105:22 106:4,6 111:10
    128:15 129:10 130:3
    131:14 151:10 153:2
    156:15 158:13,20 161:12
    162:18,22 171:15,20
    172:15 173:4,16,21 174:2
    174:16,22,23,25 185:6
    192:12 212:8,22 216:13
    217:14 233:11 236:16
    237:8 255:17 271:22 272:2
    272:7,13 274:10 278:15
GPRE 192:18
grade 41:24
graded 32:25
Gradillas 5:14,23 10:18,20
    102:5 290:16
graduated 32:18
Grady 248:25
Grand 109:22
Gravine 18:21,22,24 19:5,8
    26:8,21,22 190:5
gravity 204:5,18
great 92:1 132:25 135:3
    169:25 189:4 242:25 270:5
    276:6 288:5,11
greater 154:21 167:15
    172:19 173:9 243:24 251:3
    280:7
greatest 92:21 99:14 130:21
greatly 131:9,9
Green 88:10 218:14,18
    219:18 221:9 222:13
    230:11 283:3,6,15,18,25
    284:5,25
Greenpoint 8:15 17:25 18:3
    18:15 20:4,10,13 23:11,22
    24:13 42:7 43:3,7,12,14,16
    43:18 53:15 54:13 55:11
    55:15 69:15 70:7 76:8
    103:1 104:11 107:4 115:15
    115:16 117:20 118:5 123:1
    126:8 142:22 143:19,25
    144:1,4 145:6 173:19
    271:18,21 283:3,6,11,18
    283:25 284:5
grip 232:5
gross 178:12 187:18
ground 97:25
group 255:1
grow 131:21 233:11
growing 121:10 131:20
growth 77:16,17,18,20 78:6

80:25 99:9 131:12 228:6
    259:8
GS 201:10 257:24 264:17
GTIF 34:18 144:8,11 173:20
    272:1,6,15 273:9,24
    274:15 275:11,22 276:14
    277:11 284:4 285:1
GTIF's 34:19 276:13
GTIS 143:19 275:18
guaranteeing 178:11
guarantor 180:17
guess 31:22 37:5 56:12
    160:7 195:13 252:20,24
guessing 162:25 170:1
guide 52:23
guideline 243:18
guidelines 39:7,8 284:11,17
    284:24 285:5,9
guides 52:20 235:15
guy 86:18,18 105:24 117:10
    119:24 160:20,20 201:16
    201:17,17 249:23 253:7
guys 87:3 200:23

_____

H
H 3:7
H&H 208:2,2 210:18
hair 189:11
half 23:5 204:1 205:12 212:9
    212:23 216:13
halfway 236:4
halt 181:2 183:1
hand 189:6,23
handle 131:8 260:14
handled 160:24
handling 163:1 215:1
hands 14:16 118:14
hang 270:2
happen 30:18 68:3 93:15
    111:14 113:6 126:3,10
    129:3,3,4 152:7 177:20
    188:14,15 235:5 236:8
happened 21:9 30:7,10,12
    64:25 88:9 95:16 112:1
    126:23,24 131:6 159:14
    180:16 185:11 199:2 268:6
happening 117:16 154:16
    243:23 281:11 286:5
happens 34:1 79:20 85:8
    126:20 130:7 264:25
happy 22:6 53:21 169:10,23
    230:24
Harbors 257:25
hard 234:17 266:12,13
    271:1 278:4
hard-working 269:1

harder 114:21 241:22
Harris 8:11 180:6 194:23
    196:23
haul 97:15
head 14:15,21 25:11 135:7
    172:2 182:3 191:9 225:7
    225:23 228:21 241:1
    243:12 253:18 287:10
headed 7:3
headquarters 116:25
health 189:2 191:15 268:13
hear 23:24 53:22 193:17
heard 252:6 289:25
heavy 224:6
heir 222:19
held 10:14 18:15 198:22
    250:9
Helen 115:5 116:15,22
help 75:1 93:14 101:18
    112:18 113:11 122:24
    162:14 214:21
helped 179:7
helpful 46:22
herein-named 289:10
hesitate 128:10
high 31:25 32:3,4,6 113:6
    146:2 183:19,23 184:9
    270:8
high-grade 21:7 85:6
high-value 86:10 264:2
higher 65:19,20 99:22
    153:11 161:11 200:22
    206:11 222:18 232:16
    233:20 276:15
highly 7:20 8:3 107:21
    178:24 184:2 194:11
hindsight 237:17
hired 18:21,22 56:17 57:17
    58:6 273:3
Historic 8:18
historical 40:22 99:15
    137:18 145:21 155:22
    156:22,23 216:20 246:7
    261:13 262:5 275:13
historically 41:7 91:7
    105:22 119:19 128:21
    145:9,13 146:8 168:1
history 96:13 155:17,18
    183:13,15,17,17 216:19
    218:22 250:6 253:7 260:16
    267:24
hog 208:13
hold 61:25 211:13
holding 19:1,18 21:6 25:3,4
    25:6,21 26:6 27:8,18 28:6
    264:10 285:18

holdings 20:24 21:3,5 26:9
    131:10 272:7
holds 55:12
Holmstock 5:13 10:17
home 12:9,15 30:23 39:1,23
    39:24 40:4 41:1 191:13
homes 41:1
honest 109:14 162:25 194:9
    278:10
honor 281:7
hope 205:3
hour 15:24
hours 31:18,19 33:6,8 80:17
    282:23
house 132:10 191:2
housed 278:24
Housing 62:13,14
Houston 206:21
Howard 7:5
huge 97:16,23 111:20 114:3
huh-uh 14:20
Hull 5:7 11:20 111:10
    128:18 283:8
humanity 204:13
hundred 30:12,19 37:7
    179:25 201:7 241:5
hundreds 28:25 31:5 62:4
    96:17 121:8 148:11,11
    149:15 150:1,1
hydric 88:18
hydrolysis 85:9
hypothetical 277:5

_____

I
idea 69:8 91:17,19 117:17
    118:24 127:24 183:1
    195:20 197:22 201:16
    202:5 204:4,16,19,19
    206:11 231:17,19,21 233:1
    233:10 280:5 287:22
identical 214:16
identification 20:22
identified 144:20
identifies 256:17
identify 57:9 243:6,7 254:1
    286:22
identifying 256:4
identity 51:17,18 104:21
    279:8
II 142:22 143:4,20 144:1
    145:7 173:19 283:11
Illinois 3:11,23 191:2,3
illness 181:1
illustrate 92:4 218:21
illustrative 150:16 231:3
imaginable 62:3 189:10

Christopher Nohl
12/6/2021

14

**imagine** 196:7 234:17
**immediately** 112:3 113:13
  129:13,13 171:24 179:17
**immense** 95:18,19 97:23
  130:11
**immoral** 90:17 119:23
  120:12
**impact** 67:17 110:7 239:16
  264:12
**impacting** 251:7
**impacts** 66:9 129:6
**implement** 200:22
**implied** 86:25
**important** 14:14,18 15:3
  73:11 82:4,25 99:24
  119:11,12 197:13 204:19
  241:12 256:18 257:12
  263:12,15 278:23
**imposing** 121:11
**impossible** 233:5
**impression** 115:20
**improved** 267:14
**improving** 204:12
**IMR** 83:23 87:18,18 221:19
  221:22
**in-depth** 145:15
**in-the-money** 112:3 129:14
**inability** 122:16
**inaccurate** 92:24 109:19
**inadvertently** 101:7
**inappropriate** 174:15 245:7
  258:15 259:22
**inaudible** 35:17 91:19
  147:16 152:9 155:19 172:5
  172:20 183:13 193:13
  207:6 210:14 225:11 237:3
  253:9 259:13 261:2 286:25
**incentive** 154:22
**incept** 279:4
**incidental** 122:5
**include** 55:8 61:17,17 76:19
  91:9 94:1 139:17
**included** 60:15 157:25
  196:13 199:22 271:22
  283:9
**includes** 38:6
**including** 31:19 37:12 46:11
  60:16 78:22 109:8 189:10
  247:17
**income** 8:15 17:25 18:3,16
  20:4,10,14 23:4,11,22
  24:14 25:19 27:19 34:24
  34:25 42:7 43:3,8,13 53:16
  54:13 55:9,11,15 60:16
  61:10,22,22 64:1,2,12,22
  65:3,5,6,9,16 67:1,1,4,10

67:14 68:9,13,22 69:15
  70:7 76:8 79:23 94:22
  99:11 103:1 104:12 106:15
  107:5,7 108:5 111:24
  115:15,16,21 117:21 118:6
  118:15 123:1,9 126:9
  127:17 128:6,18 130:21,22
  130:25 131:4 143:25 145:9
  152:2 165:24 167:20
  171:14,17,19,22 172:10,14
  173:6,15 174:11 175:10
  176:20 177:9 181:17
  182:16 183:16 184:4,14
  185:5,19 198:1 214:24
  218:15,20 222:11 223:12
  226:20 228:6 229:4 230:5
  233:18 234:19 257:7
  258:25 260:13,16,21
  271:14,18,22 278:15
  279:17 281:23 283:1
**incoming** 235:7 281:8
**inconsistent** 249:19 251:21
  280:8
**incorporate** 243:16
**incorporates** 48:3
**incorrect** 237:21
**increase** 47:6 182:10 185:1
  232:11
**increasing** 194:15 249:16
**incredible** 83:3
**independent** 160:8 272:1
**independently** 217:19
**INDEX** 6:6 7:1 8:1 9:1
**indicate** 254:25 256:23
**indicated** 150:18 183:18
  184:8 214:8 216:23 291:11
**indicates** 65:6
**indication** 99:15 177:18
  216:6 281:10
**indications** 231:25
**indicators** 256:23
**individual** 83:21
**individuals** 22:4 269:16
**industries** 87:19 217:22
**industry** 26:3 49:25 53:17
  65:25 66:6 249:8 251:6
**inevitable** 265:21
**inference** 106:20
**inflated** 280:6
**Infomatics** 55:7,10
**Informatics** 131:14
**information** 58:12 59:10,16
  59:18,18 72:7,14,18,19
  97:3 109:18,20 123:21
  124:7,8,21 134:8,10,15
  135:1,3,4,10,15,17,22,25

136:4,11,20,23 139:11
  140:12 145:20 146:4,21
  148:16,18 151:6,17 152:1
  155:15 158:16 174:6,24
  187:4,5 191:23 212:25
  216:14 223:11 228:19
  229:16 239:22 240:20
  280:1
**informed** 218:16
**informs** 21:20
**infrastructure** 79:3,8,11,18
  176:22 188:20 204:23
  230:10 256:13 264:3,7
  266:8
**ingredients** 206:16
**inhabit** 193:5
**inherent** 64:6
**initial** 84:7 90:16 182:8
**input** 227:9
**inputs** 61:11
**insertion** 62:7 231:1
**inset** 218:12
**inside** 197:10 208:21
**insofar** 246:19
**instance** 67:3 255:14 280:10
**instances** 56:11 65:2 267:12
  269:18
**Institute** 31:19 33:7
**instituted** 284:14
**institution** 42:17
**institutional** 31:22 33:19,21
  41:23
**institutions** 39:13
**instrument** 33:11
**instruments** 33:11 39:4
  115:11
**insured** 233:21
**intellectual** 68:24 73:19
  74:6,16 75:12 78:23 83:1
  114:16,17 176:25 177:23
  188:5,8 198:11,13 199:23
  199:25 200:3,6,15 201:17
  202:3,12 203:3 205:6
  206:19 211:11 222:16
  223:7 226:8,21 228:10
  231:8 247:15
**intend** 103:6
**intended** 62:18 175:5 176:4
  177:25 219:16 228:24
  229:10
**intent** 70:23 230:13 231:3
  265:17
**interaction** 160:24
**intercept** 186:2,9 241:18
**interest** 55:16 65:10,14
  120:6 140:21 141:4,10

156:4,4,16 200:14 248:20
  287:7
**interested** 51:16 116:23
  117:5 121:3 145:10 218:11
  232:4 290:6
**interesting** 233:1 252:16
**interests** 69:22 70:14 76:10
  139:24 141:21 156:8
  229:20 284:4
**interface** 19:20
**interfaced** 197:18
**interference** 194:12
**interim** 105:7 153:21
**interject** 124:18
**intermediary** 19:25 20:16
  23:16 24:12 158:25
**internal** 37:3 286:10,16
**internalized** 96:10
**international** 284:10,23
  285:4
**internationally** 20:22
**Internet** 49:5 217:20
**Internet-published** 49:3
**internship** 45:3
**INTERPRETER** 5:16
**interrogate** 238:1
**interrupt** 111:8
**interrupted** 108:17
**interviews** 128:10
**introduce** 10:22
**introduced** 234:8
**invalid** 198:25
**invent** 265:3 281:4
**inverse** 77:21
**inverts** 77:15
**invest** 17:19,23 18:4 35:14
  84:14 112:21 119:3 120:21
  123:9 250:19 273:19
**investability** 251:8 254:3
**investable** 122:7 246:24
  248:21 249:7
**invested** 28:20,22 29:16,20
  112:11 123:2 272:20
  273:11
**investigation** 109:23
**investing** 17:3,16,18,20
  18:2 22:13 27:24 28:1,15
  30:6 31:13,17 34:11,24
  36:1 49:4,12 61:24 120:17
  120:20 249:9,13 253:13
  255:19
**investment** 1:7 2:7 10:11
  27:20 28:9 29:5 33:25 36:4
  41:20 44:5,6 46:3 47:5,16
  50:5,6,10,22 67:9 87:25
  106:15 107:22,24 108:10

Christopher Nohl
12/6/2021

15

110:7 118:4 120:10 125:24 126:1 153:2,21 154:23 255:22 271:15,21 272:13 273:14,16,24,25 274:10,18 274:20 275:11,14,19 276:6 280:12 287:8 292:3
**investments** 17:21 18:7,8 18:10,12 23:21 28:10 29:13 48:2 49:14 55:12 131:3 174:2 271:22 272:2 272:4 278:15
**investor** 28:17 67:2 112:20 119:2 120:8 126:16 129:22 221:5 250:11,18 253:1,2 253:15 263:13
**investors** 48:4 95:20 110:3 112:23 113:19 118:10 120:11 123:9 125:18 127:22 218:15 220:16 229:20 235:7,8 249:9,12 281:8,8
**investors'** 126:13
**invests** 47:14
**involved** 19:23 55:6 82:16 157:2 177:19 179:8 230:2 234:24 239:4
**iPads** 13:4
**Iran** 196:8
**iron** 86:9
**ironically** 92:5
**irrelevant** 66:10,12,22 67:9 197:14
**IRS** 139:14 140:23
**iso** 204:16
**isolate** 204:15
**issue** 76:11,18 100:19 101:19 197:11 256:4
**issued** 73:17 175:13
**issues** 62:4,6 90:19 136:21 209:11 253:16 254:5
**items** 135:7

**J**

**J** 1:16 2:17 3:8 6:7 7:12,16 11:13 138:2,18 139:5 288:17 291:4,17 292:2
**J-A-S-O-N** 12:4
**Jackson** 3:9
**January** 162:6 167:18,21 189:7 191:10
**Jason** 12:3 75:25 158:25 159:18 160:7,18,23 163:1 165:7 280:11,22 281:3
**Jean** 96:16 97:1
**Jeff** 252:25
**Jeffrey** 175:19

**Jersey/New** 227:25
**jewelry** 25:1,1,2
**Jim** 7:6
**job** 1:25 80:9
**jobbers** 57:23
**jobs** 80:20
**John** 7:8 249:22 253:4
**Johnny** 98:14
**Johnson** 9:7 115:5 116:15 116:22,25
**joint** 113:25
**Joliay** 282:21
**journal** 52:1
**journals** 51:21
**judge** 108:2
**judgment** 234:23 235:15 236:23
**July** 9:3 101:5,9
**jump** 123:14 203:6
**June** 69:24 70:16 175:13,14 175:15 181:8 186:6,6 188:12
**Jury** 109:22
**justifiable** 224:2
**justification** 218:12
**justified** 129:7

**K**

**K1** 140:13
**K1s** 139:17
**Kansas** 2:22
**keep** 39:6 122:13 208:13 244:10 287:25
**keeping** 228:9
**Keith** 149:22
**Keller** 175:19 214:4 215:10 215:12 232:7
**Keller's** 215:16
**Kelly** 144:4 145:3 162:9
**Kennedy** 86:18
**kept** 122:9,11
**Kerstetter** 7:7
**key** 256:22
**Kilbourn** 116:3
**kind** 25:12 31:15 50:23 65:4 104:16 110:5 116:6 126:1 126:12 128:12 145:1,1 191:3 202:7 204:11 205:15 208:21 211:15 237:22,24 248:2 252:5 270:22,25
**kinds** 62:3 112:25 113:9 131:25 202:23
**knew** 109:18,20 121:16,17 121:25 194:7 201:2,3,6 203:4 285:16
**know** 13:11 14:1,12 15:11

19:11 21:17,19,20,23 22:2 22:7 35:25 36:3 46:21 52:12 54:24 56:22 57:8 58:13 59:24 62:4 64:8 65:8 66:14 68:3,4 72:13,19 73:13 75:18 82:6 91:7,12 93:17 108:1 109:17,18 110:5,7,15 111:4,5,9 113:23 114:12 115:25 118:20 122:10,20 124:2,4 125:1,25 131:18 134:14 135:13 139:25 149:8,23 150:6,24 152:6 155:1 158:1 159:3,7,13,14,17,17 159:18 160:12,13,15,17,22 160:23 161:3,13,13,15 163:10 164:19 169:9 179:6 179:20 180:8,10 184:12 185:11 187:2 188:15 189:4 189:8,16 190:14,17 191:14 193:3,19 195:12,17,19,22 196:7,8 197:2,3,7,23 198:5 198:6,7 202:4,25 210:9,9 211:14 221:20 224:8 225:4 225:7 228:15,17,20,20 230:18 237:22 238:8 239:13,16,18,20 240:24 241:13 242:17,18 250:21 255:5 256:19 265:15 267:13 268:12 270:16 274:1 275:6 285:16
**know-how** 259:18
**knowing** 145:11
**knowledge** 17:12 159:16 195:9 212:12 221:20 290:2
**knowledgeable** 269:25
**known** 216:14 232:21 238:7 239:25
**knows** 230:4 249:8 251:7
**Kopecky** 7:6 133:24
**KS-CCR** 5:22 290:13
**Kuwait** 80:15

**L**

**L-A-P-I-D-A-R-Y** 17:9
**lab** 191:1,5
**lack** 235:3 242:9 248:21
**lacking** 270:7
**landfills** 79:7 98:5 222:6
**language** 103:5
**lapidary** 17:6,8 19:2 24:16 24:18
**Lapidary's** 24:22
**large** 29:25 30:13 43:5 78:17 87:21 125:24 131:2 167:9 204:6 247:14 250:24

269:19
**largest** 29:1 253:12
**Larry** 9:8
**lasted** 117:24
**late** 29:20 35:13 125:25 175:14 184:25 186:6 188:11 191:19
**late-stage** 255:19
**LAUGHTER** 19:13
**launch** 205:13 222:13
**launched** 224:15
**launching** 219:17
**Lauren** 144:4 145:3 162:9
**law** 3:19 46:7 204:1
**laws** 289:14
**lawyer** 171:1 203:19 245:1
**lay** 72:24 206:9
**layers** 35:8 265:6
**lead** 270:12
**learn** 60:18
**learned** 65:24 66:5 186:22 280:12,15
**learning** 243:5
**leave** 119:13 278:10
**leaves** 243:24
**leaving** 182:9
**led** 125:10,14
**ledger** 142:25 144:3,20 145:23 148:6 149:12 150:15,18 151:18 156:22 156:24 167:19
**ledgers** 143:25 144:12 148:19
**left** 177:16 185:25 186:3,19 189:6,22 206:24 282:7
**left-hand** 220:23 223:15
**legacy** 205:1 250:6
**legal** 5:12 10:17 185:7 210:10 279:8 286:13
**lend** 22:20 115:14 116:7
**lender** 178:13 183:20
**lenders** 62:11
**lending** 17:3 19:24 22:16,19 36:2,7 54:18 60:20 61:25 64:11 80:4 130:24 256:10 257:2 262:1
**length** 277:25
**lengthy** 46:18
**Leon** 267:1
**Leopold** 105:7,8,19 115:6,6 115:14,25 116:14,17,21,24 117:1,4,5 152:17 157:5,6 163:9 249:23
**Leopold's** 105:23 116:19 153:8 157:17,20
**Leopolds** 116:10

lesser 269:5 270:10
lest 177:16
let's 17:15 53:25 57:17
66:13 67:3 101:20 119:7
119:21 132:24 151:2 168:3
168:13 170:12 203:8 244:9
251:17 260:10 263:5,6
276:11 277:9 278:12 282:3
282:8
letter 135:25 220:15 221:5
letters 186:9 241:18
leverage 98:22 122:14 183:4
liabilities 89:10 214:23
liability 166:17
Liccar 138:2,18 139:5
151:20,21,24,25 153:6,12
153:13 158:16,21,22
159:11 160:2,3,4,6,16
161:10 162:17,22 163:17
280:11,22 281:2
license 24:19 42:19 210:22
210:25 211:3,6
licensed 42:16
lien 184:16 185:17 199:20
199:21
liens 200:10
life 51:15 191:6 197:5 219:1
lifespan 285:24
lifetime 17:21 243:4
liked 269:25
likelihood 38:5 112:4
158:10 235:5 243:13
likewise 277:13
limit 99:16,18
limiting 99:20 222:24
226:23
limits 99:19
line 9:4 109:5 112:21 147:19
150:17 223:17 236:4,5
292:4
lines 29:13 52:3
lining 125:20
lip 202:21
liquidated 63:9
liquidating 186:4
liquidation 63:12
liquidity 98:23 113:7 129:19
130:4,18 264:24 266:20
286:1
Lisa 3:20 7:5 11:2 15:23
287:13
Lisa@SECDefenseAttorn...
3:25
list 73:2 83:10 150:2 157:1
253:19
listed 73:18 142:20

listening 11:20
lists 48:3
literally 80:12 83:24 96:25
254:16
little 34:20 58:9 124:3
128:13 198:10 201:25
227:21 240:24 251:16
264:22 270:21
live 39:23
lived 191:3
LiveNote 2:21
living 17:19,23 18:2
LLC 1:8 2:8 3:19 8:16 9:6
10:11 28:11 69:16 70:8
176:19 181:25 185:3 214:2
292:3
LLC's 69:21 70:13
LLP 4:5
loan 27:3 28:24 29:2 37:6,7
37:9,9,25 40:13,17,20
41:16,21 55:20 56:13
60:25 65:14,21 116:23
117:5 178:12,13 184:19
194:23
loans 25:7,12,13,14,18,21
26:4,7,10,19 27:4,6,12,19
28:25 31:5,7,11,11 33:13
37:11,14 39:1,18,19,20
40:7,8 55:17 56:10 63:14
64:13 115:8 116:11 177:8
196:4
Lobe 280:14
locate 26:20 118:9
located 12:5 227:20
locations 3:1 4:1 5:1 23:20
49:1,8 191:8
logical 98:12,13 174:6,24
175:7 176:7 186:14 202:2
212:24
logically 176:9
long 79:20 81:21 100:6
117:24 135:4 176:10
183:17 255:25
long-provided 147:25
long-term 78:24 209:11
longer 64:22 80:10 97:12
112:14,21 116:10,23 117:5
139:17 212:5 234:14
250:14 259:8
look 13:11 40:21,21,22 41:6
56:6 59:12 60:2 61:2 62:21
63:5,7,15 64:16 67:15,21
67:22 68:9,18,18 73:2,8,23
79:9,15,22,22 80:13,19,19
83:21,22,22,23 84:12
85:24 86:2,15 87:17 93:10

94:7 95:10,12 96:12,12,15
97:4 98:18 99:12 114:21
115:25 117:8 131:12 137:4
140:5 142:24 143:24
144:12 154:1,5,19 159:8
165:11,21 167:19 168:13
169:4,7,11,12,13,13,22
182:20 196:10 219:5 220:4
225:6,22 228:16 229:3,25
230:22 231:22 237:5,16
239:22 245:11 249:12
255:24 256:1,14 260:16,19
263:5,6,15 265:16 266:14
267:12 281:15
looked 89:9,9 101:17 143:14
143:18 148:7 151:20 175:7
189:12 197:15 215:6
216:19 240:25 279:20
looking 16:5,9 61:10,11
64:2 73:7 107:19 141:2
146:11 148:2 164:19
185:23 191:8 221:23
223:14 224:2,10,25 226:13
226:14,18 227:14 228:5,6
228:7 229:21,22 235:24
238:3 261:11 262:18 268:3
looks 46:2 149:1 159:22
162:24 240:6 256:6 260:19
266:15 282:6
loose 30:17
Lori 1:24 2:19 5:20 10:19
103:25 225:14 289:4
290:12
lose 219:8
losers 98:4
losing 126:6
loss 74:22 75:3,9,21 76:12
154:17 167:12,13 178:20
179:16,16,17
losses 68:25 106:22 120:7
120:14 154:15 165:17
167:6,16 179:11 184:21
247:13
lost 28:12 30:23 82:19 112:5
112:5,8,10 127:20,22
lot 40:17 53:21 59:6 68:24
95:7 114:20 119:5 145:21
150:25 179:5 187:9,9
188:3 194:12 197:4 201:19
204:6 212:11 213:2 221:10
223:6 229:22 230:6 231:24
235:13,13 242:17 251:24
281:11 285:22
LOUDER 144:17
low 183:7,12
lower 99:19 153:11 222:25

223:15 232:20 258:7
lowest 72:22 96:4
Luis 267:1
lunch 127:7 132:24 133:3,13
Lyme's 185:13 190:3,4,6
202:24

---

## M

M-A-A-S-A-I 193:24
M.D 164:10
Mac 62:11
machine 187:20,22
Macquarie 256:13
mad 113:21
Madagascar 24:20
Madison 4:9
Mae 62:11
magnified 130:3 131:9
magnitude 111:14 126:22
269:19
maintain 199:3
major 32:12 79:7 80:17
187:15 256:7
majority 171:11,13 185:22
284:13
making 46:13 81:5,5 83:3
111:19 116:23 117:5
120:13 121:10 159:23
176:18 182:17,24 221:21
221:21 230:1 238:14 248:7
270:10 280:22
manage 20:3
managed 19:18 29:12 283:7
management 89:17 93:21
94:2 99:17,23 114:1
118:14 137:19 141:5,19
142:2,22,22 143:20 144:1
144:4,13,21,25 145:2,7,8
145:12 149:4 153:12,14,24
160:7 166:19,23 171:6
173:10,19 216:24 217:2
228:7 229:18 246:15,22
249:1,19 251:5,22 258:4
261:14 262:14,15,16,20,22
262:24,25 263:11,21 264:9
266:8,21 267:24 268:16,18
268:19 271:13 272:15,21
273:9,17 274:14 275:22
276:15 277:12 279:15
280:7 283:11,20 284:7
287:23 288:2
management's 226:22
manager 45:20,25 46:5
48:11 253:4,5
managers 48:5 59:10
154:25 283:10

**managing** 35:2 110:4 138:21 139:1 149:6,10 150:9,11 151:9 154:6,7,9 154:13,20 165:12,14 166:12 167:4,10,12,23,25 171:5,16,21 173:5,8,11 188:16 200:18 284:17
**mandatory** 139:16,22
**maneuver** 264:22
**manner** 215:18
**mantel** 106:4
**manuals** 52:15,24 53:2
**manufactured** 58:22
**manufacturing** 25:2
**manure** 85:5
**map** 219:16 223:14 227:11 228:16 230:12
**March** 100:4 108:5 118:3,10 123:7 129:11 192:22 198:15 199:1 278:14 282:25 283:16
**margins** 264:24
**mark** 105:7,8,19,23 111:24 115:6,25 116:14 117:1,4 117:19 133:18 142:7 147:23 152:17 153:8 157:6 157:17,20 249:23
**mark-to-market** 158:20
**marked** 9:18 101:21 106:5 112:3 133:19 158:1
**market** 8:19 24:12 30:17 44:3 60:2,16 61:7,17 63:15 67:22 68:20 83:14,24 88:13 91:2,4,10 92:10 96:7 98:8 99:15 113:10 114:7 152:21,23 216:16,23 217:7 218:10 219:2,22 220:8,10 220:21 221:2,6,22 222:25 223:2,23 224:20,22 225:9 225:19 226:4,10,25 227:2 229:13 256:21 261:18 272:3,13 273:25 274:9 278:1,3
**market-comparable** 61:20 67:21
**marketability** 98:21 249:14
**marketed** 207:21
**marketing** 52:16 208:1
**markets** 30:11
**married** 19:9 189:20
**Masai** 193:4,5,22,24,25 194:1
**Massachusetts** 86:16
**massive** 97:13
**massively** 130:6
**master** 132:7 178:7,21,22

178:23
**master's** 160:18
**match** 201:21 242:1
**matched** 145:8
**material** 146:9 204:13
**materials** 149:22 204:14
**math** 78:3,4
**mathematical** 78:2 153:18
**mathematics** 77:11
**matter** 10:9 37:5 70:19 128:25 145:11 174:19 195:8 204:5 217:11 255:4 261:16 262:6 285:9
**matters** 165:2 255:20 262:12
**maximize** 183:4
**May-to-early-July** 182:3
**McMahon** 7:21 8:4 15:20 16:10 57:6 69:18 70:10,20 71:3 78:1 104:14 106:18 128:4 213:15 246:2 254:13 257:13 258:15 263:23 272:12 281:13
**McMahon's** 71:6,20 77:6 83:6 90:23 91:15 94:11 96:1 100:22 107:8,15 108:7,12 258:19,20 259:21 272:1,10,23 273:21 275:17 275:20
**mean** 16:8 21:22 22:5,7 27:5 29:22 33:14,20,22 37:20 38:15 41:22 45:24 50:19 52:22 60:13 72:1 91:3 93:5 98:12 100:12 105:25 106:21 112:16 114:19,22 117:7 119:14,23 123:24 131:17 135:6,21 168:10 171:25 199:3,19 203:6 208:12,13 210:5 213:12 251:24 257:17,19 258:20 269:23 276:14
**meaning** 13:4
**means** 48:12 93:20 103:8 112:17 114:9,20,23 176:4 188:7 259:7
**meant** 77:22,23 102:22 109:15,21 130:24 199:10 199:20 231:2 241:9 267:9
**mechanical** 156:14
**mechanism** 286:17
**media** 251:25
**medical** 44:25 45:1 189:20
**medication** 13:18,22
**meek** 261:16
**meet** 46:4,9,16 59:8 116:24 190:14 285:25

**member** 138:22 140:17 150:9,11 154:9 165:12,14 166:12 167:4,10 173:8
**members** 110:4 139:2,19 140:2 141:25 142:1 149:6 149:11 151:9 166:16 167:13,14,23,25 171:5,16 171:21 173:5,11 188:16 263:20 266:21 284:13,17 284:20 285:2
**members'** 139:23 154:6,7 154:13,20
**memory** 15:21 86:14
**mention** 108:19,20
**mentioned** 38:7 40:6 42:3 74:14 81:18 141:12 188:24 199:17 203:23 215:9 221:4
**mentors** 37:23 38:8
**merchant** 20:1,16
**merchants** 23:16
**Merelani** 193:6
**message** 116:6
**metal** 86:7 198:21 224:6
**metaphysics** 51:19
**method** 72:22 91:18 92:6,9 92:14,20,24 93:1,19,19 94:1,12,16,17,18,19,20 95:1,25 98:19 99:5,6 100:10,12 174:15 226:17 227:4,7 243:3,16 245:5,7,7 248:2,3 258:16 259:22 260:23 289:12
**methodology** 16:9 61:13 139:15 140:7,23 284:4
**methods** 39:7 62:1 252:8 254:14,16 258:23
**metric** 21:7 86:13
**metrics** 38:4
**mezz** 94:22
**mezzanine** 108:16 109:10 110:22 111:23 112:5 125:11,14 131:1
**mic** 172:24
**Michael** 4:6 5:7 11:4,20 111:10 128:17 138:2,18 139:4
**middle** 12:3 259:24
**Mike** 144:8 239:19
**milestone** 80:18
**milestones** 256:23
**millennium** 29:21
**million** 21:7 29:3 30:2,4,24 31:6 66:14,16 82:9 84:2,20 84:21,24 85:18,19,21 86:21 87:1,5,14,16,25 88:1 88:17 89:25 92:9 96:25

112:6 115:15 116:1 121:21 127:2 159:10,11 161:11 168:17,18,20,23 172:3,8 177:13 183:24 187:17,17 187:25 192:9,13,25 194:2 194:5,8,18,19,23,24 195:25 196:16,19,24,25 223:4,22,24 224:23 225:21 226:2,5,24 227:13 276:7 280:16 281:21,22
**million-and-a-half** 280:17
**million-dollar** 115:2 196:1
**millions** 96:18,20 119:18 257:21,22
**Milwaukee** 12:7,8 227:21
**mind** 34:13 50:25 117:9 120:25 176:6
**mind-set** 62:20 120:24
**mine** 105:15
**mined** 194:12
**mineral** 49:1 192:13,19,21 193:8,22 194:2,9,24 196:16,19,25
**mineralogical** 49:8
**mineralogy** 49:7
**minerals** 17:5 24:23 171:9
**mines** 24:20
**minimize** 99:2,2 179:10
**minimizes** 178:10
**minimizing** 184:21
**Minnesota** 32:16 36:18 60:22 132:6
**minor** 32:12
**minus** 141:9
**minute** 83:9 204:2
**minutes** 53:24 74:2,24 255:5 282:7
**misdiagnosed** 202:25
**mislead** 275:6
**missed** 212:16
**mission** 218:19
**mistake** 78:15 84:10 109:14 127:25 128:3 169:8
**mistakenly** 246:6
**mistakes** 132:5 155:4
**misunderstood** 150:5
**mobile** 162:6 190:10
**mobilization** 265:11
**model** 68:25 69:2 80:1 94:25 97:8 214:17 227:18 228:3 240:16 241:21 242:22 246:23 249:25 259:21 261:15 288:3
**modeled** 250:17
**modifications** 62:12
**Mohsen** 9:9 73:17 83:2,17

85:2,25 86:3,11,17 87:6,10
89:20,24 90:13 95:22
110:12 112:12 113:1 118:3
119:25 121:2,12 122:8,8
126:23 152:8,11 156:12,18
157:3 175:18 178:17,18
180:17,20,25 181:11 185:3
185:12 186:10 187:5,5,9
190:2 193:9 196:2 197:17
197:19 200:18 201:3,3,15
201:25 202:1,9,18,18,21
210:19 211:4 212:2 215:2
215:20,23 222:20 232:7
238:24 239:4 241:15
250:22 264:14,25 269:17
270:11 277:21 283:9,12
**Mohsen's** 85:3 86:22 87:15
87:24 89:20 201:16,19
204:16 242:9
**molecular** 32:13
**moment** 23:1 106:13 124:12
271:12
**MOMENTARILY** 26:14
195:2 219:10
**Monday** 1:17 2:18 10:2
288:20
**money** 26:7 27:7 30:3,21
84:23 88:11 90:8 99:22
115:11,17,21 116:8,8
119:3 129:21 158:5 182:7
185:8 195:24 227:24
234:19 240:1 264:17
265:12,17 281:11,12,18,22
283:15 284:1
**MONITOR** 261:7
**Monona** 253:5
**month** 240:25
**months** 45:4 60:6 67:25
95:9 125:21 127:1 145:17
145:19 146:13 150:22
191:21,21 192:24,24 194:6
249:24
**morning** 6:2 10:3 11:24
**Morris** 142:8 147:22
**mortgage** 31:2,3,9,9,11
36:22,22,25 37:10,14,19
39:18 40:7,13 41:21 42:4,6
42:16 52:21 53:3,17 54:18
55:17 65:25 66:5 180:1,1
**mortgages** 60:23
**motion** 279:15
**MOTIONS** 6:12
**motors** 92:7,9,11
**mountain** 117:17
**mouth** 190:10
**move** 27:7 80:23 195:16

**moved** 172:22 279:19
**movement** 177:12,14
**moving** 95:8 163:6 205:13
215:18,25 235:4 240:6
**mrichman@Steinhilbers...**
4:11
**MRT** 83:22 86:7 87:17,18
221:22
**multifamily** 29:5 208:23
**multiple** 24:3 52:12 60:15
77:15 78:20 106:1 119:17
145:24 163:10 188:11
202:14 217:21 227:9
230:19 252:6,6,7
**multiplied** 167:12
**multiplies** 77:19
**multiply** 142:21 154:2
**multiunit** 208:17
**mystery** 184:22

_____

## N

**N-O-H-L** 12:4
**N.A** 8:11
**name** 9:20 10:17 12:1,3,4,10
21:13,16 57:1,9,18 207:22
207:23 208:4 209:18
214:21 233:3,6 247:20
283:12 286:24 290:8
**named** 86:18,18 132:7
289:16
**names** 285:16
**Nancy** 5:13 10:17 170:14
**narrative** 241:10,12,19
250:8 263:10,14
**narrows** 259:1
**NASDAQ** 44:11,13
**National** 290:14
**Nationally** 289:5
**natural** 204:12
**naturally** 249:15
**nature** 29:5 35:17 38:3
134:9 171:9 259:12 288:2
**nature's** 177:16
**NAV** 9:4 140:3
**NDA** 59:24
**near** 242:2 268:22
**nearly** 60:25 150:13
**necessarily** 79:17 104:17
131:17 241:7
**necessary** 94:9 113:16,22
121:20 122:11
**neck** 190:9
**need** 14:10,10,11 15:9 21:15
21:21 72:5,13,16 73:13
74:5 80:22 101:18 107:3
108:25 109:5 113:20

122:24 169:22 180:17
182:20 195:14 204:2 219:6
220:3 230:22 237:23
255:25 266:2 268:9 281:15
**needed** 75:24 90:8 117:12
117:15 118:4 122:21
152:19 222:12 242:8,11
250:5 264:16 270:14
284:14
**needless** 179:11
**needlessly** 264:20
**needs** 23:10 132:19,20
149:16 224:8 265:22 270:4
**negate** 259:12
**negative** 57:3 64:24 155:1,2
167:21
**neglect** 267:1
**negligible** 183:7
**negotiate** 178:21
**negotiated** 111:1 192:16,18
277:20
**negotiation** 229:1
**negotiations** 229:18
**neither** 95:14
**nepotism** 270:9
**nervous** 181:12
**net** 64:2 65:8,16,17 67:1,1,4
67:10,13 68:22,25 138:15
138:24 139:2,5,6 140:7,20
141:3,8,20 142:19 152:24
154:10,25 158:5 166:13,14
166:16,17,18 168:1 228:6
247:13 271:17
**network** 195:16,18
**networks** 20:2 23:16
**never** 43:8 67:7 74:9,10
79:25 80:1 95:17 130:13
134:13 157:23 179:7,7,22
180:2 181:1 185:8,24
187:24 208:16 233:22
238:24
**new** 16:3 29:21 61:6,14
89:21,21 119:15 121:20
126:16 129:22 138:19
155:12 162:13 165:9 166:4
166:18,19 167:14 177:1
186:23 188:7,7 190:24
191:13 193:12 197:14
202:23 205:4,13 206:14,19
209:9 210:8 218:13,13
224:6,15 227:24 228:9
237:13 239:3 242:4 246:22
250:3,3,11,14 262:25
263:8 264:6,20 265:3,4
267:16 279:5,6 280:12,14
280:18 287:23,24,24

**newly** 111:1
**nice** 135:23
**Nicholas** 193:2 194:4,19
**Nick** 9:8
**night** 102:4,11
**nine** 43:3,10,11 146:13
150:21
**nitpick** 78:14
**nod** 14:20
**nodding** 14:15
**Nohl** 1:16 2:17 3:17 6:7 7:10
7:12,16 10:9 11:3,13,24
12:2,4 24:1 48:23 54:7
102:2 103:20 133:13
134:20 136:3,11,15,19
137:4 149:25 157:9 170:24
173:23 203:16 225:18
244:24 258:11 260:8
276:11 277:9 282:17
288:15,18 291:4,17 292:2
**Nohl's** 132:9 137:12
**non-cash** 143:5 144:19
171:8,21
**non-participant** 278:1
**non-profit** 253:13
**nonowner-occupied** 29:6,8
**nonsensical** 260:15
**Nordlux** 80:22
**Nordlys** 241:18 257:21
**normal** 111:16 112:19,19
238:10 264:5
**normalized** 65:5
**normally** 41:12 165:5
178:11
**Northfield** 32:15
**notated** 217:3
**notations** 221:1
**note** 9:18 175:10,23 176:4,7
176:15,17,23 177:20,25
179:3 180:7,22 181:19,25
183:7 184:10,24 185:18
186:15,17,25 187:3,13
192:8 196:1 205:6 227:15
231:7 232:12 233:13 237:1
240:22 241:8
**noted** 151:23
**notes** 12:19,21 25:13 115:23
137:6 156:3 179:5,6
182:18 216:24 219:19,21
223:5 237:21
**notice** 161:9
**noticed** 161:13 162:8,9
**Notre** 160:19
**November** 84:3 137:1
191:10
**Noyes** 75:25 158:25 161:5,9

162:3 280:11,22
**nuances** 152:20
**number** 7:13,17,22 8:5 9:19
10:13 20:20 26:15 32:22
45:3 64:12 90:11 95:8
112:2 142:21 143:12
148:21,22 150:15 153:10
153:12,12 159:5,10 160:6
160:8 161:4 163:7,10,25
168:2 169:23 170:2 178:19
183:23 217:24 226:15
245:21 249:24 252:1 274:2
286:23
**numbers** 74:14 130:2
138:23 142:15 145:16
150:17 155:8 156:21 157:6
157:11 160:15 161:20
162:21 163:18 165:21,22
166:5,10 170:1,2 223:19
224:19 225:8 228:22 229:7
**numbness** 189:6
**numerous** 33:23 75:22
146:15,16 206:23 247:17
253:17
**Nutrients** 84:1 218:7 221:24

**O**

**o'clock** 127:9
**O-K-A-N-J-O** 55:2
**Oak** 191:4
**oath** 11:11,15 291:13
**oaths** 289:8
**object** 123:21 125:1 134:12
274:4 277:4,5,6,7
**objection** 275:25 276:1,17
277:3
**objections** 277:1 289:20
**obligation** 113:16
**observe** 190:20
**observed** 271:5,10 285:21
**observer** 11:6
**obsessed** 132:15
**obstacles** 249:11
**obtain** 110:11
**obtained** 200:14
**obtaining** 47:9
**obvious** 117:12
**obviously** 160:12
**occasionally** 153:6
**occur** 256:2,3 284:15
**occurred** 81:1 108:2 154:17
185:24 226:9
**occurring** 28:10 84:19
187:13 229:2,18 231:18
**occurs** 37:25 47:25 165:20
166:11

**October** 206:2
**Odor** 209:19,21,22,24,25
210:4
**odor-block** 209:4
**odor-blocking** 208:10
**odors** 207:3
**offense** 281:14
**offer** 59:17,19 66:13 176:18
178:9,14 180:10 181:17,20
181:22,24 182:1,7,8,12,14
182:17 183:2,8,20,21
184:24 232:13 291:12
**offered** 26:24,25
**offering** 192:25 218:13
230:11 241:13 283:17
**offerings** 55:4 229:24
**offers** 84:13 238:14 240:2
**office** 73:19 75:12 116:5
270:16 290:17
**officer** 56:13
**oh** 48:21 83:12 102:9 108:21
130:10 151:12 164:2,8
172:4 220:18 247:20 275:6
**Okanjo** 55:1
**okay** 13:17 15:2,17 17:15
19:4 22:18,21 23:21 24:7
33:16 34:15,23 36:15 37:9
38:7 40:6,10 41:13 43:7
44:21 47:20 48:6,6 51:12
51:22 53:2 54:23 55:14
56:14 57:17,20 58:3,10
66:21 69:11 70:18 71:1,9
71:17,23 72:1 76:11,23
77:9 80:14 81:11 87:9
90:18 91:9,14,24 92:18
93:24 99:3 100:9 101:14
102:12,16 103:9,12,20,24
105:8 106:5,12 107:13
115:12 116:1,9 117:4
118:8 127:5,14 129:10
132:16,23 134:25 142:3,9
143:18 150:21 151:11
157:9 162:16 164:16
170:12,17,24 171:11,14
173:3 175:17 183:25 192:8
195:6 199:24 201:12 208:5
208:25 210:2 211:21
213:23 214:3,9,11 215:4
216:18 219:5 220:10 221:4
223:14 224:22 225:17
227:4 231:5,11 234:1
235:22 237:6,9,13 241:2
243:9 244:11,12 245:24
247:7 259:19 260:2 261:9
261:24 262:10 263:5
264:13 270:17,17,18,20

273:7,23 274:3,6 276:25
276:25 278:18 282:1,1,9
282:10 283:13 287:5 288:9
288:11,12
**Olaf** 32:15
**Olaf's** 32:21
**old** 3:21 222:9 249:22
268:18
**older** 189:15
**omit** 108:24
**once** 63:5 64:8 72:18,18
74:14 80:8 116:24 121:4
121:12 138:19,19 141:22
141:22 142:19 158:8 167:3
184:23 188:16 227:15
232:13,13 279:21 284:17
**one's** 85:25
**one-and-a-half** 66:15
**ones** 49:7,11 52:10 114:13
179:24
**ongoing** 37:25 39:5 219:22
221:10
**Ontario** 80:14 177:15
**open** 13:1 185:25
**opened** 268:2
**operate** 250:21
**operated** 24:20
**operating** 68:25 111:1 114:3
122:6,9 138:7,9,10,20,20
141:12,14,16,17,22,24
149:7 154:13 165:5 166:1
166:24 172:16 173:7 205:2
216:11 247:13 249:2,3,25
261:14 283:22 284:10,12
**operation** 24:22
**operational-type** 89:16
**operationally** 114:9
**operations** 20:9 172:10
174:12 214:5 281:23
**operative** 166:25
**OPERATOR** 10:7 11:10 54:2
54:5 103:14,17 133:1,10
170:15,18,21 203:10,13
244:12,21 282:11,14
288:12
**opinion** 50:16 69:20 70:12
71:14 74:20 75:19 81:11
81:14 84:17 88:2 94:15
95:24 98:6 100:10,15
109:3 124:23 157:15,24
174:1,21 175:4 195:7,11
211:17,18 212:7,21 213:7
213:21 214:4,12 215:5,9
215:13 236:16 245:4,9
247:4 248:9 277:25
**opinions** 69:17 70:9,18,19

70:22 71:1,2,5,19 77:5
78:12 81:16 83:5 90:22
91:14 100:21,24 106:19
108:8 124:10,13 128:4
173:24 174:17 212:14
245:4 281:13
**opportunities** 43:15,17,21
43:24 44:15 96:15,18
201:22 265:4 267:17
**opportunity** 26:20,23 97:23
100:2 203:2 211:25 222:23
246:10
**opposed** 14:19 37:19 38:14
40:12
**opposite** 184:5
**optimistic** 235:10
**optional** 139:16 140:24
**options** 44:1,2,3,4,4,8,9,9
44:10 108:15,23,23 109:2
110:24 112:3,12 113:3,17
129:14 158:4,5,6,10
265:15
**orange** 225:24
**oranges** 265:25
**Orchard** 3:21
**order** 46:9
**ordered** 60:24 110:17
**ordering** 61:5,14
**ordinary** 180:4
**organic** 85:6 206:13 225:1,3
**organization** 36:19 38:12
73:20 75:13 122:5 175:21
269:8 271:2,4
**organized** 135:22 283:22,24
**origin** 24:25
**original** 101:4 151:22
165:20 224:12 228:16
**Originally** 19:23
**originated** 28:24 31:5,7
**origination** 19:23 36:13
38:23 52:15
**originator** 28:24
**originators** 37:6,9 38:1
**Osceola** 84:2
**oscillations** 260:17
**outcome** 174:4 257:9
262:15,17 281:9 290:6
**outcomes** 93:15 243:1
**outgrowth** 204:12
**outlier** 243:13
**outside** 18:3 20:9,14 21:18
21:19 23:3,7,13,21 24:13
25:17 28:6 33:17 34:18,24
41:20 43:2 53:8,15,16
54:20 55:14,16 75:1
**outstanding** 26:10 178:16

over-optimism 237:20
overage 143:12
overall 67:15 106:25 145:14
    234:5,9
overhauled 210:6
overlap 27:1
overlooked 237:19
overly 93:5,6 235:10,11
overpayment 143:9
oversight 159:21
overstated 272:16 273:10
    274:15 275:23 276:13
    277:11,13,18 280:16
overweighting 76:16
owed 173:10 178:17
owned 23:19 40:12 52:11
    75:4 176:21 194:23 196:15
    199:4,17,25 200:4,7 202:6
owner-occupied 39:24 40:4
owners 56:19,20 59:11
ownership 55:15 156:16
    200:14 227:12 249:1
owns 73:1,25 116:17 176:23
Oxford 32:23
oxygen 206:12

**P**

P&L 138:5
P.M 1:18 103:15,16,16,18
    133:2,3,7,11 170:19,20,22
    203:11,12,14 244:13,14,18
    244:22 282:12,13,13,15
    288:14,19
package 46:18 267:9
page 6:2,3,4,10,16 8:20 9:11
    137:13 147:14 151:3
    219:24,25 220:7,25 223:15
    224:19 228:18 229:7
    230:17 245:12,21,22,23
    254:9,12 261:6,7,12 292:4
pages 6:19 7:11,15,19,24
    8:7,13 52:22 247:8 289:24
paid 8:19 38:13,15,17
    141:11 143:6,8 145:12
    149:12 155:7 156:1 162:12
    171:5,6,12 172:1 177:6
    205:9,11 240:1 257:20,22
    276:2 281:11
pains 99:9
Paladin 88:6,24,25 89:18
    176:21,23 177:3 185:5
    188:20 204:22 230:9
pandemic 12:13
paper 87:3
par 265:23
paragraph 248:15,16 254:10

261:12
parallel 63:18 87:19
paralysis 189:21,23 190:8
    191:15
parentheses 223:22
parsed 205:21
parsing 104:19
part 23:17 55:3 57:16 60:20
    90:12 100:5 102:18,19,21
    103:4 104:6,12,17 105:18
    105:19 106:3,9 109:14,22
    110:9 117:22 125:3 129:4
    132:19 144:5 200:24 224:7
    229:8 230:1 231:15 247:10
    248:14,15,25 250:20 267:1
    286:21
partial 86:21
partially 22:15 127:21
participants 5:3 248:22
    278:2
participate 152:23 154:14
    167:5
participated 180:12
participates 249:4,8 251:6
participating 191:12
participation 165:16 172:17
particle 204:11,11 205:22
    211:23 217:20,25 219:20
    225:25 226:7,25 227:3,5,8
    227:12,16,19 242:5
Particlization 177:4 203:22
    204:20 206:9 210:22
    211:10,19
particular 12:8 26:3 56:20
    125:1 139:4 142:20 149:7
    224:17 239:6 249:17
    286:21
parties 5:3 100:6 145:25
    176:13 177:19 205:21
    236:1 244:3,4 290:4
partner 257:25
partnering 258:6
partners 130:9 253:5
parts 247:9
party 42:1 47:18 71:12
    226:12 285:6
pass 162:3
patent 73:19,25,25 74:14
    75:11,11,15 82:10,24 85:3
    85:3,17 121:20 198:11,17
    199:13 200:22 201:17
    227:10
patented 86:3 200:25
    261:17
patents 73:17,21 74:10
    186:23 198:12,18,22,25

199:3,8,16,18,23,24 200:3
    200:6,19 259:18
path 93:13 211:15
pattern 121:11 131:12
Paul 9:9
PAUSE 23:23 83:11
pay 30:15 41:23,24 56:6
    120:10 195:15 214:25
    234:20
paying 30:19 37:4 38:14
    185:21 263:12
payment 19:25 64:4 144:13
    144:14,25 145:1,2,18
    150:9,10,12,14 185:8
payments 144:21 150:19
    171:16,23 172:13 173:5,14
    173:20
payroll 30:15,19
PCB 177:15 187:16
Pech 5:4 11:8,8
peer 254:25
peer-reviewed 50:11 52:1
penalty 291:5
pending 10:11
penny 132:11
people 30:20 41:12 48:1
    56:1 57:1 58:8 73:4 84:11
    94:5,6,7,7,10 98:5 110:12
    113:15 117:19,21 119:9
    120:10,17,19,20 124:22
    132:5,15 146:16 148:17
    152:22 203:4 204:6 208:19
    208:23 210:18 213:19
    214:21 222:3 235:25 239:9
    239:9 250:21 252:2,6
    257:20 267:13 269:8,10,12
    269:13,23 270:15 271:3
percent 55:7 84:6,8,13,22
    85:7 86:8,24 92:12,23 97:1
    112:10 141:5,20 142:2
    148:21 149:10 154:2,10
    165:3,12,15 167:1,1,11
    178:12,13,16 179:3 207:17
    232:17 236:4,8,9 241:5
percentage 84:19
percents 231:22
perfectly 14:22
perform 142:16 150:22
    234:1 269:10
performance 229:22 246:7
    256:22 261:13 262:6,11,14
    266:14,15
performed 76:7 82:21 106:4
period 26:1 30:22 34:18,19
    55:24 81:21 96:1,17 100:6
    110:16 126:2,17 153:21,23

155:24 156:21 158:3 182:4
    182:5,19 185:13 228:17
    232:15 259:8 273:16
    278:13
periodically 156:11 166:4
    166:21 220:22
periods 268:21
perjury 291:5
Permian 187:23
permissible 286:16,20
person 40:25 41:11 58:6
    116:16 120:13,24,25
    165:23 179:6 207:20 230:2
    249:4 254:21 270:15,20
    271:1
personage 286:13
personal 29:23 35:3,8,10
    46:11,14 72:9 98:6 195:21
    195:22 196:5,6 197:18
    198:6 212:11,15 213:3,5
    213:10,24 251:12,18
personally 192:6 211:4
    213:18,19,20 253:24 274:2
    274:5
personnel 200:17
persons 253:23
perspective 257:5
Perusing 134:18 147:2,13
    147:25 220:6
pervade 270:4
pervasive 253:20
pessimistic 235:11
phase 80:24,24 255:10
Phelps 82:21
Phil 82:5 89:23
Philip 9:7
philosophical 51:18,21
Philosophos 249:22 253:4
    253:22
phone 3:12,24 4:10 24:3,11
    147:9 172:22,23 190:12,21
phones 13:4
phonetic 132:7 209:21,22
Phyllis 248:25
physical 18:6 63:6 66:15
    144:14 171:9 177:11,22
    185:16 187:14 227:14
physically 12:5
picks 92:5
piece 61:21 82:3,4 87:3
    97:13,16 128:13 192:23,25
    193:2,4,16,18 194:6,7,10
    195:15,16
pieces 66:18
Pierre 282:21
pigment 86:12,12

**pioneered** 231:12
**pipeline** 96:16 97:1
**Pitch** 217:18
**PitchBook** 255:9
**place** 12:12 68:18,18,20
71:25 77:14 79:3 97:7
119:9,20 167:18 198:14
230:8 234:18 270:1 286:17
**placement** 20:15 23:19
**places** 107:11 119:16 123:9
267:13
**plaguing** 89:14,15
**Plaintiff** 1:5 2:5 3:3
**plan** 111:8 112:14 113:2
122:1 191:25 192:1 196:13
196:20 198:8 215:24 216:9
226:16 250:22 263:8 267:3
279:14
**planned** 176:1,5
**planning** 19:21
**plans** 85:17
**plant** 80:14,15 84:1 85:17
87:13 177:11,12,15 187:17
187:17 218:7 221:24
227:20 249:25 250:2
**plants** 80:8,15,21 187:15,18
200:18 201:11 205:2
226:15 227:19 228:1
256:11
**platform** 49:19
**platforms** 216:17
**play** 50:6 244:7 275:1
**played** 264:25
**player** 263:17,18 264:25
**player's** 263:16
**playing** 46:12
**please** 10:21 11:11,25 13:14
14:12 15:4,14 83:9 270:19
**Pleroma** 28:11
**plow** 186:18,18
**plus** 104:24 106:6 143:5
154:22 155:12 158:19
167:1 188:3 207:23 208:3
208:8 209:24 216:22
223:22 226:9
**plutonium** 204:15
**point** 14:10 15:9 73:13
79:25 80:1,10,16 85:14
92:4 98:7 99:4 113:24
117:1,16 122:9,22 127:4,7
127:11,13 112,17 136:10
149:23 153:15 165:10
166:3 184:1 186:24 190:11
190:20 200:13 202:10
210:8 224:18 225:10
228:13,23 229:17 230:16

232:16 245:25 247:8,12
250:1 258:13,19 259:20
260:9,15 262:4 279:22,23
282:25 286:7
**pointing** 276:4,8
**points** 232:24
**pollutants** 204:17
**pollutants** 89:16,17 117:10
**poor** 89:16,17 117:10
**populate** 149:4
**portable** 187:21
**Portal** 2:15 3:5,18 4:4
**portfolio** 29:19,22,23,25
30:1,7 35:3,3,10 43:5
45:19 48:5,11 99:14
106:24 107:1,4 118:17
130:8,19,22,23 131:13
253:14 271:15,21 276:13
277:11,13
**portfolios** 28:7 35:4 243:15
**portion** 43:5 52:6 53:7
130:21,22 202:12 247:14
248:22 267:3,5
**portions** 250:24
**pose** 64:15
**position** 52:15 75:23 76:18
89:4,6 99:5 107:6 151:10
152:4,20 153:1,4,16,20,20
154:1,3,18,24 156:15
157:10,17 158:7,20 159:9
159:16,20 160:8 165:3,13
165:19 167:7,9 188:17
200:17 223:11 262:5 283:2
284:18
**positioning** 197:21
**positions** 107:22 108:11
111:11 163:10 217:5
285:25
**positive** 181:10
**possibility** 234:22
**possible** 39:4 61:8,9,14
63:18 184:20 200:23 204:8
218:17 235:10
**possibly** 280:2
**post** 84:23
**post-money** 85:19
**potency** 111:1
**potential** 58:5 74:11,12
77:12 83:4 169:19 179:16
228:7 229:19 246:9 250:18
256:4 262:16 284:4 285:13
**potentially** 119:12 259:8
264:1
**power** 94:22 250:24
**practical** 31:16 33:22
**practice** 286:9
**practices** 38:3 39:10 246:17

284:21
**practitioner** 254:22
**practitioners** 248:17 252:13
**pre-development** 87:3
**pre-money** 85:20 221:11
222:22 224:14
**pre-revenue** 87:2
**pre-stabilization** 119:18
**preceded** 249:2
**precedent** 99:16 114:8,18
**precision** 92:16
**preclude** 249:9
**predicate** 275:14
**predicated** 110:22
**predict** 92:7
**predictable** 130:22
**predicting** 99:10
**predictions** 40:22
**predominantly** 33:14 73:7
139:12 151:17 152:15
255:8
**preferred** 99:10
**prejudice** 107:1 110:15
128:12
**premium** 98:22 235:21
**preoccupation** 104:20
107:11
**preparation** 16:15 217:10
221:8
**prepare** 15:17 16:11 142:5
151:13 164:25
**prepared** 69:19 70:11 76:13
77:2 102:25 104:11,25
105:3 115:23 142:12
217:13 240:3
**preparing** 16:7 137:22
142:10,11 151:16 163:16
237:14 240:12
**prescription** 141:19
**present** 5:3 27:2 43:2
**presentations** 252:8,23
**presenting** 218:25
**preserve** 269:2
**preserved** 250:8 279:13
**preserving** 250:20 263:14
279:14
**pressure-based** 85:12
**presumably** 199:4 207:20
**presume** 123:20
**presumed** 227:11
**presumes** 95:2 149:20,20
**presuming** 229:10 233:21
**presumption** 124:6
**pretend** 126:3 273:12,13
**pretty** 24:24 210:15 255:4
260:18

**prevent** 13:19 131:24
**preventing** 90:14
**previous** 21:22 103:25
**previously** 52:21 53:12
101:21 133:19 207:16
208:25
**Pribus** 9:8
**price** 120:11 194:21 232:14
284:19,25 285:7 287:9
**prices** 8:19 194:9
**pricing** 33:25
**primarily** 18:1 19:19 22:15
26:8
**primary** 207:4 285:3
**principal** 64:14 239:5
**principle** 205:5 234:7
**prior** 8:18 37:23 140:1
153:20 165:8,23,23 184:8
196:12 205:16 206:16
217:8 218:21 239:1
**private** 42:22 43:18 60:7
62:11 77:13 108:15 152:16
163:9 249:5 253:6 254:13
257:5,7 284:10,23 285:4
**privately** 52:25
**pro** 154:14 167:11 226:14
226:19,19 250:3
**probabilities** 231:18
**probability** 231:6,13 232:11
232:15,19 233:19 234:2,3
235:12 236:25 240:21
241:6,25 242:24,25 244:1
244:8
**probability-of-failure**
235:17,23 236:13 237:14
240:12,16 242:15,22
243:17
**probably** 14:1 33:6 37:7
52:10 87:11 115:25 132:23
194:9 227:21 239:19
**problem** 60:24,25 61:2
84:17 93:6 112:19 121:12
121:13 122:3,4 130:11
198:4 201:20 208:24 209:3
249:18,18
**problems** 97:9,11 121:4
122:5,21 123:5 201:14
208:18 251:14 263:7
270:13
**procedures** 46:20
**proceed** 27:2
**proceeding** 176:5 232:9
239:25
**proceedings** 6:1 12:12
23:23 83:11 289:25
**process** 83:18,19 85:5,10

85:10,25 86:8 94:24 98:3
121:9 162:13 165:20 174:5
175:22 180:11,13 181:8,11
182:6 187:23 200:25
201:20 209:9 210:14
214:16 215:2,17 216:7
231:12 232:6 234:25 235:4
243:23 256:16
**processed** 152:2
**processes** 23:17 40:3 49:4
86:3,6 246:11
**processing** 20:1 52:16
60:23 177:15 187:16,22
**processors** 37:8,10
**produce** 150:15
**produced** 136:20 153:8
213:14
**product** 209:4,18,25 210:12
224:7
**products** 58:24 188:22
206:8
**professional** 2:20 17:20
38:11
**professionally** 231:20
**professor** 16:2 234:2 235:18
242:14,20 260:25
**profit** 64:23 74:22 75:3,9,20
76:12
**profits** 167:15
**prognosis** 190:17,18
**program** 32:25 47:4 53:10
160:19 176:1
**programs** 32:25
**progressing** 191:16
**progression** 255:13
**progressive** 189:21
**progressively** 189:24
190:14
**prohibit** 234:21
**prohibited** 39:10
**prohibits** 113:21
**project** 64:21 68:12 81:6
93:7 256:12
**projected** 92:23 226:19
**projecting** 68:10 91:18
**projection** 95:4
**projections** 41:6 76:16
**promises** 277:22
**promissory** 25:13
**proof** 262:2
**proper** 38:4 94:17 95:24
99:6 107:24 236:24 284:7
285:14 286:9 287:8
**properties** 29:6,9 40:8 41:5
204:16 208:23
**property** 40:12,24 62:17

68:24 73:20 74:6,16 75:12
78:23 83:1 114:17,18
176:25 177:23 188:5,9
198:11,13 199:23,25 200:3
200:6,15 201:17 202:4,12
203:3 205:6 206:19 211:11
222:16 223:7 226:8,21
228:11 231:8 247:15
**proponent** 92:21 233:1
**proposing** 212:21
**proposition** 63:20 74:12
87:21 211:23 256:18,21
257:19 259:6,15 264:2
285:12
**proprietary** 200:24
**prorations** 166:7
**protect** 39:23 127:21 177:7
185:16
**protected** 39:2,25 241:10
**protecting** 177:11
**protections** 198:12
**prototyping** 58:1
**proved** 201:10
**proven** 250:16
**provide** 13:23 60:9 134:10
136:3,13
**provided** 99:25 101:1
134:14 135:2,4,5,8,11,15
136:11 146:7 148:9,16
149:22 152:3 156:25
169:23 206:18 210:19
215:15 223:9 227:23
**provides** 136:12 156:20
**providing** 13:19 63:19 160:8
164:7
**proving** 246:20 248:12
**provision** 286:24
**provisions** 284:16
**prudence** 267:18
**prudent** 235:2 268:10
**psychology** 32:12
**public** 35:15 59:12 67:5
106:1 111:15 128:10
260:25
**publication** 47:25 50:1,12
52:1 108:17 109:13 239:15
**publications** 48:19,23 51:10
51:12,22 251:25
**publicize** 109:22
**publish** 50:3 51:2
**published** 49:6,8,14 50:4
51:6,20 52:17,25 53:7
101:25 133:21 137:15
219:13 245:15 254:2
258:13 259:20 260:9 262:4
286:8

**publishing** 50:24
**pull** 67:24 72:12 126:11
137:11 254:8
**pulled** 72:10
**punish** 269:12
**purchase** 18:6 55:20 108:15
157:2 175:9,23 176:4
181:25 215:7 229:11
232:11
**purchased** 29:14 155:11
176:8,16,17,18 177:21
227:15
**purchaser** 158:10
**purchases** 112:11 155:12
155:19,22 216:20
**purchasing** 156:2 184:10
**pure** 86:9
**purpose** 41:14 46:24 47:1,4
47:23 58:3 63:25 67:12
176:19 177:10 178:2
181:25 207:19
**purposes** 41:20 47:8 56:9
272:23
**pursuant** 289:13,15
**pursue** 264:20
**pursued** 204:20 218:20
229:12 267:19
**pursuing** 232:1
**pursuit** 267:16
**put** 12:20,21 57:12 71:10
101:23 146:1 149:21 191:8
195:23 196:25 223:2
245:13 251:17 265:18
281:21
**puts** 110:19
**putting** 206:11

**Q**

**qualifications** 36:6
**qualified** 46:13 289:5
**qualifies** 17:17 22:13,16
57:14
**qualify** 22:22 46:7 60:7
80:11
**qualifying** 46:9,23
**quality** 93:21 121:17,18
**quantification** 272:1,24
**quantifications** 137:8
**quantify** 152:24
**quarter** 88:10 105:4,5,12
106:7,8 151:22,25 153:19
153:20 155:13 158:7,8,17
162:11 164:3,4,4,5 168:16
168:18,19,20 186:7,9
236:15,16,17 237:1,7
238:4,5,5 240:23 241:2

278:25 279:12,22 280:3,4
280:11
**quarterly** 69:23 70:15 76:3,4
76:5,6,21 77:2 102:23,24
103:3 104:6,10 124:10
151:20 155:16 160:5
163:23,24 170:1 237:7
238:4 276:21
**quarters** 105:10 164:2 168:6
169:2 174:23
**question** 15:5,7,13 23:25
24:1 28:12 48:25 56:4
71:15 72:5 90:21 93:11
98:11 104:1 105:12 111:7
117:19 119:4 136:6,17
148:22 149:20 156:8
158:24 168:4 169:4,6,24
170:8 171:3 173:3 186:20
188:18 189:4 195:13
198:16 202:20 224:5
230:24 237:3,25 259:19
266:9 272:10,23 275:4
276:18 287:22
**questionable** 252:16
**questioning** 124:5 239:18
**questions** 14:3,3 22:6 48:13
123:17,20 131:25 187:3
282:5 287:13
**quick** 279:22
**quite** 51:14 52:23 82:1
195:23 205:9 230:6
**quorum** 120:2
**quote** 69:9
**quoting** 262:8

**R**

**radiation** 189:10
**radical** 126:18 247:13
267:16
**radically** 279:21 288:4
**raid** 108:3,8,13,17 109:3,7
112:6 115:4 117:6 125:8
125:10 126:24 129:11
132:3 239:15
**raise** 57:4 99:22 112:5
118:17 119:20 127:2
129:21 227:23 228:9
255:15 283:25
**raised** 84:2,20 187:8 188:25
283:15
**raising** 286:2
**ranging** 29:1 31:6
**rapid** 58:1 77:16,17,18,20
78:6
**rapidly** 280:1
**rare** 190:1 192:12 239:8

Christopher Nohl
12/6/2021

23

rarity 194:15
rata 154:14 167:11
rate 49:13 50:7 65:15 131:18
    131:20 154:10 183:18
rates 65:10
ratio 60:5 65:13,19,20 184:9
ratios 40:24 166:6
re- 176:24 214:21
re-do 280:22
re-engineered 208:6
re-launch 202:10
re-setup 187:10
re-term 215:8
reach 175:3
reached 70:19 94:23 127:23
    127:24 173:25 174:13,14
    174:18 175:8 247:12
reaches 128:8 157:7
reaching 212:14
read 15:19 16:8 69:9 70:4
    103:25 104:2 146:23
    242:14 243:12 253:18
    291:5,7
reading 70:5 147:19 243:5
    246:5
reads 14:23 172:17 215:22
ready 11:17
real 28:17 29:4 31:19 33:7,9
    33:9,13,17 42:2 61:16,21
    64:15,15 78:23 79:8 83:1
    229:2 267:19
reality 68:3
realize 41:12 64:8 204:6
realized 154:11 202:6 231:6
    234:13 278:20 280:15
reallocate 250:24
really 41:2 56:4 63:21 74:17
    79:3 80:16,20 83:16 91:24
    92:14 93:8 95:3,16 96:14
    107:5 117:18 124:25
    128:11 129:2 132:8 165:2
    194:2 201:19 202:20 204:8
    211:24 218:25 232:25
    236:10 242:18 270:19
Realtime 2:20,21,24 5:21
    289:6 290:15
reason 13:23 67:20 72:13
    97:22 106:2 147:4 157:20
    179:12,15 181:1 241:7
    248:1 260:22 292:5,6,8,9
    292:11,12,14,15,17,18,20
    292:21,23
reasonable 87:22 128:24
    174:5,24 186:14 212:8,23
    212:24 216:14 239:24
reasonably 279:25

reasons 78:20 119:5 188:11
    188:12
reassessing 156:9
rebalancing 166:8,9,11
    167:18
rebranded 262:23
rebuffed 109:19
rebuild 75:2
rebuilt 75:25
rebuts 107:14,16
recall 115:20,22 182:2,13
    225:23 240:25 243:11
receivable 130:23
receive 129:16 158:13
received 143:4 144:7 154:22
receivership 183:11
receiving 116:7 129:18
    202:22 263:22
receptive 93:15,22
receptivity 94:2
RECESS 54:4 103:16 133:3
    170:20 203:12 244:14
    282:13
recipe 210:20
recognition 247:10
recognize 71:12 78:25 81:3
    235:8 243:20 279:22 281:7
recognized 242:4 258:6
    279:19
recognizing 235:4
recollection 224:21
reconciled 148:7
reconsider 22:6
reconstitute 185:19
reconstituted 186:21
record 10:7,21 11:19 14:9
    14:25 54:1,3,5 103:13,15
    103:18,20 104:2 132:24
    133:2,11 136:25 146:15
    170:13,19,22 203:9,11,14
    213:11 217:5 219:7 228:20
    244:13,22,24 260:3 282:12
    282:15,18 288:15 289:25
recorded 14:4,5,6,8,16
    271:14 272:15 273:9
    274:15 275:22 276:15
    289:21
recording 276:19
records 59:12
recover 86:8 130:12 191:17
    202:21,22
Recoveries 198:21
recovering 130:14 191:17
Recovery 86:7
recreate 89:19
recur 65:3

recurring 130:25
red 85:25 86:1 112:21
redemption 144:22
redraft 249:2
reduce 65:2 279:24
reduced 154:20 167:24
    233:16 241:25
reduces 166:17 178:10
reducing 280:20
refer 19:4
reference 166:12 203:21
    286:23
referenced 16:10 138:24
    142:17 255:10
references 150:6,17
referencing 254:5
REFERRAL 7:2 8:2 9:2
    101:25 133:21
referred 9:19,20 193:4
referring 29:18 31:1 37:11
    39:17 40:7 41:14 43:11
    52:19 55:23 82:13 102:24
    115:3 140:14 146:22
    163:22 181:23 207:11
    215:14 219:24 246:2 247:4
    269:16
refined 250:17
refining 249:24
Refitted 141:24
reflect 75:4 139:23 231:5
reflected 169:20,22 213:11
reformulated 210:2,7
refrained 76:15
refresh 102:7
refreshed 15:21 222:12
refuse 180:3
regain 30:17
regarding 49:11 52:6 69:20
    70:12 71:5,19 77:6 83:6
    90:22 91:15 100:22 106:19
    136:5,21 175:8
regards 234:3
region 193:6
register 144:9
Registered 2:19
regular 84:18 116:25 248:6
regularly 80:18 180:11,12
regulations 38:3,23 39:6,12
    39:16,21 40:2 206:15
regulator 39:1
relate 123:15,17
related 12:17,22 44:3 69:22
    70:14 82:3 91:7 127:4
    137:7 151:10 174:2 208:18
    216:21 284:6 285:5,13
    287:8

relation 116:20 246:8
relationship 59:9 153:19
    216:4
relative 290:3,4
relatively 35:12
release 113:16
relevant 21:15 22:6 57:5
reliability 74:3 75:20
reliable 67:19 69:6 72:8,14
    72:21 73:9
relied 124:8,9
relies 196:20
relocated 227:15
reluctance 130:9
reluctant 17:13
rely 223:24 225:4 243:2
relying 213:7,21,24 251:13
    251:19 252:14,19,20,22
remade 210:6
remaining 32:8
remediate 208:23
remediation 44:19
remember 91:12 161:17
    164:22 185:5 282:20
remembering 101:12
reminder 24:7
remote 3:1 4:1 5:1 232:22
    234:24 289:11,14
remotely 10:14 289:16
remove 122:1 141:25
    249:11 269:3
removed 122:3,10 249:11
removing 250:23
rendering 59:3
Renee 7:21 8:4 15:19 16:10
    57:6 69:18 70:10,20 71:20
    73:16 83:6 90:23 91:15
    104:14 128:4 213:14
    257:13 258:19,20 259:21
    263:23 272:1 275:17
    281:12
renegotiate 214:22 215:8
renegotiation 214:20
renewed 221:15
reorganization 175:6
    177:20,23 187:12 191:25
    196:12,19 224:17 228:25
    229:2,24 230:7,13 233:14
    234:21 239:7 241:22,23
    242:11 278:21
reorganize 89:11 231:4
repaid 279:6
repay 41:15 257:4
repayment 38:5
repeat 15:14 81:24 121:9
rephrase 15:14

**replace** 63:3 113:15
**replacement** 63:2,3
**replacing** 79:6,7
**replicate** 148:14 149:13,16
**report** 7:10,12,16,21 8:4
    16:7 59:25 60:9 69:10 70:2
    70:21 71:2,6,7,14,20,21
    75:21 76:2,13,20,21,23
    77:6,7 78:9,12 81:12,17,24
    82:11 83:7,8 88:4,23 90:19
    90:23,24,25 91:11,15,16
    94:11 96:1 100:11,16,22
    100:23,25 101:2,5,9,11,14
    101:15,16 102:17 103:4
    104:7,13,24 105:18,20
    106:9,14 107:8,14,15
    108:3,7,12 125:8 127:16
    136:9,22 137:12 140:25
    146:5,18 147:7 152:6
    153:23 157:5,9,14 158:23
    161:4,11 162:21 163:21,22
    163:23,25,25 164:6,10,13
    169:14 203:21 217:11
    219:3 220:7,12,13 221:8
    221:14 225:5 228:18,23
    229:8,8 237:6,15,23 238:2
    240:13,15 245:11 254:9
    255:11 257:1 258:22 261:6
    279:12
**reported** 1:24 161:22,23
    280:10 285:19
**reporter** 2:20,20,21,22,23
    2:24 5:19 6:15 9:18 10:19
    11:11,16,17 14:5 17:7 18:9
    18:11 29:7 35:18 44:12
    48:20 91:20,23 104:2,4
    140:9 143:16 144:17
    147:17 152:10,12 155:20
    170:14,17 172:6,21,25
    183:14 193:14 195:3 207:7
    219:7 225:12,15 233:3
    237:4 247:18,20 253:10
    261:3 287:1 289:1,6,7
    290:1,12
**Reporters** 5:14,23 10:19,20
    290:16
**reporting** 153:7
**reports** 15:19 61:14,15 62:4
    72:10 74:15 75:23 76:3,4,5
    76:6 77:2 96:16 102:23,24
    103:4 104:6,17,25 105:5,7
    105:8,17,19,24 107:20
    137:24 138:14 148:24,25
    151:19,20,22 155:16 157:7
    217:14 238:4
**reposition** 176:25

**represent** 10:22 132:1
**representation** 217:2
    221:18 226:23 228:8
**represented** 59:15
**represents** 236:8
**request** 25:20 135:16,19,21
    137:5,9 194:19
**requested** 8:14 17:7 18:9
    29:7 35:18 44:12 48:20
    69:14 70:6 91:20 134:11
    135:1,10 140:9 143:16
    144:17 147:17,24 152:10
    155:20 172:6,21 183:14
    193:14 207:7 225:12 237:4
    247:18 253:10 261:3 287:1
**requests** 134:7
**require** 22:3 178:22
**required** 178:20 200:24
**requirements** 286:1
**research** 44:22 45:3,9 79:24
    98:16 218:10 219:2
**reservation** 269:14
**Reserve** 38:25
**residential** 31:3 36:22 39:18
**resides** 211:25
**resolve** 232:21
**resolved** 122:15 166:21
**resolving** 62:5
**resource** 20:22
**resourceful** 121:23
**resources** 265:11
**respect** 26:18 39:17
**respond** 70:19,22 71:2
    182:13,21,23 183:9 184:2
    184:18,23
**responded** 182:21
**responding** 104:15 105:21
    182:12
**response** 180:14,16 183:19
    240:8
**responsibility** 269:5,6
**responsible** 263:21 266:22
    269:8
**rest** 259:11 261:4
**restated** 138:11 154:12
**restraint** 181:6
**restroom** 14:11 53:24
**restructure** 239:1
**restructuring** 114:1 223:8
**rests** 188:7
**result** 127:17 129:11 152:19
    160:23 172:14 173:3,15,20
    183:12 220:13 269:9
    279:18 281:13 287:24
**resultant** 149:9
**resulted** 167:8

**results** 263:22 268:17
**retail** 23:17
**retailers** 27:17 57:24 59:1
**retained** 21:24 53:12
**retaining** 185:22 250:22
**retention** 56:23 69:12
**return** 49:14 50:7 131:18
    140:22
**returned** 26:14 185:8 195:2
    219:10 235:20
**returns** 64:20 138:4 139:10
    142:14 143:2,21,22
**reused** 86:6
**revenue** 23:8 64:23 73:5
    99:9 186:2 241:17 247:14
    279:4 286:10,16
**review** 15:25 36:11 61:2
    69:16 70:8 82:17 134:20
    142:13 148:18 162:15
    182:18
**reviewed** 175:5 240:20
**reviewing** 134:16
**revisions** 52:12
**revisit** 240:11
**revisited** 240:16
**revolution** 204:8
**Revolving** 8:8
**reward** 107:17
**Rewards** 106:15,19 107:9
    107:14 280:13
**Richman** 4:6 11:4,4
**rid** 23:14 120:16 197:13
**ridiculous** 191:3
**right** 12:10,21 13:9 14:1
    15:12 16:6,20 17:15 19:15
    22:9,25 24:12,16 25:10
    27:22 29:11,16 34:10
    41:16 43:16,20 46:8,14,23
    47:11,13,22 48:18 49:5,24
    50:3 51:6 53:4,15 54:12
    58:6 60:18 63:2 66:8 69:9
    71:24 73:5,24 75:16,17
    77:5 78:19 79:21 83:5
    85:23 93:17 94:15 95:14
    97:14 98:12,19,20 100:15
    100:20 101:1,20 104:1,22
    105:16 106:14,18 108:3
    113:9 116:21 118:2 119:14
    123:7 124:16,20 125:19
    127:3,16 128:9 130:8
    132:14 133:17 134:3 135:1
    137:4,18 139:9 140:12
    144:19 145:3 147:16
    148:20 151:2,4,15 155:7
    155:24 157:5 161:6,24,25
    162:5 163:13,16,20,24

    164:15 168:3,16 169:5
    170:7 173:23 174:21 182:2
    182:4 183:23 188:8,16
    189:7 192:9,10,20 193:21
    196:21 198:10 199:12,17
    203:16,21 207:10,14
    209:23 210:13 211:10
    212:7 213:16 215:9,13
    225:17 231:10 234:20
    238:18 239:24 243:11
    244:9 245:3,25 246:3
    253:22 254:1,7,11,19
    257:21,23 258:7 260:6
    261:11 265:13 269:9
    270:21 271:11,17,20 272:9
    272:22 273:6,13 274:7
    277:9 278:5,12 279:9
    280:6 282:17 283:13 284:3
    285:4,11 287:11
**right-hand** 143:13
**rights** 23:19 205:7
**Rio** 86:20 87:4,10,25 221:23
**risk** 36:14 84:9 93:10 96:4
    96:10 107:6 119:17 126:6
    130:3,7,18 131:8,9 176:8
    178:10 183:6,10 184:25
    231:16 243:8,10,15 251:2
    264:19 265:6,6 282:21
**risk-averse** 119:20
**risk-phobic** 119:9
**risks** 64:6 91:25 129:24
**risky** 264:22 265:7
**River** 69:17 70:9
**road** 3:21 68:11 184:16
    234:14,14
**Robinhood** 35:19,20
**role** 16:15 19:25 26:18 46:12
    60:22 72:6 142:9,10
    273:20
**roll** 143:10
**Ron** 26:21
**room** 12:14,23 13:5 27:1
    182:9
**Rosenburg** 7:5 133:24
**rot** 208:22
**round** 125:24 280:18
**rounds** 33:25 255:22
**row** 270:24 278:4
**Rowe** 252:25 253:22
**RPR** 5:20 290:14
**ruby** 24:20
**rules** 39:3 62:15,15 284:14
    284:20 285:2 287:6
**run** 80:18 86:18 121:6 126:6
    268:1
**running** 80:17 120:1,19,25

**Christopher Nohl**
**12/6/2021**

25

247:24 248:18
**runs** 119:25 262:20
**Rural** 62:14
**Rytech** 206:21 209:10,12

**S**

**sad** 95:21,22 202:7
**safety** 264:23
**Saint** 32:15,20
**salable** 46:7 47:17 152:21
152:25
**sale** 284:4,19,24 285:5,13
286:14 287:9
**sales** 218:22 229:22
**sat** 33:23 85:1
**satisfied** 135:23
**save** 291:9
**saw** 213:19 216:24 272:5
**saying** 14:22 50:17 51:3
64:3 75:8 95:3 122:22
132:4 164:8 194:5 206:4
212:17 220:17 236:2
259:13 279:13
**says** 48:15 90:25 98:13
102:6 147:16,20 151:24
163:21,25 194:18 195:5
223:21 225:24 236:3
245:25 256:6 257:13
260:11,13
**SBA** 178:7,11,21,22,24
179:14 240:10
**SC** 116:24
**scary** 117:18
**scenario** 88:11 277:17
**scenarios** 86:4
**scheduled** 206:1
**school** 16:4 31:25 32:3,4,6
32:24 38:11 63:13 92:22
231:11
**science** 120:24
**scientific** 44:22
**scientist** 120:18,21 248:18
251:20 254:4
**scope** 69:12 70:2 80:3
107:23 125:4 129:7 130:11
**scorecard** 93:19,19
**Scott** 9:10 47:3
**scratch** 63:1
**screen** 10:16 26:14 101:25
102:3 133:21 134:18
137:15 147:2,8,13 148:1
219:13 220:6 245:15
**script** 215:21
**scroll** 151:2
**sea** 79:8 88:19
**search** 75:11,15 108:18

109:12,15 129:12
**searched** 73:16 221:17
**searches** 216:16
**searching** 217:16,20
**seasonal** 64:5
**SEC** 3:5,18 4:4 5:5 7:4,9
11:1,9 12:11 101:2 127:18
127:25 128:5,8 129:1
135:2,11,15 136:4,12,13
136:20 146:8,10 148:17
213:14 292:3
**SEC'S** 2:15
**SEC-GMOHB-P-0000917**
8:12
**second** 23:5 57:23 68:20
80:21 101:5,11,14 105:4
124:19 138:9,10 141:23
154:12 164:4 168:18
174:23 175:20,22 181:18
182:5,15 184:16 195:3
214:1,12,13,21 215:4
216:3,4 227:24 232:5
238:19 240:23 245:4 247:3
248:14,15 252:22 258:12
**second-guess** 237:25
**second-to-last** 223:17
**secret** 211:13
**secrets** 201:1 211:12
**section** 69:10,13,13 240:18
245:18
**sector** 63:25
**secure** 65:21 68:19
**secured** 175:11
**securing** 177:22
**securities** 1:4 2:4 3:3,6
10:10,25 35:15 55:4
155:22 157:3 241:13
289:11
**securitization** 30:9 33:11,13
38:22 243:15
**security** 199:21 202:13
**see** 13:7 46:13 73:8,24
79:23 87:11 96:19,20
102:2,7,15 122:25 134:1,6
137:9 140:6 143:4 146:6
147:7,12 151:23 152:4
153:6,10 161:19 163:21,25
164:8,10,13 165:11 167:21
167:25 168:24,25 177:2
182:20 185:12 186:9 220:2
220:18,18 224:9 230:23
235:25 247:1 256:16 258:9
260:17 261:22 271:7
**seed** 84:7,13,86 86:21,23 87:16
87:23 88:1 255:15 279:4
**seeing** 166:23 169:15

189:23
**seeking** 71:14 79:19
**seen** 94:5 117:8 134:3,13
**selection** 227:22
**self-employed** 56:1
**self-employment** 30:5
**sell** 47:17,21 66:13,15,18
121:21 177:25 179:2 180:6
184:11 186:24 187:1
194:20 195:20 284:18
285:25
**seller** 277:20
**selling** 207:5,6 283:1
**sells** 86:13
**semi-trucks** 97:15
**seminars** 37:3
**send** 247:24
**senior** 262:22
**sense** 69:3,4 73:12 89:11
90:3 111:19 252:21 264:18
281:24
**sent** 101:8,12,18 102:4,10
193:15 209:10 220:15
241:17
**separate** 146:9 155:18
163:5 176:20 204:5,17,18
206:24 209:14 210:11
248:4 286:12
**separated** 204:14
**separately** 9:13 160:14
214:18
**separation** 204:11 206:23
209:11,11 217:20,25 218:2
250:5,6
**September** 154:18 167:8
206:3
**series** 7:3 14:3 64:4 84:4,22
125:25,25 155:8 157:11
248:23 255:18,18
**serious** 258:3,3 262:2
264:11
**seriously** 94:8
**serve** 63:24 87:19
**serves** 86:14
**service** 40:24 60:4 65:12
202:21 205:22 286:11,16
**services** 24:13 42:8 206:8
**servicing** 178:7
**serving** 63:19
**Session** 6:2,3,4 10:3 133:6
135:3
**set** 71:7,21 77:7 88:22 91:16
99:16 112:15 165:7,25
205:18 216:25 217:4
248:13 274:23 289:12
**sets** 99:18 165:4 166:3

**settle** 239:17
**settlement** 238:15
**seven** 145:17,19 198:17
**seven-minute** 170:11
**severe** 39:22 113:7 265:17
**shame** 191:24
**Shannon** 18:21,22 19:4
26:22 253:9,11,23
**share** 120:14 167:13,15
242:1
**shareholders** 120:5
**shares** 120:7,16 139:6,7
251:21 254:4
**sharing** 154:17
**Sheboygan** 132:10
**sheet** 63:6 73:8,9,15,23 74:1
74:4,8,21 75:3,9,14,20
76:12 138:5 141:9 197:22
291:11 292:1
**sheets** 62:8
**shelves** 209:14
**shepherding** 232:6
**sherpa** 281:13
**Sherwin** 82:3 97:15 99:25
187:4 199:6,12 201:2,5,5
204:25 205:10,21 222:20
222:21 223:5 268:25
**Sherwood** 202:17
**shift** 271:11
**ship** 121:14,15
**shock** 117:24
**shocked** 72:9,11 117:24
**shocking** 109:8
**short** 26:2 44:16 126:2
170:9 196:1 234:5
**shortcomings** 267:13
**Shorthand** 2:23 289:6
**shortly** 30:22 129:15
**shoulder** 190:9
**show** 59:21 72:12 75:13
96:16,17 101:21 133:18
149:12 206:6 215:16 216:8
216:24 223:1 228:24
255:22 269:11
**showed** 90:5 255:2 276:21
**showing** 220:22 223:3
229:12
**shows** 83:1
**shut** 43:21
**sic** 193:24 282:21
**side** 85:2,2 144:7
**Sigma** 110:6 126:21
**sign** 202:10
**signature** 6:18 158:2 288:18
**signed** 60:14 181:20,22
232:13 240:2 280:21

291:17 292:24
**signee** 73:21
**significant** 111:24
**significantly** 265:7
**signing** 205:20 206:6 212:2
**silica** 20:23 21:7,9
**silver** 20:21
**similar** 41:8,11 63:16 87:20
96:13 284:6
**simple** 78:3,15 148:20
**simplify** 276:11 277:9
**simulacrum** 83:24
**SIMULTANEOUS** 20:6 34:3
111:18 125:15 150:4
168:11 178:4 260:1 273:2
**single** 65:2 113:2 128:16
254:1
**single-party** 59:24
**single-purpose** 64:7
**sir** 11:17
**sit** 99:3 162:16 163:13
169:25 252:1,2
**site** 227:22,22,24
**sites** 50:18,20,21
**sits** 71:13
**situated** 198:18
**situation** 59:7 72:2 99:21
106:22 122:14 124:3
129:23,25 181:10 184:19
184:20 185:15 186:3,5
187:12,12 195:23 197:18
198:7 202:8 238:17 239:12
**six** 26:16 67:25 110:6
125:21 126:21 161:15,16
191:21 224:3
**six-line** 146:19
**size** 261:17
**sketch** 86:22
**Skokie** 3:23
**Skrade** 9:7 82:5 89:23
**slightly** 84:25 210:2,5
**slope** 64:23,23,24
**slouch** 105:25
**sludge** 86:1,2
**small** 35:12 37:12,14 62:12
146:24 176:9
**smaller** 258:7
**smart** 13:4
**smell** 208:14,18 209:15
**smoke** 270:16
**smuggling** 278:8
**snail-sized** 147:10
**snapshot** 224:11 229:9
**sober** 249:4
**soberly** 281:5
**society** 49:9 79:20 95:18

264:3
**soil** 80:9 83:18 88:19 205:24
222:3,7 241:14
**soil-washing** 187:22 222:2
241:14 249:25
**sold** 21:10,11 29:14 58:24
64:7 67:6 206:9 207:16,21
207:23 208:3,17,22 209:1
209:5 210:1,12,20 285:15
285:18
**solely** 24:23 151:9
**solidified** 69:1,2
**solution** 30:18 87:10
**solutions** 121:4
**solve** 121:13 122:21 201:20
**solved** 121:12 122:3,4
**somebody** 14:23 56:23
116:9 175:20 270:22
**son-in-law** 197:20
**sorry** 21:23 24:2,5 28:12
34:5 48:21 49:9,16 76:2
77:25 87:18 91:13 101:17
102:19 103:24 104:19
108:21 122:2 124:18
143:14 146:23 149:19
152:12 164:15 170:15
173:1 175:15 196:5 203:6
225:7 241:1 245:21 247:21
251:15 282:23
**sort** 34:7 35:10 36:4 48:14
53:9 145:4
**sorted** 135:22 232:19
**sought** 97:6,7
**Sounds** 192:10
**source** 50:15 51:4 72:7,14
98:13 138:12 141:13
156:20 254:2 284:22
**sources** 72:19 79:10 118:5
146:15 251:13,19 252:14
252:18,23 255:7 260:25
285:12 286:8
**southeastern** 37:6
**space** 58:2 119:7 179:8
222:2 225:2 259:5 266:8,8
**spawn** 83:17
**speak** 11:7 16:14 110:18
259:3,3 285:8
**speaking** 17:24 20:6 34:3
111:18 125:15 144:17
150:4 168:11 178:4 254:25
255:4 256:15 260:1 273:2
276:25
**speaks** 15:3
**spear** 193:5,23,24 194:2
**special** 176:19 178:2 181:24
210:17 280:20

**specialist** 10:18
**specialized** 24:9 238:18
**specializes** 16:3
**specialty** 214:14 225:2
**specific** 41:4 61:1 62:7 78:4
138:13,17,23 139:9 141:6
144:11 148:6 175:12
181:17 204:5 223:23 224:4
224:22 225:19 235:19
240:18 252:14,18,23
253:19 263:20 267:11
269:18
**specifically** 9:19 22:5 59:4
114:25 115:2 141:14
198:14 205:2 216:2 245:12
252:25 271:17 285:23
**specifics** 21:20 22:1
**specified** 83:7 166:2
**speculate** 46:21 118:11,19
**speculating** 198:6
**speculation** 122:18
**speculations** 118:22
**spell** 11:25 220:7
**spelled** 219:3 220:11
**spelling** 91:21
**spent** 30:24 187:25 197:4
249:24
**Spessartine** 24:21
**spin-off** 88:7 89:1
**spoke** 15:23 16:17
**sponsored** 114:13
**spot** 77:12 98:15 126:17
**spreadsheet** 223:12
**spring** 184:25
**spry** 189:12
**SPV** 178:1,2,3
**squandered** 90:9
**square** 61:8
**stability** 94:23
**stabilization** 247:12
**stabilized** 121:25 247:6
260:14
**stable** 80:1,24 94:20,23
121:10 174:12 260:19,19
**staff** 97:9 177:7 259:18
**stage** 47:16 84:7,13 85:16
224:8 252:4 254:15 255:12
255:16 260:11
**stages** 49:13 50:5,10,22
**stake** 230:4
**Stan** 9:7
**stand** 112:13 172:24 288:12
**standard** 1:19 2:19 10:5
46:9 210:15 288:20
**standards** 46:5,16 286:8
**standing** 210:10

**Star** 253:12
**start** 15:7 35:13,14 79:4
119:7 165:16 167:5 189:2
**started** 19:24 62:25 90:10
90:21 190:13 202:11 233:7
**starting** 10:23
**starts** 67:17 89:3 131:19
190:3
**startup** 28:23 29:17 30:4
**startups** 18:7 29:2
**state** 11:25 46:2 47:14,18
58:14 129:17 209:7 226:9
253:14 289:13
**stated** 124:10 192:13,15
**statement** 70:1 74:22 75:3,9
76:13 158:22,23 162:17
183:6 195:21 196:6 247:3
247:7 254:20 261:25
278:18
**statements** 59:22 64:21
107:16,18 138:1 139:13,15
140:6,13 141:3,7 142:13
142:24 143:2,15,19 144:9
145:24 148:19 149:11
150:14 151:24 158:17,21
159:11 160:5,16 161:10
162:23 163:5 251:14 254:2
**statements'** 163:17
**states** 1:1,4 2:1,4 3:3 10:9
10:12 39:3 40:1 177:16
255:21
**static** 227:19
**status** 255:23
**stay** 176:10 179:11 218:18
**steal** 86:17 87:24
**steel** 86:2 87:19
**steer** 121:14,15
**steering** 121:14
**STEINHILBER** 4:5
**steno** 219:7
**stenographically** 289:21
**step** 73:14 131:22 168:3
267:24
**Stern** 16:4 92:22 231:11
**stipulation** 289:15
**stock** 44:10 67:7
**Stockwell** 3:8 7:4 11:1 12:11
133:23 134:7 151:5
**Stockwell's** 134:11 135:16
**stockwellt@sec.gov** 3:15
**Stolowitz** 193:2 194:5,20
**stomach** 121:7
**stone** 193:9
**stood** 145:13
**stop** 100:24 162:11 166:5
242:8 258:11

stopped 24:4
Stopper 209:21,22,24 210:4
stopping 127:11,12
stops 180:18,23
story 215:6
straight 225:23
strange 248:23
strangely 116:20
streams 79:5 126:2 204:10
stress 90:6,6 110:19
strict 39:22
STRIKE 6:12
strikes 278:7
strong 218:8
structural 122:21 123:4
structure 118:20 119:21
    175:5 224:17 229:10
    246:17,23 251:5
struggle 131:7 264:5
struggled 97:6
struggles 266:17
stuff 146:7
styles 262:20
subject 7:9 108:16 128:25
    149:6 179:16 200:10
    221:10
subjective 210:5 235:13
    271:8
submit 46:4
submitted 51:25 71:13
    240:3
submitting 160:13
subpar 263:22,23 264:4,5
    265:22
subpoenaed 146:9
subpoenas 128:19
subscribed 290:8
subscription 221:15
subsequent 109:13 129:12
    143:11
subsequently 14:23
subset 201:6
subsidiaries 19:19,20 70:24
    73:22 91:5 100:14 131:10
    174:9 177:4 198:14,22
    200:8 204:24 205:17 215:3
    217:23 230:14 242:8
    271:23 278:22 279:12
subsidiary 19:3 69:21 70:13
    229:5
substantive 54:8 103:21
    133:14 170:25 203:18
    244:25 282:18
substitute 201:10
substitution 268:22
subtract 85:19 166:15

subtracted 139:2 152:19
subtracting 143:7,12
succeed 118:17 184:6 216:8
succeeding 184:7
success 175:9 183:18 184:8
    184:9 243:20 267:9,25
successes 106:25 107:25
    250:8
successful 30:6 90:15 94:6
    94:10 122:11 184:13
    238:23 240:5 270:6
succession 37:22
successor 203:23,25
    211:20 222:19
suddenly 126:14
suffer 120:8 178:20
sufficient 186:22
sufficiently 217:3
suggest 134:16
suggesting 280:6
suggestion 280:7
suggestive 107:21
suite 3:10,22 4:8 224:3
suiter 59:15
sum 169:2
summary 107:16,18,20
Summit 36:21
super 284:13
superior 98:3,8
supervising 60:23 62:5
supervision 289:23
supplement 102:22 288:6
support 65:10,16 98:7 99:18
    131:16 137:7 145:4 146:5
    148:9 172:3 213:7,21
    214:12 215:5 231:20
    241:22 242:21 261:20
    262:5 279:15 284:24 285:5
    285:12 287:22
supporting 134:7,8 146:3
    146:21 148:15 151:5
supports 99:4,23 254:2
suppose 179:21,21
sure 12:2 14:25 17:8 23:15
    26:15 31:15 43:22 44:13
    53:25 58:22 60:13 90:20
    98:14,16 100:3,17 103:9
    103:11 105:13,13 111:6
    115:24 124:15 142:25
    144:9 146:6 147:18 148:2
    149:21 150:16 152:13
    159:1,4,24 160:10 164:22
    165:2 166:5 168:10,15
    172:7,22 180:4,15,25
    181:12 187:7 195:4,21
    198:19,20,21 199:11 201:5

212:4 230:1 253:11 254:6
    254:7 255:4 273:1 283:23
    286:19,25 287:2
surely 198:6 243:4
surgery 162:4
surprised 41:8 199:15
surprising 97:17
surrounded 128:23
surrounding 48:1 194:14
    213:3 219:1 241:13
survival 268:21
survive 131:23
survivor 121:18
suspect 191:15
suspended 158:15
Sustainable 176:21 188:20
    204:22 230:10
sustained 259:8
SWANSON 4:5
swap 218:17
swings 247:13 260:18
sworn 11:15 289:17
symptom 190:1
symptoms 189:5
synthesis 243:4
system 110:20
systems 2:21 5:21 20:1
    290:15

**T**

table 6:1 84:9 90:16 114:1
    119:22 120:4,15 122:4
    137:6,7,12,18,20,22
    141:13 142:6,10,11,18
    145:4 146:5,19 148:10,14
    150:3,22 151:3,4,6,7,8,13
    151:16 155:4 156:7,10
    163:16 164:25 168:14
    169:8,20 171:4 248:20
    255:23 256:1,15 276:20
tables 100:8 134:8 156:13
tactical 8:15 17:25 18:3,16
    20:4,10,13,17 23:4,11,22
    24:14 25:19 27:19 34:24
    34:25 42:7 43:3,8,13 53:16
    54:13 55:8,11,15 69:15
    70:7 76:8 103:1 104:11
    106:15 107:5,7 108:4
    111:24 115:15,16,21
    117:20 118:6,15 123:1,9
    126:8 127:17 128:6,18
    131:3 143:25 145:8 152:2
    165:24 167:20 171:14,17
    171:19,22 172:10,13 173:6
    173:15 175:9 176:20 177:8
    181:17 182:16 183:16

184:3,14 185:4,19 198:1
    214:16,19,24 218:20
    222:11 223:12 229:4
    233:17 234:19 238:11
    239:7 271:13,18,21 278:14
    279:17 281:22 283:1
tag 172:23
take 18:7 19:24 53:23 63:1
    68:4,5 89:13 94:6 95:7
    97:14 103:10 105:23 106:3
    127:6 145:19 170:9 187:9
    189:2 203:5 227:12 244:9
    249:12 269:11 274:14
    282:2,3,8
taken 2:18 31:21 32:22 33:1
    33:5 54:4 103:16 133:3
    170:20 176:3 203:12 230:9
    242:13 244:14 282:13
    289:10 292:2
takes 79:20 97:17 257:6
    277:22,22
talk 26:22 57:17 67:11 79:9
    103:7 107:3,25 108:25
    118:23 119:21 122:19
    128:20,21 129:5 180:9
    190:11,21 204:2 248:14
    256:20 265:22 268:24,25
    278:12
talked 27:24 28:15 35:5
    54:16 87:6 88:10 118:12
    132:20 191:1 198:10
    212:11 213:2,19 253:8,15
    276:19
talking 35:11 36:3 37:2
    39:21 58:8 72:5,20 73:13
    76:6 79:4,5,6 90:10 93:12
    96:23 97:13 98:17,20
    119:6 125:7 150:8 157:21
    171:4 175:21 182:24
    187:15,16,19,20 190:5,6
    212:18 213:10,10 276:19
talks 211:19
Tanzania 193:6
Tanzanian 194:13
tanzanite 193:6,10,11
    194:11,11,14,15
tasked 28:7 52:14 75:25
    216:3
taught 36:9,13,14
tax 46:7,24 47:7,10,21 64:20
    112:8 129:15 138:4 139:10
    139:21,22 140:21,25
    142:14 143:2,21,22 145:16
    152:21,25 157:21 158:12
    158:12,14 163:4 286:11,17
    286:18,21 287:3,5

**Christopher Nohl**
**12/6/2021**

28

taxable 156:1 286:14
teach 36:15,17,19
team 261:14 262:14,15,16
263:1,11,21 264:9 266:22
268:4,16,18,20,24
teams 249:19 288:2
TechCrunch 255:9
technical 187:5 218:15
250:22 257:1 268:24
technological 204:21 259:9
259:18 267:17
technologies 8:18 9:6 59:3
70:24 73:22 74:21 76:7
79:1 82:18 83:15,16 85:24
86:7 89:25 91:1 94:21
100:13 102:25 109:4
110:25 111:25 118:4 119:1
119:11,12,12 123:3 174:3
174:9 175:11,25 176:12
177:10 178:18 181:4 185:2
186:12 190:24 192:2
195:24 196:2 198:21 199:7
199:14,22 200:1,7 203:24
205:16 207:16 208:5 209:1
210:23,25 213:4 214:25
215:3 216:21 217:18,23
218:4 230:14,14 242:8
246:11 248:10,13 249:20
263:21 265:3 268:18
271:23 272:2,24 274:11
275:12,21 278:21 279:5
283:2 284:5,8 285:1
technologies' 245:8
technologies's 246:21
technology 27:15 46:3,6
47:5,6 50:23 55:5 57:25
58:2 59:2 74:7,16 79:8,12
80:2,6 81:4,6 82:8,23
86:17,22 89:1 90:8 92:2
97:10,21 114:12 118:25
119:7,24,24 121:15,25
122:23 126:5 187:8 188:7
188:25 201:14 204:3 205:5
205:8,24 210:22 211:3,6
216:22 217:8,21 218:4
221:19 222:2,9,23 226:10
226:12 228:4 233:8 246:13
248:3 250:15 251:25 252:3
252:25 253:2 255:10
256:17 257:11 259:4,5
261:17 263:2,4,5,7,25
264:2,7,20 265:8 266:1,3,7
266:11,16 267:25
technology-based 119:10
tell 46:19 53:20 54:25 56:11
59:18,21 113:10,13 116:9

116:22 118:1,11,16 151:7
163:12,13 179:21 189:17
190:18 225:18 231:10
245:21 270:18
telling 59:15 94:8 113:19
125:2 192:25 193:15 194:8
230:19
Temporarily 66:23
tend 264:23
tentative 165:22
term 25:13 165:24
terminated 241:17
termination 286:1
terms 26:23,24 59:14 171:8
252:22 255:12,16 265:19
276:20
terribly 57:5 189:14
terrifying 117:23
Tesla 92:5,7,9,11 260:22
test 41:25
tested 208:16
testified 11:16 118:2 199:7
testify 212:21 289:17
testifying 275:2
testimony 13:12,16,20,24
15:1,18 16:12 21:15,23
71:11 82:3,4 106:11
123:16,18,22 199:13 289:9
289:19 291:6,9
tests 209:13 224:9
text 13:14 16:5,6 24:8
193:15
textbook 52:5,6,9 53:6,7
textbooks 15:22,25 52:19
texts 24:2,10
thank 11:17 14:13 15:8
18:11,20 40:16 91:23
103:12 152:12 284:9
theirs 87:15
theory 284:3
thereto 239:23
thing 50:24 63:17 77:17
78:25 83:12 108:1 110:19
113:12 121:8 125:19
128:16 167:4 188:17 214:8
233:22 237:22,24 238:24
239:13 252:5,20,22 257:14
257:18 266:12 269:9
287:21
things 14:15 16:7 17:13,14
19:17 23:9 34:8 39:12 42:1
49:19 59:6,22 62:19 63:8
64:3,9,12,15 69:5,5 73:6
74:13 81:25 82:2 83:3,10
83:20 88:19 89:14,15
90:14 94:4 107:20 109:22

112:2,24,25 114:2 130:10
134:9 150:24 151:1,5
152:15 162:25 166:5 171:9
176:10 187:19 189:10
206:25 213:11,18,20,23
222:17 223:9 231:24
232:18 236:7,20 241:9
244:7 249:6,8,11,21
250:12 251:2,3,7,9,22
252:9 253:8,17,19 255:25
267:20 268:6 271:5 279:16
think 11:19 20:18 21:14
22:16,24 23:25 25:8,10,19
29:2 34:20 36:23 38:18
41:12,22 42:3 43:23 45:23
46:22 48:12 50:9,21,24
51:8 52:23,24 56:10 57:4
69:7 71:24 75:22 76:21
77:10,10,11,12,21,23
78:15 81:2,6,8,18,22 82:21
82:25 86:13 88:24 91:21
92:5 93:4 94:19 95:12 96:3
96:4,6,24 99:12,15,17,20
100:3 101:7,8,12,12
104:17,19 105:3,6 106:13
107:1,3 108:9,22 109:15
109:17,20,21 115:9 127:2
127:11,20,23,25 128:1,3
130:16 132:21 136:16
144:16,22 146:8 148:17
171:7 172:1,23 176:2
181:7 182:8,23 185:6
186:5 188:10 189:8 190:16
191:8,9,14 194:17,17
198:17 201:3,7,9,22
203:23 205:9 207:17
208:15 210:5,6,6 211:14
211:24 216:1 218:9 226:6
231:20,24 232:25 233:10
233:11,14,23,23 235:13
239:8,23 240:9 241:20
242:23,24 243:18,20,21
249:5 256:9 260:19 262:8
263:11,14,19 264:11,11,14
265:9,10 266:2,24,24,24
266:25 267:6,8,10,11,15
267:19 268:5,6,7,8,11,19
269:2,17,21 270:3,6,8,9,13
270:13,15 271:9 274:24
278:9,9,23 280:9 281:15
282:1,2,21 283:23 285:17
286:10 288:4
thinking 132:8 189:13
254:24 274:23 287:25
thinks 78:18 190:7 246:6
third 41:25 57:25 68:22 88:9

105:4,12 106:7 138:9,10
138:20 162:10 164:5
168:19 186:7,8 226:12
239:13 241:2 270:23
279:21 284:9
third-party 36:11 39:9
183:11 206:20 209:12
227:10 228:11 261:19
281:12
third-quarter-of-2016
220:15 221:5
thought 30:17 74:19 89:22
90:1 91:4 191:2 193:1
197:12 200:21 234:25
237:17 241:12,24 264:21
264:22
thousands 28:25 60:21,21
62:2
three 32:7 51:17 57:20
60:19 61:23 62:1 64:20
68:14 80:20 105:10 127:1
138:8 146:8 192:24 194:6
204:25 211:11 239:21
255:4 257:6 270:24
three-week 267:2
throw 208:19
thumb 189:22
thumbs 225:15
TIF 115:9,9 145:23 172:4
218:18,18
till 280:2
Tilly 82:22 90:2 137:24
138:13 148:24 160:25
Tim 137:11
time 1:19 2:19 10:5,16,16
15:4 18:25 19:22,24 20:5
20:14 21:2 24:3 26:1 34:25
35:9 39:13 44:16 54:2
65:25 67:24 68:5 70:4 75:2
79:20 96:1 100:7 103:14
103:18 117:25 123:2 126:2
126:8 132:24 133:1,11
150:10 151:9 152:9 153:11
156:12 158:3 162:14
164:20 166:1,6 170:18,22
174:7,25 176:12 182:4,19
186:8 190:23 191:6 195:14
197:4 203:10,14 205:4
207:1 212:25 214:4 216:15
217:13 221:3 223:10
224:11,18 225:10 227:23
228:13,17,24 229:9,16,17
230:16,21 237:24 240:19
244:12,22 273:4,16 278:13
280:25 281:6 282:4,11,15
283:1 288:13,20 289:20

Christopher Nohl
12/6/2021

29

timely 235:10
times 67:6,8 77:19 93:2
    121:8 146:9 150:24 154:2
    167:12 179:25 206:23
    226:6 230:18 252:6,7
    260:5 269:11 270:19
    285:20
timing 34:21 267:7
Timothy 3:8 7:4 11:1 12:11
Tinto 86:20 87:4,11,25
    221:23
titanium 86:5
title 50:8
titled 8:8,17 9:3
today 10:19 11:1,20 12:6,12
    13:20,24 14:8 15:18 16:12
    20:25 63:9,10 66:19 67:20
    68:2,3,7,8 92:9,10 99:3
    106:11 125:5 162:16
    169:25 187:1 194:4
today's 288:14
told 113:1 114:24 117:4
    118:3 124:20 180:20 181:3
    181:14,14 215:6
Tom 253:9,11
tomorrow 68:6
ton 86:13
tons 21:8
top 25:11 135:7 151:24
    172:2 182:2 191:9 225:7
    225:23 228:21 241:1
    243:11 245:22 253:18
    278:8 287:10
topic 204:16 285:9
total 7:11,15,19,24 8:7,13,20
    9:11 25:23 30:1 99:19
    117:19 154:21 155:12
    167:11 168:5,6 198:23
    201:7 205:9 236:8 281:22
totally 89:19 90:17 129:20
    132:3 263:17
touched 81:22 128:17,17,18
    129:8 132:18
touches 128:8
Town 105:25
trace 145:22
track 176:5,10 215:17
    216:10 235:1
tracking 159:2
trade 28:2 38:11 130:9
    201:1 211:12
traded 44:1 192:12
trademark 207:25
trademarked 208:2
trading 28:7
tragic 95:16

trailer 187:21
train 52:11
trained 37:6,7,22 38:7,18,19
trainee 59:3
training 31:18,20,22 33:16
    35:22 37:17,25 38:9 39:5
    40:10 41:18 52:18,20,24
    53:2,3,10 92:25
trajectory 65:7
transaction 68:2,4 156:22
    156:23 183:13,15 214:17
    219:17 223:14 230:12
    231:23 232:12,20,22
    233:12 234:8,12 235:3
    236:2,18 239:25 240:5
    243:22 244:5,6 279:23
    286:18
transactional 31:20
transactions 22:3 23:18,18
    99:16 114:18 174:4
    179:23 184:13,17 261:20
transcribed 289:22
transcript 9:20,21 14:17,24
    291:6,8
transfer 287:7
transferred 199:10
transferring 180:22
transit 177:8
trash 208:18,19
traumatic 109:7
travel 191:4
treat 79:4 107:5 281:8
treaties 51:18
treating 163:11
treatment 8:14 77:12 108:23
    149:7 185:13 188:3 190:4
    190:15 202:19 222:21
treatments 202:1,23
tree 18:5,14,18 19:16 25:17
    25:18 27:25 28:16
trends 257:7,7
tribe 193:5
tried 87:24 271:6
tries 266:16 278:24
Trinchillo 193:12
trouble 91:21 281:1
true 63:23 67:14 68:23
    70:23 79:17 91:5 128:14
    251:10 256:8 257:20 271:9
    274:14 280:9 289:24 291:8
truest 96:4
trump 278:1
trust 89:20 204:24 205:11
    205:22 206:18 210:19
    211:7
truth 95:11 289:17,18,18

truthful 13:20,24
try 27:2 59:14 65:5 72:15
    73:12 75:1 81:3 95:8,11
    102:6 113:1 126:12 127:19
    200:22 231:18 236:23,23
    255:11 256:22 263:16
    269:2,3
trying 35:12 81:23,24 83:10
    99:22 124:13 130:15 132:5
    162:14 190:13 191:1,7
    201:15 224:1 226:20 248:1
    260:8 265:2 269:8 270:6
    277:15 281:6
turn 115:10,16 150:24
    166:18 189:3 201:11
turned 118:24 210:3
turns 222:5
tweaks 65:5
two 4:3 11:5 32:8 54:20
    56:10 64:3,21 66:24 67:25
    68:10 70:24 80:15 82:22
    85:24 86:3 87:3 96:2 101:1
    138:23 149:10 152:14
    187:15 192:24,24 194:6
    201:9 203:22 204:23
    206:10 216:17 219:20
    238:9 257:6 258:23 269:18
    278:2 286:11
two-fold 56:5
type 62:5,17 110:14,14
    223:8 254:15
types 27:11,14 58:24 59:13
typical 61:16
typically 18:8 25:14 27:15
    37:4 68:16 84:5,8 93:18
    152:6 171:6

_____

U

U.s 3:6 73:18 75:11 177:4
    198:17 203:22 204:20
    205:22 206:9 210:22
    211:10,19,23 219:20
    225:25 226:7,25 227:3,5,8
    227:12,16,19 242:5
uh-huh 14:20,20 146:14
    161:21 178:2
ultimate 174:11 239:19
ultimately 64:1 67:13 84:14
    87:12 95:14 100:7 129:8
    153:11 156:4 165:22
    176:21 186:1,20 190:2
    197:15 201:16 203:2
    209:13 218:12 226:8
    230:12 233:10 234:9
    235:14 240:5 265:14 268:8
    270:3

ultra 188:2 218:3
Umm 78:10
un-accurate 109:19
unable 13:23 190:21
unacceptable 61:15
unaffected 128:14
unanticipated 178:25 240:9
uncertainty 59:17
uncommon 285:22
undated 7:13,17
undergo 224:9
undergoing 162:6 190:4
undergraduate 32:9,11
underlying 44:5,6 108:11
    148:14 150:3 217:13
    285:15
underneath 131:10
Underpayments 137:19
understand 14:22 15:14
    54:12 78:17,18 104:22
    107:23,24 110:16 117:13
    117:15 124:2 129:23 190:1
    191:20,25 199:5 212:20
    214:13 229:6 256:10 260:2
understandable 181:13
understanding 57:1 205:23
    264:8 291:12
understandings 58:16
understands 230:2
understood 248:16,19
    250:2 290:1
underway 228:25 229:1
underwriters 37:8,10 38:1
underwriting 36:14 39:7
    46:19 52:15 61:1,3 65:19
    262:2
undilutable 120:6,16 156:8
    156:16 248:20 251:21
    254:4
undilutable-ness 156:10
undone 276:24
unexpected 188:15 268:6
unexpert-like 107:2
unexplained 188:13
unfold 212:19
unfortunately 212:1
uniform 62:8,10
unilaterally 250:24
uninvestability 251:4
uninvestable 251:23
unique 114:11 259:5
unison 89:19 181:9 240:6
unit 187:21 264:15
United 1:1,4 2:1,4 3:3 10:9
    10:12 39:2,25 177:16
units 120:2

**unity** 231:25
**universities** 32:20
**university** 32:23 38:10 53:9
**unknown** 229:11
**unknowns** 232:18,21 236:7
**unmature** 285:25
**unmitigated** 186:17
**unpaid** 173:9
**unrealized** 153:16 154:11
   160:1 168:13,17,22 169:1
   169:2
**unreasonable** 128:24
**unreliable** 68:13 74:21
   75:10 76:12
**unseal** 109:15
**unsealing** 109:12 111:22
   129:12
**unsecured** 33:15
**unshelved** 206:25
**unstable** 260:21
**untrue** 109:22
**unusual** 124:3 184:2 239:4
**updated** 224:13
**updating** 220:22
**upper** 220:23 222:14 226:22
   228:10
**upset** 113:22
**uranium** 204:15
**use** 13:10 14:11,18 53:8,24
   92:19 93:18 94:18 95:1,25
   159:25 163:17 191:6
   201:13 203:4,6 204:17
   205:7 208:13,15 215:7
   227:4,7 231:13 236:12,22
   242:22 243:3,13 254:13,23
   257:2 265:12 279:16
**uses** 92:6 94:11 176:2
   223:12 254:16
**usually** 67:25
**utility** 74:11

**V**

**v** 292:3
**v-** 1:6 2:6 7:9
**vacation** 267:2
**vacations** 269:11
**valedictorian** 160:18
**valid** 39:9 94:16,20
**validation** 105:6 158:1
**validator** 152:5 153:3 157:9
   157:16,18 158:1 159:9,16
**validator's** 161:11
**validity** 97:20 246:12
**valuable** 86:14 119:1 246:25
   265:5
**valuation** 15:21,25 16:3,4

33:2,7,9,12,17,24 34:7
36:10 37:18,19 38:4,10
41:13 45:13,16 50:15 52:2
52:6 53:18 54:21 55:17,19
57:15 60:11,14,15,24 61:1
61:6 67:19 68:14 73:12
77:13 85:23 88:6 89:21,25
94:16,17 95:25 104:24
105:17 108:11 157:5,7
158:23 159:22 162:21
217:13 222:9 223:11 230:3
236:15 237:8 242:18 243:3
245:8 254:14 273:6,8,12
273:15,21 274:19 278:25
279:3 284:11,14,16,21
**valuations** 36:12 39:9 54:14
   54:17 56:8 60:21 69:19
   70:11 95:13 104:10 105:22
   106:4,6 174:22 228:14
**valuator** 48:9
**value** 40:18 48:9 55:4,22
   58:4,10 59:5 61:8,23 63:2
   63:9,12,13,19 64:18 66:9
   66:25 67:4,5,18,18,20 68:2
   68:8,17,19 69:20 70:12,23
   72:3 74:11,11 76:16 78:7
   78:22 81:7 83:1 84:23
   85:18,19,20,22,22 86:25
   87:4,21,23 88:1,2,15 89:3
   89:7 90:2 92:2,7,8,23 94:6
   94:12 95:15,18,19 96:3,5
   96:10 97:21,22 98:8 99:18
   99:20,22 100:5 105:22
   108:24 109:4 111:25
   112:24 128:15,16,20,21
   129:10,14 130:16,17
   138:15,24 139:3 140:7,20
   141:3,8,20 142:19 144:23
   151:10 152:21,25 153:1,4
   153:7,7,22 154:1 157:6,10
   157:15,23 158:14 159:9,10
   160:2,3,4,4 161:12 163:4
   163:20 164:7,9,11,14,18
   165:3,13 166:13,14,16,18
   166:18 171:15,20 172:15
   174:1,9,16,22 179:3 180:7
   186:13 188:25 192:8,13,15
   192:16 196:23 203:25
   211:23 212:8,22 216:23
   221:22,25 222:11,15,18
   223:3,24 224:2,19,23
   225:1,20 226:7 227:5
   228:11 229:13,15 231:14
   231:19 233:16,20 234:13
   235:9 242:3 243:1,1,8,9,20
   245:6 246:10,18 247:11,15

249:6,16 251:8 256:18,21
257:19 258:5,9,24 259:6
259:15 260:12 261:16
262:24 271:14,18,20 272:3
272:13,19,24 273:17,25
274:10 275:17,18,20 276:7
276:12 278:1,19,20 279:1
279:4,4,11,17 280:6,16,21
281:7,17 282:21 284:7,19
284:25 285:14
**value-contributive** 231:2
**valued** 40:16 76:9 89:7
   272:6 278:15
**values** 63:8 67:12 88:16,16
   99:25 128:23,23 139:5,6
   157:20 162:17,22 165:19
   174:10 216:13,25 217:5
   218:12 220:21 221:11
   222:23 223:9,20 224:1,10
   224:13,14 228:18,18 252:9
   277:10,13
**valuing** 40:11 41:19 62:20
   76:7 95:25 98:9 99:6
   157:21 245:5 258:16
   259:22 287:9
**variable** 235:20 239:3
**variables** 231:16
**various** 23:20 46:12 124:10
   213:13
**vast** 171:13 185:22
**Vehicle** 176:19 178:2 181:25
**venture** 42:25 43:6,9 45:19
   45:25 46:6 48:10 49:4,12
   49:14,15,20,22 50:5,6,9,11
   50:22 52:2,7 56:22 68:15
   68:16 72:10 84:7,12 93:14
   107:4 119:6,16 226:17
   248:17,22 249:5 252:17
   253:13 255:12 256:19,20
   285:23
**verbal** 125:2
**verbally** 197:24
**verbatim** 14:4 216:1 247:25
   247:25
**verification** 145:5
**verifications** 150:23 261:19
**verified** 263:6
**verify** 145:6 146:1 170:5
**version** 101:4 207:15,19
**versions** 101:1 230:19
**versus** 10:10 41:10 126:19
   142:13 145:12 153:20
   187:5 221:24 235:7 248:6
   255:16 262:14
**video** 10:7,8,16,17 11:10
   14:5,21 54:2,5 103:14,17

133:1,10 170:15,18,21
195:2 203:10,13 219:9
244:12,21 252:10,23
282:11,14 288:12
**videoconference** 3:5,18 4:4
   12:13
**videoconference-only** 1:15
   2:14 289:2,12
**videoconferenced** 10:1
   289:14
**videoconferencing** 10:15
**videographer** 5:12 14:6
**videos** 252:7 253:17
**VIDEOTAPED** 1:14 2:13
**view** 98:7
**viewing** 65:6
**views** 39:11
**violated** 178:23
**violation** 56:25
**visualize** 83:10
**voiced** 176:14
**volatility** 43:14,17,21,24
   44:3,15 130:8
**volume** 204:6 242:25
**voluminous** 146:12
**voted** 141:24

**W**

**waffling** 181:11
**wait** 15:4 229:6 280:2
**WAIVED** 288:19
**Walker** 47:3
**walls** 208:21
**want** 14:24 16:1 62:21 78:14
   98:12 99:21 103:5 115:19
   116:7 120:25 121:14 129:1
   133:18 150:10 169:18
   170:9 184:11,18 195:4
   201:11 215:23 245:11
   249:15 260:3,8 261:5
   264:4,23,24 266:6 271:11
   272:9 274:9,13 277:24
**wanted** 122:13 139:20,21
   145:22 148:13 190:18
   210:18 288:6
**wants** 121:13 129:22
**warehouse** 29:12
**warrant** 108:18 109:12,16
   111:22 129:12
**wash** 222:6
**washers** 222:4
**washing** 222:7 241:14
**Washington** 4:7
**wasn't** 19:7 82:7 149:1
   158:9 185:9 188:9 189:11
   191:18 192:15 197:11

Christopher Nohl
12/6/2021

31

199:3,9 207:18 271:4
278:19
**waste** 79:5,5 85:6,25 86:1
204:10 258:3 266:8
**watch** 252:10
**watching** 14:21
**water** 14:11 188:3
**way** 14:2 22:10,21 37:1
41:22 57:12 63:21 65:12
66:25 79:19 81:6 88:25
89:12 90:9,16 91:18 96:3
99:10 111:13 115:17
116:15 120:9 121:19,22
128:12 131:16 132:9
154:22 160:11 163:1
169:18 170:5 172:16
185:18 201:18 204:12
214:11 226:21 233:23
234:15 236:5 239:18 240:7
251:17 254:24,24 255:2,7
256:14 257:11 277:6
278:24 281:1,3 286:4
**ways** 61:23,24 66:24 79:4
96:2 113:9 202:14
**we'll** 22:9 40:23 41:3,4,5
102:7 244:10 245:13
256:20,22 282:9,10
**we're** 10:7 63:6,7,21 64:25
65:1,4,6 68:1,9 79:5,6
80:20,22 88:14 98:11
103:17 110:17,21 113:1,25
113:25 114:1 124:12 125:4
125:7 127:12 131:1,2,6
132:22 133:10 153:15
170:21 185:21 187:19,20
203:13 224:1,2,7 226:13
226:13,16 227:14,16 228:5
228:5,6,7 229:21,22
232:14 236:3,4 244:21
279:21 282:14 288:8,15
**we've** 28:15 34:15,16 35:4
36:3,4,8 65:17 100:20
101:21 131:5 165:1 208:16
208:22 211:15 213:2 253:7
253:15
**WebEx** 2:15 3:5,18 4:4
10:15 12:25 289:11
**website** 49:10,15,17,25
79:13 214:2 215:4 290:18
**WEDC** 46:17 48:15
**week** 68:5 125:22 126:15
270:25
**weighed** 230:2
**weight** 86:8
**weird** 201:25
**Welch** 142:7 144:8 147:23

**Welch's** 142:10
**well-established** 62:25
**well-known** 253:1,15
**Wellspring** 36:21 42:18
52:16 132:6
**went** 67:6 85:2 86:20 112:7
136:1 190:9,9,10 209:8
210:11 221:15,16 224:23
226:4 269:22 271:6 276:20
**weren't** 78:12 100:25 108:20
150:25 222:7
**West** 3:9 4:7
**Western** 1:2 2:2 10:12
**WETC** 158:15
**whatnot** 196:7 197:22
202:23
**When's** 75:17
**whereof** 290:8
**whims** 177:17
**whimsical** 267:16 269:19
**White** 3:7 6:8 7:7 10:24,24
11:19,23 12:11 17:10
18:13 19:14 20:7 22:9,11
23:25 24:6 26:17 29:10
34:4,22 35:21 44:14 48:21
48:22 53:25 54:7,11 57:11
58:19 71:16,18 81:10
92:17 101:20 102:1,8
103:10,13,19 104:9 111:21
123:23 124:12,16 125:6,16
127:8,10,15 132:23 133:12
133:18,22 134:2,19 136:2
136:7,14,18 137:3,11,17
140:11 143:17 144:18
147:6 148:4 149:25 150:20
155:3 162:1 168:12 170:8
170:12,23 172:12 173:2
178:5 190:16 193:20
195:10 196:11 203:8,15
207:9 211:18 212:6 213:16
213:17 219:8,9,11,23
225:14,16 233:25 244:9,23
245:13,17 251:11 253:21
259:25 260:6,7,24 261:8
261:10 273:5 274:7,8
275:9 276:10,25 277:4,8
282:6,16 287:4,11 288:9
**whitech@sec.gov** 3:14
**Wholesalers** 59:1
**widely** 248:16,19 251:9
252:18 264:1
**wife** 16:17 19:5,6 26:22
190:5
**wild** 260:18,18
**willing** 94:3 99:18 119:2
155:5 217:4 234:19 249:12

257:22,24 267:21,23 268:4
268:20
**willingness** 179:2 180:6
239:17 244:4
**Wind** 175:20,22 181:18
182:5,16 214:1,12,13,21
215:5 216:3,4 232:5
238:19
**Wisconsin** 1:2 2:2 4:9 10:13
12:7 29:1 36:18 37:7 44:25
45:2,20,25 46:2,7 47:4,5,6
47:15 48:5,7 49:10 119:8
119:19 129:17 191:4 253:3
253:14
**wise** 179:18
**wish** 129:2 285:16
**witness** 3:17 6:7,18 11:3,14
16:21,24 17:8 18:10 24:2
29:8 35:19 53:13,23
103:12 124:15,17 134:1
140:10 147:3,18 152:11,13
161:21 170:10 172:7,22
173:1,24 174:19 233:5
244:11 247:19 253:11
261:9 273:20 275:3 287:2
287:15 289:10,15,19 290:8
291:1
**witnesses** 275:5
**word** 106:2 210:6 277:18
**words** 14:18 97:9 176:2
216:10 254:23,24 256:25
258:22
**work** 14:2 17:24 21:19,20
42:15 46:20 51:19 55:25
56:23 57:13 66:4 77:13
87:24 93:14 152:19 162:10
179:5 191:4 196:21,22
201:15 217:16 229:23
241:15 242:15,25 258:19
258:21 271:1
**work-out** 59:7
**worked** 37:23 38:8 42:4,8,10
42:13,20,22,25 43:8 44:18
44:21 45:10 52:21 97:19
109:8 117:20 186:5 206:20
209:10 241:21
**workers** 59:11
**working** 17:21 18:24 74:2
74:25 80:5,21 87:13
125:23 176:1 181:9,9
182:6 191:13 214:6 221:13
232:4 238:15
**workout** 180:9 237:1 240:22
**workouts** 214:15
**works** 189:9 243:2 276:21
**world** 42:2 55:3 61:24 73:19

75:12 80:6 97:7 98:4
122:24 198:17 256:11
266:16 268:2
**world's** 121:4,13
**worry** 215:20
**worse** 189:3
**worth** 63:10 77:18 87:14
194:2,4,17,19,24 276:7
**wouldn't** 57:2 119:2 199:15
209:14 272:20,20 273:11
286:19
**write** 49:21 59:25 60:9
114:15 186:13 240:18
**write-down** 153:17 172:14
173:4
**write-off** 154:18 167:8
**write-up** 153:17 167:7
**writing** 49:5 52:14 72:16
96:22 188:17 232:8
**writings** 49:1,4
**written** 14:16 173:16 200:16
223:19
**wrong** 81:2 94:4 101:13
163:12 189:14 243:20,22
254:16 267:10 278:18
**wrote** 16:4 50:25 51:3,17
129:14,15 171:14,19 206:4
280:20
**www.Gradillas.com** 290:18

---
**X**
---
**Y**
---
**yeah** 31:17,25 41:17 83:12
115:1 117:7 127:4,12
161:7 169:21 171:10
189:15 192:18 211:22
220:3,5 233:5 237:11
259:25 271:3 281:25 288:9
**year** 30:20 43:22 49:23
68:10 126:3 127:3 138:5
140:17 142:20 143:10,11
149:8 153:25,25 154:3,11
162:13 165:3,6,8,9 166:25
168:6 175:15 205:12
276:23,23
**year's** 165:13
**year-end** 138:1,17 139:1,12
140:6 141:2,6 169:16
**yearly** 168:22 169:1 170:2
**years** 17:20 26:2 27:23
28:18,19 36:9 43:3,10,11
48:24 51:7,9 52:13 64:20
64:21 67:25 68:10,11
79:14,16 93:7 137:25
140:1,15 150:13 154:8

Christopher Nohl
12/6/2021

32

161:15,16 173:11 236:3
242:19 257:6
**yellow** 223:16
**yesterday** 15:24
**York** 16:3 119:15 193:12
227:25 280:14

---

**Z**

**zero** 112:4 171:15,20 172:15
173:4,16,21 178:20 179:17
188:17 236:18,19 241:4
242:13 243:25 276:5
279:24
**zoisite** 193:8

---

**0**

**0.02** 142:21 154:2
**05/10/2021** 7:22
**08/11/2021** 7:9
**08/23/2021** 8:5

---

**1**

**1** 8:20 9:11 65:13 137:6,12
137:18,22 141:13 142:6,18
145:4 146:5,19 148:10,14
150:3,22 236:15 237:7
238:4 278:25
**1,833,453** 272:4,14 274:1,11
**1.2** 69:10
**1.5** 168:20
**1.8** 276:7
**1.85** 192:9 194:23 196:24
**1:00** 127:9 133:2,3
**1:48** 133:7,11
**10** 6:2 26:2 36:9 48:24 51:7
51:9 52:10,13 67:6,8 71:6
74:24 86:24 93:7 98:20
126:22 150:13 254:9 282:7
**10-year** 285:24
**10,000** 29:2 31:6
**10:43** 54:3,4
**10:55** 54:4,6
**100** 92:12 96:21 232:17
**101** 7:16
**102,021st** 90:23
**10th** 70:20 71:20 77:6 83:6
91:15 100:22 101:6,15
**11** 4:3 6:8 11:5 135:16 192:2
218:24
**11-** 285:24
**11/04/2016** 8:9
**111** 116:3
**115** 7:19 84:24 85:18
**11th** 133:23 135:11 136:4,21
**12** 125:21 218:24
**12-year** 285:24

**12/31/2016** 159:9 161:23,23
**12:07** 103:15,16
**12:19** 103:16,18
**122** 4:7
**13** 137:25 187:17 192:7
218:24
**13023** 2:23 5:22 290:13
**133** 6:3 7:3
**14** 134:22 137:25 141:18
218:24
**14.25** 159:10
**1450** 3:10
**15** 52:10 74:2 84:8 86:24
137:25 141:18 154:8
166:25 223:22,24 224:23
225:21
**150** 52:22
**15th** 137:1
**16** 75:18 97:14 137:25
141:18,18 154:9 167:1
**16,710** 144:24
**16.65** 159:11
**1681** 2:22 5:22 290:13
**17** 105:4,12 158:9 167:3
**175** 3:9
**17th** 100:4
**18** 105:5 138:3 162:5,6
167:8 191:10
**188** 7:3 133:19,20,22 134:3
134:6,21 135:2,11
**189** 7:12
**19** 12:13 139:20 191:11,19
**19-cv-09** 7:14
**19-cv-809** 1:6 2:6 7:18,23
8:6 10:13
**190** 7:16 101:22,24 102:13
102:16 104:24 106:6
137:12,15 147:1,2 219:6
219:13 245:13,15,19
**191** 7:20
**192** 8:3
**193** 8:8
**194** 8:14
**195** 9:3
**197,913** 82:24
**1996** 45:6
**1998** 28:22 29:17 36:16
**1st** 7:2 8:2 9:2 167:18 206:2

---

**2**

**2** 141:5,20 142:2 148:21
149:10 151:3,4,6,7,8,13,16
154:2 155:4 163:16 164:25
165:3,12 167:1 168:14
169:8,20 171:4 183:24
236:16 238:5

**2,000** 86:13
**2.2B** 245:18
**2.3** 161:10
**2.4** 161:11 168:17
**2.5** 192:13 194:2,18,24
196:16,19,25
**2:49** 170:19,20
**20** 28:18 33:6 37:8 56:16
58:7,9 84:6,22 112:10
207:17 236:3,9 291:19
**20/40** 33:8
**200** 37:6 52:22 96:21,25
**2000s** 35:14
**2008** 30:8,22 36:16 55:24
57:13 66:4
**2009** 18:22
**2010** 18:21 96:23 97:5
218:24
**2011** 16:5 19:10 92:5 233:9
234:8
**2012** 55:25 57:14 66:4 97:4
243:12
**2013** 20:3 69:24 96:13 97:4
140:15,22 141:17 154:8
243:12
**2015** 43:23 70:16 75:18
76:22 77:3,15 95:13 96:13
105:2,3 106:7 125:3
128:22 144:15 192:11,22
272:3,6,14,16 273:10
274:1,12,15 275:18,21,23
**2016** 84:3 88:9 105:9 128:22
144:16,24 161:6,8 167:18
168:14 169:2,3,14 170:2,3
221:7 264:15 267:23
**2017** 23:14 97:1 105:10
108:5 111:25 118:3,10
123:7 128:22 129:11
165:16 265:12 267:22
**2017/beginning** 23:5
**2018** 9:3 21:4 23:5,14 69:24
70:16 76:5 100:4 105:2
106:8 140:15,22 154:18
162:7,15 163:21 174:5,22
174:23 175:16 184:25
189:7 192:22 198:15 199:1
212:10,24 213:4 216:14
236:16,17,17 237:2,10
240:23 241:3 248:10 267:2
268:13 278:14 279:1
280:12 282:25 283:16
**2019** 138:5 139:10,16 140:5
140:24,24 149:3 167:19,21
172:3,10 190:22 199:1,7
204:1,22 205:12 206:2,7

280:4
**2019/2020** 138:4
**2020** 138:6 139:10,16,22
140:5,24 172:3
**2021** 1:17 2:18 10:2,15
70:20 71:6,20 77:6 83:6
91:15 92:7 100:22 101:5,6
101:9,15 133:23 135:12,16
136:4,21 149:1 172:11
288:13,21 290:9 291:9
292:2
**209** 2:24 5:22 290:13
**21** 137:13 147:14
**211206LBB** 1:25
**23** 84:2,20,21 85:19
**232** 147:15
**24** 60:6 80:17 95:9
**244** 6:4
**25** 17:20 27:23 134:7,24
135:7 178:13,16 179:3
**25,000** 155:2
**250-** 182:8
**264** 7:24
**26th** 101:5,9
**280** 82:9 227:13
**285,000** 182:9
**287** 6:9
**288** 6:10
**289** 6:16
**291** 6:19
**292** 6:19
**2E** 245:25 247:8
**2nd** 84:3

---

**3**

**3** 187:17 192:25 194:5,8,19
236:17 238:5
**3,274,509.65** 167:22
**3/31/18** 164:3
**3:00** 170:20,22
**3:52** 203:11,12
**30** 28:18,19 31:19 37:8
56:16 58:7 69:24 70:16
79:13,16 84:13 85:7
154:10 165:15 167:1
**30-year** 253:7
**300** 3:22
**30th** 206:3
**31** 69:23 70:15 92:11 274:1
274:15
**312-353-7398** 3:13
**312-596-6050** 3:12
**31st** 192:11,22,22 198:15
272:3,6,14,15 273:9
274:11 275:17,21,23
278:14 283:16

---

Christopher Nohl
12/6/2021

33

**33** 8:7 97:1
**34** 8:13
**35** 184:16
**38,370,480** 278:16
**39** 179:23
**3rd** 19:10

---
**4**
**4** 7:11 21:7 25:25 281:21
**4,270,840** 272:7
**4:05** 203:12,14
**40** 33:6 87:1,14 88:1 89:25
236:8
**400** 92:23
**401(k)** 30:13
**41** 261:6,8,12
**424-239-2800** 290:17
**43** 7:15 219:25 220:7,25
223:15 224:19 228:18
229:7 230:17
**450-** 183:8
**475** 88:17 223:4
**485,000** 183:8

---
**5**
**5** 74:24 127:2 177:13
**5:10** 244:13,14
**5:24** 244:14,18,22
**50** 30:2,4,24 37:7
**50,000** 214:25
**500** 25:25 29:3 31:6 258:2
**500,000** 66:19 115:5,6
**5250** 3:21
**53703-2732** 4:9
**550,000** 205:12

---
**6**
**6** 1:17 2:18 10:2,15 55:7
86:21 87:5,16,25 288:13
288:21 291:9 292:2
**6/30/18** 164:4
**6:18** 282:12,13
**6:31** 282:13
**6:32** 282:15
**6:41** 1:18 288:14,19
**60** 31:18 236:4
**600,000** 205:12 260:18
**60077** 3:23
**60604** 3:11
**65** 86:8
**68** 226:2,5,24

---
**7**
**7** 92:9,10 254:10,12
**7-** 264:16
**7,000** 185:6

**7,000,000** 260:17
**7.271** 168:23
**75** 178:12
**750,000** 264:16
**7th** 290:9

---
**8**
**8** 245:12,22,22 247:8
**8.4** 168:18
**825,000** 168:19
**847-495-7156** 3:24
**850** 4:8
**866-381-4391** 4:10
**88** 7:20

---
**9**
**9** 245:12,23 247:8
**9/30/18** 164:5
**9:36** 1:18 2:18 10:4,16
**90** 85:21
**900,000** 177:6
**90s** 29:20 35:13 204:9
**950** 8:12
**97** 32:18