IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SECURITIES AND EXCHANGE
COMMISSION,

                       Plaintiff,                    SPECIAL VERDICT

v.

                                                19-cv-809-wmc

BLUEPOINT INVESTMENT
COUNSEL, et. al.,

                       Defendants.

---

We, the jury, for our special verdict, do find as follows:

I.      **Question No. 1: Count Four -- Section 10(b) of the Exchange Act, and Rule 10b-5**

Did the following defendants violate Section 10(b) of the Exchange Act and Rule 10b-5 thereunder?

1. Christopher J. Nohl                    Yes: ✓    No: _____

2. Michael G. Hull                          Yes: ✓    No: _____

3. Chrysalis Financial, LLC               Yes: ✓    No: _____

4. Greenpoint Asset Management II     Yes: ✓    No: _____

5. Bluepoint Investment Counsel, LLC    Yes: ✓    No: _____

6. Greenpoint Tactical Income Fund, LLC  Yes: ✓    No: _____

7. GP Rare Earth Trading Account, LLC   Yes: ✓    No: _____

II.  **Question No. 2: Counts One, Two and Three**

   A. **Section 17(a)(1) of the Securities Act (knowingly or recklessly)**

Did the following defendants violate Section 17(a)(1) of the Securities Act?

1. Christopher J. Nohl              Yes: ✓    No: _____
2. Michael G. Hull                  Yes: ✓    No: _____
3. Chrysalis Financial, LLC         Yes: ✓    No: _____
4. Greenpoint Asset Management II   Yes: ✓    No: _____
5. Bluepoint Investment Counsel, LLC Yes: ✓   No: _____
6. Greenpoint Tactical Income Fund, LLC Yes: ✓ No: _____
7. GP Rare Earth Trading Account, LLC Yes: ✓  No: _____

   B. **Section 17(a)(2) of the Securities Act (knowingly, recklessly *or* negligently)**

Did the following defendants violate Section 17(a)(2) of the Securities Act?

1. Christopher J. Nohl              Yes: ✓    No: _____
2. Michael G. Hull                  Yes: ✓    No: _____
3. Chrysalis Financial, LLC         Yes: ✓    No: _____
4. Greenpoint Asset Management II   Yes: ✓    No: _____
5. Bluepoint Investment Counsel, LLC Yes: ✓   No: _____
6. Greenpoint Tactical Income Fund, LLC Yes: ✓ No: _____

   C. **Section 17(a)(3) of the Securities Act (knowingly, recklessly *or* negligently)**

Did the following defendants violate Section 17(a)(3) of the Securities Act?

1. Christopher J. Nohl              Yes: ✓    No: _____

    2. Michael G. Hull                                Yes: __✓__    No: _____

    3. Chrysalis Financial, LLC                   Yes: __✓__    No: _____

    4. Greenpoint Asset Management II       Yes: __✓__    No: _____

    5. Bluepoint Investment Counsel, LLC     Yes: __✓__    No: _____

    6. Greenpoint Tactical Income Fund, LLC   Yes: __✓__    No: _____

    7. GP Rare Earth Trading Account, LLC    Yes: __✓__    No: _____

### III. Question No. 3: Counts Five, Six, Eight and Nine

#### A. Section 206(1) of the Advisers Act (devise, scheme or artifice)

Did the following defendants violate Section 206(1) of the Advisers Act?

    1. Christopher J. Nohl                           Yes: __✓__    No: _____

    2. Michael G. Hull                                Yes: __✓__    No: _____

    3. Chrysalis Financial, LLC                   Yes: __✓__    No: _____

    4. Greenpoint Asset Management II       Yes: __✓__    No: _____

    5. Bluepoint Investment Counsel, LLC     Yes: __✓__    No: _____

#### B. Section 206(2) of the Advisers Act (transaction, practice or cause of business)

Did the following defendants violate Section 206(2) of the Advisers Act?

    1. Christopher J. Nohl                           Yes: __✓__    No: _____

    2. Michael G. Hull                                Yes: __✓__    No: _____

    3. Chrysalis Financial, LLC                   Yes: __✓__    No: _____

    4. Greenpoint Asset Management II       Yes: __✓__    No: _____

    5. Bluepoint Investment Counsel, LLC     Yes: __✓__    No: _____

IV.     **Question No. 4: Count Eleven -- Section 206(4) of the Advisers Act and Rule 206(4)-8**

Did the following defendants violate Section 206(4) of the Advisers Act?

1. Christopher J. Nohl          Yes: ✓      No: _____

2. Michael G. Hull              Yes: ✓      No: _____

3. Chrysalis Financial, LLC     Yes: ✓      No: _____

4. Greenpoint Asset Management II   Yes: ✓   No: _____


_____
Presiding Juror


Madison, Wisconsin

Dated this __2__ day of August, 2022.

4