Can we have evidence in a different manner? We cannot find what we remember seeing just from a file name.

Absolutely. The parties are working on a better descriptive index, as well as a tabbed, hard copy of exhibits, although the latter may take an hour or so to compile.

Jury
Exh. 1
8/2/2022
9:42 AM

/s/ WMC
8/2/2022
10:03 AM