# COURTROOM MINUTES
# CIVIL

DATE: 9/16/22  DAY: Friday  START TIME: 1:04 PM  END TIME: 2:28 PM
JUDGE/MAG.: WMC  CLERK: JAT  REPORTER: JD
CASE NO.: 19-cv-809-wmc  CASE NAME: US SEC v. Bluepoint Investment, et al

**APPEARANCES:**

PLAINTIFF(S): Timothy Stockwell  DEFENDANT(S): Celiza Braganca
John Birkenheier  Michael Richman
Charles Kerstetter  David O'Toole
Christopher White

**PROCEEDING:**

- ☐ CONFIRMATION OF SALE
- ☐ CONTEMPT OF COURT
- ☐ MOTION FOR DEFAULT JUDGMENT
- ☐ ORDER TO SHOW CAUSE
- ☒ OTHER: Hearing on Remedies

Submissions on matters discussed on the record due Wednesday, 9/21/22.

Hearing to be set for Monday, 9/19/22.

TOTAL COURT TIME: 1 hr, 24 min