

**View message from GAM II, LLC**                                              ✕

Please review and complete Proxy Voting Form
This is a critical document re-hiring GAM II and Chrysalis Financial to ensure that the transaction currently in place have the best chance of succeeding.

# Alluvium Fund Proxy Voting

I, the undersigned Unit holder (Unit Holder), of shares in the Alluvium Fund, LLC (The Company) having the following Name and email address:

    Alluvium Fund, LLC

Hereby appoints Greenpoint Asset Management II (GAM II, of the following address:

    Greenpoint Asset Management II
    N76W36207 Saddlebrook Lane
    Oconomowoc, WI  53066

As my proxy to vote on my behalf for any company votes called from July 20, 2023 through December 31, 2023.  By this appointment, I agree that all other appointments previously made by the Shareholder are revoked and that this appointment is irrevocable until it expires.

The Proxy hereby represents all the shares of the Unit Holder and his/her entities own in the Company regardless of title and shall have the full power as the Unit Holder's substitute to vote any issue, motion or action that the Unit Holder may have voted.

The proxy shall vote in the following manner: That Greenpoint Asset Management II, LLC and Chrysalis Financial LLC are re-hired as managers of the fund.  The Board should be reformed with new members comprising an equal number of true leave and stay investors and one new independent board member.

_____