IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

U.S. SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,                PERMANENT INJUNCTION

    v.

                                                    19-cv-809-wmc

BLUEPOINT INVESTMENT
COUNSEL, LLC, MICHAEL G. HULL,
CHRISTOPHER J. NOHL, CHRYSALIS FINANCIAL LLC,
GREENPOINT ASSET MANAGEMENT II LLC,
GREENPOINT TACTICAL INCOME FUND LLC, and
GP RARE EARTH TRADING ACCOUNT LLC,

                    Defendants.

Consistent with the court's opinion and order dated today, IT IS ORDERED that defendants Hull and Nohl are PERMANENTLY ENJOINED FROM participating, either directly or indirectly, in managing or liquidating GTIF (now known as "Alluvium") and its subsidiaries in particular, as well as in the issuance, purchase, offer, or sale of any other security more generally, including through any entity owned or controlled by them.  Hull and Nohl may manage, buy, and sell investments for their own personal accounts, as well as on the behalf of any immediate family members.

IT IS FURTHER ORDERED that Hull, Nohl, GAM II, and Chrysalis are PERMANENTLY ENJOINED FROM seeking to collect any fees, including via any organization controlled by them (e.g., H Informatics), from GTIF and its subsidiaries.

Entered this 5th day of September, 2025.

                            BY THE COURT:
                            /s/
                            WILLIAM M. CONLEY
                            District Judge